IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DERRICK RANKINE,                          )
                    Plaintiff,            )
                                          )
            v.                            )  Civil Action No. 04-100 Erie
                                          )
SUPERINTENDENT FOLINO, et al,             )
                    Defendants.           )

**ORDER**

     AND NOW, this 3rd Day of November, 2005, it is hereby

     ORDERED that the above captioned case is scheduled for a Status Conference before

the Honorable Susan Paradise Baxter, on Monday, November 14, 2005, at 11:00 a.m.  Robert S.

Englesberg, Esq.,  of the Office of Attorney General is directed to make arrangements for all

parties to participate by conference call on the above date and time to telephone number (814)

464-9632.



      s/Susan Paradise Baxter
     SUSAN PARADISE BAXTER
     CHIEF UNITED STATES MAGISTRATE JUDGE



c:  all parties of record (lw)