# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Derrick A. Renkine )
_____ )
              Plaintiff )
               )
    vs. ) No. CA 04-100 Erie
               )
Superintendent Folino, et al. )
_____ )
              Defendant )

**HEARING ON** November 15, 2005 — Status Conference

Before Magistrate Judge Susan Paradise Baxter

Derrick A. Renkine, pro se      Scott Bradley, Esq.

                           Kemal Alexander Mericli, Esq.
    Appear for Plaintiff            Appear for Defendant

Hearing begun 3:30 pm      Hearing adjourned to _____

Hearing concluded C.A.V. 3:45 pm      Stenographer Ron Bench
                                    CD: _____ Index: _____

**WITNESSES:**

    For Plaintiff                For Defendant

Plaintiff ordered to complete form 285's for Defendants Leggett, Henderson, Bowlin, Schnapp, Johnson and Hargrove — clerk will send Plaintiff proper service forms

Service on SCI-Greene Medical Administrator has been waived by Attorney Mericli