# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Derrick A. Renkine )
_____ )
                    Plaintiff )
                              )
        vs.                   ) No. __04-100 Erie__
                              )
Superintendent Folino, et al. )
_____ )
                    Defendant )

### HEARING ON __December 2, 2005__

Before Magistrate Judge __Susan Paradise Baxter__

Derrick Renkine                    Kemal Mericli, Esq.

_____          Mariah Passarelli

Appear for Plaintiff               Appear for Defendant


Hearing begun __2:40 pm__          Hearing adjourned to _____

Hearing concluded C.A.V. __3:05 pm__   Stenographer __Ron Bench__
                                       CD: _____ Index: _____

### WITNESSES:

For Plaintiff                      For Defendant

_____          _____

Attorney Mericli presented evidence indicating that all of Plaintiff's
legal property was transferred with him from SCI-Greene to
SCI-Fayette, as previously requested by this Court at the
status conference of 11/15/05

DC-153

## INMATE PERSONAL PROPERTY INVENTORY

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

☑ Transfer  ☐ Hold  ☐ Initial Disposition  ☐ Other

DC Number: EU5850
Name: Rankin

Method of Disposition
S-Ship        R-Return to Inmate
D-Destroy   H-Hold for Inmate

**A 550380**

| CLOTHING & ACCESSORIES | | | TOBACCO ITEMS | | | MISCELLANEOUS ITEMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | NO. METH. | ITEM | NO. METH. | ITEM | NO. METH. | ITEM | NO. METH. | ITEM | NO. METH. |
| Ath. Shorts | | T-Shirt | 2 | Ash Tray | | Bag-Laundry | | Playing Cards | |
| Ath. Supports | | Undershirt | | Cigarette Papers | | Basin | | Posters | |
| Belt | | Undershorts | 2 | Cigarette Roller | | Batteries | | Religious Books | |
| Cap | | Underwear Bot. | | Cigarettes-Car. | | Books | All | Religious Mat. | |
| Coat | | Underwear Lg. | | Cigarettes-Pkg. | | Bucket | | Religious Metal | |
| Coat-Rain | | Underwear Top | | Cigars | | Carbon Paper | | Rug | |
| Coat-Top | | Vest | | Lighters | | Checkers | | Ruler | |
| Gloves | | | | Matches | | Chess | | Spoon | |
| Handkerchief | | **GROOMING ITEMS** | | Pipe | | Cup | | Tablet Paper | |
| Hat | | | | Pipe Cleaners | | Dictionary | | Thread | |
| Jacket | | ITEM | NO. METH. | Pipe Filters | | Earphones | | Tissue | |
| Overcoat | | Brush | | Tobacco-Chew | | Envelopes | | Tub | |
| Pajamas | | Comb | | Tobacco-Cig. | | Erasers | | Typing Paper | |
| Robe | | Dental Floss | | Tobacco-Pipe | | Extension Cord | | Wallet | |
| Scarf | | Denture Cup | | Tobacco-Pouch | | Eyeglass Case | | Wastebasket | |
| Shirt | | Dentures | | Tobacco-Snuff | | Eyeglasses | | Writing Paper | |
| Shoe Brush | | Deodorant | | **FOOD ITEMS** | | Eyeglasses-Sun | | | |
| Shoe Polish | | Hair Dressing | | | | Games | | | |
| Shoes-Boots | | Hair Pick | | ITEM | NO. METH. | Glass | | | |
| Shoes-Dress | | Lotion-Shave | | Candy-Bag | | Gym Bag | | | |
| Shoes-Over | | Lotion-Body | | Candy-Bars | | Headset | | | |
| Shoes-Shower | | Lotion-Hand | | Chips | | Key Ring | | | |
| Shoes-Sandal | | Mirror | | Coffee | | Keys | | | |
| Shoes-Sneakers | | Nail Clippers | | Cookies | | Lamp | | | |
| Shoes-Tennis | | Petroleum Jelly | | Crackers | | Legal Books | | | |
| Shoes-Work | | Razor | | Creamers | | Legal Material | All | | |
| Shower Cap | | Razor Blades | | Drink Mix | | Lock | | | |
| Slippers | | Shampoo | | Hot Chocolate | | Loose-leaf Binder | | | |
| Socks | | Shaving Cream | | Peanuts | | Magazines | | | |
| Suit | | Soap | | Pretzels | | Neck Chain | | | |
| Sweat Belt | | Soap Dish | | Sugar | | Needles | | | |
| Sweat Pants | | Talcum Powder | | Tea | | Notebook | | | |
| Sweat Shirt | | Toothbrush | | | | Pencils | | | |
| Sweat Suit | | Toothpaste/Pwd. | | | | Pencil Shrp. | | | |
| Sweaters | | Towel | | | | Pens | | | |
| Tin | | Tweezers | | | | Photo Album | | | |
| Trousers | | Washcloth | 1 | | | Photographs | All | | |
| | | | | | | Mail | All | | |

| ITEM | DESCRIPTION OR SERIAL NO. | NO. METH. | ITEM | DESCRIPTION OR SERIAL NO. | NO. METH. |
|---|---|---|---|---|---|
| Briefcase | | | | | |
| Calculator | | | | | |
| Footlocker | | | | | |
| Guitar | | | | | |
| Guitar Case | | | | | |
| Guitar Strings | | | | | |
| Medical Bracelet | | | | | |
| Radio | | | | | |
| Ring | | | | | |
| T.V. | | | | | |
| T.V. Antenna | | | | | |
| Typewriter | | | | | |
| Typewriter Case | | | | | |
| Watch | | | | | |

*(handwritten across form: "ADD 4 Boxes Total on")*

MAIL TO

Articles marked "S" mailed (signature and title) _____   Date Mailed _____

The property described above was inventoried and processed as indicated

Signature of Property Officer: J. Grim
Facility: SCI Grn.

Signature of Inmate: _____
Date: 5-3-05

The property above was received and processed

Signature of Property Officer: _____
Facility: _____

Signature of Inmate: _____
Date: _____

**DC-153**

# INMATE PERSONAL PROPERTY INVENTORY

☑ Transfer  ☐ Hold  ☐ Initial Disposition  ☐ Other

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| DC Number: EUS850 | Name: Rankin | Method of Disposition: S-Ship  R-Return to Inmate  D-Destroy  H-Hold for Inmate | **A 550381** |

## CLOTHING & ACCESSORIES

| ITEM | NO. | METH. |
|------|-----|-------|
| Ath. Shorts | | |
| Ath. Supports | | |
| Belt | | |
| Cap | | |
| Coat | | |
| Coat-Rain | | |
| Coat-Top | | |
| Gloves | | |
| Handkerchief | | |
| Hat | | |
| Jacket | | |
| Overcoat | | |
| Pajamas | | |
| Robe | | |
| Scarf | | |
| Shirt | | |
| Shoe Brush | | |
| Shoe Polish | | |
| Shoes-Boots | | |
| Shoes-Dress | | |
| Shoes-Over | | |
| Shoes-Shower | | |
| Shoes-Sandal | | |
| Shoes-Sneakers | | |
| Shoes-Tennis | | |
| Shoes-Work | | |
| Shower Cap | | |
| Slippers | | |
| Socks | | |
| Suit | | |
| Sweat Belt | | |
| Sweat Pants | | |
| Sweat Shirt | | |
| Sweat Suit | | |
| Sweaters | | |
| Tie | | |
| Trousers | | |

| ITEM | DESCRIPTION OR SERIAL NO. | NO. | METH. |
|------|--------------------------|-----|-------|
| Briefcase | | | |
| Calculator | | | |
| Footlocker | | | |
| Guitar | | | |
| Guitar Case | | | |
| Guitar Strings | | | |
| Medical Bracelet | | | |
| Radio | | | |
| Ring | | | |
| T.V. | | | |
| T.V. Antenna | | | |
| Typewriter | | | |
| Typewriter Case | | | |
| Watch | | | |

| ITEM | NO. | METH. |
|------|-----|-------|
| T-Shirt | | |
| Undershirt | | |
| Undershorts | | |
| Underwear Bot. | | |
| Underwear Lg. | | |
| Underwear Top | | |
| Vest | | |

### GROOMING ITEMS

| ITEM | NO. | METH. |
|------|-----|-------|
| Brush | | |
| Comb | 1 | |
| Dental Floss | | |
| Denture Cup | | |
| Dentures | | |
| Deodorant | | |
| Hair Dressing | 1 | |
| Hair Pick | | |
| Lotion-Shave | | |
| Lotion-Body | 1 | |
| Lotion-Hand | | |
| Mirror | | |
| Nail Clippers | | |
| Petroleum Jelly | | |
| Razor | | |
| Razor Blades | 1 | |
| Shampoo | | |
| Shaving Cream | 1 | |
| Soap | | |
| Soap Dish | | |
| Talcum Powder | | |
| Toothbrush | | |
| Toothpaste/Pwd. | | |
| Towel | | |
| Tweezers | | |
| Washcloth | | |
| Tooth Brush Holder | 1 | |

### TOBACCO ITEMS

| ITEM | NO. | METH. |
|------|-----|-------|
| Ash Tray | | |
| Cigarette Papers | | |
| Cigarette Roller | | |
| Cigarettes-Car. | | |
| Cigarettes-Pkg. | | |
| Cigars | | |
| Lighters | | |
| Matches | | |
| Pipe | | |
| Pipe Cleaners | | |
| Pipe Filters | | |
| Tobacco-Chew | | |
| Tobacco-Cig. | | |
| Tobacco-Pipe | | |
| Tobacco-Pouch | | |
| Tobacco-Snuff | | |

### FOOD ITEMS

| ITEM | NO. | METH. |
|------|-----|-------|
| Candy-Bag | | |
| Candy-Bars | | |
| Chips | | |
| Coffee | | |
| Cookies | | |
| Crackers | | |
| Creamers | | |
| Drink Mix | | |
| Hot Chocolate | | |
| Peanuts | | |
| Pretzels | | |
| Sugar | | |
| Tea | | |

### MISCELLANEOUS ITEMS

| ITEM | NO. | METH. |
|------|-----|-------|
| Bag-Laundry | | |
| Basin | | |
| Batteries | | |
| Books | All | |
| Bucket | | |
| Carbon Paper | | |
| Checkers | | |
| Chess | | |
| Cup | 1 | |
| Dictionary | | |
| Earphones | | |
| Envelopes | | |
| Erasers | | |
| Extension Cord | | |
| Eyeglass Case | | |
| Eyeglasses | | |
| Eyeglasses-Sun | | |
| Games | | |
| Glass | | |
| Gym Bag | | |
| Headset | | |
| Key Ring | | |
| Keys | | |
| Lamp | | |
| Legal Books | | |
| Legal Material | All | |
| Lock | | |
| Loose-leaf Binder | | |
| Magazines | | |
| Neck Chain | | |
| Needles | | |
| Notebook | | |
| Pencils | 1 | |
| Pencil Shrp. | | |
| Pens | | |
| Photo Album | | |
| Photographs | All | |
| Mail | All | |

| ITEM | NO. | METH. |
|------|-----|-------|
| Playing Cards | 1 | |
| Posters | | |
| Religious Books | All | |
| Religious Mat. | | |
| Religious Metal | | |
| Rug | | |
| Ruler | | |
| Spoon | 2 | |
| Tablet Paper | | |
| Thread | | |
| Tissue | | |
| Tub | | |
| Typing Paper | | |
| Wallet | | |
| Wastebasket | | |
| Writing Paper | | |
| Paper Work | All | |
| Neck Cream | | |
| AEO extract | 1 | |

| ITEM | DESCRIPTION OR SERIAL NO. | NO. | METH. |
|------|--------------------------|-----|-------|

MAIL TO

Articles marked "S" mailed (signature and title) | Date Mailed

The property described above was inventoried and processed as indicated.

_J. Grim_____
Signature of Property Officer
SCI Grn   Facility
5-3-05   Date

The property above was received and processed

R____ Col
Signature of Property Officer
SCI FYT   Facility
5-6-05   Date

_Derrick Rankin_
Signature of Inmate

WHITE—DC-15 AFTER ALL PROCESSING COMPLETED
PINK—SENDING FACILITY COPY OR MAIL ROOM IF APPLICABLE
CANARY—INMATE COPY AFTER ALL PROCESSING COMPLETED
GOLDENROD—INMATE COPY WHEN ITEMS ARE INVENTORIED

A - STORAGE

## DC-153
## INMATE PERSONAL PROPERTY INVENTORY

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

☐ Transfer  ☒ Hold  ☐ Initial Disposition  ☐ Other

| DC Number | Name | Method of Disposition |
|---|---|---|
| EV 5850 | RANKINE | S-Ship  R-Return to Inmate  **A  482835**  D-Destroy  H-Hold for Inmate |

### CLOTHING & ACCESSORIES

| ITEM | NO. | METH. | ITEM | NO. | METH. |
|---|---|---|---|---|---|
| Ath. Shorts | ✓ | | T-Shirt | 3 | K |
| Ath. Supports | ✓ | | Undershirt | | |
| Belt | ✓ | | Undershorts | 2 | K |
| Cap | | H | Underwear Bot. | | |
| Coat | ✓ | | Underwear Lg. | | |
| Coat-Rain | | | Underwear Top | | |
| Coat-Top | | | Vest | | |
| Gloves | | | | | |
| Handkerchief | | | | | |

### GROOMING ITEMS

| ITEM | NO. | METH. |
|---|---|---|
| Brush | | |
| Comb | 1 | H |
| Dental Floss | | |
| Denture Cup | | |
| Dentures | | |
| Deodorant | | |
| Hair Dressing | 1 | H |
| Hair Pick | | |
| Lotion-Shave | | |
| Lotion-Body | | H |
| Lotion-Hand | | |
| Mirror | | K |
| Nail Clippers | | |
| Petroleum Jelly | | |
| Razor | | |
| Razor Blades | ✓ | |
| Shampoo | 1 | H |
| Shaving Cream | 1 | H |
| Soap | | |
| Soap Dish | | |
| Talcum Powder | | |
| Toothbrush | | H |
| Toothpaste/Rinse | ✓ | |
| Towel | ✓ | |
| Tweezers | | |
| Washcloth | | |

| ITEM | NO. | METH. |
|---|---|---|
| Hat | | |
| Jacket | | |
| Overcoat | | |
| Pajamas | | |
| Robe | | |
| Scarf | | |
| Shirt | | |
| Shoe Brush | | |
| Shoe Polish | | |
| Shoes-Boots | | |
| Shoes-Dress | | |
| Shoes-Over | | |
| Shoes-Shower | | |
| Shoes-Sandal | | |
| Shoes-Sneakers | | |
| Shoes-Tennis | | |
| Shoes-Work | | |
| Shower Cap | | |
| Slippers | ✓ | |
| Socks | 2 | K |
| Suit | | |
| Sweat Belt | | |
| Sweat Pants | | |
| Sweat Shirt | | |
| Sweat Suit | | |
| Sweaters | | |
| Tie | | |
| Trousers | ✓ | |
| MICROWAVE | 2 | H |
| TB HOLDER | 1 | H |

### TOBACCO ITEMS

| ITEM | NO. | METH. |
|---|---|---|
| Ash Tray | | |
| Cigarette Papers | | |
| Cigarette Roller | | |
| Cigarettes-Car. | | |
| Cigarettes-Pkg. | | |
| Cigars | | |
| Lighters | | |
| Matches | | |
| Pipe | | |
| Pipe Cleaners | | |
| Pipe Filters | | |
| Tobacco-Chew | | |
| Tobacco-Cig. | | |
| Tobacco-Pipe | | |
| Tobacco-Pouch | | |
| Tobacco-Snuff | | |

### FOOD ITEMS

| ITEM | NO. | METH. |
|---|---|---|
| Candy-Bag | | |
| Candy-Bars | | |
| Chips | | |
| Coffee | | |
| Cookies | | |
| Crackers | | |
| Creamers | | |
| Drink Mix | | |
| Hot Chocolate | | |
| Peanuts | | |
| Pretzels | | |
| Sugar | | |
| Tea | | |

### MISCELLANEOUS ITEMS

| ITEM | NO. | METH. | ITEM | NO. | METH. |
|---|---|---|---|---|---|
| Bag-Laundry | | | Playing Cards | 2 | H |
| Basin | | | Posters | | |
| Batteries | ✓ | | Religious Books | | |
| Books | 5 | H | Religious Mat. | | |
| Bucket | | | Religious Metal | | |
| Carbon Paper | 1 | 2H | Rug | | |
| Checkers | | | Ruler | | |
| Chess | | | Spoon | ✓ | |
| Cup | 2 | H | Tablet Paper | 1 | 4H |
| Dictionary | 1 | R | Thread | | |
| Earphones | ✓ | | Tissue | | |
| Envelopes | ✓ | | Tub | | |
| Erasers | ✓ | | Typing Paper | ALL | R |
| Extension Cord | | | Wallet | ✓ | |
| Eyeglass Case | | | Wastebasket | | |
| Eyeglasses | 1 | P | Writing Paper | | |
| Eyeglasses-Sun | | | ID CARD | | H |
| Games | | | ROSARY | | H |
| Glass | | | Legal Envelope | | R |
| Gym Bag | | | | | |
| Headset | | | | | |
| Key Ring | | | | | |
| Keys | | | | | |
| Lamp | | | | | |
| Legal Books | ✓ | | | | |
| Legal Material | | 24H | | | |
| Lock | | | | | |
| Loose-leaf Bnd. | | | | | |
| Magazines | | | | | |
| Neck Chain | | | | | |
| Needles | | | | | |
| Notebook | | | | | |
| Pencils | 5 | H | | | |
| Pencil Shrp. | | H | | | |
| Pens | | H | | | |
| Photo Album | | | | | |
| Photographs | | | | | |

| ITEM | DESCRIPTION OR SERIAL NO. | NO. | METH. | ITEM | DESCRIPTION OR SERIAL NO. | NO. | METH. |
|---|---|---|---|---|---|---|---|
| Briefcase | | | | | | | |
| Calculator | | | | | | | |
| Footlocker | | | | | | | |
| Guitar | | | | | | | |
| Guitar Case | | | | | | | |
| Guitar Strings | | | | | | | |
| Medical Bracelet | | | | | | | |
| Radio | | | | | | | |
| Ring | | | | | | | |
| T.V. | | | | | | | |
| T.V. Antenna | | | | | | | |
| Typewriter | | | | | | | |
| Typewriter Case | | | | | | | |
| Watch | | | | | | | |

| MAIL TO | |
|---|---|
| | Articles marked "S" mailed (signature and title) _____  Date mailed |
| | 2010  8-19-05  I/M Brought Claim  for Legal Exchange |

| The property described above was inventoried and processed as indicated. | The property above was received and processed |
|---|---|
| Signature of Property Officer _Col Domick Rankin_ | Signature of Property Officer |
| Signature of Inmate | Signature of Inmate |
| Institution  Sci FYT | Institution |
| Date  5-6-05 | Date |

WHITE—DC-15 AFTER ALL PROCESSING COMPLETED

PINK—SENDING INSTITUTION COPY OR MAIL ROOM IF APPLICABLE

CANARY—INMATE COPY AFTER ALL PROCESSING COMPLETED

GOLDENROD—INMATE COPY WHEN ITEMS ARE INVENTORIED