## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK A RANKINE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 04-100E** |
| | : | **Judge Sean J. McLaughlin** |
| **SUPERINTENDENT FOLINO, et al.,** | : | **Mag. Judge Susan Paradise Baxter** |
| | : | |
| **Defendants.** | : | |
| | : | |

## <u>NOTICE OF APPEARANCE</u>

AND NOW, come the defendants, Superintendent Folino, Deputy Jackson, Deputy Barone, Jeffrey A. Beard, Sharon D'Eletto, Jean Scott, Dr. Sacks, Captain Hall, Lt. Gumbarevio, Lt. Meighen, Sgt. Conner, Sgt. Tanner, Sgt. Santogo, C.O. Stickles, C.O. Stephen, C.O. Rausenwinder, C.O. Manberry, C.O. Angelo, C.O. Henry, C.O. Jordan, Mr. Ivan, C.O. Engelhardt, Thompson, C.O. Coy, Mr. Geehring, C.O. Blake, C.O. Anderson, Mrs. Barr and Thomas James by their attorneys, Thomas W. Corbett Jr., Attorney General, Kemal Alexander Mericli, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following:

1.      Please enter the appearance of Kemal Alexander Mericli, Senior Deputy Attorney General, for defendants Superintendent Folino, Deputy Jackson, Deputy Barone, Jeffrey A. Beard, Sharon D'Eletto, Jean Scott, Dr. Sacks, Captain Hall, Lt. Gumbarevio, Lt. Meighen, Sgt. Conner, Sgt. Tanner, Sgt. Santogo, C.O. Stickles, C.O. Stephen, C.O. Rausenwinder, C.O. Manberry, C.O. Angelo, C.O. Henry, C.O. Jordan, Mr. Ivan, C.O. Engelhardt, Thompson, C.O. Coy, Mr. Geehring, C.O. Blake, C.O. Anderson, Mrs. Barr and  Thomas James, in the above captioned case.

Respectfully submitted:

Thomas W. Corbett, Jr.
Attorney General

By:     /s/ Kemal Alexander  Mericli
        KEMAL ALEXANDER MERICLI
        Senior Deputy Attorney General
        Attorney I.D. No. 27703
        Susan J. Forney
        Chief Deputy Attorney General
        Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2006, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:


Derrick A. Rankine, EU-5850
SCI-Fayette
P.O. Box 9999
LaBelle, PA 15450-0999


By:    /s/  Kemal Alexander Mericli
          KEMAL ALEXANDER MERICLI
          Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219