IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK A RANKINE,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-100E |
| | : Judge Sean J. McLaughlin |
| **SUPERINTENDENT FOLINO, et al.,** | : Mag. Judge Susan Paradise Baxter |
| | : |
| Defendants. | : |
| | : |

## MOTION TO WITHDRAW APPEARANCE

AND NOW, come the defendants, Superintendent Folino, Deputy Jackson, Deputy Barone, Sharon D'Eletto, Jean Scott, Dr. Sacks, Captain Hall, Lt. Gumbarevio, Lt. Meighen, Sgt. Conner, Sgt. Tanner, Sgt. Santogo, C.O. Stickles, C.O. Stephen, C.O. Rausenwinder, C.O. Manberry, C.O. Henry, C.O. Jordan, Mr. Ivan, C.O. Engelhardt, Thompson, C.O. Coy, Mr. Geehring, C.O. Blake, C.O. Anderson, Mrs. Barr and Thomas James by their attorneys, Thomas W. Corbett Jr., Attorney General, Kemal Alexander Mericli, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following:

1.      Please withdraw the appearance of Robert S. Englesberg, Senior Deputy Attorney General in the above-captioned case.

        Respectfully submitted:

        Thomas W. Corbett, Jr.
        Attorney General

By:   /s/ Kemal Alexander Mericli
       KEMAL ALEXANDER MERICLI
       Senior Deputy Attorney General
       Attorney I.D. No. 27703
       Susan J. Forney
       Chief Deputy Attorney General
       Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2006, I electronically filed the foregoing *Withdrawal of Appearance* with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

Derrick A. Rankine, EU-5850
SCI-Fayette
P.O. Box 9999
LaBelle, PA 15450-0999

By:   /s/  Kemal Alexander Mericli
      KEMAL ALEXANDER MERICLI
      Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219