IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DERRICK RANKINE,            )
       Plaintiff,          )
                           )
       v.                  )   Civil Action No. 04-100 Erie
                           )
SUPERINTENDENT FOLINO, et al,  )
       Defendants.         )

### ORDER

AND NOW, this 17th Day of April, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Status Conference before the Honorable Susan Paradise Baxter, on Friday, April 28, 2006, at 11:00 a.m. Kemal Mericli, Esq., of the Office of Attorney General is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632. This conference will follow the telephonic conference set for the same date at 10:30 a.m. on CA 03-313 Erie; Rankine v. Sobina, et al.

                                      s/Susan Paradise Baxter
                                      SUSAN PARADISE BAXTER
                                      CHIEF UNITED STATES MAGISTRATE JUDGE

c: all parties of record (lw)