IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK A. RANKINE,**<br>    Plaintiff<br><br>    v.<br><br>**SUPERINTENDENT FOLINO, et al.,**<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **C.A.No. 04-100 Erie**<br>    **District Judge McLaughlin**<br>    **Magistrate Judge Baxter** |

# O R D E R

AND NOW, this 2nd day of May, 2006;

Following a telephonic hearing held on April 28, 2006,

IT IS HEREBY ORDERED that all discovery in this case will close August 25, 2006.

IT IS FURTHER ORDERED that dispositive motions are due September 29, 2006, and briefs in opposition to any dispositive motion are due October 19, 2006.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


                                S/Susan Paradise Baxter
                                SUSAN PARADISE BAXTER
                                Chief U.S. Magistrate Judge