United States District Court
Western Pennsylvania
Erie PA. 16501.

Derrick Rankine
  vs.                               C.A. #04-100 Erie.
Superintendent Folino et. Al.

To The Chief Justice and Judges of Said Court:

Plaintiff, Derrick Rankine, now swears under oath and the penalty of perjury pursuant to 18 USCA § 1746, that on April 28, 2006, after the status hearing the Plaintiff, checked Plaintiff's record and found that:

(a) Plaintiff did attempted to served all six named defendants Leggett, Johnson, Schmapp, Bowlin, Hargrove and Henderson, and these defendants refused to accepted service and instructed the Plaintiff to send their complaints to "their lawyer".

(b) Plaintiff then mailed their complaint to the defendants counsel and Secretary Jeffery Beard.

(c) Plaintiff then contacted the United States Marshall Service to have the subpoena served on the defendants, and the Marshall Service informed Plaintiff that the Marshall Service cannot serve

(2) the Supplemental Complaints without an order from Judge Baxter to make such service.

d) Plaintiff then mailed a request to this Court in December 2004 to have the Marshall Service served the defendants, which the Court have not done as yet.

Since, Plaintiff is proceeding in Forma Pauperis, it is the Courts responsibility to make sure that the Marshall Service made service on all defendants, once the Complaints are received by the Court. Moreover, Plaintiff is forced to proceed without the assistance of counsel. Garvin V City of Philadelphia 354 F3d 215, 220 (CA.3 PA 2003).

Moreover a motion to supplement a complaint or briefs should be granted freely. Id Foreman V Davis 371 U.S. 178, 182-183, 83 S.Ct. 227 (1962).

Wherefore, Plaintiff prays that the Court would issue an order to have all unserved defendants served by the United States Marshall. So let it be done.

Respectfully Submitted
Derrick Rankine
EU5850
SCI- Fayette
P.O. Box 9999
LaBelle PA 15450

04/28/06

FILED
'06 MAY -4 A10:30
CLERK
U.S. DISTRICT COURT