# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

The following cases are listed for trial beginning on **January 22, 2007**, before the Honorable Sean J. McLaughlin, in Courtroom C, 2nd Floor, U.S. Federal Building and Courthouse, Erie, Pennsylvania

When cases are called for trial between **January 22, 2007 and February 26, 2007**, counsel are to be prepared to select a jury and proceed to trial. Counsel will not be required to try cases back to back, however, the order of selection is subject to change based on expected trial length and the availability of jurors. Counsel are directed to keep the Clerk notified if there is any change in the status of each case. The order for selection is as follows:

| Case No. | Caption | Counsel |
|---|---|---|
| CR 05-30 Erie | USA v. **Adams** | (Trabold, Patton) |
| CR 06-10 Erie | USA v. **Noble** | (Trabold, Patton) |
| CR 06-15 Erie | USA v. **Erway** | (Trabold, Patton) |
| CR 06-31 Erie | USA v. **Baynor** | (Sanner, Patton) |
| CR 06-33 Erie | USA v. **Mcdonald** | (Trabold, Patton) |
| CR 06-35 Erie | USA v. **Silman** | (Sanner, Misko) |
| CR 06-37 Erie | USA v. **Weems** | (Piccinini, Patton) |
| CR 06-44 Erie | USA v. **McLaurin** | (Piccinini, Patton) |
| CR 06-46 Erie | USA v. **Williamson** | (Piccinini, Patton) |
| CR 06-47 Erie | USA v. **Longo, Jr.,** | (Trabold, Jordan) |
| CR 06-49 Erie | USA v. **Pittman** | (Piccinini, Patton) |
| CR 06-50 Erie | USA v. **Bolden** | (Piccinini, Schroeck) |
| CR 06-53 Erie | USA v. **Nelson** | (Piccinini, Friedman) |
| CR 06-55 Erie | USA v. **Wilson-Garcia** | (Trabold, Parron) |
| CR 06-56 Erie | USA v. **Wright** | (Piccinini, Patton) |
| CR 06-58 Erie | USA v. **Jacobs** | (Piccinini, Borek) |
| CR 06-59 Erie | USA v. **Mathis** | (Piccinini, Segel) |
| CR 06-61 Erie | USA v. **Pullium** | (Trabold, Patton) |
| CA 04-100 E | **Rankine** v. **Superintendent Folino** (Pro Se) | (Mericli, Englesberg, Donaldson) |
| CA 04-299 E | **Lindquist** v. **Heim, L.P.,** (Hartman, Conlon) | (Robinson) |
| CA 04-264 E | **Wagner, et al.**, v. **Crawford Central S.B., et al.,** (Nichols) | (Kuhar) |

IMMEDIATELY UPON RECEIPT OF THIS NOTICE, COUNSEL FOR THE GOVERNMENT ARE TO ISSUE APPROPRIATE WRITS OF HABEAS CORPUS TO THE U.S. MARSHAL SERVICE FOR ANY AND ALL OUT OF STATE DEFENDANTS OR WITNESSES.

Nicole M. Kierzek
Courtroom Deputy to Judge Sean J. McLaughlin

cc: All counsel
  United States Attorney
  Federal Public Defender
  United States Marshal
  United States Pretrial Services