# United States District Court Western District Pennsylvania

Derrick Rankine
v
Superintendent Folino et al.

CASE number 1:04.CV.100.

## Request For Entry of Default of $15,000,000

To The Clerk of Courts For Western District of Pennsylvania.

You will please enter the default of $15,000,000 against all defendants: (1) For failure to returned Plaintiffs legal material that were confiscated on Febuary 11, 2005 by the defendants at SCI-Green. and

(2) For attempting to murdered Plaintiff on Febuary 11, 2005, in retaliation for pursueing this civil action and

(3) For breaking both of Plaintiffs wrist and ankles, beating, humiliating, staving, degrading, torturing, and belitting Plaintiff from January 20, 2004 to May 04, 2005 in retaliation for filing this civil action et in violations of the Laws of the United

PAGE 2. Request For Default Judgment

States and Commonwealth of Pennsylvania.

4) Staving and Abusing Plaintiff from January 20, 2004 to May 4, 2005. (b) Refusing to return to Plaintiff all evidence for this case and Plaintiff criminal case, in violations of the Laws of the United States and Commonwealth of Pennsylvania.

(5). The defendants have also refused to returned to Plaintiff all evidence for Plaintiff's criminal case and is thus causing Plaintiff to be innocently incarcerated, in retaliation for filing this civil action ect.. in violations of the Laws of the United States and Commonwealth of Pennsylvania.

Therefore, please enter a default of $15,000,000, collectively, individually and officially against all defendants as provided by the Federal Rules of Civil Procedure.

Respectfully Submitted
Domick Rankine
EH5850
SCI-Fayette
P.O. Box 9999
Labelle PA 15450

12/20/06.

PAGE 3: REQUEST FOR DEFAULT JUDGMENT OF $15,000,000.

_____          _____
DATE.                        Clerk of Courts


_____          _____
DATE.                        Judge.

Plaintiff, Derrick Rankine, swears under oath and the penalty of perjury pursuant to 28 U.S.C. § 1746 that all statements made in the above request for default judgment are true and correct.

Respectfully Submitted

Derrick Rankine
EU5850
SCI FAYETTE
P.O. Box 9999
Labelle PA 15450

12/20/06.

United States District Court
Western District Pennsylvania

Derrick Rankine
vs.
Superintendent Folino et al.

Case Number 1'04 CV 100.

Proof of Service and Verification.

Plaintiff, Derrick Rankine, swears under oath and the penalty of perjury pursuant to 28 USCS 1746, that all statements made in the enclosed request for a default judgment of $15,000,000 are true and correct and that a copy of the above motion is being served on

Mr. Kamal Mercilli
Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219.

Respectfully Submitted
Derrick Rankine
EU5850
SCI-Fayette
P.O. Box 9999
Labelle PA. 15450

12/20/06.