DerrickRankine EU5250
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

INMATE MAIL
DEPT. OF CORRECTIONS

To Clerk of Co[urt]
United States District Court
Western District PA
P.O. Box 1870
Erie PA 16501

INMATE MAIL — DEPARTMENT OF CORRECTIONS

**RECEIVED**

DEC 21 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES POSTAGE
$ 00.63°
MAILED FROM ZIP CODE 15450
02 14 / 0004620013 / DEC 19 2006