**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DERRICK RANKINE,** | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
|     v. | )  **Civil Action No. 04-100E** |
| | ) |
| **LOUIS FOLINO, et al.** | ) |
| | ) |
|        **Defendants.** | ) |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2007, upon consideration of the within motion for sanctions or appropriate relief, it is hereby **ORDERED** that this case is **DISMISSED** for plaintiff's failure to comply with court order.

By the Court:

_____
                      J.