IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK RANKINE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 04-100E |
| | ) |
| **LOUIS FOLINO, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2007, upon consideration of the within motion for summary judgment or relief under F.R.C.P. 50, it is hereby **ORDERED** that judgment is **GRANTED** in defendants' favor as to all remaining counts of the complaint.

By the Court:

_____
J.