United States District Court

Western District Pennsylvania.

Derrick Rankine    Civil Action # 04-100 Erie.

Vs.

Superintendent Folino et al.

Plaintiffs Affidavit In Support Of Motion For A Default Judgment.

FILED

07 JAN 10 AM F 56

CLERK
US DISTRICT COURT

Plaintiff Derrick Rankine, swears under oath and the penalty of perjury pursuant to 28 U.S.C. A § 1746, that all the following are true and correct:

(1) The defendants are correct that Plaintiff did not Filed A pre-trial motion and Plaintiff will be unable to File A pre-trial that motion until the defendants return Plaintiff legal materials that were stolen by the defendants on Febuary 11, 2005.

(2) The defendants have beaten, tortured, starved Freezed and Abused Plaintiff From January 20, 2004 to May 4, 2005.

(3) On December 20, 2004, defendants told Judge Baxter that Plaintiff Filed 192 grievances, begging the defendants to stopped the Above torture yet between December 20, 2004, th to May 4, 2005, the defendants Increased the Above torture.

(4) Between December 20, 2004 to Febuary 11 2005, Plaintiff was beaten, slapped, punched kicked, denied meals and water, given meals that were spit in, denied shower, denied access to the yard and threatened daily by the defendants.

(5) Plaintiff was injected with a chemical by the defendants to induce liver failure in an attempt to killed Plaintiff.

(6) After Plaintiff started vomiting blood and passing blood in, Plaintiffs urine and feces daily, Plaintiff was denied all medical care, and allowed bleed, while the defendants chanted die, die, die.

(7) On Febuary 11, 2005, the defendants gave inmate George Vick, Plaintiffs dinner and ordered inmate Vick to flood Plaintiffs cell.

(8) After inmate Vick flooded Plaintiffs cell, the defendants, got dress in their riot gear and ordered Plaintiff out of Plaintiffs cell.

(9) Plaintiff wrist and ankles were summarily broken by the defendants. (b) Plaintiff was punched kicked, stripped, humiliated and then taken to HB-5 cell. (c) Plaintiff was denied all meals and

Water From 02/08/05 to 02/18/05 (d) Plaintiff's legal materials were confiscated and have not been returned to Plaintiff as yet.

(10) Plaintiff was Freezed and denied clothing From 02/11/05 to 02/18/05.

(11) Plaintiff was denied all medical care by the defendants.

(12) Plaintiff was denied meals randomly and denied water between Febuary 18, 2005 to May 4, 2005.

(13) Between April 26, 2005 to May 4, 2005, Plaintiff was denied all meals and water, even though Plaintiff was passing blood, and getting weak.

(14) In April 2005, the defendants had Plaintiff injected with the hepatic C. germs, which is and caused Plaintiff to itch all over night and day.

(15) Plaintiff is been and was denied all medications to stop this itching, by defendants and prison officials here at SCI-Fayette

(16) Upon arriving at SCI-Fayette, Plaintiff was given 975 mg of Iron daily For Four months to repair and reverse the damage to Plaintiff liver and blood lost. See Plaintiffs exhibits 1 and 2.

Page 4

(17) Plaintiff would like to file a pre-trial state-ment but plaintiff needs Plaintiffs legal materinal that were removed from Plaintiffs cell on June 2, 2004 and Febuary 11, 2005, by the defendants; to file this pre-trial statement.

(18) The defendants have refused to returned these legal materials from Febuary 11 2005 to the present.

(19) Each time Plaintiff asked for the return of the above legal material, Plaintiff was told to "get a court order or die."

(20) Wherefore, the Court should enter a default judgment of $15,000,000 against all defendants collectively or IN THE ALTERNATIVE order the defendants to return Plaintiffs legal and allow Plaintiff two weeks from the date Plaintiffs legal material is return to file a pre-trial motions.

Respectfully Submitted
Domick Rankine
EU 5850
SCI-FAYETTE
P.O. Box 9999
LaBelle PA 15450

01/07/07

United States District Court.
Western District Pennsylvania

Derrick Rankine    Civil Action#04-100 Erie
          Vs.
Superintendent Folino et. Al.

          Proof of Service.

Plaintiff Derrick Rankine, swears under oath and the penalty of perjury pursuant to 28 U.S.C.A § 1746, that A correct of the within Affidavit is been served on Mr. Kemal Mericli, Office of Attorney General. C. Manor Complex, 564 Forbes Ave Pittsburgh PA 15219.

                    Respectfully Submitted
                    Derrick Rankine
                    EU 5850.
                    SCI- Fayette
                    P.O. Box 9999
01/07/07.            Labelle PA 15450