IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK RANKINE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-100E |
| | ) | |
| | ) | Judge Sean J. McLaughlin |
| v. | ) | Magistrate Susan Paradise Baxter |
| | ) | |
| LOUIS FOLINO, et al. | ) | Electronically Filed |
| | ) | |
| Defendants. | ) | |

## STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1.  All of the remaining actionable claims against all of the remaining defendants in this case are accumulated in the Report and Recommendation of April 11, 2005.

2.  The attached affidavits authenticate and interpret appendixs 1-4 of the instant motion for summary judgment etc.

3.  Mr. Rankine has not managed to exhaust a single pertinent grievance regarding any of the claims that have not been dismissed.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By:   /s/Kemal Mericli
Kemal Mericli
Senior Deputy Attorney General
Attorney I.D. No. 27703

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date:  January 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, I electronically filed the foregoing **Statement of Material Facts not in Dispute** with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

**DERRICK A. RANKINE**
EU-5850
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450
PRO SE

/s/Kemal Mericli
Kemal Mericli
Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA   15219

Date:  January 12, 2007