IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK RANKINE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-100E |
| | ) | |
| | ) | Judge Sean J. McLaughlin |
| v. | ) | Magistrate Susan Paradise Baxter |
| | ) | |
| LOUIS FOLINO, et al. | ) | Electronically Filed |
| | ) | |
| Defendants. | ) | |

## APPENDIX TO MOTION FOR SUMMARY JUDGMENT, NUNC PRO TUNC, OR FOR RELIEF UNDER F.R.C.P. 50.

And Now, come the remaining defendants Superintendent Folino, Jeffery Beard, Deputy Jackson, Deputy Barone, Sharon Delelto, Jean Scott, Dr. Sacks, Captain Hall, Lt. A. E. Gumbarevio, Lt. Meighen, Sgt. Conner, Sgt. Tanner, Sgt. Santogo, C.O. Stickles, C.O. Stephen, C.O. Rausenwinder, C.O. Manberry, C.O. Henry, C.O. Jordan, Mr. Ivan, C.O. Engelhardt, Thompson, C.O. Coy, Mr. Geehring, C.O. Blake, C.O. Anderson, Mrs. Barr, and Mr. Thomas James in this action by their attorneys, Thomas W. Corbett, Jr., Attorney General, Kemal Mericli, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and who submit the following document in conjunction with and as a supplement to their foregoing motion.

                                    Respectfully submitted,

                                    **THOMAS W. CORBETT, JR.**
                                    **Attorney General**

By:   /s/Kemal Mericli
        Kemal Mericli
        Senior Deputy Attorney General
        Attorney I.D. No. 27703

        Susan J. Forney
        Chief Deputy Attorney General
        Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date:  January 12, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2007, I electronically filed the foregoing **Appendix to Motion for Summary Judgment Nunc Pro Tunc, or for Relief under F.R.C.P. 50.** with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

**DERRICK A. RANKINE**
EU-5850
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450
PRO SE

/s/Kemal Mericli
Kemal Mericli
Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA   15219

Date:  January 12, 2007