APPENDIX TO MOTION FOR SUMMARY JUDGMENT <u>NUNC PRO TUNC</u>
AND/OR FOR RELIEF UNDER ER.C.P.50

<u>RANKINE v. FOLINO</u>

| | |
|---|---|
| **APPENDIX 1** | **Print out of grievance history maintained by Doc (2/1/04 to 9/20/04)** |
| **APPENDIX 2** | **Grievances (and appeals to superintendent and Final Review where they were taken)** |
| **APPENDIX 3** | **Correspondence from DOC officials advising Mr. Rankin on how to utilize DC-M 804 properly** |
| **APPENDIX 4** | **Responses from the Chief Grievance Officer** |