**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**March 18, 2004**

**SUBJECT:**  First-Level Appeal
To Grievance Number 75766

**TO:**  Mr. Rankin, EU-5850
F Unit, A Pod

**FROM:**  Louis S. Folino
Superintendent

I am in receipt of your grievance, number 75766, dated February 13, 2004; the Initial Review Response by RNS McAnany, dated February 24, 2004; and your first-level appeal, received in this office on March 15, 2004.

Your first-level appeal of 75766 will not be reviewed due to your failing to comply with DC-ADM 804, Section VI Procedures, C Appeal to Facility Manager, 1b. It is the responsibility of the inmate/grievant to monitor procedural time frames as established in this policy. While latitude in regard to timeliness is often exercised, I find your appeal is well beyond the five-day period.

Your appeal is hereby dismissed.

LSF:djk

CC:       Deputies
Grievance Coordinator
DC-15

I would like a stapler to stapler up my brief to mail to the courts.

31/5

EU 5850
SCI- Greene
175 Progress Drive
Waynesburg Pa 15370
03/13/04

Grievance Appeal # 75766
to Superintendent Folino.

Re: Derrick Rankine

Since 01/20/04, I have been having severe headaches pain in my Arms, legs and back. On 01/22/04 and 01/25/04 and 01/27/04; I was seen by RHU Doctor and told that I would be given Motrin. I have recieved NO Motrin as of 02/13/04 These pains Are caused because I was locked in A cell with any heat or clothing from 01/20/04 to 02/13/04. Now your (Mr. John McAnany) did not interveiw me orspoken to me About this grievance, which violates DC ADM 804 and this response was not given to me until 03/07/04; and I was not given a pen until 03/13/04; which shows that this grievance is Factual, correct and truthful.

Had I been lying, your staff and you would not be trying to obstruct the due Administration of Justice. Now your staff Are refusing to give me pens, toothpaste, soap, ointment enevelopes, requests to staff and grievances, registered letter reciepts, cash slips in an effort to silence me but I am A generalson; so they will Frustrate me but I will get justice at All cost; so please advice your staff to give me the States Supplies.

Respectfully,
Derrick Rankine

DC-804
Part 3

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
|---|
| 75768 |
| GRIEVANCE NUMBER |

**DATE:** February 13, 2004

**SUBJECT:** Grievance Rejection Form

**TO:** Mr. Rankin, EU-5850
I Unit, B Pod

**FROM:** Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a. DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b. DC-ADM 802-Administrative Custody Procedures
    c. other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. _X_ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _X_ **Grievances based upon different events shall be presented separately.**

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _X_ **The issue(s) presented on the attached grievance has been reviewed and addressed previously.**

Additional Comments: If the grievance issue of February 12 is still important to you, edit the grievance form and resubmit in five (5) working days. The issue of pain since January 20 is being reviewed separately on another grievance. Use only your name of commitment.

SLD/ack

CC:    FILE
         DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

75768

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI-Greene | 02/12/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| DERRICK RANKINE EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $2500 relief requested. | RHU I B-20 | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 02/12/04 I was scheduled by the medical department to give blood. I was taken from my cell by (C/O)s Jordan and Stephen to give this blood. The Nurse sticked me three times with A Needle yet she refused to draw my blood; which caused me severe pain in both my arms. I have been experiencing severe pains in my arms, legs, back and head since 01/20/04 yet I am been denied all forms of pain relievers, and Now the above abused was added to this torture.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I sent A request to the Medical Administrator PRC and Superintendent Folino. I have recieved No response as yet about the contining denial of Medical care to me. I would like all torturing of me to cease immediately I also asked to speak to the RHU captain or Lt. to No avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**February 20, 2004**

**SUBJECT:** Your IRTSM, dated 02/18/04
Re:    Appeal of Rejected Grievance 75768
Name of Commitment

**TO:** Mr. Rankin EU 5850
I Unit, B Pod

**FROM:** Louis S. Folino
Superintendent

I am in receipt of the above-described request slip.

First, Grievance Number 75768 was rejected for more reasons than just your use of a name other than your name of commitment. It was rejected in that you included an issue (01/20/04) which is the subject of another grievance (75766). Also, in Grievance Number 75768, you included a new complaint stemming from 02/12/04.

You were advised by the Grievance Coordinator that, if the 02/12/04 issue was still important to you to submit a new grievance containing only that issue and resubmit it in five (5) working days. This you have failed to do.

To that end, your appeal is denied.

Second, you were committed by Philadelphia County to the Pennsylvania Department of Corrections under the name of Derrick Rankin; therefore, that is your name of commitment.

The only sure way of changing this situation of your name, if it is inaccurate, is for you to contact the court of commitment (Philadelphia) and request that correction.

You may also contact Ms. Thomas, Records Supervisor, SCI Greene, to see if she may be of any assistance to you in this matter.

Finally, until the situation of your name is addressed by you appropriately, you are to use your name of commitment on any and all correspondence with the Department of Corrections, e.g., request slips, grievances, etc.

Attach.:    IRTSM 02/18/04 re:  75768

CC:    Grievance Number 75768 (with attachment)
Ms. Thomas, SCI Greene Records Supervisor (with attachment)
CSA Inmate File (with attachment)
DC-15 (with attachment)

(inmate 2004\grievances\rejection appeal/EU 5850 Rankin and Grievance Number 75768.02-20-04)
(inmate 2004\superintendent correspondence\EU 5850 Rankin and 02-18-04 IRTSM.02-20-04)

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**     February 13, 2004

| FOR OFFICIAL USE ONLY |
| 75765 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**       Mr. Rankin, EU-5850
              I Unit, B Pod

**FROM:**     Sharon L. D'Eletto
              Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804,
Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the
        policies listed and shall not be reviewed by the Facility Grievance Coordinator:

        a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
        b.   DC-ADM 802-Administrative Custody Procedures
        c.   other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility
        action or policy.

4. ____ Group grievances are prohibited.

5. _X_ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are
        based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the
        appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/ack

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

75765

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI Greene | 02/12/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Jerrick Rankine / EU5850 | Jerrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| | RHU IB-20 |

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 02/10/04, I was forceably stripped searched by your staff, which was very humiliating, degrading demeaning and is causing me to have nightmares, been unable to sleep, vomiting, and a loss of appetite. I am not a homosexual and never will be one. I informed staff that the above would occurring occurred and refused to removed my boxer. I was compelled to removed my boxers by the Sgt. and Lt. and I was then told this would occurred once every month. I will not voluntarily removed my underwear in the presence of any male person for the above reasons.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I refused to removed my boxers and informed staff that the above would occurred. I also informed the RHU Sgt. and Lt. that the above would occurred and I was threatened and force ably stripped and insulted by the Lt. again. I would like to be released from the RHU or be transfer out of this institution.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**February 20, 2004**

**SUBJECT:** Appeal of Rejected Grievance 75765

**TO:** Mr. Rankin 5850
I Unit, B Pod

**FROM:** Louis S. Folino
Superintendent

I am in receipt of your 02/18/04 appeal of the Grievance Coordinator's rejection of Grievance Number 75765. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 01/29/04.

Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

Attach.: Rejected Grievance Number 75765

CC: Deputies' Complex (1)
CSA Grievance File at 75765
DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 75765.02-20-04)

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br>Grievance Appeal<br>75765 | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1. To: (Name and Title of Officer)<br>Superintendent Folino. | 2. Date:<br>02/18/04 |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>DERRICK RANKINE EU5850<br>*Derrick Rankine*<br><center>Inmate Signature</center> | 4. Counselor's Name<br>Mr. Ivan |
| | 5. Unit Manager's Name<br>Captain Hall |
| 6. Work Assignment<br>$2500 relief requested. | 7. Housing Assignment<br>RHU IB-20. |

8. Subject: State your request completely but briefly. Give details.

My name is and was always DERRICK RANKINE, therefore you and your staff needs to correct my name, and stop disrespecting my family before I sue you and your staff, for slander and libel.

On 02/10/04 I was forcibly stripped searched by your staff; which was very humiliating, degrading demeaning and embarrassing to me and is causing me to have nightmares, been unable to sleep, vomiting and a loss of appetite. I am not a homosexual and never will become a faggot.

I refused to removed my boxers and informed your staff of the above situation. Yet I was compelled to removed my boxers by the Lt. and Sgt. I was then told that this will occurred on every month. I was then denied access to the yard by C/O Stephen because I refused to removed my boxers in his presence. This situation was reported

9. Response: (This Section for Staff Response Only)
to SCI Albion and SCI Somerset.
I will continued to be refused removed my boxers in the presence of all your male staff.

If you read my file you will understand that I am violently homophobic and that is why I was given a Z code. Also when I am stripped searched I become suicidal. This started at Smithville; and no one can explain it to me. I would and will jump-up and shake up my underwear in the presence of your staff. So they can understand that I have nothing in my boxers but my penis and testicles. I thank you for your time, co-operation and consideration in this matter. Your servant.

| To DC-14 CAR only ☐ *Derrick Rankine* | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
<center>Print                Sign</center>

Revised July 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
| 76214 |
| GRIEVANCE NUMBER |

**DATE:**    February 20, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
I Unit, B Pod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.    DC-ADM 802-Administrative Custody Procedures.
   c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                                    Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD:tlb

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

76214

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Mr. SCI Greene | SCI Greene | 02/18/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Jerrick Rankine EU5850 | Jerrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $1000 Day relief requested | RHU IB 20 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 02/18/04, I was denied exercise by CIO Stephen because I refused to took off my underwear in the presence of CIO Stephen. CIO Stephen and CIO Manberry have been tampering with my food, such as removing food items sugar, ect ect and pouring water in my tray, giving me ¼ cup coffee ect ect cold coffee. CIO Stephen has also curse at me and made homosexual demands and comments to me. I have repeatedly told CIO Stephen to stay away from me and my cell because I am not a homosexual and will never have a homosexual relation with him or any others.

B. List actions taken and staff you have contacted, before submitting this grievance.
I filed a grievance spoke to Sgts and an Lt. I also informed CIO Stephen and other staff that it is humiliating, embarrassing degrading and caused me to have Nightmares for me to removed my boxers in the presence of men. I also become sucidial whenever I am stripp search.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____           _____
Signature of Facility Grievance Coordinator                    Date

Revised
December 2000

*DC-ADM 804, Inmate Grievance System*
DC-804
Part 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001**

*Attachment B*

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO. | 76352

| TO: (Inmate Name & DC No.) | FACILITY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|
| Rankin, Derrick   EU-5850 | SCI-Greene | IB-20 | 02-23-04 |

I am in receipt of and have been assigned to respond to your grievance. After reviewing your medical record, I note the following facts concerning this grievance.

You claim that on 02/22/04 Ms. Ledwich again gave you the wrong medication. That she returned this medication to the medical department and failed to come back your medication. According to your Medication Administration Record and discussion with Ms. Ledwich the corrected medication was dispensed.

Grievance denied.

/ted

cc:    DSFM
       DSCS
       Grievance Coordinator
       DC-15

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| John McAnany, RNS/Acting CHCA | *JM Andus /ACHCA* | 03-01-04 |

DSCO

DC-804
Part 1    Health care

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
76352

GRIEVANCE NUMBER
3/8

**OFFICIAL INMATE GRIEVANCE**    RANKIN

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI Greene | 02/22/04 |

FROM: (INMATE NAME & NUMBER)    SIGNATURE of INMATE:
DERRICK RANKINE EU5850    Derrick Rankine

WORK ASSIGNMENT:    HOUSING ASSIGNMENT:
$1,000/day relief requested    RHU IB-20

**INSTRUCTIONS:**
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On the above date I was given the wrong medications again by Nurse Joann. brought this to the attention of CIO Rush and the Nurse.

The Nurse returned to my cell and took the medications and lefted the pod. I was Not given any medication to replaced this Wrong medication. This is the second time this nurse gave me the Wrong medication.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I filed a grievance and Appealed to Superintendent Folino then to Camphill I sent a letter to Ed Rendell and Judge Baxter and Secretary Beard and the Attorney General.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Sharon Pelett

Signature of Facility Grievance Coordinator

02/23/04

Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE**

**DATE:**        February 23, 2004

| FOR OFFICIAL USE ONLY |
| --- |
| 76353 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**          Mr. Rankin,
                I Unit, B Pod

**FROM:**        Sharon L. D'Eletto
                Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the
           policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility
           action or policy.

4. ____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims
           are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the
            appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD:tlb

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_76353_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI Greene | SCI Greene | 02/22/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| JERRICK RANKINE EU5850 | Jerrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1153 day relief requested | RHU IB-20 |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 02/22/04, I was given A breakfast tray without
any bread, 4 Sugars and grits by C/O's Manberry and
Rausenwinder.
At lunch I was given A tray with only mashed
potatoes filled with liquid, by C/O's Manberry
and Rausenwinder. This behavior of C/O's Stephen
Manberry and Rausenwinder as been going on
Since I told them that I am Not A "Faggot"
I would like A permanent separation from these
staff since I have intention of ever having
a homosexual relationship with them or anyone else

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I filed two requests to medical asking to be removed
off my diet. I filed two grievances which C/O Rausen
winder and Sgt. Harouse removed from my cell door.
I showed C/O Rausenwinder and Inmate West my tray.
I also asked to speak to the Unit Sgt and pressed the
emergency button 12 times to No avail and refused to eat food

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE -** Facility Grievance Coordinator Copy    **CANARY -** File Copy    **PINK -** Action Return Copy    **GOLDENROD -** Inmate Copy

Revised
December 2000

*DC-ADM 804, Inmate Grievance System*
DC-804
Part 2

*Attachment B*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001**



OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO. | 76607

| TO: (Inmate Name & DC No.) | | FACILTIY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|---|
| Rankin | EU-5850 | SCI-Greene | F/B 07 | 2/16/04 |

The following is a summary of my findings regarding your grievance:

I am in receipt of your grievance and have been assigned to investigate your allegations. This grievance was originally processed on 2/29/04 but was somehow misplaced by entities other than this writer.

You allege in this grievance that you are being held "illegally" and are subjected to "barbaric" treatment within the confines of the RHU.

This subject matter has already been covered in grievance number 75455.

You feel that you are entitled to *anything* you request and you want it *immediately*, Mr. Rankin, despite the fact that you have been treated well by Staff and have received your basic issue items. In an un-related grievance, you ordered Captain hall to give you 450 sheets of typing paper. That alone is a testament to your incredible sense of entitlement.

Thermal underwear is not part of your basic issue. It can be purchased from the commissary.

I find this grievance to be frivolous and without merit.

This grievance is summarily denied.

AG:ag

cc:    Grievance Coordinator
       Deputy Barone
       Deputy Jackson
       DC-15

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| LT A.E. GUMBAREVIC | | 4/28/04 |

COMMONWEALTH OF PENNSYLVANIA
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

Page 17 of 100

7660 7

**GRIEVANCE NUMBER**

3/9

**OFFICIAL INMATE GRIEVANCE**

| | | |
|---|---|---|
| TO: FACILITY GRIEVANCE COORDINATOR<br>SCI-Greene | FACILITY:<br>SCI-Greene | DATE:<br>02/16/04 |
| FROM: (INMATE NAME & NUMBER)<br>DERRICK RANKINE EU5850 | SIGNATURE of INMATE:<br>Demick Rankine | |
| WORK ASSIGNMENT:<br>#1553/day requested | HOUSING ASSIGNMENT:<br>RHU  I B-20. | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

From 01/20/04, I was held in A cell without heat, thermal underwears, socks, T-Shirts, boxers, hat, pain relievers ect ect. On 02/10/04, the heat was turned on in my cell. I am still without thermal underwears and I am still been held illegally in the RHU without A misconduct.

On 02/10/04 I was forced to go to the yard without A thermal underwear which aggravated the pain in my legs, Arms, back and head and joints. I was not given any pain relievers until 02/12/04. I would like $1553/day. For All the above sufferings that I was and am being subjected to plus I would like to be released from this torture chamber called RHU.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I sent A request to Superintendent Folino and the PRC and Nothing was done. Superintendent Folino refused to sent me A check for $3213.00 to resolved the above differences; and he refused to have me released from this torture chamber; this inhumane sadistic, barbaric and deliberate retalitoriory torture

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Sharon Sellit

Signature of Facility Grievance Coordinator

02/24/04

Date

**WHITE** - Facility Grievance Coordinator Copy  **CANARY** - File Copy  **PINK** - Action Return Copy  **GOLDENROD** - Inmate Copy

Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**March 9, 2004**

**SUBJECT:** Appeal of Rejected Grievance 76612

**TO:**      Mr. Rankin EU 5850
            I Unit, B Pod

**FROM:**    Louis S. Folino
            Superintendent

I am in receipt of your 03/06/04 appeal of the Grievance Coordinator's rejection of Grievance Number 76612. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 02/24/04.

Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

Attach.:    Rejected Grievance Number 76612

CC:         Deputies' Complex (1)
            CSA Grievance File at 76612
            DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 76612.03-09-04)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    February 24, 2004

**SUBJECT:**    Grievance Rejection Form

| FOR OFFICIAL USE ONLY |
|:---:|
| 76614 |
| GRIEVANCE NUMBER |

**TO:**    Mr. Rankin
I Unit, B Pod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. __X__    **Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:**

    a.    **DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures**
    b.    DC-ADM 802-Administrative Custody Procedures
    c.    other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
76614
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

page 1 of 2 no

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI Greene | 02/23/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Derrick Rankine EU 5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1,553/day relief requested | RHU IB-20. |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 02/23/04 J was denied my tray by C/O Stephen and Monberry, because J refused to become Ahomo sexual and withdraw by Law Suit against SCI-Somer set (s and Albion Staff.
J was given A juice and A milk with a cup of coffee, When J attempted to asked C/O Manberry to changed that coffee, C/O Stephen used the tray and Knocked over the coffee and lefted the pod with my tray Approximately 5 minutes later C/O Manberry and Step hen returned to my cell door and said "Nigger" give me the F...ing milk and juice cup or we are going to "Kill" your "Nigger" Faggot ass". They did Not opened the tray slot so J was unable to obey this demand

**B.** List actions taken and staff you have contacted, before submitting this grievance.

J pressed the emergency button Approximately 100 times; yet no one answered. J informed Sgt Hargrouse and demanded my tray and coffee. Sgt. Hargrove told me that he knew what happened and that he does Not want to speak to me. J was also denied my tray by Sgt Hargrouse without A hearing. Thank you.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
| --- |
| 76614 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
| --- | --- | --- |
| SCI-Greene | SCI Greene | 02/23/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
| --- | --- |
| Derrick Rankine EU5850 | Domick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
| --- | --- |
| $1000 pay relief requested. | RHU IB-20 |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

At Approximately 45 minutes later C/O Man berry returned to my cell and said "Nigger I want to know if you are going to give up the juice cup and milk faggot". I refused to answer. At Approximately 2 minutes later C/O Manberry and C/O Ansbelo came on the pod to collected the trays. They refused to opened my tray slot even through I was standing at my cell door with the juice cup and milk box in my hands. I offerred the juice cup and milk box to C/O Ansbelo and was told by C/O Ansbelo that "I cannot open that trayslot Mr. Rankine" No Lt. or Sgt came on pod as yet.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I pressed the emergency button 5 times and yet No one responded. I offerred the milk box and juice cup to C/O Ansbelo. I then reported the Above to C/O Pap in the bubble. Again, I would like protective custody from C/O's Manberry, Stephen and Rdusenwinder. I am in extreme fear of these staff.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE**

**DATE:**     February 24, 2004

FOR OFFICIAL USE ONLY
76612

GRIEVANCE NUMBER

**SUBJECT:**   Grievance Rejection Form

**TO:**       Mr. Rankin
          I Unit/B Pod

**FROM:**      Sharon L. D'Eletto
          Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. _____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b.   DC-ADM 802-Administrative Custody Procedures
   c.   other policies not applicable to DC-ADM 804.

2. _____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____ Group grievances are prohibited.

5. __X__ **The grievance was not signed and/or dated.**

6. _____ Grievances must be legible and presented in a courteous manner.

7. _____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _____ Grievances based upon different events shall be presented separately.

9. _____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____ You are currently under grievance restriction. You may not file any grievances until _____.

11. _____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

76612

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI Greene | 02/20/04 |
| FROM: (INMATE NAME & NUMBER) DERRICK RANKINE EU5850 | SIGNATURE of INMATE: Derrick Rankine | |
| WORK ASSIGNMENT $153/day relief requested. | HOUSING ASSIGNMENT RHU IB-20. | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

PLEASE correct the spelling of my Name as my Name is and Alway is DERRICK RANKINE; and I never used or gave any Alias to anyone. Also I will Not and NEVER USED any Alias that you or the department of Corrections try to force on ME; since using Aliases violates the laws of the United States and Commonwealth of Pennsylvania and disrespect my Father; and humiliates, embarrassed, demean and degrade ME. I would be grateful if you would CEASE and desist from these retaliatory acts, barbaric, sadistic and Imentional cruelty and correct the spelling of my Name. Thank you

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I sent three requests to Superintendent Falino, 2 grievance Appeal; Informed SCI-Albion and SCI-Somerset and SCI-Camphill of the correct spelling of my Name; yet the D.O.C. continues to embarrass, humiliates, demean and degrade ME and my Family by spelling my Fathers Name Incorrectedly.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     February 24, 2004

**SUBJECT:**  Grievance Rejection Form

**TO:**     Mr. Rankin
          I Unit, B Pod

**FROM:**    Sharon L. D'Eletto
          Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| :---: |
| 76613 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1.  ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

     a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
     b.   DC-ADM 802-Administrative Custody Procedures
     c.   other policies not applicable to DC-ADM 804.

2.  ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3.  ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4.  ____   Group grievances are prohibited.

5.  _X_   **The grievance was not signed and/or dated.**

6.  ____   Grievances must be legible and presented in a courteous manner.

7.  ____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8.  ____   Grievances based upon different events shall be presented separately.

9.  ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_76613_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI Greene | 02/20/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Jerrick Rankine EU5850 | Jerrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $153/day relief requested | RHU IB 20 |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 02/19/04 and 02/20/04, I was denied exercise by C/O Stephen because I refused to took off my underwear in his presence. C/O Stephen was made aware of the medical and psychological reasons; Why I refused to get Naked in his presence; yet he continue to try and forced himself on me.

At this point, I am asking For A permanent Separation From C/Os Stephen and Manberry. Since I am Not A homosexual and I will never become A homosexual and I am In extreme Fear of these MEN.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I sent A grievance with Sgt. Hargrove on 02/19/04. I informed A Lt. and Sgt. plus Sgt Hargrove of this plus other issues with C/O Stephen and Manberry and I also asked and told C/O Stephen to Stay Away From ME, Not to crused At ME or threatened ME to No Avail

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____

Signature of Facility Grievance Coordinator

_____

Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
December 2000

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**   February 24, 2004

FOR OFFICIAL USE ONLY
76608
GRIEVANCE NUMBER

**SUBJECT:**   Grievance Rejection Form

**TO:**   Mr. Rankin
          I Unit, B Pod

**FROM:**   Sharon L. D'Eletto
            Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.   DC-ADM 802-Administrative Custody Procedures
    c.   other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. _X_ The grievance was not signed and/or dated.

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:   FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

_76608_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI-Greene | 02/16/04 |

FROM: (INMATE NAME & NUMBER)
JERRICK RANKINE EH5850

SIGNATURE of INMATE:
Jerrick Rankine

WORK ASSIGNMENT:
$1000 day relief requested

HOUSING ASSIGNMENT:
RHU I B-20

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

I have sent a misconduct Appeal to you and 8 grievance Appeals and have recieved No responses from Superintendent Folino. I have sent Approximately 12 requests to Superintendent Folino and have recieved responses to only two of these requests.

Presently I would be grateful if I should obtain the Superintendents response, to the above misconduct, and grievance Appeals so I can complete my Administrative remedies; then seek relief in the Courts; if my demands are not met.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I sent a request to Superintendent Folino on 02/12/04 and informed Mr. Ivan of the above obstruction of the due Administration of justice; yet I have recieved No satisfactory responses. I also sent a letter to Secretary Beard, Mr. O'Hara and Mr. Bitner.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**.PARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     March 8, 2004

```
FOR OFFICIAL USE ONLY
        77892
  GRIEVANCE NUMBER
```

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
               F Unit, A Pod

**FROM:**      Sharon L. D'Eletto
               Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.   DC-ADM 802-Administrative Custody Procedures
    c.   other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. ____ The grievance was not signed and/or dated.

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. __X__ **Grievances based upon different events shall be presented separately.**

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments:**

SLD/ack

CC:     FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
| --- |
| 77892 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
| --- | --- | --- |
| SCI-Greene | SCI-Greene | 03/06/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Jerrick Rankine EU5850 | Jerrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| Relief requested (Return all my property) | RHU FA 07 | |

**INSTRUCTIONS:**
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
     members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

From 02/23/04 All my legal, religious and Education materials were stolen by RHU staff. In an effort to obstruct the due Administration in both State and Federal Courts. I would like all my bibles return to me with my legal materials and Access to and used of the Copy machine to prepare my Appeal to be Mailed to the Courts. I also need 500 typing sheets and 50 carbon papers and 10 Manila enevelopes. Thank you All.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Dr. Sacks and Sgt. Santoyo on A daily basis between 02/23/04 and now. I also informed Mr. Ivan and asked Dr. Sacks to informed Captain Hall and Mr. Ivan on 03/04/04 and 03/05/04 to No Avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                              Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**March 16, 2004**

**SUBJECT:**   Appeal of Rejected Grievance 77892

**TO:**        Mr. Rankin EU 5850
              I Unit, B Pod

**FROM:**      Louis S. Folino
              Superintendent

      I am in receipt of your 03/11/04 appeal of the Grievance Coordinator's rejection of Grievance Number 77892. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 03/08/04.

      DC-ADM 804, at Section IV, A, 1, k, directs that different events should be presented separately. Insofar as I find no core organizing reason to include all these events in one grievance and there is no shortage of grievances from the RHU, I suggest you follow the direction of the Grievance Coordinator. Also, please use your name of commitment in all correspondence with the Department of Corrections.

      Your instant appeal is denied.

Attach.:      Rejected Grievance Number 77892

CC:           Deputies' Complex (1)
              CSA Grievance File at 77892
              DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 77892.03-16-04)

Grievance Ap. A #77842

To Superintendent Folino.       From Derrick Rankine 3112
                                RHU FA-7.
                                Date 03/11/04.

The grievance officer need to be train about the purpos
of a grievance and the grievance system. RHU staff refuse
to give the inmates grievance and requests to staff so we
are been forced to work with limited supplies, in an effort to
cover-up the abuses that is taking place daily in the RHU
by RHU staff.

    From 02/24/04 all my legal, religious and educational
materials were stolen by RHU staff in an effort to denied
me access to the courts. I would like all my bibles, all my legal
materials, my irish spring soap return to me.

    I would also like access to and used of the copy machine
with 10 pens to prepare my appeal to send to the courts. I also
need 500 typing sheets and 50 carbon papers with 10 pens, since
RHU staff C/O Stickle(s) refused to give me pens when my pen
is empty.

    Also since 02/22/04, I have been denied soap, toothpaste,
shower, access to the yard; a stapler, and access to the
Law Library; and C/O Stickles keep calling me a 6" piece of
shit, "stinking Rakin" staring at me in my cell, giving me
sugar on my dinner tray and exchanging my cardiac diet for
a high protein diet. I would like some requests to staff and
grievances and to get a permanent separation from C/O
Stickles, C/O Jordan, C/O Stump, C/O Manberry, C/O Stephen a
C/O Rausenwinder. I have no requests to staff so I am
forced to send this appeal on this sheet.
                                              Respectfully
                                              Derrick Rankine

03/11/04.

*DC-ADM 804, Inmate Grievance System*
DC-804
Part 2

Attachment B

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001**

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO. | 77895

| TO: (Inmate Name & DC No.) | | FACILTIY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|---|
| Rankin | EU-5850 | SCI-Greene | F/A 07 | 3/6/04 |

The following is a summary of my findings regarding your grievance:

I am in receipt of your grievance and have been assigned to investigate your allegations.

You state in this grievance that you refuse to "have homosexual relationships with Officers Mansberry, Stephens and Rauenswinder, withdraw your lawsuits against SCI's Albion and Somerset" and, finally, you have "stopped praising God three times per day". You further state that you were not served your meal trays from 2/22/04 to 3/1/04, despite stating that Officers Henry, Cole and Blake asked you if you wanted your food loaf.

Mr. Rankin, you are currently housed on F/Unit. You were placed on F/Unit because you threw a hot cup of coffee on Officer Mansberry and were subsequently placed on a behavior-modified diet (food loaf) and placed on restricted movement. I regard officers Mansberry, Stephens and Rauenswinder as professional, courteous and diligent workers. They conduct their duties within department guidelines and directives. Your inference that these Officers wished to have "homosexual" relations with you is libelous.

This grievance is summarily denied.

**AG:ag**

cc:    Grievance Coordinator
       Deputy Barone
       Deputy Jackson
       DC-15

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| LT A.E. GUMBAREVIC | | 3/17/04 |

DC-804
Part 1 *Conditions*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

77895

**GRIEVANCE NUMBER**

3/22

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
SCI-Greene

FACILITY:
SCI-Greene

DATE:
03/06/04

FROM: (INMATE NAME & NUMBER)
JERRICK RANKINE EU5850

SIGNATURE of INMATE:
Jerrick Rankine

WORK ASSIGNMENT: (Stop messing with
RELIEF REQUESTED: your people while RHU FA-7

HOUSING ASSIGNMENT:
RHU FA-7

INSTRUCTIONS: (You can and give me my bibles). Thank you-DR,
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
   members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

For refusing to; have a homosexual relationship with
(C)O's Manberry, Stephen and Rausen winder 2) with
draw my law suits against SCI-Albion and Somerset
and my criminal Appeals and 3) stopped praising God
three times per day, I was not fed. From 02/22/04
to 03/01/04; denied all medical Attention, denied my
Niacin, held in FB07 without A bible, heat, sheets, blanket
shower, soap, toothpaste, All legal, religious and Educational
property, A pen requests to staff grievances, Dug AR
salt, change of clothings; ect ect During this time
period (C)O's Henry, Cole and Blake who even Asked
me if I wanted my loaf. Two times C/O Henry did.
and C/O Cole and Blake twice placed my loIF on my tray slot.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I reported All the Above to Dr. Sacks daily I asked
For All the Above daily. On 03/05/04, I sent A request
to Captain Hall and my misconduct Appeal to PRC
by C/O Strickles; and I praised God three times
per day; and I was truly blessed mighty by Christ
Jesus My Lord and my blessings Are still coming.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

03/08/04

Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**March 25, 2004**

**SUBJECT:** First-Level Appeal
To Grievance Number 77895

**TO:** Mr. Rankin, EU-5850
F Unit, B Pod

**FROM:** Louis S. Folino
Superintendent

I am in receipt of your grievance number 77895 dated March 8, 2004; the Initial Review Response by Lieutenant Gumbarevic, dated March 17, 2004; and your first-level appeal received in this office on March 22, 2004.

After evaluation of the attached grievance, I find the response provided by the investigating staff will be upheld.

Mr. Rankin, I find you offered no argument of appeal to support your disagreement with the Initial Review Response.

I will not address any issues at this appeal level which you did not raise in your grievance.

Your appeal is denied.

LSF:tls

cc:        Deputies
           Grievance Coordinator
           DC-15

Grievance Appeal # 77895

To Superintendent Folino

From Derrick Rankine EU5850 .      HB-7. 03/19/04 .

First, Lt Gumbarevic did not discussed this grievance with me in violation of DC ADM-804. Nor did Lt Gumbarevic interviewed any of the inmates who witnessed and heard C/O Manberry, Stephen and Rausenwinder called me a "Nigger", "a Faggot" and "a bitch". It is clear that Lt. Gumbarevic knows, approved of and is trying to cover-up the th for the above criminal activity of the above staff members.

Second, I never touched that cup and I informed C/O Manberry that I did not wished to have any coffee, so why did C/O Manberry even placed that cup on my tray-slot. Thirdly, I started that I will never, under any circumstances stopped praising GOD three times per day, or withdraw my law suits against SCI-Albion and SCI-Somerset, so Lt Gumbarevic must be in need of reading lessons. I also stated that I was told by C/O Manberry, Stephen and Rausen Winder that if I want the harrassments to stop all I had to do was, 1) Withdraw my Appeal. 2) withdraw my law suits against SCI-Albion and Somerset's staff and 3) become a homosexual or be their friend.

I was not fed from 02/22/04 until 03/01/04 by staff because the staff was trying to intimidated me into silence and I will not be silent. C/O Cole and Blake offered me a Food loaf twice and C/O Henry offerred me a Food loaf twice at lunch, but what is four meals out of 24 meals. So Lt. Gumbarevic should try to obey DOC policy and sent me some

requests to staff, grievances, pens, ointment, a desk, a chair and removed CIO Stickles from around me; cash slips, sick call requests.

Therefore, Plaintiff would like an investigation conducted into this grievance, plus $5000/day for everyday that I spent in FIB-7; or else I will SEE you all in court. I would also like a desk and chair plus 500 typing sheets, 50 carbon paper, 10 pens, 10 manila envelopes and access to and used of the copy machine to prepare my legal material and mail them to the courts.

I thank you in advance for my check and all the above supplies and took for to working with you and staff in a productive and constructive manner.

Respectfully
Demick Rankine
EU5850
SCI-Greene
FIB-7.

03/19/04.

I have no requests to staff, cash slips, grievances, sick call slips, pens (with ink) because CIO Coy and Thompson refused me supplies on Wednesday and CIO Stickles and Sgt. Grego refuse to give me any pens from 03/16/04 to the present time.

Thank you again.
Demick Rankine

Judge Baxter

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     March 11, 2004

**SUBJECT:**     Grievance Rejection Form

**TO:**     Mr. Rankin, EU-5850
          F Unit, A Pod

**FROM:**     Sharon L. D'Eletto
           Superintendent's Assistant

|  |
|---|
| FOR OFFICIAL USE ONLY |
| 78202 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.    DC-ADM 802-Administrative Custody Procedures.
   c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                           Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/ack

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

78202

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-GREENE | SCI-GREENE | 03/09/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| DERRICK RANKIN EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $2553/day relief requested | RHU FB-7. | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Since 02/22/04, I have been denied All medical
attention and my Naicin.
  Because, I was not given my Niacin during this
time period my I chest pains returned and which
caused me to passed out twice in cell FB-7,
Also, I was not Fed From 02/22/04 to 03/01/04
yet I was not seen by medical staff.
  I would like my Niacin resume 500mg in the
morning and 500mg in the evening, plus I would
like some Motrin, and to be taken off my diet, plus
A check For All monies owed to me.

B. List actions taken and staff you have contacted, before submitting this grievance.

I informed Dr. Sacks of the Above daily From 02/22/04
to 03/04/04.  I also gave my empty Niacin package
to medical staff on 03/07/04 with a medical request,
yet I have seen no medical doctor as yet.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     March 11, 2004

| FOR OFFICIAL USE ONLY |
| --- |
| 78228 |
| GRIEVANCE NUMBER |

**SUBJECT:**     Grievance Rejection Form

**TO:**     Mr. Rankin, EU-5850
F Unit, A Pod

**FROM:**     Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.   DC-ADM 802-Administrative Custody Procedures.
    c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                        Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/ack

cc:     FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

78228

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR SCI-Greene | FACILITY: SCI-Greene | DATE: 03/10/04 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) DERRICK RANKINE EU5850 | SIGNATURE of INMATE: Derrick Rankine | |
| WORK ASSIGNMENT: $153/day relief requested | HOUSING ASSIGNMENT: RHU FA-7 | |

**INSTRUCTIONS:**
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2   State your grievance in Block A in a brief and understandable manner.
3   List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Today while Mr. Ivan was on the pod, I asked C/O Jordan and C/O Mooney, C/O Stump, C/O Jones For 12 requests to staff to File my grievance Appeals to the Superintendent. I asked For 12 cash slips, 12 grievances, 12 registered letter receipts; and I was given 4 cash slips, 2 grievances and No registered letter receipts. From 03/01/04 I have been denied the Above supplies without provocation or justification; In an effort to deny me access to the Courts, seek redress of the wrongs that have been done to me daily and to Force me to Rec withdraw my Appeal and Law Suits From the courts

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I Informed Dr. Sacks and Mr. Ivan of All the Above I Also Informed PRC and sent three requests to Deputy Jackson and Superintendent Folino since January 20, 2004; yet the Above Actions continues to now. I would like A permanent separation From the Above staff.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____

Signature of Facility Grievance Coordinator

_____

Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**March 19, 2004**

**SUBJECT:**   Appeal of Rejected Grievance 78228

**TO:**        Mr. Rankin EU 5850
               I Unit, B Pod

**FROM:**      Louis S. Folino
               Superintendent

     I am in receipt of your 03/16/04 appeal of the Grievance Coordinator's rejection of Grievance Number 78228.  I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 03/11/04.

     Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

     Your instant appeal is denied.

Attach.:     Rejected Grievance Number 78228

CC:          Deputies' Complex (1)
             CSA Grievance File at 78228
             DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 78228.03-19-04)

3/16

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| Grievance Appeal #78228 | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1. To: (Name and Title of Officer)<br>Superintendent Folino | 2. Date:<br>03/16/04 |
| 3. By: (Print Inmate Name and Number)<br>Derrick Rankine EU5850<br><br>*Derrick Rankine*<br>Inmate Signature | 4. Counselor's Name<br>Mr Zvan |
| | 5. Unit Manager's Name<br>Captain HB |
| 6. Work Assignment<br>$153/day relief requested. | 7. Housing Assignment<br>RHU FB-7. |

8. Subject: State your request completely but briefly. Give details.

My grievances were signed and dated so the grievance officer's response is frivolous and the grievance officer must deal with the issues on each grievance. Today, 03/16/04, while Mr Zvan was on the pod FB-7 asked CW Jordan, CW Mooney, CW Stump and CW Jones for 12 cash slips, 2 grievances, 2 registered letter receipts and 12 requests to staff. Was given 4 cash slips, 2 grievances and No registered letter receipts or requests. From 02/22/04, I have been denied the above supplies without explanation or justification; in an effort to deny me access to the courts, seek redress of the wrongs that have been done to me daily and to force me to withdraw my appeal and law suits from the courts. Now it was moved from CEI FA-7 back to FB-7 without a desk or chair to obstruct the due administration of justice.

I would like soap, toothpaste, envelopes, pens and the above supplies plus a shower I have not received a shower since 02/18/04. I thank you in advance for your time, co-operation and consideration in the above matters.

Respectfully Your Servant

In Christ Jesus

*Derrick Rankine*

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print                    Sign

Revised July 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

78228

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR SCI-Greene | FACILITY: SCI-Greene | DATE: 03/10/04 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) DERRICK RANKINE EU5850 | SIGNATURE OF INMATE: Derrick Rankine | |
| WORK ASSIGNMENT: $153/day relief requested | HOUSING ASSIGNMENT: RHU FA-7 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Today while Mr. Ivan was on the pod, I asked C/O Jordan and C/O Mooney, C/O Stump, C/O Jones For 12 requests to Staff to File my grievance Appeals to the Superintendent I asked For 12 cash slips, 12 grievances, 12 registered letter receipts; and I was given 4 cash slips, 2 grievances and NO registered letter receipts From 03/01/04 I have been denied the Above Supplies without provocation or justification; In an effort to deny me Access to the Courts, Seek redress of the wrongs that are been done to me daily and to Force me to Rec Withdraw my Appeal and law Suits From the courts

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I Informed Dr. Sacks and Mr. Ivan of All the Above I also Informed PRC and Sent three requests to Deputy Jackson and Superintendent Folino Since January 20, 2004; Yet the Above Actions continues to now. I would like A permanent Separation From the Above Staff.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**March 19, 2004**

**SUBJECT:**   Appeal of Rejected Grievance 78202

**TO:**        Mr. Rankin EU 5850
               I Unit, B Pod

**FROM:**       Louis S. Folino
               Superintendent

      I am in receipt of your 03/16/04 appeal of the Grievance Coordinator's rejection of Grievance Number 78202. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 03/11/04.

      Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections. Further, your lack of respect for staff is so noted and will not be tolerated.

      Your instant appeal is denied.

Attach.:    Rejected Grievance Number 78202

CC:         Deputies' Complex (1)
            CSA Grievance File at 78202
            DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 78202.03-19-04)

3/16

15-212
2106
061,272

| Form DC-135A | Commonwealth of Pennsylvania |
| | Department of Corrections |
| **INMATE'S REQUEST TO STAFF MEMBER** | |

Grievance Appeal # 78202

| 1. To: (Name and Title of Officer) | 2. Date: 03/16/04 |
| Superintendent Folino | |
| 3. By: (Print Inmate Name and Number) | 4. Counselor's Name |
| Derrick Rankine EU5850 | Mr. Ivan |
| _Derrick Rankine_ | 5. Unit Manager's Name |
| Inmate Signature | Captain Hall |
| 6. Work Assignment | 7. Housing Assignment |
| $25.53/day relief requested. | RHU FB-7 |

8. Subject: State your request completely but briefly. Give details.

Ms. D Elletto is incorrect, or she is in need of glasses, my grievance was signed and dated. I believe Ms. D-Elletto don't under stand the purpose of the grievance system and why the courts require inmates to exhaust their Administrative Remedies. So you should teach ME.D Elletto to deal with the issues presented in a grievance. You and Ms. D.Elletto responses to my grievances are irrelevant and immaterial or keep this in mind. Now, since 02/22/04, I have been denied all medical attention and my Niacin. Because I was not given my Niacin during this period my chest pains returned and which caused me to passed out twice in cell B-7, and I was not given a trips from 02/22/06 to 03/01/04, and yet I was not seen by medical staff for taken to medical. I would like to obtain 500 Mg of Niacin in the mornings and in the evenings and some Mutrin and to be taken off my diet. I would also like a check for $61,272.00 for my pains, sufferings.

torture, sadistic, and inhumane abuses from 02/22/04 to the present time.

I thank you in advance for your time, cooperation and consideration in the above matter. And, again my name is Derrick Anthony Rankine.

Respectfully Yours Servant

in Christ Jesus

_Derrick Rankine_

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name _____ / _____ Date _____
Print                              Sign

Revised July 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

78202

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI-Greene | 03/09/04 |

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$25.53/day relief requested

HOUSING ASSIGNMENT:
RHU FB-7

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 02/22/04, I have been denied All medical attention and my Naicin.

Because, I was not given my Niacin during this time period my chest pains returned and which caused me to passed out twice in cell FB-7. Also I was not Fed From 02/22/04 to 03/01/04 yet I was not seen by medical staff.

I would like my Niacin resume 500mg in the morning and 500 mg in the evening; plus I would like some Motrin, and to be taken off my diet; plus A check For All monies owed to me.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Dr. Sacks of the above daily From 02/22/04 to 03/04/04. I also gave my empty Niacin package to medical staff on 03/07/04 with a medical request yet I have seen no medical doctor as yet.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

Revised
December 2000

**CC    'NWEALTH OF PENNSYLVANIA**
**ᴅᴇPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**        March 15, 2004

| FOR OFFICIAL USE ONLY |
| :---: |
| 78441 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
            F Unit, B Pod

**FROM:**        Sharon L. D'Eletto
            Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                            Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

78441

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Ms. Sharon L D'Elletto | SCI-Greene | 03/13/04 |

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$5000/day relief requested

HOUSING ASSIGNMENT:
RHU FB-7

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 03/12/04, I was moved from F/A-7 to F/B-7
where I was moved from on 03/08/04. There is no
desk or chair in F/B-7; so I believe that I am
been held in this cell to deny me Access
to the Courts; and impede my Appeals.
I would like A desk and A seat in this
cell to prepare my briefs to me mail to the
Courts; and to Force me to become A homo
sexual, which will never occurred. I would like A
check for $5000/day For Everyday that I am held
in this cell beginning 02/23/04 to the present.

B. List actions taken and staff you have contacted, before submitting this grievance.
I spoke to Dr. Sacks and he informed me that he
does not know why I was placed in this cell, since
I have not expressed any suicidal intentions or
thoughts. I spoke to Mr. Ivan on 02/23/04 and 03/12/04
About why I was placed in FB-7 on 02/23/04

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised

DC-804
Part 3

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      March 18, 2004

| FOR OFFICIAL USE ONLY |
|---|
| 78840 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
              F Unit, B Pod

**FROM:**      Sharon L. D'Eletto
              Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1.  ____  Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.  DC-ADM 802-Administrative Custody Procedures
    c.  other policies not applicable to DC-ADM 804.

2.  ____  Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3.  ____  The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4.  ____  Group grievances are prohibited.

5.  **_X_  The grievance was not signed and/or dated.**

6.  ____  Grievances must be legible and presented in a courteous manner.

7.  ____  The grievance exceeded the two (2) page limit.  Description needs to be brief.

8.  **_X_  Grievances based upon different events shall be presented separately.**

9.  ____  The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____  You are currently under grievance restriction. You may not file any grievances until _____.

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ___  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_78840_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI-Greene | 03/17/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: |
|---|---|
| Derrick Rankine EU5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $193 day relief Requested | RHU FB-7 |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 03/17/04, I was given a cup of coffee with spit in it by C/O Coy and Sgt Conner. Today I also asked C/O Coy and Thompson for 12 grievances, 12 cash slips, 12 requests to staff and I was given only this grievance, 1 cash slip, 1 request to staff. Now I need two cash slips to send a letter to the courts, so I must see this as a deliberate attempt by staff to deny me access to the courts, which was ordered by Captain Hall and Superintendent Folino et.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed C/O Coy and Thompson that refusing to give me supplies will not stop me from filing grievance and that as long as staff gives me a reason to file a grievance I will file them. I also pressed the emergency button and asked to speak to RHU Lt.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator          Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
|---|
| 78832 |
| GRIEVANCE NUMBER |

**DATE:**     March 18, 2004

**SUBJECT:**  Grievance Rejection Form

**TO:**       Mr. Rankin, EU-5850
             F Unit, B Pod

**FROM:**     Sharon L. D'Eletto
             Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b.  DC-ADM 802-Administrative Custody Procedures
   c.  other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. __X__ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:   FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

78832

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR: Sharon D. Ellets

FACILITY: SCI-GREENE   DATE: 03/16/04

FROM: (INMATE, NAME & NUMBER) Derrick Rankine EU 589

SIGNATURE of INMATE: Derrick Rankine

WORK ASSIGNMENT: Relief Requested (Permanent Separation From C/O Stickles)

HOUSING ASSIGNMENT: RHU FB-7

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Today C/O Stickles came to my cell door and stand there and stareat me for approximately 2 minutes. I asked C/O Stickles why he was just standing at my cell door and staring at me. C/O Stickles said "you look like a woman" and that he was doing his rounds. I will repeat again, I am not a homosexual and will never become a homosexual, so I would like a very very permanent separation from C/O Stickles, and this sexual harrassment to stop.

**B.** List actions taken and staff you have contacted, before submitting this grievance.
I reported to Sgt. Santoyo on 03/02/04 and 03/05/04 C/O Stickles conduct. I also sent C/O Stickles a request on 03/12/04 and informed Mr. Ivan of C/O Stickles behavior on 03/12/04, and I have refused to accept a high protein diet from C/O Stickles or make any agreement with C/O Stickles.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    March 11, 2004

| FOR OFFICIAL USE ONLY |
|---|
| 78227 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
            F Unit, A Pod

**FROM:**    Sharon L. D'Eletto
             Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1.  ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2.  ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3.  ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4.  ____    Group grievances are prohibited.

5.  __X__    **The grievance was not signed and/or dated.**

6.  ____    Grievances must be legible and presented in a courteous manner.

7.  ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8.  ____    Grievances based upon different events shall be presented separately.

9.  ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/ack

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_78227_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI-Greene | 03/10/04 |

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1153/day relief Freque~ted and

HOUSING ASSIGNMENT:
RHU FA-7

INSTRUCTIONS: Permanent separation from C/O Stickles

1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.**

On 03/10/04, C/O Strickles called me "Stinking Rankine" and "A piece of Shit" without provocation or justification because I rejected C/O Stickles homosexual advance During the period 03/01/04 to 03/05/04, C/O Stickles, began giving me a high protein diet, told me that "he and I had an understanding or agreement" About returning my property and about me getting showers, toothpaste and Soap. I informed C/O. Stickles that I was not a homosexual and will never become a homosexual since I would rather die than to engaged in a homosexual relationship and that I have, and had no agreement with him or any other staff member and that I never will make any agreement with any staff member more than to respect all staff member and demand respect member more than to respect all staff member at all time

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I informed Sgt Santoyo on 03/02/04 and 03/04/04 of C/O Stickles homosexuals and insulting overtures and that C/O Stickles was giving me a high protein diet and that C/O Strickles refused to gave me my property, soap tooth paste and shower from 03/01/04 to Now because I refused to have a homosexual relationship with him. Informed Mr.

Your grievance has been received and will be processed in accordance with DC-ADM 804. Zvan 03/10/04.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**March 19, 2004**

**SUBJECT:**  Appeal of Rejected Grievance 78227

**TO:**    Mr. Rankin EU 5850
          I Unit, B Pod

**FROM:**   Louis S. Folino
          Superintendent

I am in receipt of your 03/16/04 appeal of the Grievance Coordinator's rejection of Grievance Number 78227. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 03/11/04.

Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

Attach.:    Rejected Grievance Number 78227

CC:        Deputies' Complex (1)
          CSA Grievance File at 78227
          DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 78227.03-19-04)

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

78227

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
SCI-GREENE

FACILITY:
SCI-Greene

DATE:
03/10/04

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$ 1153/day relief Freque sted band

HOUSING ASSIGNMENT:
RHU FA-7

INSTRUCTIONS: PErmanEnt SEParation From C/O Stickles
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 03/10/04, C/O Strickles called me "Stinking Rankine"
and "A piece of Shit" without provocation or justification
because I rejected C/O Stickles homosexual advances
During the period 03/01/04 to 03/05/04, C/O Stickles began
giving me a high protein diet, told me that "he and I had
an understanding or agreement" About returning my property
and About me getting showers, toothpaste and Soap I Informed
C/O Stickles that I was Not A homosexual and will never
become A homosexual, since I would rather die than to
engaged in A homosexual relationship and that I have,
and had no agreement with him or any other staff member
and that I never will make any agreement with any staff
member more than to respect all staff member and respect
from all staff member at all time

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I Informed Sgt Santoyo on 03/02/04 and 03/04/04 of C/O
Stickles homosexuals and insulting overtures and that
C/O Stickles was giving me A high protein diet and that
C/O Strickles refused to gave me my property, soap,
toothpaste and shower from 03/01/04 to Now because I
refused to have A homosexual relationship with him. Informed Mr.

Your grievance has been received and will be processed in accordance with DC-ADM 804. Z Van 03/10/04

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised

| Form DC-135A | Commonwealth of Pennsylvania |
| | Department of Corrections |
| **INMATE'S REQUEST TO STAFF MEMBER** | |
| Grievance AppEAl | **INSTRUCTIONS** |
| # 78227 | Complete items number 1-8. If you follow instructions in |
| | preparing your request, it can be responded to more |
| | promptly and intelligently. |

| 1. To: (Name and Title of Officer) | 2. Date: 03/16/06 |
| Superintendent Folino | |
| 3. By (Print Inmate Name and Number) | 4. Counselor's Name |
| Derrick Rankine EU5850 | Mr. Lvan |
| Demick Rankine | 5. Unit Manager's Name |
| Inmate Signature | Captain Hall |

| 6. Work Assignment | 7. Housing Assignment |
| $1153/day relief requested. | RHU FB-7 |

8. Subject: State your request completely but briefly. Give details.

On 02/23/06 and 02/24/06, C/O Stickles said to me "You
Are still A piece of shit repeatedly without provocation or
justification."During the period 03/02/06 to 03/10/06, C/O Stickles
keep giving me a high protein diet with sugars on
my dinner tray. On 03/03/06 and 03/06/06, I reported
this to Sgt. Santroy. At which point C/O Stickles told me
that he and I have an agreement. I had no agreement and
never will have any agreement with any members of your
staff period.
  I informed C/O Stickles that I am Not a homosexual
and will never become a homosexual. That all staff members
are only required to do their job and if they do their jobs
then I will respect them and I will do my best to earn their
respect. On 03/10/06 C/O Stickles called me a "stinking

Rankine and A piece of shit, without provocation or justifica-
tion, in retaliation for the above. I would like A permanent
separation from C/O Stickles, plus a check for $10,377 for
mental duress as I was humiliated, embarrassed, felt de-
mean and degraded by C/O Stickles on orders from Captain
Hall and you. I thank you in Advance for your time
co-operation and consideration in this matter.

Respectfully Your Servant
in Christ Jesus My Lord.

| To DC-14 CAR only ☒ Demick Rankine | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name _____ / _____ Date _____
                        Print                    Sign

Revised July 2000

DC-804
Part 3

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
|---|
| 79149 |
| GRIEVANCE NUMBER |

**DATE:**     March 22, 2004

**SUBJECT:**     Grievance Rejection Form

**TO:**     Mr. Rankin, EU-5850
          F Unit, B Pod

**FROM:**     Sharon L. D'Eletto
          Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.    DC-ADM 802-Administrative Custody Procedures
    c.    other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. **_X_    The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:     FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

79149

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Sharon D Elehto | FACILITY: SCI GREENE | DATE: 03/24/04 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Demick Rankine EY5850 | SIGNATURE of INMATE: Demick Rankine | |
| WORK ASSIGNMENT: $1553/day relief requested. | HOUSING ASSIGNMENT: F-B-7 RHU | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 03/04/04, J sent a request to Captain Hall asking for 400 writing sheets, 50 carbon papers 10 pens, 10 manila envelopes, use of a stapler and use of the copy machine to prepare my briefs and mail them to the courts.

On 03/12/04, J gave Mr. Ivan a list for the above material On 03/18/04, J asked Mr. Ivan for the above supplies Again On 03/12/04, J sent a request to the business Manager Asking for the above supplies yet J have Not recieved the Above supplies us yet . On 03/18/04, J sent a request to Mrs. Higgins Asking for the above supplies to No Avail.

B. List actions taken and staff you have contacted, before submitting this grievance.

From 01/20/04, J have requested the Above supplies Weekly from Captain Hall PRC/Deputy Jackson Super intendent folino to No Avail. J File A grievance and Appeal to Camphill and sent A Motion to the Superior Court and the United States District Court, Governor Ken dell and Congress Man Chattan Fattah to Compell SCI Greene staff to give me these supplies immediatly

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**February 17, 2004**

**SUBJECT:**  Appeal of Grievance 74129

**TO:**  Mr. Rankin
I Unit, B Pod

**FROM:**  Louis S. Folino
Superintendent

I am in receipt of your 02/12/04 appeal of Grievance Number 74129.

If this issue is important to you, please use your name of commitment and re-submit within 5 days.

Your instant appeal is dismissed

Attach.:  Grievance Number 74129

CC:  Deputies' Complex (1)
CSA Grievance File at 74129
DC-15 EU 5850

(inmate 2004\grievances\appeal correspondence\EU 5850 Rankin and Grievance Number 74129.02-17-04)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    March 22, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, B Rod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| :---: |
| 79148 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.    DC-ADM 802-Administrative Custody Procedures
    c.    other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

**5.    _X_    The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:    FILE
        DC-15

Today 03/19/04 Sgt Grego told
you Nothing until you cashed your check

DC-804
Part 1 Sgt Grego
lighted

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

19148

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DElello | SCI-Greene | 03/19/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: |
|---|---|
| Derrick Rankine EU5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1553/day relief requested | RHU F1B-7 |

**INSTRUCTIONS:**
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.   State your grievance in Block A in a brief and understandable manner.
3.   List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since Monday 03/15/04, I am without a pen. I asked CLO Stickles for a pen on Tuesday, Wednesday, Thursday and today; and CLO Stickles refused to give me a pen because I refused to have a homosexual relationship with him and reported him to Sgt Santoyogo For giving me a High Protein Tray with sugar on this dinner tray) and that I dont wished to be a friend of any man period. CLO Stickles told me that told me that he will Not give me a pen, razor, soap or ointment unless I become his friend. I would like a permanent separation from CLO Stickles, this is my third request to you all.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Sgt Santoyo and Grecgo of all the above and on 03/17/04 Sgt Conner told me that I would be leaving this pod on 03/18/04; since I am Notch any observation. I also sent requests to PRC and Superintendent Folino and filed a grievance above the above. I also sent a letter to Judge Baxter and Secretary Beard.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____        _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

[left margin handwritten text:] I asked Sgt. Grego for a pen on 03/17/04 and 03/18/04 & nothing

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT.**
**SCI-GREENE**

**DATE:**     March 25, 2004

| FOR OFFICIAL USE ONLY |
|---|
| 79523 |
| **GRIEVANCE NUMBER** |

**SUBJECT:**     Grievance Rejection Form

**TO:**     Mr. Rankin, EU-5850
          F Unit, B Pod

**FROM:**     Sharon L. D'Eletto
            Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. \_\_\_\_     Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.     DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.     DC-ADM 802-Administrative Custody Procedures.
    c.     Other policies not applicable to DC-ADM 804.

2. \_\_\_\_     Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. \_\_\_\_     The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. \_\_\_\_     Group grievances are prohibited.

5. **\_X\_     The grievance was not signed and/or dated.**

6. \_\_\_\_     Grievances must be legible and presented in a courteous manner.

7. \_\_\_\_     The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. **\_X\_     Grievances based upon different events shall be presented separately.**

9. \_\_\_\_     The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. \_\_\_\_     You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                      Date

11. \_\_\_\_     Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. \_\_\_\_     The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:     FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

79523

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Elello | SCI-Greene | 03/24/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Derrick Rankine EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $1000/day relief requested. | F/B-7 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

From 02/22/04, 9 have been confined in a cell
without a desk orchair, without shower, without a
changed of clothing from 02/22/04 to 03/07/04, without
food from 02/22/04 to 03/01/04, without access to the
yard or Law Library from 02/22/04 to 03/24/04,
yet on 03/22/04, 9 was stripped searched by
C/O Coy and C/O Schnap then denied yard because
9 refused to be "Nice and Friendly" to C/O Coy
and Schnap why in the Nude. 9 was forcably stripped
seached by C/O Coy and CO Schnap.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

9 asked to speak to Sgt. Conner on 02/22/04, who
ran off the pod 9 then pressed the button and asked
to speak with RHU Lt. or Captain Hall to no avail. 9
then informed Mr. Evan on 02/22/04.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                              _____
Signature of Facility Grievance Coordinator                                        Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**March 31, 2004**

**SUBJECT:**  Appeal of Rejected Grievance 79523

**TO:**  Mr. Rankin EU 5850
F Unit, B Pod

**FROM:**  Louis S. Folino
Superintendent

 I am in receipt of your 03/28/04 appeal of the Grievance Coordinator's rejection of Grievance Number 79523. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 03/25/04.

 Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

 Your instant appeal is denied.

Attach.:  Rejected Grievance Number 79523

CC:  Deputies' Complex (1)
CSA Grievance File at 79523
DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 79523.03-31-04)

3/30

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br>Grievance Appeal<br># 79523 | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Superintendent Folino | 2. Date:<br>03/28/04 |
| 3. By: (Print Inmate Name and Number)<br>Derrick RanKine, EU 5850<br><br>_Derrick Rankine_<br>Inmate Signature | 4. Counselor's Name<br>Mr. Ivan |
| | 5. Unit Manager's Name<br>Captain Hall |
| 6. Work Assignment<br>$15.53/day relief requested. | 7. Housing Assignment<br>KHU F/B-7. |

8. Subject: State your request completely but briefly. Give details.

Again, my grievances were Always signed and dated so the grievance officer needs glasses or to stop using the drugs that he is using. There were No one were presented on this grievance but the grievance officer was given the perjuns and continueous Abuses that I have been subjected since o11 29 04, without provocation or justification. From o2/22/04, I have been confined in a cell without A desk and chair; without A shower, soap, toothpaste, pen etc. From o2/22/04 to o3/07/04, without any of my legal, mails religious or Educational property. From o2/22/04 to o3/01/04, with food, medication or medical attention. From o2/22/04, with access to the Law Library. From o2/29/04, with heat, clothing, thermal undergarments, and access to the yard; Wet on o3/22/04, I was forcably striped searched by CUO Coy and Schnab then denied yard because I was

9. Response (Date Section Three. Staff Response)
Not nice and friendly" to CUO Coy and Schnab while Nude." I asked to appeal to Sgt. Conner and Sgt. Conner run off the pod. I also pressed the emergency button and asked to speak to the KHU Lt. or Captain. Hall to No avail. I then informed Mr. Ivan of this on o3/22/04.

_Respectfully_
_Derrick Rankine_

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / . _____ Date _____
                          Print                              Sign

Revised July 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| | |
|---|---|
| **DATE:**  March 25, 2004 | FOR OFFICIAL USE ONLY |
| | 79524 |
| **SUBJECT:**  Grievance Rejection Form | GRIEVANCE NUMBER |

**TO:**        Mr. Rankin, EU-5850
              F Unit B Pod

**FROM:**      Sharon L. D'Eletto
              Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.   DC-ADM 802-Administrative Custody Procedures.
   c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__  **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____  You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                    Date

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

79524

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Eletu | SCI Greene | 03/24/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU 5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:

HOUSING ASSIGNMENT:
RHU FB-7

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 03/21/04, C/O Hendersen have consistently refused to gave me a pen, shower, toothpaste and a shower in retaliation for filing justifiable grievance. Against C/O Stickles. According to C/O Hendersen "You must with draw all grievances against all staff members and do what C/O Stickles want you to do "Nigger" and Why do you think you are better than the others?" Today C/O Hendersen claimed "You are not indigent" and that "there are no pens in the RHU. I would like a permanent separation Stickles and Hendersen

**B.** List actions taken and staff you have contacted, before submitting this grievance.

On 03/22/04, I informed Mr. Ivan and Mr. Ivan informed C/O Hendersen that I was indigent and that he was to give me my supplies; yet 03/24/04 C/O Hendersen again refused to gave me my supplies I Would Like Protective Custody From C/O Hendersen

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____

Signature of Facility Grievance Coordinator

_____

Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**March 31, 2004**

**SUBJECT:**   Appeal of Rejected Grievance 79524

**TO:**      Mr. Rankin EU 5850
         F Unit, B Pod

**FROM:**    Louis S. Folino
         Superintendent

         I am in receipt of your 03/28/04 appeal of the Grievance Coordinator's rejection of Grievance Number 79524.  I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 03/25/04.

         Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

         Your instant appeal is denied.

Attach.:    Rejected Grievance Number 79524

CC:       Deputies' Complex (1)
         CSA Grievance File at 79524
         DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 79524.03-31-04)



3/29

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

Grievance Appeal to
# 79524

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| 1. To: (Name and Title of Officer) Superintendent Foling | 2. Date: 03/28/04 |
|---|---|
| 3. By: (Print Inmate Name and Number) DERRICK RANKINE EU5850 ___Derrick Rankine___ Inmate Signature | 4. Counselor's Name Mr Ivan |
| | 5. Unit Manager's Name Captain Hall |
| 6. Work Assignment $255/day relief requested | 7. Housing Assignment RHU F/B-7 |

8. Subject: State your request completely but briefly. Give details.

The grievance officer must be blind or just plain stupid, my grievances were always signed and dated, My name is, was and will always be Derrick Anthony Rankine and that is the only way I will ever spell or signed my name, So you would better correct my name or I will make the courts force you to correct the spelling of my Fathers name.

Now, since 03/21/06, CIO Hendersen have consistently refused to gave me a pen, a shower, toothpaste, soap, lotion and ointment in retaliation for filing justifiable grievances against CIO Stickles. According to CIO Hendersen 🙂 you must withdraw all grievances against all staff members and do what CIO Stickles want you to do "Nigger" and why do you think you are better than the "others". Today 03/24/04, CIO Hendersen claimed "You are not indigent and there are no pens in the RHU" I informed Sgt Agostino, Grego, Conner and Kubby of the above and Mr Ivan told CIO Hendersen that I

~~████████████████████~~

Ivan also told CIO Hendersen "that I was indigent and that CIO Hendersen was to give me my supplies, yet CIO Hendersen consistently refused to gave me my supplies, I would like a permanent separation from CIO Hendersen and Stickles and Blanker at this time, with CIO Anderson

I would like a soap, some ointment, a shower and replacement pens for my two empty pens, and an indigent sign on my door. Also I need 4 bars of soap, since I have not recieved a shower since 02/19/04, In Keeper Billy! ___Derrick Rankine___

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                         Print                    Sign

Revised July 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY
79524
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Eletto | SCI Greene | 03/24/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Derrick Ranking EU 5850 | Domick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| | RHU FB-7 | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.   State your grievance in Block A in a brief and understandable manner.
3.   List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
   members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

Since 03/21/04, C/O Hendersen have consistently re/fused to g ave me a pen, shower, toothpaste and a shower in retaliation for filing justificable grievance. Against C/O Stickles. According to C/O Hendersen "You must with draw all grievances against all staff members and do what C/O Stickles want you to do "Nigger" and Why do you think you are better than the others?" Today C/O Hendersen claimed 'You are not indigent and that "there are no pens in the RHU." I would like a permanent separation Stickles and Hendersen

**B. List actions taken and staff you have contacted, before submitting this grievance.**

On 03/22/04, I informed Mr Ivan and Mr Ivan informed C/O Hendersen that I was indigent and that he was to give me my supplies; yet 03/24/04 C/O Hendersen again re/fused to g ave me my supplies I Would like Protective Custody from C/O Hendersen

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____           _____
Signature of Facility Grievance Coordinator                    Date

Revised
December 2000

**CC    IONWEALTH OF PENNSYLVANIA**
**,   'ARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| | |
|---|---|
| | FOR OFFICIAL USE ONLY |
| | 79871 |
| | GRIEVANCE NUMBER |

**DATE:**      March 30, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**      Mr. Rankin, EU-5850
             F Unit, B Pod

**FROM:**     Sharon L. D'Eletto
             Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.   DC-ADM 802-Administrative Custody Procedures.
   c.   Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
79871
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI Greene | SCI Greene | 03/29/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE OF INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1500 a day relief requested.

HOUSING ASSIGNMENT:
RHU FB-7

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Since 03/02/04, I have been given coffee with spit
in it by C/O Henry, Coy, Thompson, Mooney, Bowen
Engelhardt, Jordan and Sgt Conner and C/O Stump.
I would like a permanent separation from all the
above individuals. I have already request a sepa
ration order from the United States District Court.

Nothing
Follows.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I sent a request to Captain Hall, Informed Mr. Ivan and
all medical staff and signed myself off my diet. I
also sent a request to PRC Deputy Jackson and to
Superintendent Folino, yet the insipid and despicable
action continues--

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
| --- |
| 79870 |
| GRIEVANCE NUMBER |

**DATE:**     March 30, 2004

**SUBJECT:**     Grievance Rejection Form

**TO:**     Mr. Rankin, EU-5850
          F Unit, B Pod

**FROM:**     Sharon L. D'Eletto
          Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1.  __X__   **Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:**

    a.   **DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures**.
    b.   DC-ADM 802-Administrative Custody Procedures.
    c.   Other policies not applicable to DC-ADM 804.

2.  ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3.  ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4.  ____   Group grievances are prohibited.

5.  __X__   **The grievance was not signed and/or dated.**

6.  ____   Grievances must be legible and presented in a courteous manner.

7.  ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8.  ____   Grievances based upon different events shall be presented separately.

9.  ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10.  ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                      Date

11.  ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12.  ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD:tls

cc:     FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

*179870*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DELEHO | SCI Greene | 03/29/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| DERRICK RANKINE EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $120,000 relief requested | RHU FIB-7 | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 02/26/04, I was given a misconduct and a hearing
the same and sentence to 120 day DC time. On
03/04/04, I sent my appeal to PRC, by C/O Stickles,
yet I have recieved No response From the PRC as
yet.

B. List actions taken and staff you have contacted, before submitting this grievance.

On 03/20/04 I Filed an Appeal by C/O Engelhardt to
Superintendent Folino. On 03/28/04 C/O Bowen
took another request to PRC From me Asking For
PRC request response to my misconduct
Appeal and I sent on appeal to O.P.R. and Secretary Beard.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____            _____
Signature of Facility Grievance Coordinator                     Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      March 31, 2004

| FOR OFFICIAL USE ONLY |
| 79970 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
               F Unit, B Pod

**FROM:**      Sharon L. D'Eletto
               Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.    DC-ADM 802-Administrative Custody Procedures
    c.    other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. __X__ **The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.**

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments:**

SLD/ack

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_79970_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Ms. Sharon L Delletto | SCI-Greene | 03/13/04 |
| FROM: (INMATE NAME & NUMBER) EU5850 | SIGNATURE OF INMATE: | |
| Derrick Rankine | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: RHU FB-7 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 03/08/04, J have been asking CIO Blake CIO Stickles and Sgt Santoyo for a pen a soap toothpaste and a toothbrush. CIO Stickles wants me to become his "Friend" and have an agreement with him. CIO Blake told me that "we have to work this out together, both officers refused to gave me these supplies. Today J was informed by CIO Anderson that J was not on the indigent list. J informed CIO Anderson that J have been indigent since March 23, 2000; and show him a letter from Lt. Dumbarevic, proving that J am indigent. CIO Blake again repeated his demand "we have to work this out together."

**B.** List actions taken and staff you have contacted, before submitting this grievance.
J informed Sgt Santoyo on 03/10/04 and 03/11/04 that J was indigent and of these remarks by CIO Blake and CIO Stickles. J do not wish to work out anything with CIO Blake and J will never be a friend of CIO Stickles; since J am not a homosexual and never will be a faggot. J am a criminal.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
**DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE**

**DATE:**     March 31, 2004

| FOR OFFICIAL USE ONLY |
| --- |
| 79971 |
| GRIEVANCE NUMBER |

**SUBJECT:**  Grievance Rejection Form

**TO:**      Mr. Rankin, EU-5850
            F Unit, B Pod

**FROM:**     Sharon L. D'Eletto
            Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.  DC-ADM 802-Administrative Custody Procedures
    c.  other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. _X_   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. _X_   **The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.**

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments:**

SLD/ack

CC:   FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

7997/

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI-Greene | 03/06/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Derrick Rankine EH5850 | Derrick Rankine | Mar 03th 04 |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $1553/day relief requested | RHU/FA-7. | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A.  Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 03/05/04, I was moved from FB-7 to FA-7. I
continued to asked for a blanket, two sheets
2 towels, soap, wash rags and a change of clothing
with my property to no avail.
On 03/06/04, I was forcible stripped searched
and my cell was searched, my mattress and pillow
was removed from my cell by Sgt. Gantoyo.
I was told by C/O Blake that Dr. Sacks told
him not to gave me any of my property, toothpaste
toothbrush, pen, sheets, blanket, soap or change of
clothing, underwears or my legal property ect ect

B.  List actions taken and staff you have contacted, before submitting this grievance.

I spoke to Dr. Sacks on 02/24/04, 02/25/04, 02/26/04
03/01/04, 03/03/04, 03/04/04 and Dr. Sacks told me,
that I was in the observation cell by security; and
that he dont know why I have not received all my pro
perty from 02/23/04. I asked asked to see and speak
to Mr. Ivan daily to no avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                      Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE**

**DATE:**    April 9, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
           F Unit, D Pod

**FROM:**    Sharon L. D'Eletto
            Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| --- |
| 80901 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a. DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b. DC-ADM 802-Administrative Custody Procedures
    c. other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. _X_ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. _X_ **The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.**

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments:    The Grievance Coordinator cannot adequately review your grievance as you have not provided a date on which the issue in question is alleged to have occurred. If this grievance issue is still of concern to you, please supply a date or dates on which the issue occurred and resubmit the grievance form using the same grievance number provided on the grievance form. Please resubmit the corrected grievance form within five (5) working days. DO NOT USE A GRIEVANCE NUMBER FOR ANY OTHER ISSUE.**

SLD/djk

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
| --- |
| *80901* |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
| --- | --- | --- |
| Sharon DElEllo | SCI-Greene | 04/08/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
| --- | --- |
| DERRICK RankinE EU5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
| --- | --- |
| | RHU F10 9 |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since Monday's have been denied All medical attention and my benadyl, which caused my body to itch All over; and due to this itching I am unable to sleep. For Example I have been up From 12:30 AM. and is unable to go back to sleep due to this itching.

B. List actions taken and staff you have contacted, before submitting this grievance.

I informed the bubble (C/O), Henry, Coy, Schnap, Johnson and Alt plus the Jewish Rabbi and then took All my Medications that were in my cell, which stopped the itching. I have been pressing the emergency button repeatedly From 12:30 AM. today and asked to see A doctor. I saw the PA and informed him of this on 04/06/04, 04/07/04 and 04/08/04

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**April 14, 2004**

**SUBJECT:** Appeal of Rejected Grievance 80901

**TO:** Mr. Rankin, EU-5850
F Unit, B Pod

**FROM:** Louis S. Folino
Superintendent

I am in receipt of your 4/12/04 appeal of the Grievance Coordinator's rejection of Grievance number 80901. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 4/8/04.

Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

Attach:    Grievance Appeal 80901

LSF/tls

Cc:    Deputies
CSA Grievance File at 80901
DC-15 EU-5850

4/13

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| Grievance Appeal # 8090I | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1. To: (Name and Title of Officer)<br>Superintendent Fulino | 2. Date:<br>04/12/06 |
| 3. By: (Print Inmate Name and Number)<br>DERRICK RANKINE EU 5850<br>Derick Rankine<br>**Inmate Signature** | 4. Counselor's Name<br>Mr. Ivan |
| | 5. Unit Manager's Name<br>Captain Hall |
| 6. Work Assignment<br>3 1000 day relief requested. | 7. Housing Assignment<br>RHU F1b-9. |

8. Subject: State your request completely but briefly. Give details.

Since Munday 04/05/06,) have been denied all medical attention and my bendadrall. which caused my body to itch all over; and due to this itching ) am unable to sleep. For example on 04/08/04,) was up from 12:30 AM. and did Not go back to sleep because of this severe itching.
) znformed the bubble, C/Ohenry, Coy, Schnae, Johnson and RHUK(E)=plus the Jewish Rabbi and took all my medications that were in my cell. which stopped the itching temporarily.) have pressed the emergency button repeatedly From 12:30 AM on 04/08/06 and asked to see a doctor or to be taken to medical to no avail;) saw a Physician Assistance on 04/06/06, 04/07/06 and 04/08/06. yet) was not given any medications to stopped this itching until 04/09/06.
On 04/09/06,) was given 25mg of bendadrall at approximately 7p.m when) needed 75mg.) was on 75mg up to 04/04/06.) was informed that Dr. Conn took me off my bendadrall without any consultation with MED. never asked to be taken off my medications; so ) was tortured,

to be tortured at this time.) would like you to placed it check For $5000 on my inmate account For my pain and suffering from 04/05/06 to 04/10/06.) thank you zn advance For your time, co-operation and consideration zn this matter, and look Forward to working with you and your staff zn a productive and constructive manner.
N.B.
Today while you were on Respectfully, your Brother & Servant this pod.) called you to show zn Christ Jesus my Lord and God, you letters From the Court Derrick Rankine
with the correct spelling of my

| To DC-14 CAR only ☐ Name and you ran. | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

| Staff Member Name | _____ / _____ | Date _____ |
|---|---|---|
| | Print          Sign | |

Revised July 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

8090l

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DELeHo | SCI-Greeng | 04/08/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE OF INMATE:
Derrick Rankine

WORK ASSIGNMENT:

HOUSING ASSIGNMENT:
RHU FID9

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since Monday I have been denied All medical Attention and my benadril which caused my body to itch All over, and due to this itching I am unable to sleep. For Example I have been up From 12:30 Am and is unable to go back to sleep due to this itching.

B. List actions taken and staff you have contacted, before submitting this grievance.

I informed the bubble C/O's Henry, Coy Schnap, Johnson and Aft plus the Jewish Rabbi and then took All my Medications that were in my cell, which stopped the itching. I have been pressing the emergency button repeatedly From 12:30 Am. today and asked to see A doctor. I saw the PA and informed him of this on 04/06/04, 04/07/04, and 04/08/04.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**        April 1, 2004

**SUBJECT:**    Grievance Rejection Form

| FOR OFFICIAL USE ONLY |
| :---: |
| 80093 |
| GRIEVANCE NUMBER |

**TO:**          Mr. Rankin, EU-5850
                 F Unit, B Pod

**FROM:**        Sharon L. D'Eletto
                 Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

80093

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Eletto | SCI-Greene | 03/31/04 |
| **FROM: (INMATE NAME & NUMBER)** | **SIGNATURE OF INMATE:** | |
| Derrick Rankine EU5850 | Derrick Rankine | |
| **WORK ASSIGNMENT:** | **HOUSING ASSIGNMENT:** | |
| $1153/ any relief requested | RHU FB-1 | |

**INSTRUCTIONS:**
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.   State your grievance in Block A in a brief and understandable manner.
3.   List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 02/22/04, C/O Bowen, Henry, Coy, Thompson Mooney, Schnap, Stickles, Blaker, Anderson and Henderson have been denying me, grievances, requests to staff, tiolet tissues, pens, soaps, toothpaste, ointment, showers, yard, access to the Law Library; the used of a staplen, ected in retaliation for reporting C/O Manberry, Stephen, Rausenwinder, Blaker, Stickles, and Henderson for making homosexual demands on me. For example, today I asked C/O Bowen for 12 requests to Staff, 12 cash slips and 4 sick call slip, 4 registered letter slips and 12 grievances; C/O Bowen said you dont need that many then gave me, 2 grievances, 2 requests to staff, 2 cash slips, no medical slip.

B. List actions taken and staff you have contacted, before submitting this grievance.

I explained to C/O Bowen that I need at least 20 requests to staff to file my back up grievance appeals; since I was not given my property until 03/07/04 and have not recieved a pen, from staff since 02/19/04; so I have a lot of back up appeals to file. C/O Bowen said "I dont appeal your grievances and things might get better for you." slammed my tray slot and left. tearing my requests and grievances in the process.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**April 5, 2004**

**SUBJECT:** Appeal of Rejected Grievance 80093

**TO:** Mr. Rankin EU 5850
F Unit, D Pod

**FROM:** Louis S. Folino
Superintendent

     I am in receipt of your 04/04/04 appeal of the Grievance Coordinator's rejection of Grievance Number 80093. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 04/01/04.

     Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

     Your instant appeal is denied.

Attach.:    Rejected Grievance Number 80093

CC:      Deputies' Complex (1)
          CSA Grievance File at 80093
          DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 80093.04-05-04)

4/5

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

Grievance Appeal
# 80093

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)
Superintendent Folino

2. Date:
04/04/04

3. By: (Print Inmate Name and Number)
DERRICK RANKINE EU5850
_Derrick Rankine_
Inmate Signature

4. Counselor's Name
Mr Ivan

5. Unit Manager's Name
Captain Hall

6. Work Assignment

7. Housing Assignment
FIO-9 RHU.

8. Subject: State your request completely but briefly. Give details.

Since 02/22/06, CIO Bowen, Henry, COU, Thompson, Mooney, Schnma, Stickles, Blaker, Anderson, Henderson and Sgt Conner, have been denying me the requested requests to staff, cash slips, grieviances, toilet tissues, pens, soap, toothpaste, ointment, showers, yard, and access to the Law Library and the used of a stapler; in retaliation for reporting CIO Manberry, Stephen, Rausenwinder, Blaker, Stickles and Henderson for making and continues to make homosexual demands on me. For example, today, I asked CIO Bowen for 12 requests to staff, 12 grieviances, 12 cash slips, & dids call, 6 registered letter receipts, CIO Bowen "said you don't need that many, then gave me 2 grieviances, 2 requests to staff, 2 cash slips, no medical slips, so my grievances and grievances appeal will be late 10/31/06.
On 04/04, I was given 2 grieviances, 4 cash slips, no dids call or registered letter receipts and 8 requests to staff by CIO Conner. Q3 is obvious your staff thinks, if they denied me supplies then

9. Response: (This Section for Staff Response Only) they can force me to become a homosexual and be silent about their homosexual demands and threats and abuses. I will never be silent, late but not silent. My name is Derrick Anthony Rankine; and my grievance was signed and dated correctly. My commitment name is Derrick Anthony Rankine since that is the only name I ever used, or gave anyone.
Respectfully Semi Fi.
Always Faithful. _Derrick Rankine_ Always Faithful.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print                    Sign

Revised July 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

80093

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Eletto | SCI-Greene | 03/31/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE OF INMATE:
Derrick Rankine

WORK ASSIGNMENT:
#1153/any relief requested.

HOUSING ASSIGNMENT:
RHU 143-7

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 02/22/04, C/O Bowen, Henry, Coy, Thompson Mooney, Schnap, Stickles, Blaker, Anderson and Henderson have been denying me, grievances, requests to staff, toilet tissues, pens, soaps, toothpaste, ointment, showers, yard, access to the Law Library; the use of a stapler, ected in retaliation for reporting C/O Manberry, Stephen, Rausenwinder, Blaker, Stickles, and Henderson for making homosexual demands on me. For example, today I asked C/O Bowen for 12 requests to staff, 12 cash slips and 4 sick call slip, 4 registered letter slips and 12 grievances; C/O Bowen said you don't need that many then gave me, 2 grievances, 2 requests to staff, 2 cash slips, no medical slip.

B. List actions taken and staff you have contacted, before submitting this grievance.

I explained to C/O Bowen that I need at least 20 requests to staff to file my back up grievance Appeals, since I was not given my property until 03/07/04 and have not recieved a pen from staff since 02/19/04; I do have a lot of back up Appeals to file. C/O Bowen said "dont Appeal your grievance and things might get better for you," slammed my tray slot and left tearing my request and grievance in the process.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

| FOR OFFICIAL USE ONLY |
| 80095 |
| GRIEVANCE NUMBER |

**DATE:**  April 1, 2004

**SUBJECT:**  Grievance Rejection Form

**TO:**  Mr. Rankin, EU-5850
F Unit, B Pod

**FROM:**  Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.  DC-ADM 802-Administrative Custody Procedures.
   c.  Other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. _X_ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                          Date

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:  FILE
     DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

80095

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D. Eletto | SCI Greene | 03/31/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE OF INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1000 day relief requested; and all my mails

HOUSING ASSIGNMENT:
RHU 1 B-7

INSTRUCTIONS: Plus a permanent departion from C/O Blaker and Bowen/Henderson.

1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 03/29/04, I gave C/O Cole 4 letters with 8 cash slips to be sent to the mail room. C/O Cole informed me that he signed my cash slip and placed my letters in the mail box; now on 03/30/04 C/O Blaker return to me only two cash slips; when I asked for the other two cash slips, I was told that we have to work that out together by C/O Blaker."

B. List actions taken and staff you have contacted, before submitting this grievance.

I asked C/O Blaker for the next two cash slips and or my letters and I also asked to speak to the RHU Sgt. or Lt. to no avail. I pressed the emergency button and reported the above violation and I will be sending a request to the mailroom supervisor.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
| :---: |
| 80902 |
| GRIEVANCE NUMBER |

**DATE:**      April 9, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
               F Unit, D Pod

**FROM:**      Sharon L. D'Eletto
               Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.   DC-ADM 802-Administrative Custody Procedures
    c.   other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. __X__ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
|---|
| 80902 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DeLeo | SCI-Greene | 04/08/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Derrick Rankine EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| | RHU FID-9 | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Today I recieved A confiscation slip For 2(37) enevelopes these enevelopes were sent to be For legal purposes or religious purposes by Brother Hohl.

Please have the mailroom sent me my enevelopes.

B. List actions taken and staff you have contacted, before submitting this grievance.

I check the inmate hand book and it clearly stated that I can recieved anything and all legal material, yet the mailroom is holding my enevelopes I would like to get my enevelopes I sent a request to the mail room and Captain Hall.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**April 5, 2004**

**SUBJECT:** Appeal of Rejected Grievance 80095

**TO:**    Mr. Rankin EU 5850
            F Unit, D Pod

**FROM:**    Louis S. Folino
            Superintendent

          I am in receipt of your 04/04/04 appeal of the Grievance Coordinator's rejection of Grievance Number 80095. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 04/01/04.

          Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

          Your instant appeal is denied.

Attach.:    Rejected Grievance Number 80095

CC:    Deputies' Complex (1)
       CSA Grievance File at 80095
       DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 80095.04-05-04)

4\5

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| Grievance Appeal # 80095 | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1. To: (Name and Title of Officer)<br>Superintendent Folino | 2. Date:<br>04 04 04 |
| 3. By: (Print Inmate Name and Number)<br>DERRICK RANKINE FU5850<br><br>Derrick Rankine<br>Inmate Signature | 4. Counselor's Name<br>Mr. Ivan |
| | 5. Unit Manager's Name<br>Captain Hall |
| 6. Work Assignment<br>$1500/day relief requested. | 7. Housing Assignment<br>RHU F/D-9 |

8. Subject: State your request completely but briefly. Give details.

First, my name is Derrick Anthony Rankine; was always is always and will always be Derrick Anthony Rankine; you and your staff can continue to abuse me by disrespecting my father daily; but I will never, under any circumstances disrespect and disrespect my father. So you can continue to reject my grievance, without addressing the issues. The Court only rule that I must complete my administrative remedies. Not that you must resolved these grievances. So have fun. Second, the grievance officer did not discussed this grievance with me in violation of the 1st, 5th, 8th and 14th amendments, to the United States Constitution, DC. ADM 804 and CLOStickles. Henderson and Blaker continues to steal hold, read and destroy my mail without my consent. Third, Even on 04/02/04, 04/03/04 CLO Stickles, Blaker and Henderson were at my cell door calling me "A.F.. King Faggot" "A.F.. ins Jamaican". denying me soaps, toothpaste, ointment, pens, and threatening my life. Which I believe you sent them to do. CLO Stickles came to my cell door on 04/02/03 on F/D and told me "go and F... yourself" without provocations.

9. Response: (This Section for Staff Response Only)
On 04/03/04, I gave Sgt Santoys three empty pens and CLO Hendersen Only gave me one pen to replace my three empty pens. This is the consistent type of abuse that I have been subjected since 4/20/04; without any provocation or justification; and you and Ms. D Elletto have the nerve to reject my grievances. As long as you and your staff continues to abuse me, I will be filing grievances. So now you might be able to do something for your paychecks.
Respectfully, Derrick Rankine

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
Print          Sign

Revised July 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

80095

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D. Eletto | SCI Greene | 03/31/04 |

FROM: (INMATE NAME & NUMBER)   SIGNATURE OF INMATE:
Derrick Rankine EU5850    Derrick Rankine

WORK ASSIGNMENT:    HOUSING ASSIGNMENT: RHU-1B-7
$1000/day relief requested; and all my mail

INSTRUCTIONS: Plus a permanent Departion from CW Blaker and
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. Bowen/Henderson.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 03/29/04, I gave C/O Cole 4 letters with 8 cash slips to be sent to the mail room. C/O Cole informed me that he signed my cash slip and placed my letters in the mail box; now on 03/30/04 C/O Blaker return to me only two cash slips; when I asked for the other two cash slips, I was told that we have to work that out together by C/O Blaker!

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I asked C/O Blaker for the next two cash slips and or my letters and I also asked to speak to the RHU Sgt. or Lt. to no avail. I pressed the emergency button and reported the above violation and I will be sending a request to the mailroom supervisor.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator          Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     April 5, 2004

| FOR OFFICIAL USE ONLY |
| --- |
| 80421 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
              F Unit, D Pod

**FROM:**      Sharon L. D'Eletto
              Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. _____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.   DC-ADM 802-Administrative Custody Procedures.
   c.   Other policies not applicable to DC-ADM 804.

2. _____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____   Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. _____   Grievances must be legible and presented in a courteous manner.

7. _____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _____   Grievances based upon different events shall be presented separately.

9. _____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. _____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

80421

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DEleto | SCI-Greene | 04/04/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Derrick Rankine EU5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1500/day relief Requested  Permanent separation | RHU FID-9 |

INSTRUCTIONS: From Clo Stickles, Henderson and Blaker
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2   State your grievance in Block A in a brief and understandable manner.
3   List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. I need my 2 pens, A pillow and A towel and toothbr

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 04/02/04 and 04/03/04 Clo Stickles, Henderson and Blaker came to my cell door and called me "A Fing Faggot", said to me "You get no supplies you Fing Jamaican". "We Are not to even be At your cell door or speak to you, you Fing Faggot" so how can We give you supplies, "Nigger". Every time you Filed A grievance on us We get $10 bonus; you Fing Fool, so keep Filing them" This is an example of what I have been subjected to since 01/20/04 consistently and contineously; because I refused to become an Abomination in the sight of GOD and man. Semi Fe.  Semi Fe Ranger All the way

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I Attempted to informed Sgt Santoyo of this and he left the pod on 04/02/04 and 04/03/04. I informed Lt Guyton of this on 04/03/04; while he was on the pod. On 04/03/04 Sgt. Santoyo took my three empty pens and sent Clo Henderson with 1 pen 1 toothpaste and I was given A shower without soap after 4 2days.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____           _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

*(handwritten left margin, vertical):* Semi Fe Ranger Delta 404 Ranger

*DC-ADM 804, Inmate Grievance System*
DC-804
Part 2



Attachment B

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**

OFFICIAL INMATE GRIEVANCE          **CAMP HILL, PA 17001**
INITIAL REVIEW RESPONSE

GRIEVANCE NO. | 80422

| TO: (Inmate Name & DC No.) | | FACILTIY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|---|
| Rankine, Derrick | EU-5850 | SCI GREENE | FD-09 | 4-4-04 |

The following is a summary of my findings regarding your grievance:

I am in receipt of your grievance and have been assigned to investigate your concerns. You are alleging that the medical is denying you your medication (Naicin, Motrin) and that staff are ignoring your requests for emergency treatment.

I have received numerous request slips from you, none of them dealing with medical, medications, or emergency situations. Most of your request slips claim that staff are spitting in your food (You told me that since you were a chemist you could use salt as a test for spit). You further stated that ALL of the officers have made homosexual advances towards you (Both shifts) and that since you refused their advances, you were being denied items.

I have contacted medical concerning your allegations. You take Maxcide for High Blood Pressure (You retain this in your cell); You are dispensed Niacin (For Lowering cholesterol) Daily; and finally you can receive Benadryl As Needed. The Motrin which you mentioned was ordered for you for 4-5-04 through 4-10-04. You received it. You Niacin has never been denied to you.

As for the allegations concerning staff refusing to seek immediate medical attention, this is a falsehood. ALL inmates will be seen if they claim a medical emergency. However, a cash slip must be provided at the time of service. You state that you put in a sick call slip on the 30th and was seen on the 31st. That does not sound like a department that is denying you attention – it sounds like they are doing their jobs.

Nothing in the way of medical treatment or medication has been denied to you. I believe that you have a skewed sense of reality (I base this on the statements made in your request slips) and that possibly our psychology department can be of assistance to you. I will file a DC-97 form to them immediately – hopefully we can get you the assistance that you seem to be crying out for.

Since I have completely investigated ALL of your allegations and cannot find a shred of evidence which verifies any part of your story, I find that your grievance lacks any arguable basis in fact; I must therefore find it to be frivolous and deny it in full.

.
CC: Deputies
    Grievance Coordinator
    DC 15
    File

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| W Leggett   COIII | *W. Leggett COIII* | 4-26-04 |

DC-804 *Health*
Part 1
*care*

*H/u*

**OFFICIAL INMATE GRIEVANCE**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_80422_ 沿

GRIEVANCE NUMBER

4/19

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D. Fleth. | SCI-Greene | 04/04/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Derrick Rankine EU 5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $5,000 a day relief requested. | RHU FID-9 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 03/28/04, I have been denied my Niicin and Motrin Which caused me severe chest pains and head aches; and when I asked to be taken to medical for these chest pains, Sgt. Conner told me "No", die".

This is another example that Superintendent Folino the medical staff; RHU staff and the grievance Cc Ordinator have been and is trying to murder me since 01/20/04 without provocation or justification. Since this is not the first or second or third I have been denied my medication and medical attention, and told to, "die" by staff, When I seek Emergency medical attention

03/31/04

B. List actions taken and staff you have contacted, before submitting this grievance.

I sent a sick call on 03/30/04 and was seen on 03/31/04 and told I have 5 refills left for the above medications yet I have recieved No medications As yet I sent another sick call slip on 03/25/03 and constantly pressed the Emergency button and I was told "We don't have time for your games", when I am having severe chest pains.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_Sharon D. Fleth_
Signature of Facility Grievance Coordinator

_04/05/04_
Date

Revised
December 2000