DC-804 Case 1:04-cv-00100-SJM-SPB    Document 116-5    Filed 01/20/2006    Page 1 of 82

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
|---|
| 78832 |
| **GRIEVANCE NUMBER** |

**DATE:** March 18, 2004

**SUBJECT:** Grievance Rejection Form

**TO:** Mr. Rankin, EU-5850
F Unit, B Pod

**FROM:** Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.  DC-ADM 802-Administrative Custody Procedures
    c.  other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. __X__ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

78832

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D. Ellets | SCI GREENE | 03/16/04 |

FROM: (INMATE, NAME & NUMBER): Derrick Rankine EU 5850    SIGNATURE of INMATE: Derrick Rankine

WORK ASSIGNMENT: Relief Requested (Permanent Separation from CIO Stickles)    HOUSING ASSIGNMENT: RHU FB-7

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Today CIO Stickles came to my cell door and stand there and stareat me for Approximately 2 minutes.

I asked CIO Stickles why he was just standing At my cell door and staring at me. CIO Stickles said "you look like a woman" and that he was doing his rounds.

I will repeat again, I am not a homosexual and will never become a homosexual, so I would like a very very Permanent Separation from CIO Stickles, and this sexual harrassment to stop.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I reported to Sgt Santayo on 03/02/04 and 03/05/04 CIO Stickles conduct. I also sent CIO Stickles a request on 03/12/04 and informed Mr. Ivan of CIO Stickles behavior on 03/12/04; and I have refused to accept a high protein diet from CIO Stickles or make any agreement with CIO Stickles.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____    _____
Signature of Facility Grievance Coordinator    Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    March 11, 2004

| FOR OFFICIAL USE ONLY |
|---|
| 78227 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, A Pod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                    Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/ack

cc:    FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_78227_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI-Greene | 03/10/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
#1153/day relief Frequested and

HOUSING ASSIGNMENT:
RHU FA-7

INSTRUCTIONS: Permanent seperation from C/O Stickles

1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.**

On 03/10/04, C/O Strickles called me "Stinking Rankine," and "A piece of Shit" without provocation or justification because I rejected C/O Stickles homosexual advance. During the period 03/01/04 to 03/05/04, C/O Stickles, began giving me a high protein diet, told me that "he and I had an understanding or agreement" About returning my property and about me getting showers, toothpaste and Soap. I Informed C/O Stickles that I was Not A homosexual and will never become a homosexual, since I would rather die than to engaged in a homosexual relationship and that I have, and had no agreement with him or any other staff member and that I never will make any agreement with any staff member more than to respect all staff member and demand respect from all staff member at all time

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I Informed Sgt Santoyo on 03/02/04 and 03/04/04 of C/O Stickles homosexuals and insulting overtures and that C/O Stickles was giving me A high protein diet and that C/O Strickles refused to gave me my property, soap, toothpaste and shower from 03/01/04 to Now because I refused to have a homosexual relationship with him. Informed Mr.

Your grievance has been received and will be processed in accordance with DC-ADM 804. *Zvan 03/10/04.*

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**March 19, 2004**

**SUBJECT:** Appeal of Rejected Grievance 78227

**TO:**      Mr. Rankin EU 5850
             I Unit, B Pod

**FROM:**    Louis S. Folino
             Superintendent

       I am in receipt of your 03/16/04 appeal of the Grievance Coordinator's rejection of Grievance Number 78227. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 03/11/04.

       Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

       Your instant appeal is denied.

Attach.:    Rejected Grievance Number 78227

CC:         Deputies' Complex (1)
            CSA Grievance File at 78227
            DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 78227.03-19-04)

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

78227

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR SCI-Greene | FACILITY: SCI-Greene | DATE: 03/10/04 |
|---|---|---|

FROM: (INMATE NAME & NUMBER)  DERRICK RANKINE EU5850

SIGNATURE of INMATE: Derrick Rankins

WORK ASSIGNMENT: $1153/any relief Frequested and

HOUSING ASSIGNMENT: RHU FA-7

INSTRUCTIONS: Permanent Separation From C/O Stickles

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 03/10/04, C/O Strickles called me "Stinking Rankine" and "A piece of Shit" without provocation or justification because I rejected C/O Stickles homosexual advance. During the period 03/01/04 to 03/05/04, C/O Stickles began giving me a high protein diet, told me that "he and I had an understanding or agreement" about returning my property and about me getting showers, toothpaste and Soap. I informed C/O Stickles that I was Not A homosexual and will never become A homosexual, since I would rather die than to engaged in a homosexual relationship and that I have, and had no agreement with him or any other staff member and that I never will make any agreement with any staff member more than to respect all staff member and respect from all staff member at all time.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Sgt. Santoyo on 03/02/04 and 03/04/04 of C/O Stickles homosexuals and insulting overtures and that C/O Stickles was giving me A high protein diet and that C/O Strickles refused to gave me my property, soap, toothpaste and shower from 03/01/04 to now because I refused to have A homosexual relationship with him. Informed Mr.

Your grievance has been received and will be processed in accordance with DC-ADM 804.  Z Van 03/10/04

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br><br>_Grievance Appeal_<br><br>_# 78227_ | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>_Superintendent Folino_ | 2. Date:<br>_03/16/06_ |
| 3. By (Print Inmate Name and Number)<br>_Derrick Rankine EU5850_<br><br>_Derrick Rankine_<br>Inmate Signature | 4. Counselor's Name<br>_Mr Lvah_ |
| | 5. Unit Manager's Name<br>_Captain Hall_ |
| 6. Work Assignment<br>_$1153/day relief requested._ | 7. Housing Assignment<br>_RHU FB-7_ |

8. Subject: State your request completely but briefly. Give details.

_On 02/23/06 and 02/24/06, C/O Stickles said to me "You Are still a piece of Shit repeatedly without provocation or justifycation. During the period 02/02/06 to 03/10/06, C/O Stickles keep giving me a high protein diet with sugars on my dinner tray. On 03/8/06 and 03/06/06 I reported this to Sgt. Santroy. At which point C/O Stickles told me that he and I have an agreement. I had no agreement and never will have any agreement with any members of your staff period._

_I informed C/O Stickles that 1) I am Not a humosexum and will never become a humosexual 2) that all staff members are only required to do their job and if they do their jobs then I will respect them and 3) will do my best to earn their respect. On 03/10/06 C/O Stickles called me a "Stinking_

_Rankine and a piece of Shit, without provocation or justifycation, in retaliation for the above. I would like a permanent separation from C/O Stickles, plus a check for $10,377 for mental duress as I was humiliated, embarrassed, felt degraded and degraded by C/O Stickles on orders from Captain Hall and you. I thank you in Advance for your time Co-operation and consideration in this matter._

_Respectfully, Your Servant_

_In Christ Jesus My Lord._

| To DC-14 CAR only ☐ _Derrick Rankine_ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
Print          Sign

Revised July 2000

DC-804
Part 3

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      March 22, 2004

FOR OFFICIAL USE ONLY
79149
GRIEVANCE NUMBER

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
               F Unit, B Pod

**FROM:**      Sharon L. D'Eletto
               Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.   DC-ADM 802-Administrative Custody Procedures
    c.   other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. _X_   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:   FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

79149

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR  Sharon D Elehs | FACILITY: SCI GREENE | DATE: 03/24/04 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)  Demick Rankine EU5850 | SIGNATURE of INMATE: Demick Rankine | |
| WORK ASSIGNMENT: $1553/day relief requested. | HOUSING ASSIGNMENT: F-B-7 RHU | |

**INSTRUCTIONS:**
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 03/04/04, J sent a request to Captain Hall asking for 400 writing sheets, 50 carbon papers 10 pens, 10 manila evelopes, use of a stapler and use of the copy machine to prepare my briefs and mail them to the courts.

On 03/12/04 J gave Mr. Evan a list for the above material. On 03/18/04, J asked Mr. Ivan for the above supplies again. On 03/12/04, J sent a request to the business manager asking for the above supplies yet J have not recieved the above supplies us yet. On 03/18/04, J sent a request to Mrs. Higgins asking For the above supplies to no avail.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

From 01/20/04, J have requested the above supplies weekly From Captain Hall PRC/Deputy Jackson Super intendent Folino to no avail. J file a grievance and appeal to Camphill and sent a Motion to the Superior Court and the United States District Court, Governor Ren dell and Congress Man Chattan Fattah to Compell SCI Greene staff to give me these supplies immediatly

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**February 17, 2004**

**SUBJECT:**    Appeal of Grievance 74129

**TO:**    Mr. Rankin
I Unit, B Pod

**FROM:**    Louis S. Folino
Superintendent

I am in receipt of your 02/12/04 appeal of Grievance Number 74129.

If this issue is important to you, please use your name of commitment and re-submit within 5 days.

Your instant appeal is dismissed

Attach.:    Grievance Number 74129

CC:    Deputies' Complex (1)
CSA Grievance File at 74129
DC-15 EU 5850

(inmate 2004\grievances\appeal correspondence\EU 5850 Rankin and Grievance Number 74129.02-17-04)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     March 22, 2004

| FOR OFFICIAL USE ONLY |
| :---: |
| 79148 |
| GRIEVANCE NUMBER |

**SUBJECT:**  Grievance Rejection Form

**TO:**      Mr. Rankin, EU-5850
           F Unit, B Rod

**FROM:**    Sharon L. D'Eletto
           Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.   DC-ADM 802-Administrative Custody Procedures
    c.   other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. _X_ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:    FILE
       DC-15

*Today 2/24/04 by Captain Dregg, Document ?? you nothing until USP ?? your check ??*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
*19148*
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Eletto | SCI-Greene | 03/19/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: |
|---|---|
| Jerrick Rankine EU5850 | Jerrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1553/day relief requested | RHU F13-7 |

INSTRUCTIONS:
1 Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since Monday 03/15/04, I am without a pen. I asked CIO Stickles for a pen on Tuesday, Wednesday, Thursday and today; and CIO Stickles refused to gave me a pen because I refused to have a homosexual relationship with him and reported him to Sgt Santoyo Oyo for giving me a high protein tray with sugar on this dinner tray; and that I dont wished to be a friend of any man period. CIO Stickles told me that told me that he will not give me a pen, razor, soap or ointment unless I become his friend. I would like a permanent separation from CIO Stickles; this is my third request to you all.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Sgt Santoyo and Grecgo of all the above and on 03/17/04 Sgt Conner told me that I would be leaving this pod on 03/18/04; since I am not on any observation. I also sent requests to PRC and Superintendent Folino and filed a grievance above the above. I also sent a letter to Judge Baxter and Secretary Beard.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

<br>

Signature of Facility Grievance Coordinator                    Date

*I asked Sgt Gregg for a pen on... (left margin, partially illegible) 03/24/04...*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT.**
**SCI-GREENE**

| | |
|---|---|
| **DATE:** | March 25, 2004 |

<div style="border:1px solid">
FOR OFFICIAL USE ONLY
79523
GRIEVANCE NUMBER
</div>

**SUBJECT:**    Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
            F Unit, B Pod

**FROM:**      Sharon L. D'Eletto
            Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. __X__    **Grievances based upon different events shall be presented separately.**

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                            Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY
79523
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Eletto | SCI-Greene | 03/24/04 |

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1000/day relief requested.

HOUSING ASSIGNMENT:
F/B-7

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff
    members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

From 02/22/04, I have been confined in a cell without a desk or chair, without shower, without a change of clothing from 02/22/04 to 03/07/04, without food from 02/22/04 to 03/01/04, without access to the yard or Law Library from 02/22/04 to 03/24/04, yet on 03/22/04, I was stripped searched by C/O Coy and C/O Schnap then denied yard because I refused to be "Nice and Friendly" to C/O Coy and Schnap why in the nude. I was forcably stripped searched by C/O Coy and CO Schnap.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I asked to speak to Sgt. Conner on 02/22/04, who ran off the pod, then pressed the button and asked to speak with RHU Lt. or Captain Hall to no avail, then informed Mr. Evan on 02/22/04.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator                                              Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**March 31, 2004**

**SUBJECT:**   Appeal of Rejected Grievance 79523

**TO:**   Mr. Rankin EU 5850
F Unit, B Pod

**FROM:**   Louis S. Folino
Superintendent

I am in receipt of your 03/28/04 appeal of the Grievance Coordinator's rejection of Grievance Number 79523. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 03/25/04.

Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

Attach.:   Rejected Grievance Number 79523

CC:   Deputies' Complex (1)
CSA Grievance File at 79523
DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 79523.03-31-04)

3/30

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** Grievance Appeal #79523 | Department of Corrections |
| | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer) Superintendent Folino | 2. Date: 03/28/04 |
|---|---|
| 3. By: (Print Inmate Name and Number) Derrick Rankine EU 5850 | 4. Counselor's Name Mr. Ivan |
| _Derrick Rankine._ Inmate Signature | 5. Unit Manager's Name Captain Hall |
| 6. Work Assignment $15.53/day relief requested. | 7. Housing Assignment KHU FIB-7. |

8. Subject: State your request completely but briefly. Give details.

Again, my grievances were always signed and dated so the grievance officer needs glasses or to stop using the drugs that he is using. There were no one I were presented on this grievance but the grievance officer was given the perjuns and continuous abuses that I have been subjected since oll 29/04, without provocation or justification. From 02/22/04 I have been confined in a cell without a desk and chair, without a shower, soap, toothpaste, pen etc. From 02/22/04 to 03/07/04, without any of my legal, mails religious or Educational property. From 02/22/04 to 03/01/04 with food, medication or medical attention. From 02/22/04 with heat, clothing, thermal underwears, and access to the yard, Wet on 03/22/04, I was forcibly stripped searched by CIO Coy and Schnab then denied yard because I was

9. Response (This Section for Staff Response Only)

not nice and friendly to CIOCoy and Schnab while nude I asked to appeal to Sgt. Conner and Sgt. Conner run off the pod. I also pressed the emergency button and asked to speak to the KHU Lt. or Captain Hall to no avail. I then informed Mr. Ivan of this on 03/22/04.

_Respectfully_

_Derrick Rankine_

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / . _____ Date _____
                        Print                              Sign

Revised July 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| | | |
|---|---|---|
| **DATE:** | March 25, 2004 | FOR OFFICIAL USE ONLY |
| | | 79524 |
| **SUBJECT:** | Grievance Rejection Form | GRIEVANCE NUMBER |

**TO:**  Mr. Rankin, EU-5850
 F Unit B Pod

**FROM:**  Sharon L. D'Eletto
 Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

 a. DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
 b. DC-ADM 802-Administrative Custody Procedures.
 c. Other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. __X__ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.
 Date

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:  FILE
 DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY
79524
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Eleiti | SCI Greene | 03/24/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU 5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:

HOUSING ASSIGNMENT:
RHU FB-7

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
   members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Since 03/21/04, C/O Hendersen have consistently refused to gave me a pen, shower, toothpaste and a shower, in retaliation for filing justicable grievance. Against C/O Stickles.
According to C/O Hendersen "You must with draw All grievances against All staff members and do What C/O Stickles want you to do "Nigger" and Why do you think you Are better than the others?" Today C/O Hendersen claimed "You Are Not indigent" and that "there Are No pens in the RHU. I would like A permanent separation Stickles and Hendersen

**B.** List actions taken and staff you have contacted, before submitting this grievance.

On 03/22/04, I informed Mr. Ivan and Mr. Ivan informed C/O Hendersen that I was indigent and that he was to give me my supplies; yet 03/24/04 C/O Hendersen again refused to gave me my supplies. I Would like Protective Custody From C/O Hendersen

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**March 31, 2004**

**SUBJECT:** Appeal of Rejected Grievance 79524

**TO:**       Mr. Rankin EU 5850
            F Unit, B Pod

**FROM:**     Louis S. Folino
            Superintendent

        I am in receipt of your 03/28/04 appeal of the Grievance Coordinator's rejection of Grievance Number 79524. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 03/25/04.

        Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

        Your instant appeal is denied.

Attach.:    Rejected Grievance Number 79524

CC:         Deputies' Complex (1)
            CSA Grievance File at 79524
            DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 79524.03-31-04)

3/29



| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

Grievance Appeal To # 79524

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| 1. To: (Name and Title of Officer) Superintendent Foling | 2. Date: 03/28/04 |
|---|---|
| 3. By: (Print Inmate Name and Number) Derrick Rankine EU5850 | 4. Counselor's Name Mr Ivan |
| Demick Rankine *(Inmate Signature)* | 5. Unit Manager's Name Captain Hall |
| 6. Work Assignment $255/day relief requested | 7. Housing Assignment RHU F/B-7 |

8. Subject: State your request completely but briefly. Give details.

The grievance officer must be blind or just plain stupid, my grievances were always signed and dated. My name is, was and will always be Derrick Anthony Rankine and that is the only way I will ever spell or signed my name. So you would better correct my name or I will make the Courts force you to correct the spelling of my Father's name.

Now, since 03/21/06, C/O Hendersen have consistently refused to gave me a pen, a shower, toothpaste, soap, lotion and ointment in retaliation for filing justifiable grievances against C/O Stickles. According to C/O Hendersen ⊛ you must withdraw all grievances against all staff members and do what C/O Stickles want you to do. "Nigger" and why do you think you are better than the "others". Today 03/24/04, C/O Hendersen claimed "you are not indigent" and there are no pens in the RHU. I informed Sgt Agostino, Grega Conner and Lubby of the above and Mr Ivan told C/O Hendersen that I

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

Ivan also told C/O Hendersen "that I was indigent and that C/O Hendersen was to give me my supplies, yet C/O Hendersen consistently refused to gave me my supplies. I would like a permanent separation from C/O Hendersen and Stickles and Blaser at this time. With C/O Anderson

I would like a soap, some ointment, a shower and replacement pens for my two empty pens and an indigent sign on my door. Also I need 4 bars of soap, since I have not received a shower since 02/19/04. I keep it Ruly/.

Demick Rankine

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____      Date _____
                              Print                                Sign

Revised July 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
79524
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Eletto | SCI Greene | 03/24/04 |
| FROM: (INMATE NAME & NUMBER) | (SIGNATURE of INMATE: | |
| Derrick Rankine EU 5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| | RHU FB-7 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 03/21/04, C/O Hendersen have consistently re/fused to g ave me a pen, shower, toothpaste and a shower, in retaliation for filing justificable grievance. Against C/O Stickles. According to C/O Hendersen "You must with draw all grievances against all staff members and do what C/O Stickles want you to do "Nigger" and Why do you think you are better than the others?" Today C/O Hendersen claimed "You are not indigent and that "there are no pens in the RHU. I would like a permanent separation Stickles and Hendersen

B. List actions taken and staff you have contacted, before submitting this grievance.

On 03/22/04, I informed Mr. Ivan and Mr. Ivan informed C/O Hendersen that I was indigent and that he was to give me my supplies; yet 03/24/04 C/O Hendersen again re/fused to g ave me my supplies. I would like Protective Custody From C/O Hendersen

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**CC    IONWEALTH OF PENNSYLVANIA**
**.    PARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    March 30, 2004

| FOR OFFICIAL USE ONLY |
| --- |
| 79871 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, B Pod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                         Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
*7987*
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI-Greene | 03/29/04 |

FROM: (INMATE NAME & NUMBER)
Jerrick Rankine EU5850

SIGNATURE OF INMATE:
Jerrick Rankine

WORK ASSIGNMENT:
$1500 a day relief requested.

HOUSING ASSIGNMENT:
RHU B-7

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Since 03/02/04, I have been given coffee with spit
in it by C/O Henry, Coy, Thompson, Mooney, Bowen
Engelhardt, Jordan and Sgt Conner and C/O Stump.
I would like a permanent separation from all the
above individuals. I have already request a sepa
ration order from the United States District Court

Nothing
Follows.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I sent a request to Captain Hall. Informed Mr. Ivan and
all medical staff and signed myself off my diet. I
also sent a request to PRC/Deputy Jackson and to
Superintendent Folino, yet the insipid and despicable
action continues...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____        _____
Signature of Facility Grievance Coordinator        Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
|---|
| 79870 |
| GRIEVANCE NUMBER |

**DATE:**    March 30, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
        F Unit, B Pod

**FROM:**    Sharon L. D'Eletto
        Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. __X__    **Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:**

    a.    **DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures**.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
        <div align="right">Date</div>

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD:tls

cc:    FILE
    DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

179870

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DELetto | SCI Greene | 03/29/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| DERRICK RANKINE EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $120,000 relief requested | RHU FB-7 | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 02/26/04, I was given A misconduct and A hearing
the same and sentence to 120 day DC time. On
03/04/04, I sent my Appeal to PRC, by C/O Stickles,
yet I have recieved NO response from the PRC as
yet.

B. List actions taken and staff you have contacted, before submitting this grievance.

On 03/20/04, I filed an Appeal by C/O Engelhardt to
Superintendent Folino. On 03/29/04 C/O Bowen
took another request to PRC from me Asking for
PRC request response to my misconduct
Appeal and I sent an Appeal to O.P.R. and Secretary Beard.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____              _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      March 31, 2004

FOR OFFICIAL USE ONLY
79970
GRIEVANCE NUMBER

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
               F Unit, B Pod

**FROM:**      Sharon L. D'Eletto
               Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b.   DC-ADM 802-Administrative Custody Procedures
   c.   other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__  **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. __X__  **The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.**

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments:**

SLD/ack

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

79970

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Ms. Sharon L Delletto | SCI-Greene | 03/13/04 |

FROM: (INMATE NAME & NUMBER)      SIGNATURE OF INMATE:
Derrick Rankine      EU5850      Derrick Rankine

WORK ASSIGNMENT:      HOUSING ASSIGNMENT:
      RHU  FB-7

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 03/08/04, I have been asking C/O Blake
C/O Stickles and Sgt. Santoyo for a pen a soap
toothpaste and a toothbrush.
C/O Stickles wants me to become his "Friend"
and have an agreement with him. C/O Blake told
me that "we have to work this out together,
both officers refused to gave me these supplies.
Today I was informed by C/O Anderson that
I was not on the indigent list. I informed C/O
Anderson that I have been indigent since March
23, 2000; and show him a letter from Lt,
Gumbarevic, proving that I am indigent. C/O Blake
again repeated his demand "we have to work this
out together."

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Sgt. Santoyo on 03/10/04 and 03/11
/04 that I was indigent and of these remarks
by C/O Blake and C/O Stickles. I do not wish to
work out anything with C/O Blake and I will never
be a Friend of C/O Stickles; Since I am not a homosexual
and never will be a faggot. I am a criminal.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      March 31, 2004

| FOR OFFICIAL USE ONLY |
| :---: |
| 79971 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
              F Unit, B Pod

**FROM:**      Sharon L. D'Eletto
              Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b.   DC-ADM 802-Administrative Custody Procedures
   c.   other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. __X__   **The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.**

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments:**

SLD/ack

CC:   FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

7997/

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI-Greene | 03/06/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1553.00 Day relief Frequested

HOUSING ASSIGNMENT:
RHU (FA-7.

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 03/05/04, I was Moved From FB-7 to FA-7. I continued to asked For a blanket, two sheets 2 towels, soap, wash rags and a change of clothing with my property to No avail.
On 03/06/04, I was Forcible stripped searched and my cell was searched, my mattress and pillow was removed From my cell by Sgt. Gantoyo. I was told by CIO Blake that Dr. Sacks told him Not to gave me any of my property, toothpaste toothbrush, pen, sheets, blanket, soap or change of clothing, underwears or my legal property ect ect

**B.** List actions taken and staff you have contacted, before submitting this grievance.
I spoke to Dr. Sacks on 02/24/04, 02/25/04, 02/26/04 03/01/04, 03/03/04, 03/04/04 and Dr. Sacks told me, that I was in the observation cell by security; and that he dont know why I have Not received all my property From 02/23/04. I asked asked to see and speak to Mr. Ivan daily to No avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    April 9, 2004

| FOR OFFICIAL USE ONLY |
|---|
| 80901 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, D Pod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.    DC-ADM 802-Administrative Custody Procedures
    c.    other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. __X__  **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. __X__ **The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.**

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments:  The Grievance Coordinator cannot adequately review your grievance as you have not provided a date on which the issue in question is alleged to have occurred. If this grievance issue is still of concern to you, please supply a date or dates on which the issue occurred and resubmit the grievance form using the same grievance number provided on the grievance form.  Please resubmit the corrected grievance form within five (5) working days.  DO NOT USE A GRIEVANCE NUMBER FOR ANY OTHER ISSUE.**

SLD/djk

CC:    FILE
DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
|---|
| 80901 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DEleho | SCI-Greene | 04/08/04 |

FROM: (INMATE NAME & NUMBER)
Derriek Rankine EU5850

SIGNATURE OF INMATE:
Derrick Rankine

WORK ASSIGNMENT:

HOUSING ASSIGNMENT:
RHU FID 9

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.   State your grievance in Block A in a brief and understandable manner.
3.   List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since Monday I have been denied All medical Attention and my benadyl, which caused my body to itch All over, and due to this itching I am unable to sleep. For Example I have been up From 12:30 Am and is unable to go back to sleep due to this itching.

B. List actions taken and staff you have contacted, before submitting this grievance.

I informed the bubble C/O's Henry, Coy, Schnap, Johnson and Plt plus the Jewish Rabbi and then took All my medications that were in my cell, which stopped the itching. I have been pressing the emergency button repeatedly From 12:30 Am. today and asked to see A doctor. I saw the PA and informed him of this on 04/06/04, 04/07/04, and 04/08/04.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator                              Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**April 14, 2004**

**SUBJECT:** Appeal of Rejected Grievance 80901

**TO:**        Mr. Rankin, EU-5850
              F Unit, B Pod

**FROM:**     Louis S. Folino
              Superintendent

        I am in receipt of your 4/12/04 appeal of the Grievance Coordinator's rejection of Grievance number 80901. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 4/8/04.

        Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

        Your instant appeal is denied.

Attach:       Grievance Appeal 80901

LSF/tls

Cc:          Deputies
             CSA Grievance File at 80901
             DC-15 EU-5850

4/13

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br><br>Grievance Appeal # 80901 | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Superintendent Fulino | 2. Date:<br>04/12/04 |
| 3. By: (Print Inmate Name and Number)<br>DERRICK RANKINE EU 5850<br><br>*Derrick Rankine*<br>Inmate Signature | 4. Counselor's Name<br>Mr. Ivan |
| | 5. Unit Manager's Name<br>Captain Hall |
| 6. Work Assignment<br>3 1000 day relief requested. | 7. Housing Assignment<br>RHU FID-9. |

8. Subject: State your request completely but briefly. Give details.

Since Monday 04/05/04, I have been denied all medical attention and my
benadryll, which caused my body to itch all over; and due to this itching
I am unable to sleep. For example on 04/08/04, I was up from 12:30AM
and did not go back to sleep because of this severe itching.
I informed the bubble, CI/Henry, COY, Schnar, Johnson and RHU(LD)+plus
the Jewish Rabbi and took all my medications that were in my cell,
which stopped the itching temporarily. I have pressed the emergency
button repeatedly from 12:30AM on 04/08/04 and asked to see a doctor
or to be taken to medical to no avail. Diaw A Physician Assistance on
04/06/04, 04/07/04 and 04/08/04; yet I was not given any medications to
stopped this itching until 04/09/04.
On 04/09/04, I was given 25mg of benadryll at approximately 7pm,
when I needed 75mg I was on 75mg up to 04/04/04; I was informed
that Dr. Conn took me off my benndryll without any consultation with
me. I never asked to be taken off my medications; so I was tortured.

...........................................................................................................................................es
to be tortured at this time. I would like you to placed a check for
$5000 on my inmate account for my pain and suffering from 04/05/04
to 04/10/04. I thank you in advance for your time, co-operation and
consideration in this matter, and look forward to working with you
and your staff in a productive and constructive manner.
N.B.
Today while you were on                    Respectfully, your Brother & Servant
this pod I called you to show         in Christ Jesus my Lord and God,
you letters from the Court
with the correct spelling of my         *Derrick Rankine*

| To DC-14 CAR only ☑ NAME and you run. | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                              Print                                              Sign

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

| FOR OFFICIAL USE ONLY |
|---|
| 80901 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR: Sharon DeLetto

FACILITY: SCI-Greene    DATE: 04/08/04

FROM: (INMATE NAME & NUMBER) Derrick Rankine EU5850

SIGNATURE OF INMATE: Derrick Rankine

WORK ASSIGNMENT:

HOUSING ASSIGNMENT: RHU FI D 9

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since Monday I have been denied all medical attention and my benadryl. Which caused my body to itch all over, and due to this itching I am unable to sleep. For example I have been up from 12:30 Am and is unable to go back to sleep due to this itching.

B. List actions taken and staff you have contacted, before submitting this grievance.

I informed the bubble (C/O), Henry, Coy Schnap, Johnson and A/Lt plus the Jewish Rabbi and then took all my medications that were in my cell, which stopped the itching. I have been pressing the emergency button repeatedly from 12:30 Am. today and asked to see A doctor. I saw the PA and informed him of this on 4/06/04, 4/07/04, and 4/08/04

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      April 1, 2004

| FOR OFFICIAL USE ONLY |
| :---: |
| 80093 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
               F Unit, B Pod

**FROM:**      Sharon L. D'Eletto
               Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

      a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
      b.   DC-ADM 802-Administrative Custody Procedures.
      c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__  **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____  You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                        Date

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:   FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

80093

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Eletto | SCI-Greene | 03/31/04 |

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850

SIGNATURE OF INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1153/any relief requested.

HOUSING ASSIGNMENT:
RHU F-B-1

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 02/22/04, C/O Bowen, Henry, Coy, Thompson Mooney, Schnap, Stickles, Blaker, Anderson and Henderson have been denying me, grievances, requests to staff, toilet tissues, pens, soaps, toothpaste, ointment, showers, yard, access to the Law Library; the used of a Staple, ected in retaliation for reporting C/O Manberry, Stephen, Rausenwinder, Blaker, Stickles, and Henderson for making homosexual demands on me. For example, today I asked C/O Bowen for 12 requests to Staff, 12 cash slips and 4 sick call slip, 4 registered letter slips and 12 grievances; C/O Bowen "said you dont need that many, then gave me, 2 grievances, 2 requests to staff, 2 cash slips, No medical slip.

B. List actions taken and staff you have contacted, before submitting this grievance.

I explained to C/O Bowen that I need at least 20 requests to staff to file my backup grievance appeals; since I was not given my property until 03/07/04 and have not recieved a pen, from staff since 02/19/04; do I have a lot of backup appeals to file. C/O Bowen said "I dont appeal your grievances and things might get better for you; slammed my tray slot and left, tearing my request and grievances in the process.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____        _____
Signature of Facility Grievance Coordinator                Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**April 5, 2004**

**SUBJECT:** Appeal of Rejected Grievance 80093

**TO:** Mr. Rankin EU 5850
F Unit, D Pod

**FROM:** Louis S. Folino
Superintendent

I am in receipt of your 04/04/04 appeal of the Grievance Coordinator's rejection of Grievance Number 80093. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 04/01/04.

Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

Attach.: Rejected Grievance Number 80093

CC: Deputies' Complex (1)
CSA Grievance File at 80093
DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 80093.04-05-04)

4/5

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br>Grievance Appeal<br># 80093 | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1. To: (Name and Title of Officer)<br>Superintendent Folino | 2. Date:<br>04/04/04 |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>DERRICK RANKINE EU5850<br>*Derrick Rankine*<br>Inmate Signature | 4. Counselor's Name<br>Mr Ivan |
| | 5. Unit Manager's Name<br>Captain Hall |
| 6. Work Assignment | 7. Housing Assignment<br>FID-9 RHU. |

8. Subject: State your request completely but briefly. Give details.

Since 02/22/04, C/O Bowen, Henry, C/O, Thompson, Mooney, Schmitz, Stickles, Blaker, Anderson, Henderson and Sgt Conner, have been denying me the requested requests to staff, cash slips, grievances, toilet tissues, pens, soap, toothpaste, ointment, showers, yard; and access to the Law Library and the used of a stapler; in retaliation for reporting C/O Manberry, Stephen, Rausenwinder, Blaker, Stickles and Henderson for making and continues to make homosexual demands on me. For example today, I asked C/O Bowen for 12 requests to staff, 12 grievances, 12 cash slips, Dr dick call, 6 registered letter reciepts, C/O Bowen "said you don't need that many, then gave me 2 grievances, 2 requests to staff, 2 cash slips, No medical slips, so my grievances and grievances appeal will be late, 10/31/04.

On 04/04 I was given 2 grievances, 4 cash slips, No dick call or registered letter reciepts and 8 requests to staff by C/O Conner. As is obvious your staff thinks, if they denied me supplies than

9. Response: (This Section for Staff Response Only) they can forced me to become a homosexual and be silent about their homosexuals demands and threats and abuses. I will Never be silent, late but not silent.

My name is Derrick Anthony Rankine; and my grievance was signed and dated correctly. My commitment name is Derrick Anthony Rankine since that is the only name I ever used, or gave anyone.

*Respectfully* Semi Fe.

Always Faithful. *Derrick Rankine* Always Faithful.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                              Print                    Sign

Revised July 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

80093

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Eletto | SCI-Greene | 03/31/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Derrick Rankine EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| #1153/any relief requested | RHU 1113-7 | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2   State your grievance in Block A in a brief and understandable manner.
3   List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
     members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 02/22/04, C/O Bowen, Henry, Coy, Thompson Mooney, Schnap, Stickles, Blaker, Anderson and Henderson have been denying me, grievances, requests to staff toilet tissues, pens, soaps, toothpaste, ointment, Showers, yard, access to the Law Library; the used of a stapler, ected in retaliation for reporting C/O Manberry, Stephen, Rausenwinder, Blaker, Stickles, and Henderson for making homosexual demands on me. For example, today I asked C/O Bowen for 12 requests to staff, 12 cash slips and 4 sick call slip, 4 registered letter slips and 12 grievances; C/O Bowen said you don't need that many then gave me, 2 grievances, 2 requests to staff, 2 cash slips, No medical slip.

B. List actions taken and staff you have contacted, before submitting this grievance.

I explained to C/O Bowen that I need at least 20 requests to staff to file my back up grievance appeals; since I was not given my property until 03/07/04 and have not recieved a pen, from staff since 02/19/04; I do have a lot of back up appeals to file. C/O Bowen said "dont appeal your grievance and things might get better for you; slammed my tray slot and left tearing my request and grievance in the process.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____

Signature of Facility Grievance Coordinator

_____

Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
**SCI-GREENE**

| | |
|---|---|
| **DATE:** | April 1, 2004 |

**SUBJECT:** Grievance Rejection Form

| | |
|---|---|
| **TO:** | Mr. Rankin, EU-5850 |
| | F Unit, B Pod |
| **FROM:** | Sharon L. D'Eletto |
| | Superintendent's Assistant |

| FOR OFFICIAL USE ONLY |
|---|
| 80095 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.   DC-ADM 802-Administrative Custody Procedures.
    c.   Other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. _X_ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.
                                                                              Date

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

7 0095

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D. Eletto | SCI Greene | 03/31/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850          SIGNATURE OF INMATE: Derrick Rankine

WORK ASSIGNMENT:
$1000/day relief requested; and all my mails          HOUSING ASSIGNMENT: RHU-1B-7

INSTRUCTIONS: Plus a permanent departation from C/O Blaker and
Bowen/Henderson.
1.  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 03/29/04, I gave C/O Cole 4 letters with 8
cash slips to be sent to the mail room. C/O Cole
informed me that he signed my cash slip and
placed my letters in the mail box; Now on 03/30/04
C/O Blaker return to me only two cash slips; when I
asked for the other two cash slips, I was told that "We
have to work that out together by C/O Blaker".

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I asked C/O Blaker for the next two cash slips and
or my letters and I also asked to speak to the RHU
Sgt. or Lt. to no avail. I pressed the emergency
button and reported the above violation and I will be
sending a request to the mailroom supervisor.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**       April 9, 2004

FOR OFFICIAL USE ONLY
80902
GRIEVANCE NUMBER

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
               F Unit, D Pod

**FROM:**      Sharon L. D'Eletto
               Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

     a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
     b.   DC-ADM 802-Administrative Custody Procedures
     c.   other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. _X_ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

80902

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Sharon DeLeo | FACILITY: SCI-Greene | DATE: OH/08/04 |
| FROM: (INMATE NAME & NUMBER) Derrick Rankine EU5850 | SIGNATURE of INMATE: Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: RHU FID-9 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Today I recieved A confiscation slip for 2(37) enevelopes these enevelopes were sent to be for legal purposes or religious purposes by Brother Hohl.

Please have the mailroom sent me my enevelopes.

B. List actions taken and staff you have contacted, before submitting this grievance.

I check the inmate hand book and it clearly stated that I can recieved anything and All legal material, yet the mailroom is holding my enevelopes I would like to get my enevelopes I sent A request to the mail room and Captain Hall.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**April 5, 2004**

**SUBJECT:**  Appeal of Rejected Grievance 80095

**TO:**      Mr. Rankin EU 5850
             F Unit, D Pod

**FROM:**    Louis S. Folino
             Superintendent

   I am in receipt of your 04/04/04 appeal of the Grievance Coordinator's rejection of Grievance Number 80095.  I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 04/01/04.

   Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

   Your instant appeal is denied.

Attach.:   Rejected Grievance Number 80095

CC:        Deputies' Complex (1)
           CSA Grievance File at 80095
           DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 80095.04-05-04)

4/5

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** <br> Grievance Appeal # 80095 | Department of Corrections <br><br> **INSTRUCTIONS** <br> Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer) <br> Superintendent Folino | 2. Date: <br> 04/04/04 |
|---|---|
| 3. By: (Print Inmate Name and Number) <br> DERRICK RANKINE FU5850 <br><br> Derrick Rankine <br> _Inmate Signature_ | 4. Counselor's Name <br> Mr. Ivan |
| | 5. Unit Manager's Name <br> Captain Hall |
| 6. Work Assignment <br> $1500/day relief requested. | 7. Housing Assignment <br> RHU F/D-9 |

8. Subject: State your request completely but briefly. Give details.

First, my name is Derrick Anthony Rankine. Was always is Always and will always be Derrick Anthony Rankine. You and your staff can continue to abuse me by disrespecting my Father daily; but I will never, under any circumstances disdhonor and disrespect my Father. So you can continue to reject my grievance, without addressing the issues. The court only rule that I must complete my administrative remedies. Not that you must resolved these grievances. So have fun. Second: the grievance officer did not disscussed this grievance with me in violation of the 1st 5th 8th and 14th Amendments to the United States Constitution DC. ADM 804. and CLOStickles, Henderson and Blaker continues to open hold, read and destroy my mail without my consent. Third: Even on 04/02/04, 04/03/04 CLO Stickles, Blaker and Henderson were at my cell door calling me "A.F.. King Faggot" "A.F.. ins Jamaican" denying me soaps, toothpaste, ointment, pens, and threatening my Life. Which I believe you sent them to do CLOStickles came to my

9. Response: (This Section for Staff Response Only) cell door on 04/02/03 on FID and told me to "go and F... " yourself" without provocations.
On 04/03/04, I gave Sgt Santoys three empty pens and CLOHendersen only gave me one pen to replaced my three empty pens. This is the consistent type of abuse that I have been subjected since, 4/20/04; without any provocation or justification. and you and Ms D Elletto have the nerve to reject my grievances. As long as you and your staff continues to abused me, I will be Filing grievances. So Now, you might be able to be doing something for your paychecks. Respectfully, Derrick Rankine

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print                  Sign

Revised July 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

*80095*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon D.Eletto

FACILITY:
SCI-Greene

DATE:
03/31/04

FROM: (INMATE NAME AND NUMBER)
Derrick Rankine EU5850

SIGNATURE OF INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1000/day relief requested; and all my mail

HOUSING ASSIGNMENT: RHU/1B-7

INSTRUCTIONS: Plus a permanent department from CW Blaker and Bowen/Henderson.
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 03/29/04, I gave C/O Cole 4 letters with 8 cash slips to be sent to the mail room. C/O Cole informed me that he signed my cash slip and placed my letters in the mailbox; now on 03/30/04 C/O Blaker return to me only two cash slips; when I asked for the other two cash slips, I was told that we have to work that out together by C/O Blaker.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I asked C/O Blaker for the next two cash slips and or my letters and I also asked to speak to the RHU Sgt. or Lt. to no avail. I pressed the emergency button and reported the above violation and I will be sending a request to the mailroom supervisor.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    April 5, 2004

| FOR OFFICIAL USE ONLY |
|:---:|
| 80421 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, D Pod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. \_\_\_\_    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. \_\_\_\_    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. \_\_\_\_    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. \_\_\_\_    Group grievances are prohibited.

5. **_X_**    **The grievance was not signed and/or dated.**

6. \_\_\_\_    Grievances must be legible and presented in a courteous manner.

7. \_\_\_\_    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. \_\_\_\_    Grievances based upon different events shall be presented separately.

9. \_\_\_\_    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. \_\_\_\_    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                Date

11. \_\_\_\_    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. \_\_\_\_    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
80421
GRIEVANCE NUMBER

Semi fe Ranger Delta 44 Ranger

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Eletto | SCI-Greene | 04/04/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Derrick Rankine EU 5850 | Derrick Rankine |

WORK ASSIGNMENT: $1500/day relief Requested Permanent separation
HOUSING ASSIGNMENT: RHU FID-9
From Clo Stickles, Hendersen and Blaker

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff
   members you have contacted. I need my 2 pens, A pillow and A towel and toothbr...

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

On 04/02/04 and 04/03/04 Clo Stickles, Hendersen and Blaker came to my cell door and called me "A F...ing Faggot", said to me "You get No supplies you F...ing Jamaican". "We are not to even be at your cell door or speak to you, you F...ing Faggot" so how can We give you supplies "Nigger". Every time you Filed A grievance on us We get $10 bonus; you F...ing Fool, so keep Filing them" This is an example of what I have been subjected to since 01/20/04 consistently and contineously; because I refused to become an Abomination in the sight of God and man. Semi fe. Semi fe Ranger all the way

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I attempted to informed Sgt Santoyo of this and he left the pod on 04/02/04 and 04/03/04. I informed Lt Guyton of this on 04/03/04, while he was on the pod. On 04/03/04 Sgt. Santoyo took my three empty pens and sent Clo Hendersen with I pen I toothpaste and I was given A shower without soap after 4-2 days.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator          Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

DC-ADM 804, Inmate Grievance System
DC-804
Part 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001**

Attachment B



OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO. | 80422

| TO: (Inmate Name & DC No.) | | FACILTIY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|---|
| Rankine, Derrick | EU-5850 | SCI GREENE | FD-09 | 4-4-04 |

The following is a summary of my findings regarding your grievance:

I am in receipt of your grievance and have been assigned to investigate your concerns. You are alleging that the medical is denying you your medication (Naicin, Motrin) and that staff are ignoring your requests for emergency treatment.

I have received numerous request slips from you, none of them dealing with medical, medications, or emergency situations. Most of your request slips claim that staff are spitting in your food (You told me that since you were a chemist you could use salt as a test for spit). You further stated that ALL of the officers have made homosexual advances towards you (Both shifts) and that since you refused their advances, you were being denied items.

I have contacted medical concerning your allegations. You take Maxcide for High Blood Pressure (You retain this in your cell); You are dispensed Niacin (For Lowering cholesterol) Daily; and finally you can receive Benadryl As Needed. The Motrin which you mentioned was ordered for you for 4-5-04 through 4-10-04. You received it. You Niacin has never been denied to you.

As for the allegations concerning staff refusing to seek immediate medical attention, this is a falsehood. ALL inmates will be seen if they claim a medical emergency. However, a cash slip must be provided at the time of service. You state that you put in a sick call slip on the 30th and was seen on the 31st. That does not sound like a department that is denying you attention – it sounds like they are doing their jobs.

Nothing in the way of medical treatment or medication has been denied to you. I believe that you have a skewed sense of reality (I base this on the statements made in your request slips) and that possibly our psychology department can be of assistance to you. I will file a DC-97 form to them immediately – hopefully we can get you the assistance that you seem to be crying out for.

Since I have completely investigated ALL of your allegations and cannot find a shred of evidence which verifies any part of your story, I find that your grievance lacks any arguable basis in fact; I must therefore find it to be frivolous and deny it in full.

CC: Deputies
    Grievance Coordinator
    DC 15
    File

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| W Leggett   COIII | W. Leggitt COIII | 4-26-04 |

DC-804 *Health*
Part 1    *care*

*H/u*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

*80422*    *28*

GRIEVANCE NUMBER

*4119*

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DELETO | SCI-Greene | 04/04/04 |

FROM: (INMATE NAME & NUMBER)    SIGNATURE of INMATE:
Derrick Rankine EU 5850    *Derrick Rankine*

WORK ASSIGNMENT:    HOUSING ASSIGNMENT:
$5000 day relief requested.    RHU FID-9

**INSTRUCTIONS:**
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 03/28/04, I have been denied my Niacin and Mottrin Which caused me severe chest pains and head aches; and when I asked to be taken to medical for these chest pains, Sgt Conner told me "No, die".

This is another EXAmple that Superintendent Folino the MEDICAl staff, RHU staff and the grievance co ordinator have been and is trying to murder me Since 01/20/04 without provocation or justification. Since this is not the first or second or third I have been denied my medication and medical attention, and told to "die" by staff, When I seek emergency medical attention

03/31/04

B. List actions taken and staff you have contacted, before submitting this grievance.
I sent a sick call on 03/30/04 and was seen on 03/31/04 and told I have 5 refills lefted for the above medications yet I have recieved No medications As yet I sent another sick call slip on 04/04/03 and constantly pressed the Emergency button and I was told "We don't have time for your gAmes", When I am having severe chest pains.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

*Sharon S. Felutt*

Signature of Facility Grievance Coordinator

04/05/04

Date

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**April 29, 2004**

**SUBJECT:**　First-Level Appeal
　　　　　　To Grievance Number 80422

**TO:**　　　Mr. Rankin, EU-5850
　　　　　　F Unit, D Pod

**FROM:**　　Louis S. Folino
　　　　　　Superintendent

I am in receipt of your grievance number 80422 dated April 5, 2004; the Initial Review
Response by Lieutenant Leggett, dated April 26, 2004; and your first-level appeal
received in this office on April 28, 2004.

After evaluating the attached grievance issue, I find the review and response by the
Grievance Officer will be upheld.

I find it is clear that the allegations you raised in your appeal are without foundation.
Further, I find that if, as you say, you took all the Maxicide in your cell--for whatever
reason--you are not compliant with medical orders and further risked your own well
being by improper dosing.

To that end, your appeal is denied and I would request that Health Care review your
record to determine if, in fact, you are an appropriate candidate for any type of self-
medication.

Your appeal is denied.

LSF:tls

cc:　　　　Deputies
　　　　　　Grievance Coordinator
　　　　　　DC-15
　　　　　　CHCA

Grie'vance Appeal # 93422. #28

To Superintendent Folino, SCI-Greene

From DERRICK RANKINE EU5850 Derrick Rankine FD-9.

First Lt Leggett never discussed this grievance with me and when
I saw Lt Leggett on F/D and attempted to speak to him he "Ran" off the
pod.
I have never sent a request slip to Lt Leggett and all of my request
about the dispicable actions of C/O Henry, Coy, Thompson, Engelhardt and
others were sent to Captain Hall.
I never told Lt Leggett anything, since on 04/13/04 I was forced to
see Captain Hall and Lt Leggett and denied my PRC hearing again
my wishes. Yes I told Captain Hall that I am a Chemist and that if
you mixed salt with saliva it will produce a oily sheen; but at that time
I was not asked anything about this grievance So Lt Leggett is a
lier.
I was not given my Maxcide until 04/27/04 from 03/28/04 Neither
do I have any medications in my cell. Which C/O Johnson, Schnar,
Blaker, Anderson, Coy and Cole can testify to so again Lt Leggett
is a lier or a Fool. I was not given any Niacin or Benadryl from 03/
28/04 to 04/09/04 and I had to took all my maxcide to stop the
itching in my body. Yes, I sent a sick call request on 03/30/04 and
I was seen on 03/31/04, but I was given no medication, which Lt
Leggett failed to placed in his summary. So, I have been constantly
denied medical attention, medications, emergency medical attention
and told to die by Sgt Conner, C/O Blaker, C/O Hendersen and C/O
Stickles because I will not become a homosexual.
Since Lt Leggett is a lier and a Fool; his investigation is no investi
gation since he never discussed this grievance with me or asked
me to show him the evidence to prove all my statements in my
grievance. Also, I was forced to see Captain Hall and Lt Leggett
but denied my PRC hearing; which shows that Lt Leggett and Captain
Hall knows that I only report the truth. Furthermore, Captain Hall
have denied me my indigent packages for April 2004; and RHU staff
continues to deny me grievances and requests to staff, which is
Further [illegible] Captain Hall and Lt Leggett [illegible] covering up the abu[se]
[illegible] Derrick Rankine [illegible]

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     April 8, 2004

| FOR OFFICIAL USE ONLY |
|:---:|
| 80780 |
| **GRIEVANCE NUMBER** |

**SUBJECT:**  Grievance Rejection Form

**TO:**       Mr. Rankin, EU-5850
             F Unit, D Pod

**FROM:**     Sharon L. D'Eletto
             Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. \_\_\_\_    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.   DC-ADM 802-Administrative Custody Procedures.
    c.   Other policies not applicable to DC-ADM 804.

2. \_\_\_\_    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. \_\_\_\_    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. \_\_\_\_    Group grievances are prohibited.

5. \_X\_    **The grievance was not signed and/or dated.**

6. \_\_\_\_    Grievances must be legible and presented in a courteous manner.

7. \_\_\_\_    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. \_\_\_\_    Grievances based upon different events shall be presented separately.

9. \_\_\_\_    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. \_\_\_\_    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                    Date

11. \_\_\_\_    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. \_\_\_\_    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

*90780*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR: Sharon DEleHo

FACILITY: SCI-Greene    DATE: 04/07/04

FROM: (INMATE NAME & NUMBER) Derrick Rankine EU5850    SIGNATURE of INMATE: Derrick Rankine

WORK ASSIGNMENT: $1000/day relief requested.    HOUSING ASSIGNMENT: FID-9

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Since 04/04/04 I was taken off my benadyll without my consent or knowledge; without even seeing me the medical staff have now taken me off all my medication; which causes me severe headaches chest and body pains with complete and severe hitching, and sleeplessness.
    This is another attempt to murder me by the medical department, Sharon DEleHo. RHU staff and Superintendent Folino; In an effort to silence me. I would like my medications resumed or to be sent to an outside hospital for medical attention.

B. List actions taken and staff you have contacted, before submitting this grievance.

I sent three medical requests and was seen three times by the medical; yet I have not recieved any medications or medical care since 03/28/04 I was seen this morning and showed them the weals on my body, yet I recieved no medications nor was I taken to medical for any treatment. cc Judge Baxter and AL.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    April 8, 2004

<div style="text-align:right">

FOR OFFICIAL USE ONLY
80781
GRIEVANCE NUMBER

</div>

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, D Pod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ___    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ___    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ___    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ___    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ___    Grievances must be legible and presented in a courteous manner.

7. ___    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ___    Grievances based upon different events shall be presented separately.

9. ___    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ___    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. ___    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _X_    **The issue(s) presented on the attached grievance has been reviewed and addressed previously.**

Additional Comments: Refer to Grievance Number 80780.

SLD:tls

cc:    FILE
DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVA....**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_8078_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DeLeto | SCI-Greene | 04/08/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Derrick Rankine EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| | RHU FID-9 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On Monday and Tuesday 03/05/04 and 03/06/04 the Nurse gave my medications to C/O Stickles to gave to me. I refused to accepted this medication from C/O Stickles, since C/O Stickles is not a Nurse and continues to make homosexual demands on me and I wanted to let C/O Stickles know that I really find him despicable and would be grateful if C/O Stickles would stay away from me, in retaliation my medications were stopped claiming I refused my medications.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I sent two sick call requests asking that my medication be resumed (my Benadyll), Niacin, Motrin permanently. I pressed the emergency button all night on 04/08/04 asking to be taken to medical and during the day on 04/07/04, 04/06/04; yet I was denied all medical care and attention. I verbal informed the Nurse and staff that I was sick.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____     _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

_8078_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DElekr | SCI-Greene | 04/08/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| DERRICK RanKine EU5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| | RHU FHD-9 |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On Monday and Tuesday 03/05/04 and 03/06/04 the Nurse gAVE my medications to C/O Stickles to gAVE to me I re/fused to Accepted this medication From C/O Stickles since C/O Stickles is Not A Nurse and continues to make homosexual demands on me and I wanted to Let C/O Stickles know that I really find him despicable and would be grateful if C/O Stickles would stay AwAy from me; In retaliation my medications were Stopped claiming I re/fused my medications.

B. List actions taken and staff you have contacted, before submitting this grievance.

I sent two sick call requests asking that my medication be resumed (my benadyll), Niacin, Motrin permanently. I Pressed the Emergency button All Night on 04/08/04 asking to be taken to Medical and during the day on 04/07/04, 04/06/04; yet I was denied All Medical cAre and attention. I verbal informed the Nurse and staff that I was sick

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**April 14, 2004**

**SUBJECT:**  Appeal of Rejected Grievance 80781

**TO:**  Mr. Rankin, EU-5850
F Unit, B Pod

**FROM:**  Louis S. Folino
Superintendent

I am in receipt of your 4/12/04 appeal of the Grievance Coordinator's rejection of Grievance number 80781. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 4/8/04.

Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

Attach:  Grievance Appeal 80781

LSF/tls

Cc:  Deputies
CSA Grievance File at 80781
DC-15 EU-5850

4/13

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER**<br>Grievance Appeal<br>80781 | Department of Corrections<br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1. To: (Name and Title of Officer)<br>Superintendent Palmo | 2. Date:<br>04/12/06 |
| 3. By: (Print Inmate Name and Number)<br>Derrick Rankine EU 5850<br><br>_Derick Rankine_<br>Inmate Signature | 4. Counselor's Name<br>Mr Ivan |
| | 5. Unit Manager's Name<br>Captain Hall |
| 6. Work Assignment<br>Permanent Exemption From C/O Stickles | 7. Housing Assignment<br>FA 9 R HU. |

8. Subject: State your request completely but briefly. Give details.

On Monday or Tuesday 03/05/06 or 03/06/06, The Nurse gave my Medications to C/O Stickles to gave to ME & re/fused to accepted this Medication From C/O Stickles, since C/O Stickles is Not a Nurse and continues to make homosexuals demands to me and I wanted to make C/O Stickles know that I really find him and his demands despicable and would be grateful if C/O Stickles would stay away from me; In retaliation my Medications were stopped claiming I refused my Medications. Even on 04/11/06 C/O Stickles came to my cell door, pointed a finger at me and stated "I am going to Fu..you up your ass, Nigger". & intend to take this to the courts; so again, removed C/O Stickles From my Enviroment

I sent two pick call requests asking that my Medications be resumed (my benadryl) Niacin, Motrin permanently.I pressed the Emergency button all night on 04/08/06 asking to be Taken to Medical and during the day on 04/07/06, 04/06/06; I was denied all Medical care and ~~...~~ Nurse and staff that I was sick.

Respectfully
_Derick Rankine_
Your Brother in Christ

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
Print                                    Sign

Revised July 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**        April 8, 2004

FOR OFFICIAL USE ONLY
80782
GRIEVANCE NUMBER

**SUBJECT:**    Grievance Rejection Form

**TO:**          Mr. Rankin, EU-5850
                 F Unit, D Pod

**FROM:**        Sharon L. D'Eletto
                 Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. _____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.    DC-ADM 802-Administrative Custody Procedures.
   c.    Other policies not applicable to DC-ADM 804.

2. _____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____    Group grievances are prohibited.

5. __X__    **The grievance was not signed and/or dated.**

6. _____    Grievances must be legible and presented in a courteous manner.

7. _____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _____    Grievances based upon different events shall be presented separately.

9. _____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                          Date

11. _____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_80782_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon J Eletto | SCI-Greene | 04/07/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Derrick Rankine EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $1053/day relief requested | RHU F10-9 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Since 01/20/04 to now RHU Staff have been trying to murder me by tampering with my meals, because they know that I am diabetic.  Sgt Conner For Example on Sunday I was given a tray with 6 sugars and spit in my coffee and juice by C/O Coy and Henry. The same on Monday. On Tuesday I was given a tray with 8 Sugar and spit in my coffee and juice, by C/O Henry and Coy. Today I was given a tray with 4 Sugars and a Piece of cake that was broken in two and spitted on all over by C/O Coy and Henry. I would like a permanent separation from all the above Staff Members.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I pressed the emergency button and asked to see the RHU Lt or Captain and I was told by Sgt. Tanner to shout the F... up" by Sgt. Tanner, on 04/06/04 This shows that Sgt. Tanner approves of the above despicable acts; and that Sgt Tanner and Conner knows of these actions.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                          Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**April 14, 2004**

**SUBJECT:**  Appeal of Rejected Grievance 80902

**TO:**  Mr. Rankin, EU-5850
F Unit, D Pod

**FROM:**  Louis S. Folino
Superintendent

I am in receipt of your April 12, 2004 appeal of the Grievance Coordinator's rejection of Grievance number 80902.  I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated April 8, 2004.

Insofar as name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

LSF:djk

CC:  Deputies
CSA Grievance File at 80902
DC-15 EU-5850

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | **Department of Corrections** |
| Grievance Appeal # 80902 | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1. To: (Name and Title of Officer) Superintendent Folino | 2. Date: 04/12/04 |
| 3. By: (Print Inmate Name and Number) Derrick Rankine EU5850 _Derrick Rankine_ Inmate Signature | 4. Counselor's Name Mr Ivan |
| | 5. Unit Manager's Name Captain Hall |
| 6. Work Assignment | 7. Housing Assignment RHU F1b 9, |

8. Subject: State your request completely but briefly. Give details.

On 04/08/04 I recieved a confiscation slip for 2 (H2O) enevelupes. These eneveluopes were sent to me for legal purposes or religious purposes by Brother Hahl. I checked the inmate handbook and it clearly stated that I can recieved anything in the mail for legal purposes, yet the mail room is holding these engevelupes in an effort to deny me access to the court and further obstruct the due administration of justice in state court. I would like to obtain these enevelupes forewith. I recieved confirmation from both the Court of Common Pleas and the Superior Court of Pa. that my commitment name is Derrick Rankine, that is Derrick Rankine and that my name was always Derrick Rankine. Today, while you was on FID pod, I called you three times to show you these documents and you ran off the pod. I would like a FACE to FACE conference on these issues.

Respectfully,
_Derrick Rankine_

| | |
|---|---|
| Response: (This Section for Staff Response Only) | |

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name _____ / _____ Date _____
Print                                            Sign

Revised July 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVAN.**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_80902_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DElEHy | SCI-Greene | 04/08/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| DERRICK RanKINE EU5850 | Derick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| | RHU FID-9 | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
     members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Today I recieved A confiscation slip For 2(37) Enevelope
These enevelopes were sent to be For legal purposes
or religious purposes by Brother Hohl.
 Please have the mailroom sent me my enevelopes.

B. List actions taken and staff you have contacted, before submitting this grievance.
I check the inmate hand book and it clearly stated that
I can recieved anything and All legal material, yet the
mailroom is holding my enevelopes I would like to
get my enevelopes I sent a request to the mail
room and Captain Hall.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
| --- |
| 81096 |
| GRIEVANCE NUMBER |

**DATE:**    April 13, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
        F Unit, D Pod

**FROM:**    Sharon L. D'Eletto
        Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                 Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

81096

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Sharon D Elehn | FACILITY: SCI Greene | DATE: 04|12|04 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Jerrick Rankine EU 5850 | SIGNATURE of INMATE: Jerrick Rankine | |
| WORK ASSIGNMENT: $1000|day relief requested and permanent | HOUSING ASSIGNMENT: RHU FD-9. | |

INSTRUCTIONS: Separation From Clo Blaker, Stickles and Henderson

1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 04|12|04, Clo Henderson, Blaker and Stickles came to my cell door and threatened to kill me. Clo Stickles then point a Finger at me, and said "J want to and is going to Fuck you up the Ass "Nigger". For Filing all this grievances on me; After "We made an agreement"

Request personal conference With Superintendent Folin, PRC and Captain Hall, plus J would like to File criminal charges against Clo Stickles; Henderson, Blaker and Engelhardt.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

J have repentedly and contineously asked For a separation From Clo Stickles, Blaker, and Henderson and Now Engelhardt to No avail. It is my contention that Superintendent Folin, and Captain Hall ordered these retaliatory acts—J would like a permanent separation From Clo Henry, Blaker, Henderson and Engelhardt.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
|---|
| 81098 |
| GRIEVANCE NUMBER |

**DATE:**    April 13, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, D Pod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                    Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:    FILE
      DC-15



DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

8 1 0 9 8

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D Eleto | SCI-Greene | 04 12 04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Derrick Rankine EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| | RHU F1D-9 | |

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

Today I was given a tray with 5 sugars, and a cup of coffee loaded with spit, by CIO Johnson and CIO Henry. This is a contineous conduct by RHU staff from January 30, 2004 to the present time. In retaliation for me informing Judge Baxter and the Attorney General of the conditions under which I was being held eted. I would like a face to face conference with the Superintendent and the members of the PRC; and Captain Hall; to resolved this grievance.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I informed Mr. Ivan; Lt. Guyton, Lt Mitchell and Deputy Jackson on 04 12 04 of the above. I attempted to informed Superintendent Folino of the above during inspection on 04 12 04 but he ran off the pod; since he knew about the above conduct and ordered the above behavior. I also asked CIO Johnson and Henry for a different tray and cup and they refused to exchanged.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE**

**DATE:**     April 13, 2004

| FOR OFFICIAL USE ONLY |
| :---: |
| 81099 |
| **GRIEVANCE NUMBER** |

**SUBJECT:**     Grievance Rejection Form

**TO:**     Mr. Rankin, EU-5850
          F Unit, D Pod

**FROM:**     Sharon L. D'Elette
          Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____     Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.     DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.     DC-ADM 802-Administrative Custody Procedures.
    c.     Other policies not applicable to DC-ADM 804.

2. ____     Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____     The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____     Group grievances are prohibited.

5. __X__     **The grievance was not signed and/or dated.**

6. ____     Grievances must be legible and presented in a courteous manner.

7. ____     The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____     Grievances based upon different events shall be presented separately.

9. ____     The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____     You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. ____     Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____     The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/tls

cc:     FILE
        DC-15



DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

81099

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Sharon D Eletto | FACILITY: SCI Greene | DATE: 04/12/04 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Derrick Rankine EU5850 | SIGNATURE of INMATE: Derrick Rankine | |
| WORK ASSIGNMENT: $105/day relief requested. | HOUSING ASSIGNMENT: RHU FID-9 | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Today 04/12/04, I asked Deputy Jackson, Lt Guyton and
Lt Mitchell, C/O Piper, C/O Bowlin and Sgt Gregow For
A replacement pen, A pillow, A toothpaste, A soap
and 2 towels; and they all refused to gave me these
Supplies; plus the use of A stapler.
          Personal Conference Requested; With Super
intendent Folino and Deputy Jackson/PRC.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I borrowed this pen from another inmate to write
this grievance. I also sent 5 requests asking from the
Above Supplies and the used of A stapler, I informed
Mr. Ivan on 04/06/04 and on 04/12/04 to No Avail. I
also repeatedly and continuously asked for these supplies
since 01/20/04 to No Avail from RHU Staff.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator                    Date
                                                           4/13/04

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

DC-804
Part 3

**CO.    NWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
| --- |
| 81607 |
| **GRIEVANCE NUMBER** |

**DATE:**    April 19, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, D Pod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.    DC-ADM 802-Administrative Custody Procedures
    c.    other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:    FILE
DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_81607_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DELEHo | SCI-Greene | 04/16/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine AKA RanKin

SIGNATURE of INMATE
Derrick Rankine AKA Rankin

WORK ASSIGNMENT: Relief Requested.
I would like to be given the requested

HOUSING ASSIGNMENT:
RHU EID-9

INSTRUCTIONS: Supplies upon request. 12 requests, 5 grievances.
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 04/14/04, I asked CIU Schnap for 12 requests to staff
4 grievances. 4 did call requests with four cash slips
and Schnap refused to gave me any of the above supplies,
claiming that "You are on paper restriction and meal
restrictions until you do the right thing".
This is an example of the behavior of staff since all 2004
to the present time; both on the morning and evening
shift.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I sent a request to the Superintendent and Captain Hall,
yet this behavior continues. I even spoke to Captain Hall and
Lt Leggett about this behavior and staff spitting in my
meals; removing sugar from my trays on 03/13/04 yet
these behaviors by staff continues. Today 04/17/04 I asked
CIU Henry for 12 requests to staff and 4 grievances yet I was not given

Your grievance has been received and will be processed in accordance with DC-ADM 804.   These supplies.

_____

Signature of Facility Grievance Coordinator

_____

Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

DC-804
Part 3

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
|---|
| 81647 |
| GRIEVANCE NUMBER |

**DATE:**     April 19, 2004

**SUBJECT:**     Grievance Rejection Form

**TO:**     Mr. Rankin, EU-5850
              F Unit, D Pod

**FROM:**     Sharon L. D'Eletto
                Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. _____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b.   DC-ADM 802-Administrative Custody Procedures
   c.   other policies not applicable to DC-ADM 804.

2. _____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____ Group grievances are prohibited.

5. __X__ **The grievance was not signed and/or dated.**

6. _____ Grievances must be legible and presented in a courteous manner.

7. _____ The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. _____ Grievances based upon different events shall be presented separately.

9. _____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____ You are currently under grievance restriction. You may not file any grievances until _____.

11. _____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. __X__ **The issue(s) presented on the attached grievance has been reviewed and addressed previously.**

**Additional Comments: Refer to Grievance Number 81607.**

SLD/djk

CC:     FILE
          DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

*81647*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DeLetto | SCI-Greene | 04/17/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine ED5850; AKA Rankin Derrick Rankine (Rankin AKA)

WORK ASSIGNMENT:
$155/day Relief request plus 12

HOUSING ASSIGNMENT:
RHU FID.9

INSTRUCTIONS: grievances and requests
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 01/20/04, RHU Staff have been Abusing me without provocation or justification; I would like this to stop From 01/20/04.

For example; on 04/14/04 and 04/15/04, C/O Schnap called me "A lier", "A dumb Nuts", "A bitch" and "A Faggot" without any provocation or justifications. Now I never spoke to C/O Schnap once From 01/20/04; until C/O Schnap spoke to on 04/14/04 and 04/15/04; Away From Asking For my supplies

Personal conference with PRC and Superintendent Folino requested.

B. List actions taken and staff you have contacted, before submitting this grievance.
I asked C/O Schnap to leave me Alone and I also told C/O Schnap that I am Not is Father who molested him when he was A child; so he was mistaken About me been "A Faggot" or "A bitch"; since I was Never Accused of molesting any children in my Entire life. Tell your staff to give me my Supplies and leave me Alone.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

DC-804
Part 3

**CO. NWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**       April 19, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**         Mr. Rankin, EU-5850
                F Unit, D Pod

**FROM:**       Sharon L. D'Eletto
                Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| 81648 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1.  ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.   DC-ADM 802-Administrative Custody Procedures
    c.   other policies not applicable to DC-ADM 804.

2.  ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3.  ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4.  ____   Group grievances are prohibited.

5.  **_X_   The grievance was not signed and/or dated.**

6.  ____   Grievances must be legible and presented in a courteous manner.

7.  ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8.  ____   Grievances based upon different events shall be presented separately.

9.  ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10.  ____   You are currently under grievance restriction. You may not file any grievances until _____.

11.  ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12.  ___   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/djk

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
8648
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DELEHO | SCI Greene | 4/17/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: |
|---|---|
| Derrick Rankine EU 5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1000 relief Frequested. | RHU FID-9 |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

On 04/13/04, CIO Coy and Thompson came to my cell door and said "Get dress" you have A visitor. When I asked who was my visitor, I was told A visitor then Captain Hall. Now I just File A Law suit against Captain Hall, and so I refuused to see much less speak to Captain. Sgt Tanner came to my cell door with CIO Coy and ordered me out of my cell to go to PRC hearing; but I was taken to the Law Library; where was Forced to speak to Captain Hall and Lt Leggett; while CIO lied to PRC that I refuused to attended my PRC hearing. Personal conference with PRC and the Superintendent requested

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I sent A request to the Superintendent to informed him of the About and A request to PRC. I tried to inform Lt Leggett of the Above on 04/14/04; but he ran off the pod. Now I am not receiving any mails from the outside; which is unusual. Please investigate.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

DC-804
Part 3

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE**

**DATE:**     April 26, 2004

| FOR OFFICIAL USE ONLY |
| :---: |
| 82217 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**       Mr. Rankin, EU-5850
             F Unit, B Pod

**FROM:**     Sharon L. D'Eletto
             Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. _____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.   DC-ADM 802-Administrative Custody Procedures.
    c.   Other policies not applicable to DC-ADM 804.

2. _____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____   Group grievances are prohibited.

5. _X_   **The grievance was not signed and/or dated.**

6. _____   Grievances must be legible and presented in a courteous manner.

7. _____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _____   Grievances based upon different events shall be presented separately.

9. _____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                          Date

11. _____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD:ack

cc:     FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
82217
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI Greene | SCI Greene | 04/24/04 |

FROM: (INMATE NAME & NUMBER)  Derrick Rankine EU5850

SIGNATURE OF INMATE:  Derrick Rankine

WORK ASSIGNMENT:  Permanent Separation From C/O Blaker

HOUSING ASSIGNMENT:  RHU FID-9

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

On 04/24/04, during the dinner period C/O Blaker and Sgt Santoyo came to my cell door and C/O Blaker said to me "J am going to get you in the Cranium J am going to shoot you in the cranium, All of this was said to me without provocation or justification C/O Blaker then made three to Four trips to my cell door and called me "Richard Cranium" without provocation or justification. At this point, J will again asked For a permanent separation from C/O Blaker, Henry, Coy Bowlin, Stickles, Hendersen, Stephen, Rausenwinder and Manberry.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

J Informed Sgt Santoyo of C/O Blakers threats and pressed the Emergency button to reported these threats of C/O Blaker. Sgt Santoyo, then sent C/O Blaker on three to Four occasions to threatened my lifes also check the inmate handbook to see if staff must speak or called or threatened inmates during the performances of their jobs.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised

DC-804
Part 3

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     April 26, 2004

| FOR OFFICIAL USE ONLY |
| 82218 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**       Mr. Rankin, EU-5850
             F Unit, D Pod

**FROM:**     Sharon L. D'Eletto
             Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.   DC-ADM 802-Administrative Custody Procedures.
    c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. _X_   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                          Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD:ack

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

_82218_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI Greene | SCI Greene | 04/23/04 |

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$5000 relief requested.

HOUSING ASSIGNMENT:
RHU FID-9

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

In retaliation for refusing to have a homosexual relationship with C/O Henry, Stickles, Hendersen, Blaker, Stephen, Manberry, and Rausenwinder filing justifiable grievances and refusing to withdraw my appeal and law suits; C/O Bowlin slapped me in my head while both my hands were handcuffed behind my back in the presence of all the inmates on FID and C/O Cole, Blaker and Anderson; this caused me severe headache was humiliating and embarrassing as all the inmates were laughting at me. Especially Inmate Hughes, in FID 10 at evening I was also unable to sleep all night because of this headache and embarrassment and humiliation

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I pressed the emergency button and asked to be taken to medical and to speak to Captain Hall or the RHU Lt. I would like a permanent seperation from Sgt. Santoys, and Tanner, C/O Blaker, Hendersen, Stickles, Bowlin, Henry, Stephen, Rausenwinder and Manberry.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    May 6, 2004

| FOR OFFICIAL USE ONLY |
| --- |
| 83124 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, D Pod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____  Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.    DC-ADM 802-Administrative Custody Procedures
    c.    other policies not applicable to DC-ADM 804.

2. ____  Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____  The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____  Group grievances are prohibited.

5. __X__  **The grievance was not signed and/or dated.**

6. ____  Grievances must be legible and presented in a courteous manner.

7. ____  The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____  Grievances based upon different events shall be presented separately.

9. ____  The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____  You are currently under grievance restriction. You may not file any grievances until _____.

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/ack

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

8312Y

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI Greene | SCI-Greene | 05/01/04 |

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850    SIGNATURE OF INMATE: Derrick Rankine

WORK ASSIGNMENT: Relief requested
Permenent Separation from Henry

HOUSING ASSIGNMENT:
RHU FID-9

INSTRUCTIONS: Blaker, Stickles, Henderson and Bowlin
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On May 1, 2004, I asked CLO Henry for 12 requests to staff and 4 grievances; and CLO Henry told me " you get nothing until you withdraw All Law suits and become A homo sexual.

CLO Henry then gave me 2 grievances and 2 requests to staff. This is the type of behavior which have been occurring since January 20, 2004; and I did not know that there are requirements before inmates can get the necessary supplies to complete their Administrative remedies in the D.O.C. This is a lenv example that RHU staff is doing something wrong in the RHU and are trying to cover-up the criminal conduct

B. List actions taken and staff you have contacted, before submitting this grievance.

I checked the inmate handbook and there are no pre requisites For getting D.O.C. supplies; so I will Not become A Fagget or withdraw my Law suit Against SCI-Greene, Albion or Somerset or my criminal Appeals; I would like to get the above supplies, A toothpaste and A soap

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000