S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**May 21, 2004**

**SUBJECT:**  Appeal of Rejected Grievance 83124

**TO:**  Mr. Rankin
F Unit, D Pod

**FROM:**  Louis S. Folino
Superintendent

I am in receipt of your 05/18/04 appeal of the Grievance Coordinator's rejection of Grievance Number 83124. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 05/06/04.

Insofar as your name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

Attach.:  Rejected Grievance Number 83124

CC:  Deputies' Complex (1)
CSA Grievance File at 83124
DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 83124.05-21-04)

Grievance App. A # 83124                    5/19
to Superintendent Folino          RHU FID-9
From Derrick Rankine EU 5850, May 18, 2004.
This grievance Appeal is late because RHU staff have
consistently refused to gave me replacement pens,
grievances, requests to staff, cash slips, sick call
requests and even toilet tissue to cover-up their crim-
inal conduct in the RHU.
On May 1, 2004 C/O Henry refused to gave me the re-
quested number of grievances, and requests to staff, on
May 8, 2004 C/O Engelhardt denied me the above supplie
On May 18, 2004, C/O Thompson denied me the above
supplies and C/O Bowlin refused to gave me a replace-
ment pen since May 18, 2004. This is why, I have 24
grievances to Appeal to you and is unable to com-
plete these Appeals as yet.
      Now, the above actions of your staff should convince
you that all my grievances are factual and correct, be-
cause if I was lying there would be no need for your
staff to be obstructing the due Administration of justi-
and trying to deny me access to the courts. I would
like to receive the necessary supplies to complete
my Administrative remedies; in a timely manner.
                    Respectfully
                    Derrick Rankine
                      May 18, 2004.

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR-OFFICIAL USE ONLY

83124

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI Greene | SCI-Greene | 05 01 04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT: Relief requested
Permanent Separation from Henry

HOUSING ASSIGNMENT:
RHU FID-9

INSTRUCTIONS: Blaker, Stickley, Henderson and Bowlin
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

On May 1, 2004, I asked C/O Henry for 12 requests to staff and 4 grievances; and C/O Henry told me "you get nothing until you withdraw all law suits and become a homosexual."

C/O Henry then gave me 2 grievances and 2 requests to staff. This is the type of behaviour which have been occurring since January 20, 2004; and I did not know that there are requirements before inmates can get the necessary supplies to complete their administrative remedies in the D.O.C. This is is A-I-E[?]-EXAMPLE that RHU staff is doing something wrong in the RHU and are trying to cover-up the criminal conduct

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I checked the inmate handbook and there are no pre-requisites for getting D.O.C. supplies; so I will not become a Faggot or withdraw my law suit against SCI-Greene, Albion or Somerset or my criminal Appeals. I would like to get the above supplies, a toothpaste and a soap.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____

Signature of Facility Grievance Coordinator

_____

Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**     May 6, 2004

| FOR OFFICIAL USE ONLY |
|:---:|
| 83122 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**     Mr. Rankin, EU-5850
          F Unit, D Pod

**FROM:**    Sharon L. D'Eletto
          Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.   DC-ADM 802-Administrative Custody Procedures
    c.   other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. _X_ The grievance was not signed and/or dated.

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/ack

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

*83122*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI-Greene | 05/01/04 |

FROM: (INMATE NAME & NUMBER)          SIGNATURE of INMATE:
Jerrick Rankine EU5850          Jerrick Rankine

WORK ASSIGNMENT: Relief requested          HOUSING ASSIGNMENT:
Permanent Separation from          RHU F109

INSTRUCTIONS: C/O Coy, Henry, Bowlin, Stickles, Blaker and Stickles
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.   State your grievance in Block A in a brief and understandable manner.
3.   List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
     members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

Today May 1, 2004, I was given a tray with 4 sugars
and a cup of coffee load with spit, by C/O Coy and
C/O Henry. This is an example of the conduct by RHU
Staff which began 01/30/04 and continues to the
present

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I spoke to Deputy Jackson on 04/12/04; Captain Hall and
Lt. Leggett on 04/13/04 and filed numerous grievances
and requests; yet this dispicable behavior continues.
I return this coffee to C/O Henry; and this is the reason
C/O Henry, Schnar, Engelhardt and Thompson refused to gave
me the requested supplies since 02/23/04

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator          Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**May 21, 2004**

**SUBJECT:**   Appeal of Rejected Grievance 83122

**TO:**   Mr. Rankin ██████
         F Unit, D Pod

**FROM:**   Louis S. Folino
           Superintendent

        I am in receipt of your 05/18/04 appeal of the Grievance Coordinator's rejection of Grievance Number 83122.  I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated 05/06/04.

        Insofar as your name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

        Your instant appeal is denied.

Attach.:   Rejected Grievance Number 83122

CC:   Deputies' Complex (1)
      CSA Grievance File at 83122
      DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 83122.05-21-04)

Grievance Ap. EAl # 83122

To Superintendent Folino SCI-Greene RHU FID-9 5/19

From DERRICK RANKINE EU5850 May 18 2004.

This grievance Appeal is late because I am been denied the NECESSAry supplies by RHU STAFF to file my Appeals in A timely Manner; Now since 01/30/04 to the present time I have been given a cup of coffee and Juice load with spit by CloCoy, Henry, Schnap, Bowen, Engelhardt, Johnson, Sgt. Tunner, Stickles, Thompson, Manberry, Sterhen and Rausenwinder and Sgt-Conner. Also, the Above NAMED individuals have been removing sugars and other food items off my tray and give them to other inmates.

On Saturday May 16, 2004, Sgt. Tunner and Clo Coy gave me a tray with 4 sugar and a cup of coffee loaded with spit and on Sunday May 17, 2004 Sgt. Tunner told Clo Thompson not to gave me any supplies to prevent me from filing a grievance; I WAS Not even given A roll of tissue on Sunday May 17, 2004 by Clo Thompson; Also, Clo Bowlin refused to gave me a replacement pen, toothpaste, soap, or ointment. I WAS also denied my dinner by Clo Blaker, Piper, Bowlin, and Hendersen on May 17 and 18, 2004; In an effort to silence me I would like to get replacement pen, grievances and requ-s to staff to file my 24 grievance Appeals At this time. The Above behavior by your staff should convince to investigate my allegations in my grievances and reques since if I was lying their would be No NEED for the Above retaliatory Actions. Respectfully D - May 18 2004

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

83122

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SCI-Greene | SCI-Greene | 05/01/04 |

FROM: (INMATE NAME & NUMBER)          SIGNATURE of INMATE:
Derrick Rankine EU5850               Derrick Rankine

WORK ASSIGNMENT: Relief requested    HOUSING ASSIGNMENT:
Permanent Separation frum            RHU F-D-9
INSTRUCTIONS: ClOCoy, Henry, Bowlin, Stickles, Blaker and Stickles
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

Today May 1, 2004, I was given a tray with 4 sugars and a cup of coffee 4 load with spit, by ClOCoy and ClO Henry. This is an example of the conduct by RHU Staff which began 01/30/04 and continues to the present

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I spoke to Deputy Jackson on 04/12/04; Captain Hall and Lt. Leggett on 04/13/04 and filed numerous grievances and requests; yet this dispicable behavior continues. I return this coffee to ClO Henry; and this is the reason ClO Henry, Schnar, Engelhardt and Thompson refused to gave me the requested supplies since 02/23/04.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    May 7, 2004

| FOR OFFICIAL USE ONLY |
| :---: |
| 83286 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, D Pod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                                    Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD:tls

cc:    FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR·OFFICIAL USE ONLY

*83286*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharun DElEh | SCI-Greene | 05/05/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Jerrick Rankine EU 5850 | Jerrich Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| | RHU EID-9 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
   members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 05/02/04, I gave CIO Coy a letter to be mailed
to Judge Susan Paradise Baxter, with two cash slips.
I have Not received my cash slip receipt As yet.
I would like to obtain this cash slip receipt so I can
prove that this letter was sent.
        Personal Conference requested with PRC
and Superintendent Folino

**B.** List actions taken and staff you have contacted, before submitting this grievance.

On 05/04/04 I asked CIO Coy for this letter and cash
slips and CIO Coy told me that they were sent to the
mailroom. On 05/04/04 I informed Mr. Ivan of the Above
and Asked him to checked on this letter for me; yet I
have Not received this cash slip As yet.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____

Signature of Facility Grievance Coordinator                              Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**      May 7, 2004

| FOR OFFICIAL USE ONLY |
| :---: |
| 83287 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
               F Unit, D Pod

**FROM:**      Sharon L. D'Eletto
               Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. __X__   **Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:**

       a.   **DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.**
       b.   DC-ADM 802-Administrative Custody Procedures.
       c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD:tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

*83287*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon DELETO

FACILITY: SCI-GREENE

DATE: 05/06/04

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1553/Day relief requested.

HOUSING ASSIGNMENT:
RHU FID-9

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Since 05/03/04 I have been denied all meals; legal materials; and benadryll by RHU staff in retaliation for filing a civil law suit and criminal charges against RHU staff. I have been denied 9 meals so far.

For example on Monday 05/03/04, Sgt Santoya, C/O Bowlin and Blaker came to my cell door to remove me from my cell to murdered me; and because I asked for an Lt. to be on the pod before I leave my cell I was given a mis conduct; and placed on a food loaf. Today C/O Anderson told Mr. Dicenzo that Mr. Dicenzo could not give me my indigent packages and legal materials that I paid to be copied on Tuesday 05/04/04.

Personal conference requested with PRC and the Superintendent

**B.** List actions taken and staff you have contacted, before submitting this grievance.
I asked C/O Anderson why I could not have my legal materials and I was told "because we are fucking with your constitution al rights." I then pressed the emergency button and asked to speak to the RHU Lt, to no avail I then borrowed this pen and filed this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy  **CANARY** - File Copy  **PINK** - Action Return Copy  **GOLDENROD** - Inmate Copy
Revised
December 2000

*DC-ADM 804, Inmate Grievance System*                                                                              *Attachment B*
DC-804
Part 2



### COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF CORRECTIONS
### P.O. BOX 598
### CAMP HILL, PA 17001

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE                              GRIEVANCE NO. | 83769 |

| TO: (Inmate Name & DC No.) | FACILTIY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|
| Rankin, Derrick ████████ | SCI-Greene | FD-9 Cell | 5-13-04 |

The following is a summary of my findings regarding your grievance:

I am in receipt of your grievance dated 5-10-04 and have been assigned to investigate and respond.

In your grievance you state the following: Since January 30, 2004, RHU staff have been removing sugars, food items and spitting in my trays before giving them to me. For example on Saturday Sgt. Tanner gave me a proper tray with 8 sugars and a clean cup of coffee; right after this Sunday 9, 2004, C/O Henry and Coy gave me a tray with 5 sugars with spit in the tray and today Monday 10, 2004, C/O Coy and Henry gave me another tray with spit in the tray and 4 sugars. I returned these trays with the covers off to C/O Henry who assaulted me with these trays by pushing them back in my cell thus hitting me on the arms and stomach.

I interviewed you on 6-01-04 and you conveyed to me the above listed allegation. You also provided numerous other examples of this type of alleged behavior by RHU staff. I interviewed Officers Coy and Henry, and all others you have accused as displaying assaultive behavior towards you, and they all adamantly deny your accusations.

In conclusion, your claims are completely lacking in merit and cannot be substantiated. You are reminded to use the grievance system in good faith and the filing of fictitious grievances, which you have done many times in the past, can result in grievance restriction and/or misconducts issued.

This grievance is denied.

cc:     Deputy Barone
        Deputy Jackson
        Grievance Coordinator
        Records
        Tracking Clerk
        File

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| R.Workman COIII | *R. Work*     C OⅠⅡ | 6-7-04 |

DC-804
Part 1 *(handwritten: processing)*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

*(handwritten annotations: CC Captain Burns / Filed Explanation)*

FOR OFFICIAL USE ONLY
**83769**
GRIEVANCE NUMBER

6/11

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DELEHD | SCI GREENE | May 10, 2004 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: |
|---|---|
| DERRICK RANKINE EU5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1000 a day relief requested | RHU FM-9 |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since January 30, 2004, RHU staff have been removing sugars, food int items and spitting in my trays before giving them to me. For example on saturday, Sgt Tanner gave me a proper tray with 8 sugars and a clean cup of coffee, right after this Sunday 9, 2004, C/O Henry and Coy gave me a tray with 5 sugars with spit in the tray. and today Monday 10 2004 C/O Coy and Henry gave me another tray with spit in the tray and 4 sugars. I returned these trays with the covers off to C/O Henry who assaulted me with these trays by pushing them back in my cell thus hitting me on the Arms and stomach

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Sgt Tanner and returned trays uneaten and Sgt Tanner told me, "I dont give a Fuck, die" I then sent a request to medical asking to be weighted. I would like a personal conference with the Superintendent and the PRC. I informed Captain Hall, Lt Leggett of this on 4/13/04 and Deputy Jackson on 04/12/04 to no avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____Sharon Delett_____          05/13/04
Signature of Facility Grievance Coordinator          Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**June 17, 2004**

**SUBJECT:**  First-Level Appeal
To Grievance Number 83769

**TO:**  Mr. Rankin, EU-5850
F Unit, D Pod

**FROM:**  Louis S. Folino
Superintendent

I am in receipt of your grievance number 83769, dated June 7, 2004; the Initial Review
Response by Lieutenant Workman, dated June 7, 2004; and your first-level appeal
received in this office on June 15, 2004.

After careful evaluation of the attached grievance, it is the determination of this
Superintendent that the action and response provided by investigating staff will be
upheld.

I find the issues raised at first-level appeal, were addressed appropriately and
responsibly by staff at initial review.

I must remind you again that you must use your name of commitment when
corresponding with the Department of Corrections.

Your appeal is hereby denied.

LSF:ack

cc:  Deputies
Grievance Coordinator
DC-15

6/15

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| Grievance Appeal<br>#83769 | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer)<br>Superintenjent Folino | 2. Date: June 12, 0004 |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>DERRICK RANKINE EU5850.<br>Derrick Rankine<br>**Inmate Signature** | 4. Counselor's Name<br>Mr. Ivan |
| | 5. Unit Manager's Name<br>Captain Hall |

| 6. Work Assignment<br>Personal Conference requested. | 7. Housing Assignment<br>RHU FID9. |

8. Subject: State your request completely but briefly. Give details.

Since this grievance officer did Not discuss this grievance with me and on 06/10/04 06/11/04 06/12/04 06/09/04, 06/08/04 I met with s.gt. workmans Findings are Frivolous. on or around June I 2004 N met with A. Lt who said SN am here Fhum OPK to get a written statement About the complaints and went to OPK; and Have a six page complaint to that x At No time did N or was N Asked About this grievance or this grievance discussed. HA this grievance being discussed N would have asked Lt workman to Followed me to my cell where N had A box of this coffee waiting to show him and Asked to get a DNA ANAlysis done. On 06/11/04, C/O thompson and C/O removed this box of coffee / num my cell. Just today, N was given A tray with Houghts and A cup of coffee loaded with spit by Sgt Tanner: Then N was

denied my lunch in retaliation for seeking to correct the Above problems by Sgt Tanner's. Lt workman is completely lying About what happened and is happening in this RHU. Lt workman is a lier because Sgt Tanner admitted to me Lt that I spoke to on or About June I 2004 that my allegations were true and that it was been done in retaliation for All the grievances that's filed; just as Sgt Tanner denied me my lunch on 06/12/04 in retaliation for All no these grievances and refusing to withdraw my civil law suits. Sgt Lt workman is totally lying About me filing fictitious grievances

| To DC-14 CAR only ☐ Derrick Rankine | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print                    Sign

Revised July 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:** May 13, 2004

<div style="border:1px solid">
FOR OFFICIAL USE ONLY
83774
GRIEVANCE NUMBER
</div>

**SUBJECT:** Grievance Rejection Form

**TO:** Mr. Rankin, EU-5850
F Unit, D Pod

**FROM:** Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a. DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b. DC-ADM 802-Administrative Custody Procedures
   c. other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. **_X_ The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/ack

CC: FILE
    DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

83774

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DELEHO | SCI-GREENE | 05/07/04 |

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1153/day relief requested.

HOUSING ASSIGNMENT:
RHU FID-9

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since 05/03/04 J have deem denied all meals by CLO CSy Henry, Engelhardt, Blaker Jones, Johnson, Stickles and Kelly, In retaliation for filing a civil lawsuit against SCI-GREENE'S staff, and for refusing to become a homosexual withdraw my criminal appeals and my law suits against SCI-Albion Somerset and SCI-Greene's staff.

For example on 05/04/04, 05/05/04, 05/06/04, and 05/07/04 J was standing at my cell door with my lights on, and CLO Henry, CSy, Engelhardt went by my cell and said "your lights are not on", CLO Blaker and Stickles threatened to kill me; and then denied me my dinner on 05/04/04 and 05/05/04; then CLO Bowlin threatened to kill me on 05/06/04; and then CLO Henry denied me my dinner claiming my lights were not on, and my lunch and breakfast on 05/07/04.

B. List actions taken and staff you have contacted, before submitting this grievance.

J informed Sgt Tanner Santoyo the Hearing Examiner and PRC of the above. J also informed Dr. Sacks and Mr. Iuin on 05/04/04 of the above. In my misconduct appeal J reported the above to PRC, and J sent a request to the Superintendent, and in retaliation CLO Anderson told Mr. DiCenzo not to give me my legal materials and indigent packages

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy  **CANARY** - File Copy  **PINK** - Action Return Copy  **GOLDENROD** - Inmate Copy
Revised
December 2000

Personal Conference with ICC and the Superintendent Inc.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     May 13, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**     Mr. Rankin, EU-5850
            F Unit, D Pod

**FROM:**    Sharon L. D'Eletto
            Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| 83772 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.    DC-ADM 802-Administrative Custody Procedures
    c.    other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. _X_ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/ack

CC:    FILE
       DC-15

DC-80-,
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_83772_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon D Eleto

FACILITY:
SCI-Greene

DATE:
May 09 2004

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1000/day relief requested

HOUSING ASSIGNMENT:
FD-9.

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

On March 7, 2004, (CIO)s Anderson and Blaker took
Away my Library books and Refused to returned
them (Intimacy with GOD) to the Library; Which
is causing the Library to refused to sent me
any books From March 7, 2004 to the present
time. This is causing me severe emotional and
psychological duress as I have been denied my
Calculus books; Management book and Accounting.
books; and positive mental stimuli by CIO Anderson
and Blaker.
    Personal conference with PRC and Superintend
ent requested

**B. List actions taken and staff you have contacted, before submitting this grievance.**

Since March 7, 2004 I made Numerous attempts to get
CIO Anderson or Blaker to signed my library request
slips and they both refused, my last attempt was on
May 08, 2004 I sent Numerous requests to Captain Hall
and RHU/L about the above situation to No Avail I
also informed Mr. Evan About the above situation on Numerous
occasion since March 2004 to No Avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**May 21, 2004**

**SUBJECT:**   Appeal of Rejected Grievance 83774

**TO:**         Mr. Rankin ████████
              F Unit, D Pod

**FROM:**       Louis S. Folino
              Superintendent

         I am in receipt of your 05/18/04 appeal of the Grievance Coordinator's
rejection of Grievance Number 83774. I have reviewed your grievance packet and the
Grievance Coordinator's rationale for rejecting your grievance, dated 05/13/04.

         Insofar as your name of commitment is Derrick Rankin, please use that
name on all correspondence with the Department of Corrections.

         Your instant appeal is denied.

Attach.:    Rejected Grievance Number 83774

CC:         Deputies' Complex (1)
            CSA Grievance File at 83774
            DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 83774.05-21-04)

Grievance Appea. # 83774
to Superintendent Folino; SCI-Greene F1D-9, RHU. 5/19
From Derrick Rankine. EU 5850. May 18 2004

Between the period 01|20|04 to the present time
RHU staff have denied me all meals between 02|22|04
to March 1, 2004; and 05|03|04 to 05|08|04 and now
since May 17, 2004, C/O Blaker, Hendersen, Bowlin and
Piper have denied me my dinner in retaliation for refusing
to withdraw my criminal Appeals, refusing to withdraw
my law suits against SCI-Albion and Somerset and now SCI
Greene and refusing to have a homosexual relationship
with C/O Blaker, C/O Henry, Stickles, Hendersen, Anderson,
Bowlin, Stephen, Manberry and Rausenwinder;

Now, since April 2004, I have been denied grievances
pens, requests to staff cash slips, tissue, and sick call
requests by C/O Coy, Henry Engelhardt, Thompson and
Schnap; without provocation or justifications; so my
grievances Appeals will all be late. I have also not recei
d my indigent legal packages for April and May 2004
as yet. I asked Mr. Dicenzo for these today and he
told me that he would inform Mr. Higgins.

Again, I would like a permanent separation from the
above listed staff members; now that C/O Blaker, Hender
sen, Henry, Coy, Schnap, Stickles, Anderson and Tunner
and Santoyo shows that they intends to harm me by
denying me my meals.
                                      Respectfully
                              Derrick Rankine
                                      May 18, 2004.

U have not been a medical usk ).

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
83774
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon D. Eleff | SCI Greene | 05/07/06 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Jerrick Rankine EU5850 | Jerrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1153/day relief requested. | RHU FID-9 |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

Since 05/03/04 U have deem denied All meals by CLO Cay, Henry, Engelhardt, Blaker Jones, Johnson, Stickles and Kelly; In retaliation for Filing A civil lawsuit against SCI Greene's Staff; and for refusing to become a homosexual withdraw my criminal appeals and my law suits against SCI Albion Somerset and SCI Greene's staff.

For example on 05/04/04, 05/05/04, 05/06/04, and 05/07/04 U was standing at my cell door with my lights on and CLO Henry, Cay, Engelhardt went by my cell and said "your lights are not on". CLO Blaker and Stickles threatened to kill me; and then denied me my dinner on 05/04/04 and 05/05/04; then CLO Bowlin threatened to kill me on 05/06/04; and then CLO Henry denied me my dinner claiming my lights were not on, and my lunch and breakfast on 05/07/04.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

U informed Sgt. Tanner Santaya the Hearing Examiner and PRC of the above. U also informed Dr. Sacks and Mr. Iwah on 05/04/04 of the above. In my misconduct appeal U reported the above to PRC, and U sent a request to the Superintendent, and in retalention CLO Anderson told Mr Dicenzo not to give me my legal materials and evident packages.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator          Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - inmate Copy
Revised
December 2000

Personal Conference with PRC and the Superintendent retaliation

S/A-GRN.001
Rev. 07/14/03

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**

**May 21, 2004**

**SUBJECT:** Appeal of Rejected Grievance 83772

**TO:**     Mr. Rankin 5850
            F Unit, D Pod

**FROM:**   Louis S. Folino
            Superintendent

        I am in receipt of your 05/18/04 appeal of the Grievance Coordinator's
rejection of Grievance Number 83772. I have reviewed your grievance packet and the
Grievance Coordinator's rationale for rejecting your grievance, dated 05/13/04.

        Insofar as your name of commitment is Derrick Rankin, please use that
name on all correspondence with the Department of Corrections.

        Your instant appeal is denied.

Attach.:    Rejected Grievance Number 83772

CC:         Deputies' Complex (1)
            CSA Grievance File at 83772
            DC-15 EU 5850

(inmate 2004\grievances\rejection appeal\EU 5850 Rankin and Grievance Number 83772.05-21-04)

5/19

Grievance Appeal # 83772
to Superintendent Folino     SCI-Greene.
From Derrick Rankine  RHU FID-9, May 18, 2004.
My Appeal of this grievance is late because since 1/2
04 RHU staff have refused to gave me the requests suppli
to filed my grievances and misconduct Appeals in a time
manner. It is also my contention that C/O Blaker, Coy, Henr
Stickles, Hendersen, Bowlin, Anderson, Sgt. Tanner and Santuyo
have been and is stealing my mails; destroying my mails and
Not sending my grievances and letters in a timely manner. For
example on Sunday May 16, 2004, C/O Thompson refused
to gave any grievances, requests to staff, sick call requests
and cash slips and a roll of tissue; so I am forced to sent
you this Appeal on this typing sheet. Also from April 2004
C/O Henry, Coy, Engelhardt and Thompson and Schnap have
refused to gave the it me the requested supplies; and Sgt
Tanner refused to corrected the Above Abuses.
   C/O Blaker, Piper, Bowlin have denied me my dinner on
05/17/04; and on 05/18/04, C/O Blaker and Hendersen again
denied me my dinner and I am unable to file a grievance b
cause I do not have a grievance.
   Now to the issue on this grievance. This grievance was
signed with my correct name and signature and it was
dated May 9, 2004; so the grievance officer is incorrect.
I am still unable to obtain library books from the RHU libr
because C/O Blaker and Anderson refused to return this
book or signed my library requests. I was not given a
Library book on 05/02/04, 05/09/04, and 05/16/04; I would
like my library book return to the Library and a perman
ent separation from C/O Blaker, Hendersen, Anderson, Stickles
Santuyo, Agostino, Tanner, Coy and Henry with Schnap. Thank you
   Respectfully  Derrick Rankine May 18, 2004.

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY
83772
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon D Fleth

FACILITY: SCI-Greene
DATE: May 09 2004

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1000/day relief requested

HOUSING ASSIGNMENT:
FID-9

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On March 7, 2004, (CIO)s Anderson and Blaker took away my Library books and Refused to returned them (Intimacy with GOD) to the Library; which is causing the Library to re/used to sent me any books from March 7, 2004 to the present time. This is causing me severe emotional and psychological duress as I have been denied my calculus books; Management book and Accounting books; and positive mental stimuli by CIO Anderson and Blaker.

Personal conference with PRC and Superintendent requested

B. List actions taken and staff you have contacted, before submitting this grievance.

Since March 7, 2004 I made Numerous attempts to get CIO Anderson or Blaker to signed my Library request slips and they both re/used, my Last attempt was on May 08, 2004 I sent Numerous requests to Captain Hall and RHU about the above situation on to No avail, also Informed Mr. Ryan about the above situation on Numerous occasion since March 2004 to No avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised

*DC-ADM 804, Inmate Grievance System*                                             Attachment B
DC-804
Part 2                          **COMMONWEALTH OF PENNSYLVANIA**
                                 **DEPARTMENT OF CORRECTIONS**
                                        **P.O. BOX 598**
OFFICIAL INMATE GRIEVANCE        **CAMP HILL, PA 17001**
INITIAL REVIEW RESPONSE                                  GRIEVANCE NO. | 83997

| TO: (Inmate Name & DC No.) | | FACILTIY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|---|
| Rankin, Derrick | EU5850 | SCI-GRN | FD 09 | 05-12-04 |

The following is a summary of my findings regarding your grievance:
I am in receipt of your grievance and have been assigned to investigate your concerns. Inmate Rankin you
claim staff threatened you, " Saying I'm going to kill you". Also you claim staff called you, " Stupid Mother
Fucker, piece of Shit and a N*****".

        Inmate Rankin I felt an interview was not necessary due to your ability to falsify the truth. In your
grievance you name numerous staff members that was not even working 05-10-04, but I questioned staff
anyhow that you name in your grievance about these allegations. The Staff members that were working this
day state at no time did these accusations take place, or would they conduct themselves in this manner. Also
after reviewing your 17x there are numerous entries from different shifts about your negative behavior that
describes how you use abusive language towards staff, in the future do not use the grievance system to
discredit good Officers.

        In conclusion I find no arguable facts to support any of your allegations so therefore your grievance is
denied.

CC:     Grievance Coordinator
        DC-15
        Deputy Barone
        Deputy Jackson

|  | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| D.P. Meighen COIII | D.P. Meigh COIII | 05-22-04 |

DC-804
Part 1

*JSFM*
*Conditions*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

*8 3997* 88

GRIEVANCE NUMBER

*5/29*

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DeLeto | SCI-Greene | May 12, 2003 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Derrick Rankine EU5850 | Demick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| | RHU FID-9 | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since Monday May 10, 2004, CIO Stickles, Henderson, Anderson and Blaker have been coming to my cell door and threatening to kill me; and calling me "A peice of shit and A stupid 'mother-fucker'. Without provocation or justification. For example today CIO Anderson came to my cell door with CIO Blaker, Henderson and Stickles and said I am going to kill you, you stupid mother fucker, and CIO Stickles said, yes, you piece A shit, we are going to kill, unless you withdraw you law suit, you are going to die 'Nigger'. While CIO Henderson and Blaker laughted; all of this was done without provocation or justification. Personal conference with PRC and the Superintendent requested.

B. List actions taken and staff you have contacted, before submitting this grievance.
I pressed emergency button and asked to speak to RHU Lt. to no avail. I have been and continues to asked for A separation from CIO Henderson, Henry, Anderson, Stickles, Blaker, Bowlin, Stephen, Manberry, Engelhardt, Rau, Senwinder, Santoyo, Tanner, Conner, Leggett, Meighen from 03/21/04.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

*(signature)*

Signature of Facility Grievance Coordinator

05/14/04

Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

DC-804
Part 3

COM. NWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**      May 21, 2004

<table>
<tr><td>FOR OFFICIAL USE ONLY</td></tr>
<tr><td>84547</td></tr>
<tr><td>GRIEVANCE NUMBER</td></tr>
</table>

**SUBJECT:**   Grievance Rejection Form

**TO:**       Mr. Rankin
              F Unit, D Pod

**FROM:**      Sharon L. D'Eletto
              Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1.  ____  Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.  DC-ADM 802-Administrative Custody Procedures
    c.  other policies not applicable to DC-ADM 804.

2.  ____  Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3.  ____  The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4.  ____  Group grievances are prohibited.

5.  **_X_  The grievance was not signed and/or dated.**

6.  ____  Grievances must be legible and presented in a courteous manner.

7.  ____  The grievance exceeded the two (2) page limit.  Description needs to be brief.

8.  ____  Grievances based upon different events shall be presented separately.

9.  ____  The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10.  ____  You are currently under grievance restriction. You may not file any grievances until _____.

11.  ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12.  ____  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD/ack

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
*14547*
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon Deleto | SCI-Greene | May 19, 2004 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Derrick Rankine EU 5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| | RHU FB09 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

A  Since January 20, 2004, I am unable to get the Necessary grievances, requests to staff, cash slips and medical requests to complete my administrative remedies. For example on May 1, 2004, CIO Henry denied me supplies; on May 8, 2004, CIO Engelhardt denied me supplies; on May 5, 2004 CIO Cay denied me supplies, on May 12, CIO Schnar denied me supplies, on May 17 CIO Thompson denied me even a roll of tissue and today CIO Cay gave me only 1 grievance, 1 request to staff, 2 cash slips, 1 sick call request; Now I have a number of grievances to file and I would like to obtain 6 grievances with 12 requests to staff 4 sick call requests and 4 cash slips.

B. List actions taken and staff you have contacted, before submitting this grievance.

I informed Deputy Jackson on 01/27/04, Captain Hall and Lt. Leggett on 04/13/04, and filed numerous grievances and requests to PRC, Captain Hall, and told Mr. Ivan of this I also informed Sgt. Tanner of the above on May 17 and 19, 2004. Yet this continues. This should convince you that I am telling the truth and you are to ~~convince~~ ~~you~~ ~~that~~

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator                        Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**June 3, 2004**

**SUBJECT:**   Appeal of Rejected Grievance 84714

**TO:**          Mr. Rankin, EU-5850
                 F Unit, D Pod

**FROM:**        Louis S. Folino
                 Superintendent

I am in receipt of your May 28, 2004 appeal of the Grievance Coordinator's rejection of Grievance number 84714. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated May 24, 2004.

Insofar as your name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

LSF:djk

CC:          Deputies
             CSA Grievance File at 84714
             DC-15 EU-5850

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER**<br>Grievance Appeal<br># 84-714 | Department of Corrections<br><br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer) Superintendent Folino

2. Date: May 28, 2004

3. By: (Print Inmate Name and Number) Derrick Rankine EU5850

Demick Rankine
**Inmate Signature**

4. Counselor's Name Mr. Ivan

5. Unit Manager's Name Captain Hall

6. Work Assignment

7. Housing Assignment RHU F1D9.

8. Subject: State your request completely but briefly. Give details.

This grievance was signed and dated with my correct name and May 22, 2004. The grievance officer did not discuss this grievance with me as required by DC ADM 804.
On May 17, 18, 19, 20, and 21, 2004, I was denied all my dinners by C/O Blaker, Bowlin, Hendersen, Anderson, Tiger and Sgt. Coadzno. On each date I was standing at my cell door with the cell lights on and I never received any of my meals. According to C/O Blaker, Hendersen, Bowlin, Anderson, and Stickles I will be denied my meals, supplies and library books and clothings until I (1) have a homosexual relationship with C/O Stickles, Blaker, Hendersen, and Anderson, 2) withdraw my law suits against SCI-Greene, Albion and Somerset 3) withdraw my criminal appeal, and if I continue to re/fuse their demands, I will be killed, or they will throw away all my incoming mails. To show me that they are serious, I was not given any mail

9. Response: (Section for Staff Response Only) Sh. Mail on Time

and all my laundry was taken away by C/O Blaker. I informed Lt. Meigher, Sgt. Santoys, Secretary Beard and Deputy Shaffler of this, and as my life was threatened today again by C/O Anderson, Stickles, Blaker, and Hendersen. I am in need of 8 (IX) boxer, 3(3X) T-Shirts, a sheet, a pillow and a pillow case at this time with 19 pen, a toothpaste and a soap, plus some request to start. Also I would like the C/O Hendersen, Anderson, Blaker and Stickles removed from around me permanently. thank you in advance for your time cooperation and consideration in the above matters. Respectfully

To DC-14 CAR only ☐ Your Servant in Christ Jesus.

To DC-14 CAR and DC-15 IRS ☐

Staff Member Name Demick Rankine    Date May 29 2004
Print    Sign

Revised July 2000

COMMONWEALTH OF PENNSYLVANIA
.PARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     May 24, 2004

| FOR OFFICIAL USE ONLY |
| --- |
| 84721 |
| GRIEVANCE NUMBER |

**SUBJECT:**  Grievance Rejection Form

**TO:**       Mr. Rankin,
             F Unit, D-Pod

**FROM:**     Sharon L. D'Eletto
             Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. _____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.   DC-ADM 802-Administrative Custody Procedures.
    c.   Other policies not applicable to DC-ADM 804.

2. _____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____   Group grievances are prohibited.

5. _X_   **The grievance was not signed and/or dated.**

6. _____   Grievances must be legible and presented in a courteous manner.

7. _____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _____   Grievances based upon different events shall be presented separately.

9. _____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                          Date

11. _____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD:tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

84721

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DEletto | SCI-Greene | May 21, 2004 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Jerrick Ramkine EU5850 | Jerrick Ramkine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| | RHU FID-9. | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2   State your grievance in Block A in a brief and understandable manner.
3   List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since January 29, 2004 U have sent and asked for the Necessary typing sheets, carbon paper, enevelopes, pens, and access to the Law Library and copy machine to prepare and File my Appellate brief to sent to the Court; and you have willevery method to denied and continues to deny me these supplies; such as outright lies; Not responding to my requests and grievances.
Again U would like to obtain 900 typing sheets, 90 carbon papers, 5 manila enevelopes; 10 pens access to and used of the Law Library and copy machine to prepare and mail my Appellate brief to the court in a timely manner. thank you in Advance

B. List actions taken and staff you have contacted, before submitting this grievance.
In January, Febuary, March, April and May, U sent numerous requests and grievances to the Superintendent; Captain Hall, Miss Higgins Mr. Ivan, Miss Guttam PRC. U Was given 50 typing sheets; 5 carbon papers in Febunry 100 typing sheets in March with 10 carbon paper since then Nothing. U would like to obtain the Above supplies in a timely manner

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**June 3, 2004**

**SUBJECT:**  Appeal of Rejected Grievance 84721

**TO:**        Mr. Rankin, EU-5850
              F Unit, D Pod

**FROM:**      Louis S. Folino
              Superintendent

I am in receipt of your May 26, 2004 appeal of the Grievance Coordinator's rejection of
Grievance number 84721.  I have reviewed your grievance packet and the Grievance
Coordinator's rationale for rejecting your grievance, dated May 24, 2004.

Insofar as your name of commitment is Derrick Rankin, please use that name on all
correspondence with the Department of Corrections.

Your instant appeal is denied.

LSF:djk

CC:        Deputies
           CSA Grievance File at 84721
           DC-15 EU-5850

6 1

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| Grievance Appeal No 84721 | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1. To: (Name and Title of Officer)<br>Superintendent Folino | 2. Date:<br>May 26, 2004 |
| 3. By: (Print Inmate Name and Number)<br>Derrick Rankine EU 5850 | 4. Counselor's Name<br>Mr. Tvan |
| Derrick Rankine<br>Inmate Signature | 5. Unit Manager's Name<br>Captain Hall |
| 6. Work Assignment | 7. Housing Assignment<br>RHU FID 9. |

8. Subject: State your request completely but briefly. Give details.

This grievance was signed and dated with my correct name. The grievance officer did not dis cussed this grievance with as required by DC. ADM 804; and the due process elapse. Since January 23, 2004, I have dent and dent and as KED access to the Law Library Access to and used of the supo machine and a stapler and for the Necessary typing sheets carbon papers pens and eneveloppes to prepare and mailed my Appellate briefs to the Courts; - and I have not received them. As I get On May 28, 2004, I informed Secetary Sean and Deputy Shaffer of this and I was told to dent you another request which I did. Again I am an indigent inmate and I need 900 typing sheets, 90 carbon papers, 5 manila eneveloppes per month and replacement pens; Access to and used of the Copy Machine and a stapler. I dent numerous requests to Captain Hall, PRC, Mr. Ivan, Ms. Higgins and Ms. Scott to no AVAIL. I thank you for your

9. Response: (This Section for Staff Response only)
time, co-operation and consideration in this matter.

Respectfully Your Servant

In Christ Jesus.

Derrick Rankine

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
Print                                              Sign

Revised July 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**   May 24, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**   Mr. Rankin,
F Unit/D Pod

**FROM:**   Sharon L. D'Eletto
Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| :---: |
| 84727 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1.  ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.   DC-ADM 802-Administrative Custody Procedures.
    c.   Other policies not applicable to DC-ADM 804.

2.  ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3.  ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4.  ____   Group grievances are prohibited.

5.  _X_   **The grievance was not signed and/or dated.**

6.  ____   Grievances must be legible and presented in a courteous manner.

7.  ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8.  ____   Grievances based upon different events shall be presented separately.

9.  ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                           Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD:tls

cc:   FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
84727
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| | |
|---|---|
| TO: FACILITY GRIEVANCE COORDINATOR<br>Sharon DEleta | FACILITY: SCI-Greene   DATE: May 22, 2006 |
| FROM: (INMATE NAME & NUMBER)<br>Derrick Rankine EU5850 | SIGNATURE of INMATE<br>Derrick Rankine |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT:<br>RHU FID-9 |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Today C/O Stickles turned on the emergency button in my cell and said " Whats up you piece A shit rapist", you are still a piece of shit and you are going to die Rankine; We are going to get you Nigger, unless you do what I want; you are a dead Nigger" C/O Stickles, Anderson, Blaker and Henderson have been doing the above since March 6, 2004 to the present time.
Personal conference with Superintendent and PRC requested.

B. List actions taken and staff you have contacted, before submitting this grievance.

I have filed numerous grievances and requests to staff asking for protective custody from C/O Stickles, Henderson, Henry, Blaker, Anderson ect Again, I would like a permanent separation from the above staff member because I am in fear of my life from these staff members.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____     _____
Signature of Facility Grievance Coordinator          Date

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**June 3, 2004**

**SUBJECT:** Appeal of Rejected Grievance 84727

**TO:**        Mr. Rankin, EU-5850
               F Unit, D Pod

**FROM:**      Louis S. Folino
               Superintendent

I am in receipt of your May 28, 2004 appeal of the Grievance Coordinator's rejection of
Grievance number 84727.  I have reviewed your grievance packet and the Grievance
Coordinator's rationale for rejecting your grievance, dated May 24, 2004.

Insofar as your name of commitment is Derrick Rankin, please use that name on all
correspondence with the Department of Corrections.

Your instant appeal is denied.

LSF:djk

CC:        Deputies
           CSA Grievance File at 84727
           DC-15 EU-5850

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** Grievance # 84727 Appeal to | Department of Corrections |
| | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1. To: (Name and Title of Officer) Superintendent Folino | 2. Date: May 28, 2004 |
| 3. By: (Print Inmate Name and Number) DERRICK RANKINE EU5850 _Derrick Rankine_ Inmate Signature | 4. Counselor's Name Mr. Ivan |
| | 5. Unit Manager's Name Captain Hall |
| 6. Work Assignment | 7. Housing Assignment RHU F1D-9. |

8. Subject: State your request completely but briefly. Give details.

This grievance was signed and dated May 22, 2004. The grievance officer did not discussed this grievance and do have allowed C/U Stickles, Blaker, Hendersen, Anderson and Bowlin to continue coming to my cell to threatened my life. Called me NAMES such as rapist, child molester, a piece of shit, and you are going to die et et and calling me a piece of Nigger shit. Even today May 28, 2004 and met you and your staff refliused to discipline the above so called "MEN!" Again, I would like to be placed in Protective Custody from C/U Anderson, Stickles, Blaker, Bowlin, Henry, Schnapp C/O, and Hendersen as these threats and name calling continues from March 6, 2004 and though I repeatedly reported them you refliused to do anything. I informed Secretary Beard of all the above on May 28, 2004, and Deputy Shaffer, yet today they threatened to kill me again and again with C/U Engelhard.

9. Response (This Section for Staff Response Only)
I thank you in advance for your time, co-operation and consideration in this matter. You know that I am innocently incarcerated and do you have refliused to gave me the supplies to file my appeal as you and your staff can murder me. No you Folino dent these men to threatened my life and assaulted me. you Captain Hall, Mr. Ivan, Mr Beard and all the members of the PRC have conspired with the above individuals to denied me access to the courts and then to abused and murder. Make No mistake you will yes, you all will have to answer to the Courts and my family if I am murdered in any institution.

| To DC-14 CAR only ☐  _Derrick Rankine_ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

~~Staff Member Name~~ _____/_____  Date _____
        Print              Sign

Revised July 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    May 24, 2004

FOR OFFICIAL USE ONLY
84714
GRIEVANCE NUMBER

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, ▓▓▓▓▓
F Unit D Pod

**FROM:**    Sharon L. D'Eletto
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                              Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

SLD:tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

_1474_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon DElello

FACILITY: SCI-Greene

DATE: May 22, 2004

(FROM: (INMATE NAME & NUMBER)
Errick Rankine EU5850

SIGNATURE of (inmate)
Errick Rankine

WORK ASSIGNMENT:
Block day relief requester

HOUSING ASSIGNMENT:
RHU FID-9

INSTRUCTIONS: Permanent Separation From C/O Blaker Henderson Anderson / Stickles.

1 Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since Monday May 17 2004, C/O Blaker on orders From Lt Meighen have denied me my dinner. For example on Monday May 17, C/O Blaker Bowlin and Piper denied me my dinner. May 18, C/O Blaker/Henderson denied me my dinner; May 19, C/O Blaker Henderson denied me my dinner. May 20 C/O Blaker denied me my dinner, May 21, C/O Blaker/Sgt. Hudzag denied me my dinner; and told me that this will continue; With my shower and supplies denied until I I have a homosexual relation ship with him, C/O Stickles, Henderson, Anderson, 2/With draw my law suits against SCI-Greene, Albion and Somer set 3. Withdraw my criminal Appeals or die. I have No intentions of doing any of the Above under any circumstances. Personal Conference With Superintendent request

B. List actions taken and staff you have contacted, before submitting this grievance.

I asked to speak to RHU Lt. on May 17, 18, 19, 20, 21 and In Formed Sgt Hudzag and Lt Meighen on May 21, 2004. I have also been asking For protective custody From C/O Blaker, Anderson, Stickles and Henderson and Henry Ed From March 6, 2004 to the present time to No avail. I also filed For A protective Order and criminal charges against these individuals.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      June 1, 2004

| FOR OFFICIAL USE ONLY |
|---|
| 85269 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
               F Unit, D Pod

**FROM:**      Dan Davis
               Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. _____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.   DC-ADM 802-Administrative Custody Procedures.
    c.   Other policies not applicable to DC-ADM 804.

2. _____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____   Group grievances are prohibited.

5. _X_   **The grievance was not signed and/or dated.**

6. _____   Grievances must be legible and presented in a courteous manner.

7. _____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _____   Grievances based upon different events shall be presented separately.

9. _____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                    Date

11. _____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:     FILE
        DC-15



DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

85269

GRIEVANCE NUMBER

6/15

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DElEtto | SCI-GrEENE | MAY 29, 2004 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| JERRICK RANKINE FU5850 | Jerrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| | RHU F1D 9. |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2   State your grievance in Block A in a brief and understandable manner.
3   List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Since 01/20/04, RHU staff such As Clo Coy, Henry Engelhardt Schnap, Thompson, Bowen. Manberry, Rausenwinder and Stephen continues to deny me my Requested supplies in an effort to cover-up the Abuses that are being done to me and Superintendent Folino and Captain Hall etc. continues to support these Abuses. On Wednesday I was denied All supplies by Clo Schnap and Henderson. On 05/29/04, I asked Clo Engelhardt for 12 requests 12 grievances; 12 cash slips and 12 sick call requests and I was given 4 requests 3 grievances; 2 cash slips and 2 sick call slips I have 7 grievance Appeals to File plus Approximately 24 other Appeals to be Filed to Camphill and the Superintendent so I need Approximately 60 requests; since I cannot get my Indigent Packages.

B. List actions taken and staff you have contacted, before submitting this grievance.

I informed Lt. Meighen, Captain Hall, Sgt. Santoyo, Sgt. Tanner and Haywood yet Nothing was done. I informed Secretary Beard PRC/Deputy Jackson and Deputy Shaffer yet I have No soap; toothpaste, pens; 1 T-Shirt, 1 boxer, 1 sheet and my life was threatened by Clo Anderson on 05/28/04 and Clo Engelhardt on 05/29/04.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

5/1/04

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**June 7, 2004**

**SUBJECT:** Appeal of Rejected Grievance 85269

**TO:**      Mr. Rankin, EU 5850
             F Unit, D Pod

**FROM:**    Louis S. Folino
             Superintendent

I am in receipt of your June 4, 2004 appeal of the Grievance Coordinator's rejection of Grievance number 85269. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated June 1, 2004.

Insofar as your name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

LSF:djk

CC:      Deputies
         CSA Grievance File at 85269
         DC-15 EU-5850

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| Grievance Appeal #85269 | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| 1. To: (Name and Title of Officer) Superintendent Folino | 2. Date: June 4, 2004 |
| 3. By: (Print Inmate Name and Number) Derrick Rankine FU5850 | 4. Counselor's Name Mr. Tvan |
| Derrick Rankine Inmate Signature | 5. Unit Manager's Name Captain Hall |
| 6. Work Assignment | 7. Housing Assignment RHU FID9. |

8. Subject: State your request completely but briefly. Give details,

This grievance was signed and date with my correct name and signature; was dated May 29, 2004. The grievance officer did not discussed the grievance with me (lee, RHU staff on orders from Sgt. Panner continues to denied me requests to staff, Dick Chll slips grievances, cash slip and tissue in retaliation flor flling A civil law suit against SCI. Greenes staff. Flr example on Wednesday June 3, CLOStickles, Henry and Engelh Arut denied me All grievances, requests to staff cash slips tissue and Dick Chll slips right Now I have No tissue from June 3, 2004.

Respectfully,
Derrick Rankine

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print                    Sign

Revised July 2000