**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      June 2, 2004

| FOR OFFICIAL USE ONLY |
|:---:|
| 85329 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin EC-8850
               F Unit, D Pod

**FROM:**      Dan Davis
               Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.   DC-ADM 802-Administrative Custody Procedures.
   c.   Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. _X_     **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:ack

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

85329

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DEietto | SCI-Greene | June 1, 2004 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE |
|---|---|
| Derrick Rankine EU5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| | RHUFID 9 |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Since coming to SCI-Greene, the medical depart
ment have been and continues to charge me for
treatment and medications; when U receivee No treat
ment or medication. For example U was charge
$4.00 on 05/04/04, $2.00 on 05/06/04 and $2.00 on
05/07/04, when U was Not seen by the medical depart
ment. Even though U sent a sick call request, informing
medical that U was Not be Fed-U was Not weighted
Not given any new medication; and Not treated on
any of the above days; yet U was charged. Please
correct U left SCI-Somerset taking 1000Mg of Niacin
100Mg Zoloft, 75 Mg Bendaryll 500Mg Mortrin daily
and NONE of these medications were change or Add to

**B.** List actions taken and staff you have contacted, before submitting this grievance.
U informed Secretary Beard and Deputy Shaffer
of all the above on 05/28/04; and sent Numerous
requests to the medical department getting Nothing
was done U would like all medical Fees removed
From my account immediately Personal conference
with the Superintendent and PRC requested.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**June 7, 2004**

**SUBJECT:**   Appeal of Rejected Grievance 85329

**TO:**         Mr. Rankin, EU 5850
               F Unit, D Pod

**FROM:**       Louis S. Folino
               Superintendent

I am in receipt of your June 4, 2004 appeal of the Grievance Coordinator's rejection of Grievance number 85329. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated June 2, 2004.

Insofar as your name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

LSF:djk

CC:         Deputies
            CSA Grievance File at 85329
            DC-15 EU-5850

| Form DC-135A | Commonwealth of Pennsylvania |
| | Department of Corrections |
| **INMATE'S REQUEST TO STAFF MEMBER** | |
| *Grievance Appeal* | **INSTRUCTIONS** |
| *# 85329* | Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer) *Superintendent Folino* | 2. Date: *June 4, 2004* |
| 3. By: (Print Inmate Name and Number) *Derrick Rankine EU5850* | 4. Counselor's Name *Mr. Lvan* |
| *Derrick Rankine* Inmate Signature | 5. Unit Manager's Name *Captain Hall* |
| 6. Work Assignment | 7. Housing Assignment *RHU F1D9* |

8. Subject: State your request completely but briefly. Give details.

*This grievance was designed and dated with my correct name and signature and June 2004. The grievance officer did not discuss this grievance with me. The medical department continues to charged me for medications and medical treatment when I received no medications or treatment from the medical department from February 22, 2004 I have repeatedly asked to be weighted and this was not done as yet.*

*Respectfully*
*Derrick Rankine*

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name _____ / _____ Date _____
Print          Sign

Revised July 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
|:---:|
| 85330 |
| GRIEVANCE NUMBER |

**DATE:**     June 2, 2004

**SUBJECT:**     Grievance Rejection Form

**TO:**     Mr. Rankin, ▓▓▓▓▓▓
          F Unit, D Pod

**FROM:**     Dan Davis
          Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. \_\_\_\_     Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.     DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.     DC-ADM 802-Administrative Custody Procedures.
    c.     Other policies not applicable to DC-ADM 804.

2. \_\_\_\_     Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. \_\_\_\_     The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. \_\_\_\_     Group grievances are prohibited.

5. _X_     **The grievance was not signed and/or dated.**

6. \_\_\_\_     Grievances must be legible and presented in a courteous manner.

7. \_\_\_\_     The grievance exceeded the two (2) page limit. Description needs to be brief.

8. \_\_\_\_     Grievances based upon different events shall be presented separately.

9. \_\_\_\_     The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. \_\_\_\_     You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                              Date

11. \_\_\_\_     Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. \_\_\_\_     The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:ack

cc:     FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
|---|
| 85330 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DeLeto | SCI-Greene | May 6/1/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Derrick Rankine EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $100/day relief requested" | RHU FID9 | |

*(left margin, vertical:)* Personal Conference with Superintendent Palma and PRC requested OR

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

In retaliation For 1) reFusing to have a homosexual relationship; 2) reFusing to withdraw my Law suits against SCI-Albion and SCI-Somerset and 3) reFusing to withdraw my Lawsuit against SCI-Greene and 4) my criminal Appeals; RHU STAFF have been and continues to denied me Access to the Law Library, the used of a stapler; Access to and used of the copy machine and now access to the yard. For Example today 6/1/04 C/O Henry denied me Access to the yard even through I was At my cell door Without Clothing and with the cell lights on. I have only been Allow to go to the yard on Approximately 4 occasions since January 29 2004 and I have NOT been to the Law Library Since Febuary 18, 2004.

B. List actions taken and staff you have contacted, before submitting this grievance.

I informed Sgt Tanner this morning and everyday since April 27, 2004; and signed up For the yard every morning and the Law Library every week. As you may recall I was Assaulted on April 27 2004 by C/O Henry on my way From the yard. I also informed Mr. Ivans of _____ and Secretary Beard and Deputy _____ on May _____

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____    _____
Signature of Facility Grievance Coordinator              Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
SCI GREENE
OFFICE OF THE SUPERINTENDENT
724-852-2902
June 7, 2004**

**SUBJECT:** Appeal of Rejected Grievance 85330

**TO:**       Mr. Rankin EU5850
             F Unit, D Pod

**FROM:**     Louis S. Folino
             Superintendent

I am in receipt of your June 5, 2004 appeal of the Grievance Coordinator's rejection of Grievance number 85330.  I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated June 2, 2004.

Insofar as your name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

LSF:djk

CC:        Deputies
           CSA Grievance File at 85330
           DC-15 EU-5850

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

Grievance Appeal
#85330

| 1. To: (Name and Title of Officer) | 2. Date: |
|---|---|
| Superintendent Folino | June 5, 2004 |
| 3. By: (Print Inmate Name and Number) | 4. Counselor's Name |
| DERRICK RANKINE EU5850 | Mr. Ivan |
| Derrick Rankine | 5. Unit Manager's Name |
| Inmate Signature | Captain Hall |
| 6. Work Assignment | 7. Housing Assignment |
| | RHU F 1D 9. |

8. Subject: State your request completely but briefly. Give details.

The grievance officer did not discussed this grievance
with me, and this grievance was dated and signed with my
correct name and signature.
I have not received my indigent packages for April 2004
as yet, and I was only given 50 typing sheets and scribu·n
papers for May 2004. I am still in need of 1000 typing
sheets, 100 carbon papers, 5 manila enevelupes, the word of
a stapler, copy machine, replacement pens, and access to
the Law Library.

Reppect Hully
Derrick Rankine

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print                    Sign

Revised July 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      June 2, 2004

| FOR OFFICIAL USE ONLY |
| --- |
| 85332 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, ████████
               F Unit, D Pod

**FROM:**      Dan Davis
               Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

       a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
       b.   DC-ADM 802-Administrative Custody Procedures.
       c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____  You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                              Date

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:ack

cc:   FILE
      DC-15

DC-P04
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

85332

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DeLetto | SCI-Greene | May 28, 2004 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Derrick Rankine EU5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| Bloodclat relief requested with | RHU F10-9 |

INSTRUCTIONS: permanent separation from C/Os Anderson, Binkher, Henderson,
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system. Stickles, Henry, Bowlin
2. State your grievance in Block A in a brief and understandable manner. Coy and Schnap, and
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.  Engelhardt

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

In retaliation for filing a civil law suit against SCI-Greene and refusing to withdraw my lawsuits against SCI-Albion and SCI-Somerset; Superintendent Folino and Captain Hall et have allowed and continues to allowed the above individuals to abused me from Febuary 23, 2004 to the present time. For example C/O Engelhardt told me "you need a bullet in your head; no you need a couple bullets in your head" on 5/24/04. On 05/24/04, C/O Anderson throwed an apple on my cell door, and C/O Stickles used a mop to wipe this apple juice and pieces all over my cell window and threatened to kill me; and called me "a piece of shit. On 5/28/04 C/O Schnap wrote "Homo" on the back of my indigent sign and then taped it on my cell window with my No pork sign and threatened to kill me. All the above individual wil except Coy and Henry continues to threatened my life daily; denied me supplies; showers and access to the yard etc et.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I informed Secretary Beard and Deputy Shaffer of all the above on 05/28/04. I informed Mr. Ivan on 05/24/04 and Captain Hall on 05/25/04; and I have repeatedly asked for a separation from all the above staff; yet these individuals are allowed to abused me daily. I also informed Lt. Meighen on 05/28/04 when I was forcably removed from my cell by Sgt Santoy & C/O Stickles and Krum and eri.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**June 7, 2004**

**SUBJECT:**   Appeal of Rejected Grievance 85332

**TO:**        Mr. Rankin, EU-5850
               F Unit, D Pod

**FROM:**       Louis S. Folino
               Superintendent

I am in receipt of your June 4, 2004 appeal of the Grievance Coordinator's rejection of
Grievance number 85332. I have reviewed your grievance packet and the Grievance
Coordinator's rationale for rejecting your grievance, dated June 2, 2004.

Insofar as your name of commitment is Derrick Rankin, please use that name on all
correspondence with the Department of Corrections.

Your instant appeal is denied.

LSF:djk

CC:        Deputies
           CSA Grievance File at 85332
           DC-15 EU-5850

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

Grievance Appeal
# 85332

| | |
|---|---|
| 1. To: (Name and Title of Officer), Superintendent Folino | 2. Date: June 4, 2004 |
| 3. By: (Print Inmate Name and Number) DERRICK RANKINE FU S 850 <br> *Derrick Rankine* <br> Inmate Signature | 4. Counselor's Name Mr. Ivan |
| | 5. Unit Manager's Name Captain Hall |
| 6. Work Assignment | 7. Housing Assignment RHU FI09. |

8. Subject: State your request completely but briefly. Give details.

This grievance was signed and date with my current name signature and May 29, 2004. The grievance officer did not discussed this grievance with me and the abuses continues. For example on June 3 2004, C/s Stickles, Henry and Engelhardt denied me all supplies and leeues. This morning C/s Stickle came over the michyphure and threatened to kill me, phys' cally and sexunlly abused me. this was also dune un June 2 2004. C/s Engelhardt told me'' you need a bullet in your head on 5/29/04, "No", you need a cuuple bullets in your head. Mr Dreahing, rating telling "on Everybody un 5/29/04. Up you can Dee my request for Protective Custody from C/s Stickles, Henry, Engelhardt, Schnap, Cuy, Blaker, Henderson, Anderson, Manberry, Bowen and Stephen, As well Alexander en these continued threats As you will Dee, my surotary Are trying to prevent me from Documenting these threats requests to staff, grievances. Dick Call slips, cash slips and envelopes.

*Respectfully,*

*Derrick Rankine*

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
Print                        Sign

Revised July 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| | | FOR OFFICIAL USE ONLY |
|---|---|---|
| **DATE:** | June 2, 2004 | 85335 |
| | | GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**   Mr. Rankin
          F Unit, D Pod

**FROM:**   Dan Davis
            Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.   DC-ADM 802-Administrative Custody Procedures.
   c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. _X_   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                    Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:ack

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

85335

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Shann Delehto

FACILITY: SCI-Greene

DATE: May 29, 2004

(FROM: (INMATE NAME & NUMBER)
Jerrick Rankine EU 5850

SIGNATURE of INMATE:
Jerrick Rankine

WORK ASSIGNMENT:
$1000 relief requested, plus

HOUSING ASSIGNMENT:
RHU FID 9

INSTRUCTIONS: Separation from Blaker, Anderson, Hendersen and Stickles.
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

In retaliation For Filing A civil law suit against SCI Greene, Albion and Somerset CIO Blaker, Hendersen Coy Schnap, Anderson and Stickles; in collaboration with Sgt. Santoyo and Lt. Meighen Are stealing my incoming and outgoing mails, and destroying them without my consent. For example. On 05/28/04 I gave CIU Schnap A letter with two cash slips. I have not received this cash slip receipt as yet; and on 05/16/04 I gave CIUCoy A letter with two cash slips and I have not received my cash slip receipt as yet; to Judge Baxter. I have not received my grace and truth Christian magazine and certificate For May 2004 as yet. I have Filed Approximately 12 grievances and three misconduct appeals and I have received no response to these grievances or misconduct as yet.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Secretary Beard, Shaffer and Captain Hall of the Above and filed Numerous grievances, in retaliation I was denied All my dinners From May 17 to May 21, 2004 by CIO Blaker, Bowlin, Pipen and Hendersen and Gadzao (Sgt.) Also my T-shirt, Boxers and sheet was taken away by Blaker

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy  **CANARY** - File Copy  **PINK** - Action Return Copy  **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**June 7, 2004**

**SUBJECT:**   Appeal of Rejected Grievance 85335

**TO:**        Mr. Rankin, EU5850
               F Unit, D Pod

**FROM:**      Louis S. Folino
               Superintendent

I am in receipt of your June 4, 2004 appeal of the Grievance Coordinator's rejection of
Grievance number 85335. I have reviewed your grievance packet and the Grievance
Coordinator's rationale for rejecting your grievance, dated June 2, 2004.

Insofar as your name of commitment is Derrick Rankin, please use that name on all
correspondence with the Department of Corrections.

Your instant appeal is denied.

LSF:djk

CC:            Deputies
               CSA Grievance File at 85335
               DC-15 EU-5850

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| Grievance Appeal<br>#85335 | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer)<br>Superintendent Folino | 2. Date:<br>June 4, 2004 |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>Derrick Rankine EU5850<br><br>*Derrick Rankine*<br>Inmate Signature | 4. Counselor's Name<br>Mr-Ivan |
| | 5. Unit Manager's Name<br>Captain Hall |
| 6. Work Assignment | 7. Housing Assignment<br>RHU FID9. |

8. Subject: State your request completely but briefly. Give details.

This grievance was signed and dated May 29, 2004. With my correct name and signature. The grievance officer did not discussed this grievance with me. CIO Blaker, Bowlin, Hendersen, Anderson and Stickles continue to steal my mails.

*Roepa Hundley*

*Derrick Rankine*

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print                    Sign

Revised July 2000

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    June 2, 2004

| FOR OFFICIAL USE ONLY |
| 85339 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin
F Unit, D Pod

**FROM:**    Dan Davis
Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.    DC-ADM 802-Administrative Custody Procedures.
   c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                    Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:ack

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

85339

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon DELEllo

FACILITY: SCI-Greene

DATE: June 1, 2004

FROM: (INMATE NAME & NUMBER)
JERRICK RanKine EU5850

SIGNATURE of INMATE
Jerrick Rankine

WORK ASSIGNMENT:
$1.00 day relief requested

HOUSING ASSIGNMENT:
RHU FID 9.

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On Thursday May 27, 2004, C/O BlaKer, Bowlin, Anderson, and Henderson took away all my laundry that I sent to be washed and refused to returned them to me- I am in need of three (1X) boxers, three (3X) T-shirts, 2 sheets and two towels, I pillow and a pillow case. I was told by the above staff members "this shit will continue until you do the right thing Nigger, you piece of shit." Personal conference with the Superintendent and PRC requested.

**B.** List actions taken and staff you have contacted, before submitting this grievance.
I informed Secretary Beard and Deputy Shaffer on 05/28/04; Lt Meighen and Sgt. Santoyo on 05/28/04, 05/29/04, 05/30/04 and 05/31/04 to No avail. In retaliation my cell was searched on 05/28/04 and on 05/29/04 and I was forcably stripped searched in the presence of C/O BlaKer and Henderson on 05/29/04

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____               _____

Signature of Facility Grievance Coordinator                                    Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**June 17, 2004**

**SUBJECT:** Appeal of Rejected Grievance 85339

**TO:**     Mr. Rankin, EU-5850
          F Unit, D Pod

**FROM:**   Louis S. Folino
          Superintendent

I am in receipt of your June 16, 2004 appeal of the Grievance Coordinator's rejection of Grievance number 85339. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated June 2, 2004.

Insofar as your name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Also, please note it is your responsibility to maintain copies of appeals submitted to this office.

Your instant appeal is denied.

LSF:djk

CC:       Deputies
          CSA Grievance File at 85339
          DC-15 EU-5850

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| Grievance Appeal<br># 85339 | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer)<br>Superintendent Folino | 2. Date:<br>June 16, 2004 |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>DERRICK RANKINE EU5850<br><br>*Derrick Rankine*<br>Inmate Signature | 4. Counselor's Name<br>Mr. Ivan |
| | 5. Unit Manager's Name<br>Captain Hall |
| 6. Work Assignment<br>$150/day relief requested. | 7. Housing Assignment<br>RHU FID9 |

8. Subject: State your request completely but briefly. Give details.

On Thursday 5/27/04, C/O Blaker, Bowlin, Anderson, Hendeisen and Stickles took away all my laundry that I sent to be washed and refused to returned them to me. I am in need of 3 (x boxers) 3 (3x t-shirts), 1 pillow; Now I did received a pair of RHU shoes on 06/15/04; two sheets on 06/12/04; two towels on 06/13/04. Also I need a 3x thermal underwear top and a 2x thermal underwear bottom with two wash rags. This grievance was signed with my correct name and dated correctly. So the grievance officer is mistaken. The grievan- ce officer did not discussed this grievance with me. I am also in need of a copy of my grievance Appeal to Superintendent Folino for grievance numbers 85332, 85 329, 85335, 85330, 85346, and 85346. Had your staff gave me the necessary supplies, I would send a separate request.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print                    Sign

Revised July 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**     June 2, 2004

FOR OFFICIAL USE ONLY
85342
GRIEVANCE NUMBER

**SUBJECT:**  Grievance Rejection Form

**TO:**       Mr. Rankin ~~DV5559~~
              F Unit, D Pod

**FROM:**     Dan Davis
              Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a. DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b. DC-ADM 802-Administrative Custody Procedures.
   c. Other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. **_X_  The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                              Date

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:ack

cc:   FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

85342

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon DELETto

FACILITY: SCI-GREENE
DATE: JuNE 1, 2004

FROM: (INMATE NAME & NUMBER)
JERRICK RANKINE EU5850

SIGNATURE of INMATE:
domick Rankine

WORK ASSIGNMENT:
$1000 a Day relief requested with

HOUSING ASSIGNMENT:
RHU F1D9

INSTRUCTIONS: DEPARTATION from CO ANderson, HenRy EngElhardted BINKER, HENDERSEN
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Stickles, Coy, SchNAP.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

In retaliation for informing Secretary Beard of the abuses that is taking place in the RHU and refuseing to withdraw my Law Suits, CIO Engelhardt and Anderson continues to threatened my life and CIO Binker, Henderson, Bowlin, Stickles and Anderson refused to returned my laundry and mails for example on 05/28/04 CIO Anderson said to me "I heard that you told on me, we are going to see about that" "you piece of Shit" On 05/29/04 CIO Engelhardt said to the whole pod "Rankine told on everybody"; you need A bullet in your head Rankine, No! "you need A couple bullets in your head you bite h!" On 05/31/04, while going to the shower CIO Anderson point his finger at me and said I am going to get you Nigger.

B. List actions taken and staff you have contacted, before submitting this grievance.
I informed Lt. Meighen and Sgt. Santayo of all the Above on 05/28/04 and 05/29/04 and 05/31/04, yet Nothing was done. I filed for an emergency restraining order against CIO Binker, Stickles, Engelhardt, Bowlin, Anderson Henry, Tanner, Coy, Schnap and Hendersen. I also sent a letter to Congress Chaka Fattah and Governor Rendell.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                                   _____
Signature of Facility Grievance Coordinator                        Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      June 2, 2004

FOR OFFICIAL USE ONLY
85346
GRIEVANCE NUMBER

**SUBJECT:**      Grievance Rejection Form

**TO:**      Mr. Rankin
             F Unit, D Pod

**FROM:**      Dan Davis
               Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____      Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.      DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.      DC-ADM 802-Administrative Custody Procedures.
    c.      Other policies not applicable to DC-ADM 804.

2. ____      Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____      The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____      Group grievances are prohibited.

5. _X_      **The grievance was not signed and/or dated.**

6. ____      Grievances must be legible and presented in a courteous manner.

7. ____      The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____      Grievances based upon different events shall be presented separately.

9. ____      The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____      You are currently under grievance restriction. You may not file any grievances until _____.

                                                                                                   Date

11. ____      Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____      The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:ack

cc:      FILE
         DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

*85346*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon DeLetto

FACILITY:
SCI-Greene

DATE:
June 1, 2004

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$100/day relief requested

HOUSING ASSIGNMENT:
RHU F109.

INSTRUCTIONS: Permanent Separation From CO Henry, COy Schnap Engelhart Bowen
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system. Anderson Blakey Heintzen
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Stickles Manberry and Raysenwinder.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since January 20, 2004, I have been and continues to be denied access to the yard and Law Library without provocation or justification.

For example CO Henry and COy have denied me access to the yard from April 27, 2004 to the present time, even after I signed up for the yard on a daily basis and was ready to go to the yard with my cell light on daily. From February 18, 2004, I have been denied access to the Law Library to the present time, even after I sent a request on a daily (weekly basis)

Personal conference with the Superintende and PRC requested.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I spoke to Sgt. Santoyo, Lt Meighen, Lt Leggett and Captain and Mr. Ivan about the above. I informed Secretary Beard and Deputy Shaffer of the above on 05/28/04; yet CO Henry denied me access to the yard on June 1, 2004. I informed Sgt. Tanner who said "you are a pain in my ass Rankine, shutup."

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**June 7, 2004**

**SUBJECT:**    Appeal of Rejected Grievance 85346

**TO:**    Mr. Rankin, EU5850
           F Unit, D Pod

**FROM:**   Louis S. Folino
           Superintendent

I am in receipt of your June 4, 2004 appeal of the Grievance Coordinator's rejection of
Grievance number 85346. I have reviewed your grievance packet and the Grievance
Coordinator's rationale for rejecting your grievance, dated June 2, 2004.

Insofar as your name of commitment is Derrick Rankin, please use that name on all
correspondence with the Department of Corrections.

Your instant appeal is denied.

LSF:djk

CC:        Deputies
           CSA Grievance File at 85346
           DC-15 EU-5850

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

Grievance Appeal
#8546

| | |
|---|---|
| 1. To: (Name and Title of Officer) Superintendent Folino | 2. Date: June 4, 2004 |
| 3. By: (Print Inmate Name and Number) Derrick Rankine EU5850 | 4. Counselor's Name Mr. Ivan |
| Derrick Rankine   Inmate Signature | 5. Unit Manager's Name Captain Hall |
| 6. Work Assignment | 7. Housing Assignment RHU FD9 |

8. Subject: State your request completely but briefly. Give details.

The grievance officer did Not disguessed this grievance with me and this grievance was signed and dated, with my correct name and signature. This morning I was again denied access to the gym and I am still been denied access to the Law Library since Febwary 8 2006. From April 27 2004, I have been denied access to the gym.

Respecfully
Derrick Rankine

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print              Sign

Revised July 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**June 17, 2004**

**SUBJECT:**    Appeal of Rejected Grievance 86180

**TO:**        Mr. Rankin, EU-5850
              F Unit, D Pod

**FROM:**       Louis S. Folino
              Superintendent

I am in receipt of your June 16, 2004 appeal of the Grievance Coordinator's rejection of Grievance number 86180. I have reviewed your grievance packet and the Grievance Coordinator's rationale for rejecting your grievance, dated June 9, 2004.

Insofar as your name of commitment is Derrick Rankin, please use that name on all correspondence with the Department of Corrections.

Your instant appeal is denied.

LSF:djk

CC:        Deputies
           CSA Grievance File at 86180
           DC-15 EU-5850

6/17

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| *Grievance Appeal* | **INSTRUCTIONS** |
| *# 86277 86180* | Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| 1. To: (Name and Title of Officer) *Superintendent Folino* | 2. Date: *June 16, 2004* |
| 3. By: (Print Inmate Name and Number) *Derrick Rankine EU5850* | 4. Counselor's Name *Mr. Ivan* |
| *Derrick Rankine* Inmate Signature | 5. Unit Manager's Name *Captain Hall* |
| 6. Work Assignment *62500 day relief requested.* | 7. Housing Assignment *RHU F109.* |

8. Subject: State your request completely but briefly. Give details.
*Your staff continues to spit in my coffee and removing food items from my trays before giving them to me. This nasty and discussing behavior have been going on since all 30 of the grievance officer did not discuss this grievance with me per DOC policy. This grievance was signed and dated with my correct name. Personal conference requested.*

*Respectfully,*
*Derrick Rankine*

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
        Print                                    Sign

Revised July 2000

DC-804
Part 3

**COM.   .IWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**  June 9, 2004

| FOR OFFICIAL USE ONLY |
| 86181 |
| GRIEVANCE NUMBER |

**SUBJECT:**  Grievance Rejection Form

**TO:**  Mr. Rankin
F Unit, D Pod

**FROM:**  Dan Davis
Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. \_\_\_\_  Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.  DC-ADM 802-Administrative Custody Procedures.
    c.  Other policies not applicable to DC-ADM 804.

2. \_\_\_\_  Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. \_\_\_\_  The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. \_\_\_\_  Group grievances are prohibited.

5. _X_  **The grievance was not signed and/or dated.**

6. \_\_\_\_  Grievances must be legible and presented in a courteous manner.

7. \_\_\_\_  The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. \_\_\_\_  Grievances based upon different events shall be presented separately.

9. \_\_\_\_  The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. \_\_\_\_  You are currently under grievance restriction. You may not file any grievances until _____.
Date

11. \_\_\_\_  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. \_\_\_\_  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:  FILE
     DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY
_86181_
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon Deleno

FACILITY: SCI Greene

DATE: June 6 2004

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU 5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:

HOUSING ASSIGNMENT:
RHU HD9

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
   members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On June 2, 2004 and June 6, 2004, CIO Stickles came over the Microphone and called me "A piece of Nigger Shit A Fucking piece of Nigger Shit" and told me "you are going to be physically and sexually abused and threatened to kill me over and over. I immediately informed Sgt. Tanner of this and while CIO Stickles were on the Microphone; and in retaliation CIO Schnap. Wrote "Homo" on the No pork sign and "Inbred" on the Indigent sign on my cell door and taped them on my cell window, while Sgt Tanner, Henry COy and Ehodhardt Laughted. During lunch CIO Henry removed these Signs. Person al Conference with PRC and Superintendent Requested.

B. List actions taken and staff you have contacted, before submitting this grievance.
I informed Sgt B Tanner, sent a request to PRC Captain Hall and the Superintendent Sgt Tanner laughted and Allowed CIO Schnap to Write "Homo" and "Inbred" and told me "I think you are infntuated with CIO Stickles and called me A RAT in Front of the whole podi o RR was told also.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy  **CANARY** - File Copy  **PINK** - Action Return Copy  **GOLDENROD** - Inmate Copy
Revised
December 2000

DC-804
Part 3

**COM.     .WEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      June 9, 2004

| FOR OFFICIAL USE ONLY |
| 8 6 1 8 0 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin,
               F Unit, D Pod

**FROM:**      Dan Davis
               Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____  You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                        Date

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
|---|
| 86180 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon D Elerto

FACILITY: SCI Greene

DATE: June 6, 2004

FROM: (INMATE NAME & NUMBER)
Jerrick Rankine EU5850

SIGNATURE of INMATE:
Jerrick Rankine

WORK ASSIGNMENT:

HOUSING ASSIGNMENT: RHU F-109

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Superintendent Folino, Captain Hall, Lt Leggett, Sgt Tanner, C/O Coy, Henry and Now Sgt Howell, continues to spit in coffee and removed food items from my trays before giving them to me. Since January 30, 2004. For Example, On June 5 and 6 2004 I was given a cup of coffee loaded with spit or slime, and a tray with 4 sugars. I immediately asked to speak to Sgt. Howells and C/O Coy told him not to speak to me. I returned these coffees to Sgt. Howells with the lips off and told Sgt Howell that he should watch RHU staff since they are spitting in the cups and trays. Personal Conference Requested

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Sgt. Howells and returned coffee undrank with the lits off to Sgt Howells on both days. I filed numerous grievances and requests to PRC, Captain Hall, the Superintendent, ORR and I informed Secretary Beard and Deputy Shaffer on 05/28/04, yet the above F/C continues.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy   **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:** June 10, 2004

| FOR OFFICIAL USE ONLY |
|---|
| 86277 |
| GRIEVANCE NUMBER |

**SUBJECT:** Grievance Rejection Form

**TO:** Mr. Rankin, ▩▩▩▩▩▩▩
F Unit, D Pod

**FROM:** Dan Davis
Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.  DC-ADM 802-Administrative Custody Procedures.
    c.  Other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. __X__ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                        Date

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:     FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

86277

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR    FACILITY: SCI-Greene    DATE: June 9 2006
Sharon DELetto

FROM: (INMATE NAME & NUMBER)    SIGNATURE of INMATE:
Demick Rankine EU5850    Demick Rankine

WORK ASSIGNMENT: Relief requested    HOUSING ASSIGNMENT: RHU F-D-9
Permanent Separtion From
C/O Stickles, Coy and Bowlin plus $150 a/day

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On June 8, 2004 C/O Bowlin refused to gave me my laundry in retaliation for refusing to withdraw my civil lawsuits against SCI-Greene's staff. At present I am in need of 3 (1X boxers) 3 (4X T-shirts) 2 sheets, 2 towels, A pillow, A pillow case, and A pair of shoes RHU). In an effort to keep me silent about the above retaliatory acts, C/O Bowlin, Coy and Stickles also threatened to kill me, spit in my food, deny me yard and showers, with all supplies and to put me on grievance restriction in front of the whole pod, which caused inmate Hughes to embarrassed and humiliated me yesterday and today. Personal Conference Requested.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Sgt. Santoyo on June 9, 2004, sent a request to Superintendent Foolino and PRC plus I pressed the emergency button over 100 times yesterday and today and asked to see Captain Hall to no avail. Sem FE.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____    _____
Signature of Facility Grievance Coordinator    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    June 15, 2004

| FOR OFFICIAL USE ONLY |
| :---: |
| 86651 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin
F Unit, D Pod

**FROM:**    Dan Davis
Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. _____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.    DC-ADM 802-Administrative Custody Procedures
    c.    other policies not applicable to DC-ADM 804.

2. _____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____ Group grievances are prohibited.

5. __X__ **The grievance was not signed and/or dated.**

6. _____ Grievances must be legible and presented in a courteous manner.

7. _____ The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. _____ Grievances based upon different events shall be presented separately.

9. _____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____ You are currently under grievance restriction. You may not file any grievances until _____.

11. _____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments: **If this grievance issue is still of concern to you, please correct the deficiencies noted above and resubmit the grievance form using the grievance number provided on the grievance form.  Please resubmit the corrected grievance form within five (5) working days. DO NOT USE THE GRIEVANCE NUMBER PROVIDED FOR ANY OTHER ISSUE. You must use your name of commitment on all correspondence with Department of Corrections.**

DD/ack

CC:    FILE
DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

*86651*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Sharon DElettto | FACILITY: SCI-Greene | DATE: June 12, 2004 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Derrick Rankine EU5850 | SIGNATURE of Inmate Derrick Rankine | |
| WORK ASSIGNMENT: $10000 relief Frequested | HOUSING ASSIGNMENT: RHU AD9 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
   members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

In retaliation For Filing A civil Law suit against Sgt-Greene Sgt Tanner denied me my lunch tray AFter Clo Henry spilled cleaning liquid in Front of my cell door during cell clean. I was At my cell door with my cell lights on; and Clo Henry told Sgt Tanner that the liquid in Front of my cell door was cleaning liquid. Inmate Hughes FP10 was allowed to laughted at me and other inmates. I was told by Sgt Tanner that he Sgt. Tanner is placing me on A hungrier strike permanently or until I withdraw my law suits and All my grievances. I will never withdraw my law suit or any oF my grievances.

B. List actions taken and staff you have contacted, before submitting this grievance.

I asked to speak to the RHU Leutenant and Captain Hall and this was denied. I then beat on my door and sink until I was told to stop by Clo Henry. I then Filed this grievance; and informed Nurse Joann and Clo Johnson.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**      June 15, 2004

<table>
<tr><td colspan="2">FOR OFFICIAL USE ONLY</td></tr>
<tr><td colspan="2">86653</td></tr>
<tr><td colspan="2">GRIEVANCE NUMBER</td></tr>
</table>

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, ▓▓▓▓▓▓
               F Unit, D Pod

**FROM:**      Dan Davis
               Acting Superintendent's Assistant


The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b.   DC-ADM 802-Administrative Custody Procedures
   c.   other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__  **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____  You are currently under grievance restriction. You may not file any grievances until _____.

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:  **If this grievance issue is still of concern to you, please correct the deficiencies noted above and resubmit the grievance form using the grievance number provided on the grievance form.  Please resubmit the corrected grievance form within five (5) working days.  DO NOT USE THE GRIEVANCE NUMBER PROVIDED FOR ANY OTHER ISSUE. You must use your commitment name on all correspondence with DOC.**

DD/ack

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

_86653_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon N Fletto

FACILITY: SCI Graene

DATE: June 12, 2004

FROM: (INMATE NAME & NUMBER)
Jerrick Rankine

SIGNATURE of INMATE:
Jerrick Rankine

WORK ASSIGNMENT:
$100 Py Relief requested.

HOUSING ASSIGNMENT:
RHU F109

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On May 27, 2004, C/O Blaker, Bowlin and Henderson and Anderson and Stickles, took my laundry and Emptied it in the trash Can, since then have only 1 T-Shirt and 1 Boxer, no wash rags; this is very very Embarrassing and humiliating to me; since I am unable to take a shower and take care of my personal hygiene which is causing me sleeplessness, headaches; and Vomiting, and Nightmares. I need 3 (1X boxers) 3 (4X T-Shirts) 3 (pair socks) and 3 pairs socks with 2 wash rags; and a 2X (Thermal underwear bottom and a 4X (Thermal under top). and a size 11 shoe for the RHU.

B. List actions taken and staff you have contacted, before submitting this grievance. 9 =nformed Secretary Beard and Deputy Shaffer on 5/28/04
9 =nformed Sgt Santoyo every since May 27 to now.
9 =nformed Lt Meighen on 05/28/04 and 05/29/04.
9 =nformed Lt Johnson on 06/10/04 and 06/11/04.
9 Sent a request to Mr. Price on 05/28/04; yet
9 am still without the above clothings.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator                Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    June 21, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, D Pod

**FROM:**    Dan Davie
Acting Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
|---|
| 87215 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. _____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.   DC-ADM 802-Administrative Custody Procedures.
    c.   Other policies not applicable to DC-ADM 804.

2. _____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____   Group grievances are prohibited.

5. _X_   **The grievance was not signed and/or dated.**

6. _____   Grievances must be legible and presented in a courteous manner.

7. _____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _____   Grievances based upon different events shall be presented separately.

9. _____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. _____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:    FILE
         DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY
*87215*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon NElEHo

FACILITY: SCI-Greene
DATE: 6/20/04

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850

SIGNATURE OF INMATE: Domick Rankine

WORK ASSIGNMENT:
$5000 day relief requested.

HOUSING ASSIGNMENT:
RHU FID9

INSTRUCTIONS: Separation from Clocoy, Thompson and Stickles.

1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.
On Thursday ClO Cay turned off the water to my cell with out provacation or justification, in retaliation because I refused to withdraw my Law suit against SCI-Greene's staff. In the evening during medication line and before dinner, as Well ClO Stickles, Bomberger and Sgt Gregus for some water, and they refused.
During dinner I again asked ClO Stickles and Bomberger for some water to eat with my dinner and they again refused. At tray collection I again asked ClO Stickles and Bomberger for some water and they refused. I then asked to speak to the RHU Lt, pressed the emergency button repeatedly to the RHU Lt, pressed the emergency. Lt Melghen came and refused to return my tray until Lt Melghen came and was forced to drink toilet water to my cell. All day I was forced to drink toilet water.
On Saturday 06-11 Friday 06/18/04 ClO Thompson turned off the water to my cell, which caused me to vomit and urinated blood again.

B. List actions taken and staff you have contacted, before submitting this grievance.
I repeatedly and continuously pressed the Emergency button all day to no avail. asked ClO Cay, ClO Stickles Henly, Bomberger and Sgt Gregus for some water and to informed the RHU Lt that I had no water. I then drink water from the toilet because I started urinating blood. I was then put on a Loaf which I will not receive and have not received since Friday 06/18/04. I went a sick call request to medical.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| | |
|---|---|
| | FOR OFFICIAL USE ONLY |
| | 87216 |
| | GRIEVANCE NUMBER |

**DATE:**       June 21, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**          Mr. Rankin, EU-5850
               F Unit, D Pod

**FROM:**       Dan Davis
               Acting Superintendent's Assistant


The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.   DC-ADM 802-Administrative Custody Procedures.
    c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. _X_   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _X_   **The issue(s) presented on the attached grievance has been reviewed and addressed previously.**

Additional Comments: Refer to grievance number 87215.

DD:tls

cc:     FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

87216

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Sharon Deleto

FACILITY:
SCI-Greene

DATE:
06-19-04

FROM: (INMATE NAME & NUMBER)
Jerrick Rankine EU5850

SIGNATURE of INMATE:
Jerrick Rankine

WORK ASSIGNMENT:
$1000/day relief requested.

HOUSING ASSIGNMENT:
RHU F109.

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On Thursday 06/18/04 and Friday 06/19/04) C/O Coy and Thompson turned off the water in my cell because inmates cell 10, 21 and 22 flooded my cell and the passage way. Sgt Gregco, C/O Anderson, stickles, Bumberger and Sgt Tanner with C/O Coy and Thompson knew that I did not and could not flooded my cell or the passage, since they saw and heard these inmates Flowing my cell and the passage way and the water was coming into my cell, not leaving my cell. Furthermore I have been incarcerated a long time and I never once flowed by cell. Not even when I am washing out my cell. Also on numerous occasions Sgt Santyo had to turned off the water to inmate Hughes cell for doing this. The above was extremely humiliated and embarrassed; plus I passed blood, on each occasions.

B. List actions taken and staff you have contacted, before submitting this grievance.

I informed Night-shift(C/O)s; C/O Coy, C/O Henry, Sgt Tanner Sgt Gregco and Lt. Meighen and nothing was done. I then bent on my sink all day and night, and informed C/O Stickles Anderson, Bomberger that inmate Hughes and the inmates in 21 and 22 cells were Flooding my cell; they laughted. So I bent on the sink some more, then block put my cell door bottom to relieve the water from coming into my cell.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____        _____
Signature of Facility Grievance Coordinator                              Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
| 87218 |
| GRIEVANCE NUMBER |

**DATE:**     June 21, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**      Mr. Rankin, EU-5850
          F Unit, D Pod

**FROM:**     Dan Davis
          Acting Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.  DC-ADM 802-Administrative Custody Procedures.
   c.  Other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. __X__ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.
                                                              Date

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:   FILE
     DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
_87218_
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR: Sharon Deleto   FACILITY: SCI-Greene   DATE: 06/19/04

FROM: (INMATE NAME & NUMBER) Derrick Rankine EU5850   SIGNATURE of INMATE: Derrick Rankine

WORK ASSIGNMENT: $1000/day relief requested   HOUSING ASSIGNMENT: RHU FND 9.

INSTRUCTIONS: Permanent separation from Clo Stickles, Blaker, Hendersen and Anderson
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

In retaliation for filing a civil lawsuit against Clo Stickles and for a separation from Clo Stickles, Clo Stickles called me "a piece of Nigger shit" on Thursday and Friday June 06/18/ and 06/19, and continues to come over the microphone and threatening to kill me, sexually and physically assault me, and this behavior of Clo Stickles are encouraged and condoned by Lt Meighen, Sgt Greco and Santoyo from March 2, 2004 to today. Personal Conference with PRC and the Superintendent requested.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

Since March 2, 2004, I have repeatedly and continuously asked for a separation from Clo Stickles. Filed numerous grievances and requests about the above behavior of Clo Stickles. Informed Sgt Greco, Sgt Tanner and Santoyo of the above behavior of Clo Stickles; and Appealed to Sgt Beahm and the office of Professional Responsibility. I also informed Secretary Beard and Deputy Shiffin and Jackson of the above.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    June 18, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, D Pod

**FROM:**    Dan Davis
Acting Superintendent's Assistant

FOR OFFICIAL USE ONLY
86993
GRIEVANCE NUMBER

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.  DC-ADM 802-Administrative Custody Procedures.
   c.  Other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. _X_ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                          Date

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

86993

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon Deleto | SCI Greene | 6/16/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Derrick Rankine EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| | RHU FD9. | |

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Today 6/16/04, I asked C/o Doyle for Hgrievances, 12 requests to staff, H cash slips, and H sick call slips; and C/o Engelhardt and Stickles told him Not to gave me these supplies. Instead I was given I grievance, H requests to staff, 2 sick call slips and 2 cash slips.
This is an indication that your staff are abusing me in the RHU and they are trying to cover-up these abuses by denying me the necessary supplies to document it (again) Would like A conference with the superintendent for him to put a stop to these abuses.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed C/o Doyle, that I have 6grievance appeals to filed to Camphill and three to the superintendent and so I need the above requests to, file these Appeals; yet he refused to gave me the above supplies C/o Stickles and Engelhardt then began calling me A bunch of defamatory names.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____        _____
Signature of Facility Grievance Coordinator                              Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000