**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     June 28, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**      Mr. Rankin, CU-5850
          E Unit, B Pod

**FROM:**     Dan Davis
          Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
|---|
| 88023 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

     a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
     b.   DC-ADM 802-Administrative Custody Procedures.
     c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                    Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:   FILE
     DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
| --- |
| 88023 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR  Sharon DeLeto
FACILITY: SCI Greene    DATE: 05/27/04

FROM: (INMATE NAME & NUMBER)  Jerrick Rankine EU5851
SIGNATURE of INMATE: Jerrick Rankine

WORK ASSIGNMENT: $1050 day relief Requested
HOUSING ASSIGNMENT: RHU F/B 8

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2   State your grievance in Block A in a brief and understandable manner.
3   List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Since 06/21/04, I have been and continues to be held in a cell with no shower, no toothpaste no soap, no change of clothings. No change of boxers, socks, T-shirts; no hat; no mattress, sheets, blankets, towels; no reading materials, no glasses no water, wash rags, thermal underwears; pens and without all my legal, religious, personal and educational property and CIO Stickles continues to make numerous homosexual demands and propositions on me and threatening to kill me; if I continue to reject his demands. Emergency transfer requested. My life is in grave danger.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Ms. Mistrik, Lt. Santoys, Leggett and Meighen. Sgt. Tanner, Grecoo, Dr. Sacks, Conn and Denllenso; and have filed numerous grievances since March 2004 about CIO Stickles behavior toward me & have also reported that I am in a cell without the above items to every staff member since 06/21/0.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

Revised
December 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

88024

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon J Elehy | SCI-GREENE | June 27, 04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE |
|---|---|
| Derrick Rankine EU5850 | Jerrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1,000/day relief requested. | RHU FB-8 |

**INSTRUCTIONS:**
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2   State your grievance in Block A in a brief and understandable manner.
3   List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
     members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 06/17/04 the water in my cell was turned off
by C/O Coy all day. On 06/18/04, C/O Thompson
again turned off the water to my cell and this water
remained off until the present time, due to the
above lack of water I am unable to take my
medications in a timely and consistent manner,
so these medications did and continues to
accumulate in my cell which is causing
me severe and continuous chest pains, and
when I pressed the emergency button it off refused
to response. Emergency transfer requested
immediately for my safety from staff.

B. List actions taken and staff you have contacted, before submitting this grievance.
I informed Lt. Leggett, Santoyo and Meighen,
Sgt. Tanner, Grecco, Marshall and Mitchell, C/O Stickles
Thompson, Coy, Blaker and Engelshardt, Dr. Sacks,
Conn, the Hearing Examiner (Mrs. Mistrik) and every
members of the medical staff that came to same
cell door since 06/17/04 to the present time to no avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                              Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**     June 28, 2004

<table>
<tr><td>FOR OFFICIAL USE ONLY</td></tr>
<tr><td>88025</td></tr>
<tr><td>GRIEVANCE NUMBER</td></tr>
</table>

**SUBJECT:**     Grievance Rejection Form

**TO:**     Mr. Rankin, ▓▓▓▓▓▓
            F Unit, B Pod

**FROM:**     Dan Davis
              Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____     Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.   DC-ADM 802-Administrative Custody Procedures.
   c.   Other policies not applicable to DC-ADM 804.

2. ____     Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____     The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____     Group grievances are prohibited.

5. __X__    **The grievance was not signed and/or dated.**

6. ____     Grievances must be legible and presented in a courteous manner.

7. ____     The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____     Grievances based upon different events shall be presented separately.

9. ____     The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:     FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

*88025*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE |
|---|---|---|
| Sharun DElEthu | SCE GReEnE | 06/27/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| JERRICK RAnKiNE EU5850 | Jerrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $1000/day relief requested. | RHU FIB-8 | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since June 18, 2004 and in retaliation for giving CIOCOy, the Summons to be mailed to the United States marshall on 06/18/04 in my Civil Action against SCI GreenE's staff was denied All meals, medical attentions From 06/18/04 to 6/25/04, and All my properties were stolen by Sgt. Tanner, CIO COy and Thompson. and Jam been held in a cell without a chair, desk, mattres water, boxers, T-Shirts, pens, soap, toothpaste, socks, thermal underwears, wash rags, and my like is been threatened daily by CIO Sticknes and Thompson. Emergency TransfEr requested.

B. List actions taken and staff you have contacted, before submitting this grievance.
informed the hearing examiner (Ms. Midrik,) Dr. Conn and Dr. Sacks of the above. Also informed Lt. Santus, MEighen and Leggett. Sgt Tanner, Marshall and other staff members; and I was told to see security.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

*DC-ADM 804, Inmate Grievance System*                                                    *Attachment B*
DC-804
Part 2                          **COMMONWEALTH OF PENNSYLVANIA**
                                **DEPARTMENT OF CORRECTIONS**
                                       **P.O. BOX 598**
OFFICIAL INMATE GRIEVANCE              **CAMP HILL, PA 17001**
INITIAL REVIEW RESPONSE

| | | GRIEVANCE NO. | 88027 |
|---|---|---|---|

| TO: (Inmate Name & DC No.) | FACILTIY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|
| Rankin, Derrick | SCI-Greene | FB-8 Cell | 6-27-04 |

The following is a summary of my findings regarding your grievance:

I am in receipt of your grievance dated 6-28-04 and have been assigned to investigate and respond.

In your grievance you state the following: On 06/24/04, I was assaulted by C/O Stickles in the presence of Lt. Santoyo on my way back from the hearing for my misconduct. C/O Stickles then took away all my medication after grabbing and bending by fingers until they caused severe pain. This action was unnecessary unprovocated and unjustified and could have been avoided had C/O Stickles turned on the water in my cell all day for me to take my medications or if the PRC, Captain Hall or the Superintendent separated me from C/O Stickles since March 6, 2004 to the present time. I informed Lt. Santoyo and Leggett; and I asked to see Captain Hall and in retaliation C/O Stickles gave me a cardiac tray and refused to opened my tray slot on 6/25/04 to retrieved my tray. I was then placed on a food loaf. C/O Stickles and Thompson passed out lunch on Friday 06/25/04.

I interviewed you on 7-19-04 and you conveyed to me the above listed allegation. I interviewed Lt. Santoyo and Officer Stickles and they deny your claim of assault. While being escorted you back to your cell from yet another misconduct hearing, Officer Stickles did take the excessive amount of medication from your hand. This was accomplished without the grabbing and bending of your fingers as you claim. You also state that all this could be avoided if Officer Stickles had turned the water on in your cell and left it on all day. This could be accomplished for an inmate who follows rules and regulations, however, at the time of this complaint, you were on water restriction due to your flooding of your cell and the tier where you are located. Prior to this alleged incident, you, at different times, both refused and accepted water when it was offered to you. There is no excuse for you to have an excess of medication in your cell, or for that matter, flooding your cell or urinating out of your cell door that you have done many times in the past. You were placed on a meal loaf due to your refusal to return a food tray. You are solely responsible for your actions, not staff.

In conclusion, your claims are completely lacking in merit and cannot be substantiated. You are again reminded to use the grievance system in good faith and the filing of fictitious grievances, which you continue to do, will result in grievance restriction and/or misconducts issued.

This grievance is denied.


cc:    Deputy Barone
       Deputy Jackson
       Grievance Coordinator
       Records
       Tracking Clerk
       File

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| R.Workman COIII | *R. Work*  C OIII | 7-20-04 |

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

78027

GRIEVANCE NUMBER

7/27

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR: Sharon DEIEHO

FACILITY: SCI-Greene

DATE: 06 24 04

FROM: (INMATE NAME & NUMBER) DERRICK RANKINE EU5850

SIGNATURE OF INMATE: Derrick Rankine

WORK ASSIGNMENT: Permanent Separation From Stickles and C.O. Thompson requested.

HOUSING ASSIGNMENT: RHU F-B8

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

On 06/24/04, I was assaulted by C/O Stickles in the presence of Lt. Santoyo on my way back from the hearing for my misconduct. C/O Stickles then took away all my medication after grabbing and bending my fingers until they caused severe pain. This action was unnecessary, unprovocated and unjustified and could have been avoided had C/O Stickles turned on the water in my cell all day, for me to take my medication or if the PRC, Captain Hall or the Superintendent separated me from C/O Stickles since March 2004 to the present time.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I informed Lt. Santoyo and Leggett, and I asked to see Captain Hall and in retaliation C/O Stickles gave me a cardiac tray and refused to opened my tray slot on 06/25/04 to retrieved my tray. I was then placed on a food loaf. C/O Stickles and Thompson passed out lunch on Friday 06/25/04.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

6/28/04
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK -** Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**July 27, 2004**

**SUBJECT:**   First-Level Appeal
               To Grievance Number 88027

**TO:**        Mr. Rankin, ████████
               F Unit, D Pod

**FROM:**      Louis S. Folino
               Superintendent

I am in receipt of your grievance number 88027, dated June 28, 2004; the Initial Review
Response by Lieutenant Workman, dated July 20, 2004; and your first-level appeal
received in this office on July 27, 2004.

Please be advised I concur fully with the Initial Review Response provided by
Lieutenant Workman. Your appeal offers no evidence of merit on which to reconsider
his investigation of this matter.

I must remind you that you are to use your name you were incarcerated by "Rankin" not
"Rankine."

I also remind you that your behavior is your enemy--not SCI-Greene staff.

Your appeal is denied.

LSF:tls

cc:        Deputies
           Grievance Coordinator
           DC-15

Appeal To Cr. Pintender To line SCI-Greene
Grievance # 88027                    7/20/04
From Derrick Rankine EU5850 RHU F-C-12.

First, if J had "excessive" medications, Officer Stickles
and Lt. Santoyo was in the hearing room, saw me gave
this medications to the hearing examiner heard me ex
plained that there were no water in my cell and so my
medications (4 pills) were ~~Acculuma~~ accumulated in my
cell for this reason and this reason only; yet when the
hearing examiner returned this medications to me, they
said nothing and did nothing; why, if it was "excessive medi
cations" J will tell you why, Lt. Santoyo and C/O Stickles,
Blaker, Andersen, Hendersen, Bowlin; Lt. Meighen and Sgt.
Greggo have been and continues to attempt to murder me, to
keep me silent about the homosexual demands that C/O
Stickles and Blaker made on me and continues to make
on me; and when J refused they called me "A piece of shit",
"A homo", "A Faggot", "Stinking Rankine", "A rapist", "A child mo
ester" and threatened to kill me. From March 2, 2004 to
Now; and so assaulting me was just a cover to provoked
me into a confrontation, while both my hands were handcuff
ed behind my back, so Lt. Santoyo C/O Stickles could kill
me and claimed J attacked them, with my hands, handcuffed
behind my back

Next: Why were this medication returned to me at Night time
pill line; if the water was on ~~my~~ in my cell during the days?
J will tell you why; because there were no water on in my
cell from 4 A.M to 10 P.M. on 6/24/04. Now, we all know
that pictures don't lie and F1B-8 is a camara cell; so look
at the pictures from 6/21/04 to 6/30/04 and see who the
lier is. Therefore, Lt. Workman is mistaken can be sub
stantiated, and prove beyond any doubt, yes C/O Stickles
assaulted me on 6/24/04.                    Respectfully,
     7/20/04                              Derrick Rankine

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     June 29, 2004

| FOR OFFICIAL USE ONLY |
| :---: |
| 88077 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**       Mr. Rankin, EU-5850
              F Unit, B Pod

**FROM:**     Dan Davis
              Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

      a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
      b.   DC-ADM 802-Administrative Custody Procedures.
      c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__  **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____  You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                            Date

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. __X__ **The issue(s) presented on the attached grievance has been reviewed and addressed previously.**

Additional Comments: Refer to grievance number 88024, 88023 and 87238.

DD:ack

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
88077
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DeLeto | SCI Greene | June 29 04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE |  |
| Derrick Rankine EU5850 | Derrick Rankine |  |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |  |
| $1000/day relief requested | RHU FIB-8 |  |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since Arriving At SCI-Greene on 01/20/04, RHU staff continues to Abused and torture me, without provocations or justifications. For example From 02/22/04 to 03/02/04 05/03/04 to 05/08/04, and 06/17/04 to 06/26/04 I was denied all meals; and From 05/16/04 to 05/22/04 I was denied All dinners by C/O Blaker, Hendersen, Piper, Bowlin and Sgt Gadzag. Now, since 06/17/04 I am and was denied water for up to 18 hours straight denied medications Was Forced to drink toilet water and my urine; have no sheets, blankets, mattress, towels; No property some toothpaste pens, writing materials, boxers socks T-shirts no desk or chairs; is unable to take a shower; denied access to the yard From 04/27/04 to Now; and my life is threatened daily by C/O Stickles ect. ect.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Lt. Santoyo, Meighen, Leggett, Dr Jackson Dr Conn, the Hearing Examiner, Sgt Bowman, Haywood, Tanner and C/O Johnson, Hendersen, Stickles and Engelhardt and yet I am still with out the Above supplies I was given water on 06/28/04 At 8 p.m. After spending All day with out water. Personal Conference Requested.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____        _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

*Emergency Transfer Requested*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
|---|
| 89915 |
| GRIEVANCE NUMBER |

**DATE:**      July 16, 2004

**SUBJECT:**  Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
              F Unit, B Pod

**FROM:**      Dan Davis
              Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b.  DC-ADM 802-Administrative Custody Procedures
   c.  other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. _X_   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _X_   **The issue(s) presented on the attached grievance has been reviewed and addressed previously.**

**Additional Comments: Refer to grievance number 88023.**

DD/djk

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

*899 x5*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
DAN DAVIS

FACILITY: SCI Greene

DATE: July 17th 2004

FROM: (INMATE NAME & NUMBER)
JERRICK RANKINE EU5850

SIGNATURE of INMATE: Jerrick Rankine

WORK ASSIGNMENT:
$1500/Day relief requested

HOUSING ASSIGNMENT:
RHU F/B 8

INSTRUCTIONS: Permanent Separation from C/O Stickles, Blaker,
1 Refer to the DC-ADM 804 for procedures on the inmate grievance system. Anderson Bowlin'
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff
members you have contacted. and Henderson requested.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 07/1/04, 07/02/04, 07/03/04 to Now I asked Clo Stickles
Clo Brown, Clo Engelhart, Sgt Green, Sgt Marshall, Sgt
Bowman, Clo Anderson, Sgt Lowe, Lt Santreys, Lt
Meighen and Dr. Sacks, Mr. Ivan, and Dr. Conn
for a replacement pens as well a toothpaste. Ashower
boxers, T-shirts, my legal property, a bible access
to the yard and Law Library and these were all
denied. In retaliation for me 1) refusing to with
draw my Lawsuit against SCI Greene 2) refusing
to have a homosexual relationship with Clo Stickles
and Clo Blaker, and withdrawing my criminal appeals.
This has been going on since June 17, 2004 to Now.

B. List actions taken and staff you have contacted, before submitting this grievance.

1) Informed Mr. Ivan, Dr. Sacks and Dr. Conn. I then
asked to see the RHU Captain, and sent a request
to PRC and Superintendent Folino, 2) letter to
Secretary Beard, 1 to Governor Rendell, Congressman
Chaka Fattah and 2 letters to Judge Baxter and the Courts.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy  **CANARY** - File Copy  **PINK** - Action Return Copy  **GOLDENROD** - Inmate Copy
Revised
December 2000

*Personal Conference Requested; at my cell door.*

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**    July 16, 2004

| | |
|---|---|
| FOR OFFICIAL USE ONLY | |
| 89918 | |
| GRIEVANCE NUMBER | |

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, B Pod

**FROM:**    Dan Davis
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b.    DC-ADM 802-Administrative Custody Procedures
   c.    other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD/djk

CC:    FILE
         DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_8 99 18_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

*(handwritten in left margin, vertical): Personal Conference Requested*

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Dan Davis | SCI Greene | 07/14/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE |
|---|---|
| Derrick Rankine FU5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1000/day relief requested with supplies | RHU F/B8 |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since Jan 29, 2004 in an effort to cover their criminal conduct, deny me access to the courts, RHU staff continue to deny me the Necessary supplies to complete my administrative remedies and communicates with the courts. For example, on June 30, 2004 and July 1, 2004, I was denied all supplies by C/O Thompson. On July 3, 2004, I was denied supplies by C/O Engelhardt and on July 8, 2004 I was denied all supplies by C/O Schnap and today I was given 3 grievances, 3 requests to staff, 3 sick call slips and 6 cash slips by C/O Jordan even though I asked for 4 grievances and 12 requests to staff

B. List actions taken and staff you have contacted, before submitting this grievance.

I informed C/O Thompson, Engelhardt, Schnap and Jordan that I have 6 misconduct appeals to file and 6 grievances appeals to file and I was told F you and Cyour appeals you homo and inbread Nigger. I then informed Lt. Leggett, Meishen and Santoy, Mr. Ivan Dr. Sachs, Lt. Tanner, Hogwood and others to No Avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____     _____
Signature of Facility Grievance Coordinator          Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

L .-804
Part 3 Case 1:04-cv-00100-SJM-SPB     Document 116-8     Filed 01/02/2007  Page 1 of 1
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE    ..ERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**     July 16, 2004

**SUBJECT:**  Grievance Rejection Form

**TO:**       Mr. Rankin, EU-5850
              F Unit, B Pod

**FROM:**     Dan Davis
              Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| 89921 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b.   DC-ADM 802-Administrative Custody Procedures
   c.   other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. _X_   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD/djk

CC:   FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

89921

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR: Dan Davis    FACILITY: SCI Greene    DATE: 7/10/04

FROM: (INMATE NAME & NUMBER) Derrick Rankine EU5850    SIGNATURE of INMATE: Derrick Rankine

WORK ASSIGNMENT: $1500/day relief requested    HOUSING ASSIGNMENT: KHU F138

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

and permanent deparation from Clo Stickles, Clo Lyerson, Henderson, Bowlin Blaker

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

Since June 21, 2004 to now and from March 2 2004 to now Clo Stickles continue to threatened to kill me, called me a piece of shit, bammed on my cell door when I am sleeping, came over the Microphone in my cell and called me a Faggot, a homo, a Friking Nigger, tell other inmates that I am a rapist and a child molester, offerred extra trays to other inmates to abuse me, threatened my life and to help torture me, and Clo Stickles told me that this will continue until I withdraw my lawsuit, die or have a homosexual relation ship with him and Clo Blaker.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I informed Lt Meighen and Santoyo; Sgt Tanner Haywood, Grecco, Marshall, and Harvill a, yet nothing was done, as a matter of fact Clo Stickles was at my cell door on 7/11/04 and 7/12/04 doing the above and came over the microphone on 7/12/04 with the above degradatory names.

*(left margin)* Personal Conference requested.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____    _____
Signature of Facility Grievance Coordinator    Date

**WHITE** - Facility Grievance Coordinator Copy  **CANARY** - File Copy  **PINK** - Action Return Copy  **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
:PARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**    July 8, 2004

| FOR OFFICIAL USE ONLY |
|---|
| 88930 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, B Pod

**FROM:**    Dan Davis
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. _____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

     a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
     b.    DC-ADM 802-Administrative Custody Procedures.
     c.    Other policies not applicable to DC-ADM 804.

2. _____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. _____    Grievances must be legible and presented in a courteous manner.

7. _____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _____    Grievances based upon different events shall be presented separately.

9. _____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                        Date

11. _____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:    FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**



FOR OFFICIAL USE ONLY

*89930*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

*(vertical text in left margin:)* Emergency Transfer requested

TO: FACILITY GRIEVANCE COORDINATOR — Sharon DELETO / Dan Davis

FACILITY: SCI Greene

DATE: 7/4/04

FROM: (INMATE NAME & NUMBER) — Derrick Rankine EU5850

SIGNATURE OF INMATE: Derrick R. Rankine

WORK ASSIGNMENT:

HOUSING ASSIGNMENT: RHU FIB 8

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

Since June 2004, I have sent 3 requests to the Medical department asking to be placed on a high protein diet; due to my rapid weight loss and lack of energy and instead CLO Stickles, Thompson and Engelhardt is forcing me to accept a cardiac diet in retaliation for suing them in the Federal Courts.

① Personal Conference with PRC and the Superintendent requested.

② Was given a tray with no eggs on 7/4/04. 4 sugars 4 butters and hot cereal at lunch. I was given a cardiac tray by CLO Engelhardt and Thompson. While my tray was given to another inmate; this occurred on 7/3/04 too.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

① Informed CLO Stickles, Engelhardt and Thompson that I should be on a high protein diet or a regular diet; yet they continues to give me a cardiac diet. I also sent another request to Medical asking to be weighted and to be placed on a high protein diet ① then asked to see the RHU LT. or Captain to no avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____

Signature of Facility Grievance Coordinator

_____

Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
|---|
| 88931 |
| GRIEVANCE NUMBER |

**DATE:**     July 8, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**      Mr. Rankin, EU-5850
           F Unit, B Pod

**FROM:**    Dan Davis
           Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

      a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
      b.   DC-ADM 802-Administrative Custody Procedures.
      c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__  **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____  You are currently under grievance restriction. You may not file any grievances until _____.
                                                                              Date

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:   FILE
     DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

88931

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Sharon DEletto | SCI-GREENE | 7/8/04 |

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850

SIGNATURE of INMATE
Derrick Rankine

WORK ASSIGNMENT:

HOUSING ASSIGNMENT:
RHU FTB 8

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On July 3, 2004, C/O Stickles and Sgt. Gregco
attempted to gave me a loaf for my dinner, I informed
them that I was off the loaf and in retaliation, my
dinner tray was given to another inmate, and I was
denied my dinner by Sgt. Gregco and C/o Stickles; in
retaliation for filing a Lawsuit against SCI-
Greene.
I was told that this will continue until I
withdraw my law suit against SCI-Greene
by Sgt. Gregco and C/O Stickles.
Personal Conference Requested with Rt
PRC and the Superintendent.

B. List actions taken and staff you have contacted, before submitting this grievance.
I informed Sgt. Gregco that I have No intention of withdrawin
my Law Suits, and asked to speak to the RHU Lt or
Captain Hall. Since March 6, 2004 I have been and
continues to request a permanent separation
from C/O Stickles to no avail. I then informed the
Nurse of the above.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                         Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**PARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:** July 19, 2004

| FOR OFFICIAL USE ONLY |
|---|
| 90302 |
| GRIEVANCE NUMBER |

**SUBJECT:** Grievance Rejection Form

**TO:** Mr. Rankin, ████5850
F Unit, C Pod

**FROM:** Dan Davis
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.   DC-ADM 802-Administrative Custody Procedures
    c.   other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. __X__ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments: **If this grievance issue is still of concern to you, please correct the deficiencies noted above and resubmit the grievance form using the grievance number provided on the grievance form. Please resubmit the corrected grievance form within five (5) working days. DO NOT USE THE GRIEVANCE NUMBER PROVIDED FOR ANY OTHER ISSUE. You must use your commitment name on all correspondence with DOC.**

DD/djk

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

90302

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR   Dan Davis

FACILITY: SCI-GREENE   DATE: 7/17/04

FROM: (INMATE NAME & NUMBER)   Ferrick Rankine FU5850

SIGNATURE OF INMATE: Derrick Rankine

WORK ASSIGNMENT: $1000 a day relief requested

HOUSING ASSIGNMENT: RHU FC-12

INSTRUCTIONS: and permanent separation from Clostickles,
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.   Blaker and Hendersen
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
   members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 07/16/04, during dinner line Clostickles called
me a "bitch," a piece of shit" and Clo Blaker called
me "a piece of shit" =n the presence and hearing
of all the inmates on G-pod, without provocation
or justification which humiliated, embarrassed, de-
graded and demeaned me and cause me to have
nightmares and sleepessness; with a severe head
ache, joint pain, I would like to be given an emergency
transfer away from Clostickles, Blaker, Hendersen,
Bowlin, Cox, Tanner, Meighen, Santuyo, Leggett
since it is apparent Lt. Meighen Santuyo, Sgt Grego
Tanner and Leggett approves and condone the above
behavior from Clostickles, Blaker Bowlin and Hendersen.

B. List actions taken and staff you have contacted, before submitting this grievance.

I asked to see the RHU Lt. Meighen to no avail
I then thank Clostickles and Blaker and apologized
to Clostickles and Blaker for not doing anything
to get them upset. Personal, Conference
requested; with Superintendent and PRC.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy  **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

DC-804

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**  July 19, 2004

| FOR OFFICIAL USE ONLY |
| 90303 |
| GRIEVANCE NUMBER |

**SUBJECT:**  Grievance Rejection Form

**TO:**  Mr. Rankin, ~~BU-5050~~
F Unit, C Pod

**FROM:**  Dan Davis
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.  DC-ADM 802-Administrative Custody Procedures
    c.  other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. **_X_ The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments: **If this grievance issue is still of concern to you, please correct the deficiencies noted above and resubmit the grievance form using the grievance number provided on the grievance form. Please resubmit the corrected grievance form within five (5) working days. DO NOT USE THE GRIEVANCE NUMBER PROVIDED FOR ANY OTHER ISSUE. You must use your commitment name on all correspondence with DOC.**

DD/djk

CC:    FILE
       DC-15

Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

90303

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Don Davis

FACILITY: SCI Greene   DATE: July 17, 2014

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE of INMATE: Derrick Rankine

WORK ASSIGNMENT:
$1000/day relief requested

HOUSING ASSIGNMENT:
RHU C-12

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

From 06/21/04, I was confined in a cell F/B-8 with toothpaste, pens, soap, a shower, a razor, ointment, deodorant, change of under clothings, sheets, blanket, a pillow, and without any of my property personal, legal or religious, with even my bible. On 07/16/04 I was moved to C12, and on 07/17/04, I was only given a pen, a comb, a toothpaste, a toothbrush, a blanket, a towel, and a tear sheet and a good sheet with a pillow case and my shower slippers by CO Bomberger. I suffer constant humiliation, embarrassment, depression, nightmares, headaches, joint pains, back pains, degradation at the hands of CO Stickles, Binker Ness, Anderson, Thompson, Coy Engelman and Henderson and other inmates now.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I asked CO Bomberger for all my property, a soap, a shower, another towel, change of underwears, and to speak to the RHU Lt and pressed the emergency button all day and then filed this grievance. I would like all my legal property to prepare and mailed my briefs to the courts before the deadline runs.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator     Date

**WHITE** - Facility Grievance Coordinator Copy  **CANARY** - File Copy  **PINK** - Action Return Copy  **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:** July 22, 2004

**SUBJECT:** Grievance Rejection Form

**TO:** Mr. Rankin, ░░░░░░
F Unit, C Pod

**FROM:** Dan Davis
Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| 90304 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a. DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b. DC-ADM 802-Administrative Custody Procedures
   c. other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. __X__ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments: **If this grievance issue is still of concern to you, please correct the deficiencies noted above and resubmit the grievance form using the grievance number provided on the grievance form. Please resubmit the corrected grievance form within five (5) working days. DO NOT USE THE GRIEVANCE NUMBER PROVIDED FOR ANY OTHER ISSUE. You must use your commitment name on all correspondence with DOC.**

DD/djk

CC:   FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNS. ANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

90304

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Dan Davis

FACILITY:
SCI Greene

DATE:
07/21/04

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE DU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1500/day requested plus the return of All

HOUSING ASSIGNMENT:
F-C-12

INSTRUCTIONS: my property.
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 06/21/04, All my personal, religious, Educational and legal properties were stolen by Captain Hall, Lt Leggett, Sgt Tanner, C/O Coy and C/O Thompson in an Effort to obstructed the due Administration of justice. These properties have Not been returned to me As yet and ONE of my deadline to responded to the courts July 12, 2004 have passed and another one will run on July 29, 2004. Also I have and continues to be denied access to the Law Library from 02/22/04 which clearly shows that all of the Above actions Are unprovoked, and unjustified and serves No other purpose that to deny me access to the Courts.

B. List actions taken and staff you have contacted, before submitting this grievance.

I asked Lt Workman, Mr Eighen, Lt Leggett, Sgt Gregco Sgt Marshall, Sgt Bowman, Sgt Tanner, Dr Sacks and Mr Ivan for my property. I Filed A grievance and Numerous requests and sent two letters to Secretary Beard, Governor Rendell, the Attorney General, the Prison Society and my Family about the Above situation and C/O Stickles

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

WHITE - Facility Grievance Coordinator Copy   CANARY - File Copy   PINK - Action Return Copy   GOLDENROD - Inmate Copy
Revised
December 2000

(left margin, vertical) Personal Conference requested with PRC and the Superintendent.

(right margin, vertical) Mr Ivan, Dr Sacks, Dr Sacks and Dr Cumn were informed on 06/25/04. 07/01/04, 07/19/04 and 07/20/04.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     July 22, 2004

**SUBJECT:**  Grievance Rejection Form

**TO:**       Mr. Rankin, ▓▓▓▓▓
              F Unit, C Pod

**FROM:**     Dan Davis
              Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| :-: |
| 90305 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____  Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b.  DC-ADM 802-Administrative Custody Procedures
    c.  other policies not applicable to DC-ADM 804.

2. ____  Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____  The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____  Group grievances are prohibited.

5. _X_  **The grievance was not signed and/or dated.**

6. ____  Grievances must be legible and presented in a courteous manner.

7. ____  The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____  Grievances based upon different events shall be presented separately.

9. ____  The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____  You are currently under grievance restriction. You may not file any grievances until _____.

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments: **If this grievance issue is still of concern to you, please correct the deficiencies noted above and resubmit the grievance form using the grievance number provided on the grievance form. Please resubmit the corrected grievance form within five (5) working days. DO NOT USE THE GRIEVANCE NUMBER PROVIDED FOR ANY OTHER ISSUE. You must use your commitment name on all correspondence with DOC.**

DD/djk

CC:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

90305

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Dan Davis

FACILITY: SCI-Greene

DATE: 07/21/04

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5850

SIGNATURE of INMATE: Derrick Rankine

WORK ASSIGNMENT:
$1000/day relief requested.

HOUSING ASSIGNMENT: RHU-C-12

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 07/21/04 8 AVE C/O Thompson my misconduct Appeal Number A562029 to the Superintendent and C/O Thompson read this Appeal. At breakfast I was given a tray with 7 sugars, 2 butters 2 pancakes, hot cereal, a cup of coffee and a box of milk with a opened container of pine-apple juice loaded with spit by C/O Engelhardt and Thompson.

Note: this is a good example of the barbaric Inhumane and sadistic nature of C/O's here at SCI Greene; As you can see giving me another Juice would have taken away All grounds or reasons for filing this. Since I spoke to both C/O's First Lieut these C/O's Are too cruel and sadistic for their own good and this is the reason why I went to the Courts.

B. List actions taken and staff you have contacted, before submitting this grievance.
I pressed the Emergency button and asked to see the RHU Lt. or Sgt. Twi ceo then returned this juice to C/O Engelhardt. Thompson undrank, and informed both C/O Engelhardt and Thompson of this. C/O Engelhardt told me that I ? Filed A grievance he would not feed me At lunch. I was given a tray by C/O Henry and Schnap load with spit. I returned this tray to C/O Engelhardt After asking to the RHU Lt. and pressed the Emergency button once.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE _ JPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     July 22, 2004

| FOR OFFICIAL USE ONLY |
| :---: |
| 90313 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**       Mr. Rankin, ＃Ｄ5850
            F Unit, B Rod

**FROM:**     Dan Davis
            Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.   DC-ADM 802-Administrative Custody Procedures.
    c.   Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                    Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANI..**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

90313

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: SCI-Greene | DATE: 07/21/04 |
|---|---|---|
| Dan Davis | | |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Jerrick Rankine EU5850 | Jerrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: RHU FC-12 | |

$1000/day relief requested and permanent SEPARATION from CO Stickles, Blaker, Sgt Gregco, Lt Meighen, Sgt Tanner

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted. and Lt Leggett.

A.  Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Since July 16, 2004, CO Stickles and Blaker continues to come to my cell door and threatened to kill me, hang-me up; calling me a piece of shit, stinking Rankine, a Nigger, a faggot, a homo, a child molester and a rapist. Without provocation. The above incidence occurred on 07/16/2004, 07/17/04, 07/18/04, 07/19/04, 07/20/04 and 07/21/04; even while I was giving a statement to Lt Workman and after I gave this statement to Lt Workman about CO Stickles and Blaker; and even in the presence of Sgt Gregco who just laughed. CO Stickles even went as far as to told me that I smelled like "his mothers stinking pussy" on 07/20/04 and 07/21/04; in the presence of Sgt Gregco, CO Bowlin, Blaker, Henderson and Piper who all laughed.

B.  List actions taken and staff you have contacted, before submitting this grievance.

I informed Sgt Gregco, Lt Meighen and Mr. Ivan on 07/19/04 and 07/20/04. I also informed the bubble officer and Lt. Workman and sent a request to Captain Graing. I then sent a letter to Judge Baxter and Secretary Beard and to my family dealing the above abuse. I then sent a letter to Governor Rendell and this grievance

*Personal conference requested with PRC and the Superintendent DR*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

*DC-ADM 804, Inmate Grievance System*
DC-804
Part 2

*Attachment B*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
OFFICIAL INMATE GRIEVANCE    **CAMP HILL, PA 17001**
INITIAL REVIEW RESPONSE

GRIEVANCE NO. | 90518

| TO: (Inmate Name & DC No.) | | FACILTIY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|---|
| Rankin, Derrick | EU-5850 | SCI GRN | FC-12 | 7-25-04 |

The following is a summary of my findings regarding your grievance:

I am in receipt of your grievance and have been assigned to investigate your concerns. You are claiming the following: Denied all meals from 6-17-04 to 6-25-04; Denied water from 6-16-04 to 6-30-04; placed on a foodloaf from 6-25-04 to 7-2-04 and 7-3-04 to 7-11-04 respectively. You further claim that staff have denied you showers from 5-27-04; Access to the law library from 2-28-04; Access to the yard from 4-27-04.

DC-ADM 804 is very specific: You must file your written grievance within 15 days of the alleged incident – however, I will answer your allegations of Denial of meals, Denial of Water, and being placed on a foodloaf. The other allegations (Denial of showers, access to the law library and access to the yard) are so outdated that I am forced not to answer them. In the future be more timely with your grievances or they will be denied in full.

"Denied All Meals" from 6-17-04 to 6-25-04 – You were placed on LOAF on 6-17-04. This was due to your refusal to give back your tray for the evening meal (REF M/C#A562979). You accepted 7 of 21 loaves and the restriction was removed on 6-25-04. Then, on 6-25-04 (lunch meal), you refused to give back your foodtray and once again you were placed on the loaf (REF M/C#A562012).

"Denied Water" from 6-16-04 to 6-30-04 – This is an absolute lie. Your water was shut off for a short period of time when C pod was flooding but this was a very minor inconvenience. This "Shutdown" protects ALL inmates on the pod from further destruction when the pod floods.

"Placed on Foodloaf" from 6-25-04 to 7-02-04 and 7-3-04 to 7-11-04 – Due to your overwhelmingly poor adjustment and problematic behavior, especially when you receive a regular tray.

I have answered your allegations – now I will give you a direct order. You are to use your committed name "Derrick Rankin" on ALL DOC Paperwork. If you write your name as "Derrick Rankine", Your paperwork could be voided and you could receive a misconduct for Refusing to obey an order. This WILL be the final order issued to you.

In conclusion, I find your grievance to be lacking in many aspects – It is frivolous and therefore vehemently denied.

DC-10

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| W Leggett   COIII | *W. Leggitt COIII* | 8-14-04 |

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

9Q518

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Dan Davis | SCI-Greene | 07/25/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Derrick Rankine EU5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1000/day relief requested plu $120,000 | F-C-12 RHU |

INSTRUCTIONS: For Cost of Property
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

In retaliation for filing a civil law suit and criminal charges against SCI-Greenes staff and giving C/O Coy the summons to be mailed to the United States Marshall on June 18, 2004, Captain Hall, Lt. Leggett, Sgt. Tanner, C/O Coy and C/O Thompson stolen my (all my) legal, personal, religious and educational properties and is trying to forced me to withdraw this lawsuit by not returning these properties. I was also denied all meals from 06/17/04 to 06/25/04; water from 06/16/04 to 06/30/04 placed on a food loaf from 06/25/04 to 07/02/04; 07/03/04 to 07/11/04 in retaliation for filing said lawsuit. I am and continues to be denied showers from 05/27/04; access to the law library from 02/28/04; and access to the yard from 04/27/04 to now. Threatened daily my C/O stickles, Blaker and Bowlin with death.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Dr. Sacks, Conn, Mr. Ivan, Lt. Workman, Lt. Meighen, Sgt. Cassidy, Sgt. Tanner, Sgt. Gregco, Sgt. Bowman, Lt. Santoys. Filed numerous requests to Captain Grainey PRC and Superintendent Folino to no avail. I would like all my properties returned to me immediately plus a check for $1000/day placed on my inmate account forthwith.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

7/26/04
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

4/10

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br>5-0- 90518. | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Dan Davis (Grievance Coordinator) | 2. Date:<br>08/9/06 |
| 3. By: (Print Inmate Name and Number)<br>DERRICK RANKINE ~~HU1056~~<br>Derrick Rankine<br>Inmate Signature | 4. Counselor's Name<br>Mr. Ivan |
| | 5. Unit Manager's Name<br>Captain Grainey |
| 6. Work Assignment<br>$1553/day relief requested. | 7. Housing Assignment<br>RHU      F-C-12. |

8. Subject: State your request completely but briefly. Give details.

Due to my Court deadlines of July 12 July 30 and Now August 14, 2006. I am unable to agree to any deadline for grievance Number 90518. I want my property returned to me immediately with the necessary supplies to draft and mail my brief to the courts. The Superior Court have ordered you, Superintendent Fulino, PRC, Mr. Ivan and Captain Grainey to gave me the 64 necessary supplies to draft and mail my legal documents to the court pursuant to Burns V OHIO. I have informed the Courts that you all have refused to obey this order plus that Captain Hall, Lt. Leggett, Sgt. Gunner, Lt. Meighen, CIO Cox, Thompson, Sgt. Gregs. Lt. Santoys ect. have removed all my legal materials. Hmm my cell on June 21, 2006 and is tampering with my mails. Now I want my property plus 1500 typing sheets, 150 carbon paper, 15 pens, 15 manila envelopes, access to and need of the Law Library, Copy Machine and Stapler. I am indigent. My Cases are CA04-100 Erie CT. ODOL-0650-111 GA03-105 Erie

9. Response [illegible]

Capt. Graine can best help you in this matter.

He will provide you with whatever

you shall have.                                      CC: Capt. Graine

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☑ |

Staff Member Name _____ Davis / Davis Date 8/10/04

Revised July 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT**
**724-852-2902**
**August 31, 2004**

**SUBJECT:**   First-Level Appeal
To Grievance Number 90518

**TO:**   Mr. Rankin, EU-5850
F Unit, C Pod

**FROM:**   Louis S. Folino
Superintendent

I am in receipt of your grievance, number 90518, dated July 26, 2004; the Initial Review Response by Lieutenant Leggett, dated August 14, 2004; and your first-level appeal, received in this office on August 20, 2004.

I find the issues raised at first-level appeal, were addressed appropriately and responsibly by staff at initial review.

Please be advised, I concur fully with the Initial Review Response provided by Lieutenant Leggett. Your appeal offers no evidence of merit on which to reconsider his investigation of this matter.

Your grievance contained several issues, although some were untimely as stated in his response, all of which Lieutenant Leggett addressed contrary to your belief.

Your appeal is, hereby, denied.

LSF: msh

cc:        Deputies
Grievance Coordinator
DC-15

8/20/04

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER**<br><br>Grievance Appeal<br><br>90518 | Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer)<br>Superintendent Folino | 2. Date:<br>08/19/04 |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>DERRICK Rankine EU5850<br><br>Derrick Rankine<br>Inmate Signature | 4. Counselor's Name<br>Mr. Ivan |
| | 5. Unit Manager's Name<br>Captain Grainey |
| 6. Work Assignment | 7. Housing Assignment<br>FB-12 |

8. Subject: State your request completely but briefly. Give details.

This grievance was and remained about my property which were stolen on 06/21/06 by Lt Leggett, Captain Hall, & Lt Tanner CO Coy and CO Thompson, In retaliation for filing a civil lawsuit against SCI-Greene's staff, and refluence to withdraw this law suit. Now my property have not been returned to me as yet and I would like the above property returned so I can draft legal documents and mail them to the Courts. Lt Leggett who is the mentally lying and defiance Lt Leggett addressed were given to support my allegations and contention that my property were stolen in an effort to denume access to the Courts and they were all based on prior grievances, which are in the property the Lt Leggett et al stole on 06/21/06 and refused to returned to me. Finally, my name is Derrick Anthony Rankine and there were no one except DOC will ever get me to change my name or signed my name incorrectly to please them. As a matter of fact, the property that Lt Leggett Captain Hall Lt Tanner CO Coy and Thompson stole from my cell on June 21 2006 have enough evidence to prove that my name is Derrick Rankine now.) Need my property that was removed from my cell on June 21 2006 to prepare draft and mailed legal documents to the Courts, and will never never change my name or withdraw my law suit against SCI-Greene's staff even if I must die. They must face me in Court or kill me. The ball is in your Court.

| 9. Response: (This Section for Staff Response Only) | | |
|---|---|---|

| To DC-14 CAR only ☐ | Derrick R | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|---|

Staff Member Name _____ / _____ Date _____
                          Print                    Sign

Revised July 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**     July 27, 2004

<table>
<tr><td>FOR OFFICIAL USE ONLY</td></tr>
<tr><td>90975</td></tr>
<tr><td>GRIEVANCE NUMBER</td></tr>
</table>

**SUBJECT:**   Grievance Rejection Form

**TO:**     Mr. Rankine, ████████
F Unit, C Pod

**FROM:**    Dan Davis
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b.   DC-ADM 802-Administrative Custody Procedures
   c.   other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. _X_ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments: You must use your name of commitment.**

DD/djk

CC:   FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

90975

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Dan Davis

FACILITY: SCI GREENE

DATE: 7-26-04

FROM: (INMATE NAME & NUMBER)
DERRICK RANKINE EU5860

SIGNATURE OF INMATE:
Derrick Rankine

WORK ASSIGNMENT:
$1000 a day relief requested

HOUSING ASSIGNMENT:
RHU EC-12

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

Permanent Separation From CIO Stickles/Bomberger and Thompson.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

Today July 26, 04, CIO Stickles came to my cell door with CIO Bomberger and said to me "I can smell my my mothers stinking pussy Rankine" and I must Fuck you up the Ass just like I Fucked my mother up the Ass; or I am going to kill you" and No, I am Not Leaving you alone because you Are my pussy" While CIO Bomberger laughted, CIO Bomberger and Thompson then denied me a soap, a shower and pen and razor with shaving cream, and told me this will going on until I have A homosexual relationship with CIO Stickles CIO Bomberger also refused to give me my property: glasses and replacement pen and said "You must do what CIO Stickles want!"

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I asked to see Lt Meighen and Sgt Bowman and pressed the Emergency button All evening I informed Mr. Ivan on 07/26/04, 07/26/04. Lt Meighen on 07/26/04. Lt Santoyo on 03/04/04 and 03/04/04, yet CIO Stickles is Allowed to come to my cell door and abused me daily I also filed numerous grievances and requests about the above behavior of CIO Stickles.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy  **CANARY** - File Copy  **PINK** - Action Return Copy  **GOLDENROD** - Inmate Copy

Revised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**     July 30, 2004

**SUBJECT:**  Grievance Rejection Form

**TO:**       Mr. Rankin, EU-5850
             F Unit, C Pod

**FROM:**     Dan Davis
             Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| 91056 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____  Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.  DC-ADM 802-Administrative Custody Procedures.
   c.  Other policies not applicable to DC-ADM 804.

2. ____  Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____  The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____  Group grievances are prohibited.

5. _X_  **The grievance was not signed and/or dated.**

6. ____  Grievances must be legible and presented in a courteous manner.

7. ____  The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____  Grievances based upon different events shall be presented separately.

9. _X_  **The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.**

10. ____  You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                        Date

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
91056
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Jan Davis | SCI Greene | 7/29/04 |

FROM: (INMATE NAME & NUMBER)          SIGNATURE of INMATE)
Derrick Rankine EU5850          Derrick Rankine

WORK ASSIGNMENT:          HOUSING ASSIGNMENT:
$1000/day + $120,000 For property value          RHU-F-C-12

INSTRUCTIONS:  Relief requested and the return of All property
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.  Immediately
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

On June 21, 2004, Captain Hall, Lt. Leggett, Sgt. Tanner, C/O Coy, and C/O Thompson, conspired with others to steal and did stole all my property; in retaliation for me giving C/O Coy; the Summons against SCI Greene staff to be mailed to the United States Marshall and since then Lt. Meighen, Sgt. Grego, and others have continued and is still refusing to return my property and informed me of the whereabouts of my property in an effort to deny me access to the Courts; they have also refused to give me replacement pens when my pens are out of ink. Under no circumstance will I redraw or settled this lawsuit without Judge Baxters input and knowledge.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I informed Mr. Ivan, Dr. Sacks, Dr. Conn, Lt. Meighen, Lt. Leggett, Lt. Santoyo, Lt. Gryffin, Sgt. Tanner, Sgt. Marshall, Sgt. Bowman, Sgt. Cassidy and Sgt. Grego of the July 12 and July 30, 2004 deadline. Sent numerous requests to PRC, Captain Hall, Captain Grainey, and the Superintendent, Secretary Beard and Governor Rendell; yet my property have not been returned as of yet.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator          Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      July 30, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
               F Unit, C Pod

**FROM:**      Dan Davis
               Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| --- |
| 91057 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.   DC-ADM 802-Administrative Custody Procedures.
   c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__  **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____  You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

9/057

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Dan Davis

FACILITY: SCI-Greene

DATE: 07/28/04

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE of INMATE
Derrick Rankine

WORK ASSIGNMENT:
$1553/day; Permanent Separation From

HOUSING ASSIGNMENT:
RHU-F-C-12

INSTRUCTIONS: C/O Anderson, Stickles, Bomberger, Bowlin, Blaken,
1 Refer to the DC-ADM 804 for procedures on the inmate grievance system.    Grego, and Henderson.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 07/27/04; C/O Anderson informed me that he was the pod officer for F-C-pod. I informed C/O Anderson that I needed a soap and a pen since my pen was empty. C/O Anderson's responded as follows "the back of my balls are itching me, are you going to scratted them /for me" Following this C/O Anderson then joined with C/O Stickles in telling me "you smell like a pussy Rankine" in front of the whole pod Sgt. Grego, C/O Bomberger, Piper, Bowlin and others who all laughed then lefted the pod. This was all done without provocations and in retaliation /for CASE C.A 04-100 Erie.

B. List actions taken and staff you have contacted, before submitting this grievance.

I pressed the emergency button and asked to see the RHU Lt. C. Meighew who refused to see me. I then report the above to the bubble officer. Then file this grievance. I am in fear for my life from the above named staff and is seeking a permanent separation from them all.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**        July 30, 2004

| FOR OFFICIAL USE ONLY |
| :---: |
| 91059 |
| GRIEVANCE NUMBER |

**SUBJECT:**    Grievance Rejection Form

**TO:**          Mr. Rankin, EU-5850
                 F Unit, C Pod

**FROM:**        Dan Davis
                 Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                        Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

9/059

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Jan Davis

FACILITY: SCI-Greene

DATE: 7-28-04

FROM: (INMATE NAME & NUMBER)
JERRICK RANKINE EU 5850

SIGNATURE of INMATE: Jerrick Rankine

WORK ASSIGNMENT:
6-2-550 day relief requested plus permanent

HOUSING ASSIGNMENT:
F-C-2

INSTRUCTIONS: See Attach from C/O Stickles, Bomberger, Bowlin, Blaker, Grego, Anderson
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. Henderson ect

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 07/27/04, C/O Stickles came to my celldoor and opened the tray slot; the quickly closed it and said "you smell like my mothers stinking pussy Rankine" C/O Anderson then said "No he smell like an ass or is it pussy" at which C/O Stickles said "he smells like pussy". This was said and done before the whole of F-C-pod plus C/O Bomberger, Piper, Grego, Bowlin ect. This behavior have been going on since June 18, 2004 in retaliation because I filed a law suit against SCI-Greenes staff and gave C/O copy the summons to be mailed on June 18, 2004, to U.S. Marshall.

B. List actions taken and staff you have contacted, before submitting this grievance.
I have repeatedly and consistently asked for A permanent seperation from C/O Stickles, Anderson, ect since March 6, 2004 to no avail. I have filed, refiled and informed Superintendent Fulino, Mr. Ivan, Meghen, Sandra, Eggett, and Sgt. Grego that I would like A permanent deperation from the above staff members to No avail.

Your grievance has been received and will be processed in accordance with DC-ADM 804. Avail.

Signature of Facility Grievance Coordinator                                    Date

**WHITE** - Facility Grievance Coordinator Copy  **CANARY** - File Copy  **PINK** - Action Return Copy  **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE**

**DATE:**     August 5, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**      Mr. Rankin, EU-5850
          F Unit, C Pod

**FROM:**     Dan Davis
          Superintendent's Assistant

```
FOR OFFICIAL USE ONLY
        91547
   GRIEVANCE NUMBER
```

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.   DC-ADM 802-Administrative Custody Procedures.
   c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                        Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. __X__   **The issue(s) presented on the attached grievance has been reviewed and addressed previously.**

Additional Comments: Refer to grievance number 91056.

DD:tls

cc:    FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
91547
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Jan Davis | SCI-Greene | 08/05/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Jerrick Rankine | Jerrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1000/day relief requested | FC-12 |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 07/31/04, I sent a request to Captain Grainey and Superintendent Folino; asking that my property which were stolen from my cell FD09 on June 21 2004 by Captain Hall, Lt Leggett, Sgt. Tanner C/O Coy and Thompson be returned to me; and asking for the necessary supplies to prepare my documents to be mailed to the Courts be given to me; in an effort to obstruct the due administration of justice and deny me access to the Courts Captain Grainey denied these requests. and placed me on restricted movement.
Personal Conference with PRC and the Superintendent requested. I need my property and 1100 typing sheets 140 carbon papers, 15 replacement pens 15 manila envelope access to the law library, Copy machine and a stapler.

B. List actions taken and staff you have contacted, before submitting this grievance.

I sent 4 requests to PRC 6 to Captain Grainey and 6 to Superintendent Folino, 2 letters to Secretary Beard; 2 to Governor Kendell 2 to Judge Baxter; 2 to the United States House of Representives (Congressman Chaka Fattah; 2 letter to the Attorney General of the United States seeking Federal indictments against staff.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000