DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

91547

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Jan Davis | SCI-Greene | 08/05/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Jerrick Rankine | Jerrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1000/day relief requested | FC-12 |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 07/31/04, I sent a request to Captain Grainey and Superintendent Folino, asking that my property which were stolen from my cell FD09 on June 21 2004 by Captain Hall, Lt Leggett, Sgt Tanner C/O Coy and Thompson be returned to me; and asking for the necessary supplies to prepare my documents to be mailed to the Courts be given to me; in an effort to obstruct the due administration of justice and deny me access to the Courts Captain Grainey denied these requests. and placed me on restricted movement.

Personal Conference with PRC and the Superintendent requested. I need my property and I want typing sheets 140 carbon papers, 15 replacement pens, 15 manila envelope access to the law library, Copy machine and a stapler.

B. List actions taken and staff you have contacted, before submitting this grievance.

I sent 4 requests to PRC 6 to Captain Grainey and 6 to Superintendent Folino, 2 letters to Secretary Beard, 2 to Governor Rendell 2 to Judge Baxter; 2 to the United States House of Representatives (Congressman Chaka Fattah; 2 letter to the Attorney General of the United States seeking Federal indictments against staff.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      August 5, 2004

| FOR OFFICIAL USE ONLY |
|---|
| 91548 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, ▓▓▓▓▓
               F Unit, C Pod

**FROM:**      Dan Davis
               Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.   DC-ADM 802-Administrative Custody Procedures.
   c.   Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                    Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

*91548*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Dan Davis | SCI-Greene | 08/05/04 |
| FROM: (INMATE NAME & NUMBER) | (SIGNATURE of INMATE) | |
| Derrick Rankine EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $155/meals or my meals given to me | FC-12 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On Saturday July 31, 2004, Sgt. Tanner denied me
my lunch meal and spit in my breakfast meals and
coffee and on Sunday August 1, 2004 Sgt Tanner
again denied me my breakfast meal.
I would like to get my missing meals since I
have lost 110 lbs since January 20, 2004. Thank
you again.
    Personal Conference with PRC and Super
intendent Folino to be tape recorded. DR.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Sgt Tanner that he could give me two break
Fast tray on Monday and Tuesday and Wednesday and he,
refused to do so. I sent a request to PRC Superintendent
Folino and Captain Grainey requesting that my meals be
made up since I have lost 110 lbs since January 20, 2004.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

*DC-ADM 804, Inmate Grievance System*
DC-804
Part 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**

OFFICIAL INMATE GRIEVANCE        **CAMP HILL, PA 17001**
INITIAL REVIEW RESPONSE

GRIEVANCE NO. | 91550

| TO: (Inmate Name & DC No.) | | FACILTIY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|---|
| Rankin, Derrick | EU 5850 | SCI-GRN | HB 12 | 08-05-04 |

The following is a summary of my findings regarding your grievance:

I am in receipt of your grievance and have been assigned to investigate your concerns. Inmate Rankin, you claim that you were denied cleaning supplies from staff to clean your cell after a flood occurred on FC Pod, and you claim staff refused to let you shower on 08-03-04.

On 08-13-04 I granted you a personnel interview to discuss this grievance, which you denied the interview. On 07-31-04 a flood occurred on FC Pod, which resulted in water entering your cell FC 12. You were going to have your cell cleaned by block workers, but you became argumentative and threatening towards staff. This behavior prevented you from being pulled out and having your cell cleaned. On 08-03-04 "Tuesday" you say that staff denied you a shower. This could not be true showers are ran only on Monday, Wednesday and Fridays. Regarding this grievance you mention staff members names on 07-31-04 and 08-03-04 that were not even working. This grievance is another one of your attempts to discredit staff.

In conclusion, I find no merit to support your allegations. This frivolous grievance is denied.

CC:     Grievance Coordinator
        DC-15
        Deputy Barone
        Deputy Jackson

| | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| D.P. Meighen COIII | | 08-15-04 |

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
_91550_
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Dan Davis | SCI-Greene | 08/05/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| DERRICK RANKINE EU5850 | Derrick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $1000/day relief requested | FC-12 | |

INSTRUCTIONS:
1.  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On Saturday July 31, 2004 C/O Blaker, Anderson, Sgt. Gregg, Lt. Meighen and C/O Bomberger and Bowlin blocked up the toilets for FC cells 7 to 12. This caused my toilet in cell FC-12 to overflowed with urine, water and feces, yet staff refuses and continues to refused to cleaned my cell at this time. On Tuesday 08/03/04 I cleaned up this messed without soap, cleaning supplies or a gloves, yet staff got me a go, Lt. Meighen, C/O Anderson, Bomberger and others refused to give me a shower, soap, toothpaste or any cleaning supplies to clean the floor and myself as yet I would like A shower, A soap, A toothpaste and some cleaning supplies to clean my cell because the cell still stinks.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I sent a request to Captain Grainey, PRC and Superintendent Folino plus a letter to Secretary Beard and the Office of Professional Responsibility. Again, I need 2 bars of soap, A shower a toothpaste and some cleaning liquid to clean myself and my cell.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

8/5/04
Date

**CO. DNWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

<table>
<tr><td>FOR OFFICIAL USE ONLY</td></tr>
<tr><td>91986</td></tr>
<tr><td>GRIEVANCE NUMBER</td></tr>
</table>

**DATE:**     August 9, 2004

**SUBJECT:**  Grievance Rejection Form

**TO:**       Mr. Rankin, EU-5850
              F Unit, C Pod

**FROM:**     Dan Davis
              Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. \_\_\_\_   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.   DC-ADM 802-Administrative Custody Procedures.
   c.   Other policies not applicable to DC-ADM 804.

2. \_\_\_\_   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. \_\_\_\_   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. \_\_\_\_   Group grievances are prohibited.

5. \_X\_   **The grievance was not signed and/or dated.**

6. \_\_\_\_   Grievances must be legible and presented in a courteous manner.

7. \_\_\_\_   The grievance exceeded the two (2) page limit. Description needs to be brief.

8. \_\_\_\_   Grievances based upon different events shall be presented separately.

9. \_\_\_\_   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. \_\_\_\_   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                              Date

11. \_\_\_\_   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. \_\_\_\_   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments:

DD:tls

cc:   FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
| --- |
| 91986 |
| GRIEVANCE NUMBER |

## OFFICIAL INMATE GRIEVANCE

TO: FACILITY GRIEVANCE COORDINATOR
Dan Davis

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

WORK ASSIGNMENT:

FACILITY: SCI-Greene

SIGNATURE OF INMATE: Derrick Rankine

HOUSING ASSIGNMENT: FC-12

DATE: 08/08/04

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.   State your grievance in Block A in a brief and understandable manner.
3.   List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
     members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On Friday 08/06/04, C/O Schnap walked off the pod with my mail and a request that U sent to staff. This letter was addressed to Pa. Institutional Law Project, 924 Cherry Street, Suite 523, Phila. Pa. 19107.

U would like my mails sent and a permanent separation from C/O Schnap. Please trace this letter and request also.

Personal Conference with Superintendent and PRC requested.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

U informed C/O Schnap to placed my mail in the mail box or to returned these mails to me and C/O Schnap refused to do so U informed Sgt Tanner and Grego and asked to see the RHU Lts, this was denied by both Sgts. U informed the bubble officer and filed this grievance. C/O Schnap then went to 11 cell and informed the inmates that Inmate Rankine is a Faggot, a bitch, a pussy and a child molester ect.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator                                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

DC-804
Part 3

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
|---|
| 91987 |
| GRIEVANCE NUMBER |

**DATE:**  August 9, 2004

**SUBJECT:**  Grievance Rejection Form

**TO:**  Mr. Rankin, EU-5850
F Unit, C Pod

**FROM:**  Dan Davis
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a. DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b. DC-ADM 802-Administrative Custody Procedures.
   c. Other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. **_X_ The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. **_X_ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.**

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.
    Date

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. **_X_ The issue(s) presented on the attached grievance has been reviewed and addressed previously.**

Additional Comments: Refer to grievance number 91056.

DD:tlb

cc:   FILE
      DC-15

I am Not getting any responses. My grievances DR

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

_9987_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR    Dan Davis
FACILITY: SCI-Greene    DATE: 08/09/06

FROM: (INMATE NAME & NUMBER)    JERRICK RANKINE EU5850
SIGNATURE of INMATE: Jerrick Rankine

WORK ASSIGNMENT: $1000/day relief requested plus the return of All
HOUSING ASSIGNMENT: F-C-12

INSTRUCTIONS: property
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
   members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

From June 21, 2006, Captain Hall, Lt. Leggett, Sgt. Tanner, C/O Coy and Thompson conspired to and did steal all my legal, religious, educational and personal property from cell F10 9. Then I was taken to F/B 8. On July 16, 2006, I was taken to FC-12 by C/O Engelhardt and Thompson. Without any of the above property None of the above property have been returned to me as yet and I was told by C/O Stickles that None will be returned until I 1) have a homosexual relationship with him 2) with all Law Suits against the D.O.C. and withdraw my criminal Appeals. I want my property and I will do Not EVEN one of the above Death before dishonour. Semi Fi Semi Fi.

B. List actions taken and staff you have contacted, before submitting this grievance.
I Informed Lt. Workman Mr. Ivan Dr. Sacks Dr. Conn Lt. Leggett Walters Meighen Santoyo I sent Numerous requests to the Superintendent, PRC and Captain Grainey to No avail. I sent a letter to Secretary Beard, Governor Rendell, Judge Baxter and Congressman Chaka Fattah, and Filed Numerous grievances.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised

Personal Conference with PRC and Superintendent requested.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

| FOR OFFICIAL USE ONLY |
|---|
| 91988 |
| GRIEVANCE NUMBER |

**DATE:**   August 9, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**   Mr. Rankin, EU-5850
F Unit, C Pod

**FROM:**   Dan Davis
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.   DC-ADM 802-Administrative Custody Procedures.
   c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                    Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. __X__   **The issue(s) presented on the attached grievance has been reviewed and addressed previously.**

Additional Comments: Refer to grievance number 91550.

DD:tls

cc:   FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
91988
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR
Dan Davis

FACILITY: SCI Greene

DATE: 08/09/06

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850  Derrick Rankine

WORK ASSIGNMENT:
$1000/day relief requested and permanent

HOUSING ASSIGNMENT: FC-12

INSTRUCTIONS: Separation From CIO Coy, CIO Blaker, Anderson, Bomberger, Grego

1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted. and Sgt Tanner.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On July 31, 2006, CIO Blaker, Anderson, Bomberger and Sgt Grego blocked up all the tiolets From FC-7 to FC-12, which caused all the tiolets to overflow in the cells. CIO Blaker, Anderson, Bomberger and Sgt Grego then cleaned all the cells from FC-7 to FC-11. On August 03, 2006, I was forced to cleaned FC-12 without soap, disinfectant or a glove. On Saturday 08/07/06 CIO Coy re/fused to gave me any cleaning supplies to clean my cell, and I have been denied all soap, toothpaste, razor, shaving cream from 07/30/06 to now. I need two bars of soap and some disinfectant. Personal Conference with PRC and the Superintendent Requested.

B. List actions taken and staff you have contacted, before submitting this grievance.

I informed Sgt Tanner and Grego that this was unsanitary and asked for 2 soaps and a shower with cleaning supplies. I sent a request to Captain Brainey, PRC and Superintendent Folino, yet my cell or myself have not been cleaned as yet. I sent a request to medical and the dentist and a letter to Governor Rendell and Judge Baxter.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

*DC-ADM 804, Inmate Grievance System*
DC-804
Part 2

## COMMONWEALTH OF PENNSYLVANIA

### P.O. BOX 598
OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE
### CAMP HILL, PA  17001

GRIEVANCE NO. | 92007

| TO: (Inmate Name & DC No.) | | FACILTIY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|---|
| Housman, William | EX-0456 | SCI GRN | FD-17 | 8-9-04 |

The following is a summary of my findings regarding your grievance:

I am in receipt of your grievance and have been assigned to investigate your concerns. You are alleging that Officer Henry denied you an activity period for no reason.

I was very interested to interview you, noting that Inmate Robinson CJ-8032 housed in FD-06 cell wrote this grievance for your signature. During our interview, I asked why you didn't write your own grievance – You told me that you are a very busy man as well as a pacifist. You claim that you were denied yard even though you were standing at the door – though your 17x file shows a different story.

An entry by COI Coy on 8-4-04 states, "Refused to stand at door for strip-search". This entry was written by COI Coy and was not written by someone else, unlike yourself who has other inmates write down their own opinions.

So it was Officer Coy and not Officer Henry who denied your yard for CAUSE – small bits of information such as the person who denied your yard are important to the credibility of the accusations. This brings to the forefront the apparent lack of communication between yourself and Inmate Robinson regarding the content of this "Grievance". Perhaps, in the future, your grievances will be important enough for you yourself to write them – especially when you are the one responsible for the content (or lack thereof). I find your grievance to be filed second hand – meaning that the opinions expressed in the grievance are at least in part someone else's. I therefore must state that your grievance lacks a basis in fact – this makes it frivolous and therefore denied.

CC: Deputies
     Grievance Coordinator
     File

     DC-10

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| W Leggett   COIII | *W. Leggett   COIII* | 8-13-04 |

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

**92007**

GRIEVANCE NUMBER

8/23

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Mrs Dan Davis | SCI-Greene | 8 9 04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| William Housman EF-0456 | William Housman |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| none | F, D-17 |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

This is in regards to continual harassment, a denial of my yard - which is an 8th amendment violation, abuse of authority, a violation of policies DC-ADM 004, and 174, and of the PA crimes code, committed by COI Henry, and the failure and refusal of Sgt Tanner and Bowlin, and of Lto Leggett, to correct and make this COI Henry - stop his against policy conduct. On 8-4-04, COI Henry denied my my yard for no reason. On this morning (8-4-04), I was at my cell door holding my clothes, wailing to be escorted to yard. COI Henry came to my door and opened my tray slot. When I attempted to place my clothes on the slot, he quickly closed the tray slot. I asked him what's he doing, and he said, "no yard for you, you took to long to hand me your clothes. This is an on-going (one of them) game this COI Henry uses in order to deny (myself) prisoners their yard time. The conduct of this COI Henry is a violation of the above mentioned & also a violation of the PA crimes code under: Title 18 § 2709 Harassment & stalking. I want to press criminal charges on this COI Henry for this continual harassment, and I request a personal interview.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I verbally brought this to the attention of Sgt, ~~B.D.~~ Tanner and ~~R.~~ Bowlin, and they both said the back this COI Henry. I also send a request slip to Lto Leggett explaining this, & he totally ignored it and is refusing to correct this COI Henry, and make him stop what he did, and continues to do.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

8/9/04
_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
| :---: |
| 92369 |
| GRIEVANCE NUMBER |

**DATE:**      August 13, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**       Mr. Rankine, ~~EU-5850~~
             B Unit, B Pod

**FROM:**      Dan Davis
             Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____  Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.  DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.  DC-ADM 802-Administrative Custody Procedures.
    c.  Other policies not applicable to DC-ADM 804.

2. ____  Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____  The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____  Group grievances are prohibited.

5. _X_  **The grievance was not signed and/or dated.**

6. ____  Grievances must be legible and presented in a courteous manner.

7. ____  The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____  Grievances based upon different events shall be presented separately.

9. ____  The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____  You are currently under grievance restriction.  You may not file any grievances until _____.
                                                                                              Date

11. ____  Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____  The issue(s) presented on the attached grievance has been reviewed and addressed previously.

Additional Comments: You must use your name of commitment.  If this grievance is still of concern to you, please correct the deficiencies noted above and resubmit the grievance form using the grievance number provided on the grievance form.  Please resubmit the corrected grievance form within five (5) working days.  DO NOT USE THE GRIEVANCE NUMBER PROVIDED FOR ANY OTHER USE.

DD:ael

cc:    FILE
       DC-15

D.:-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
92369
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| | | |
|---|---|---|
| TO: FACILITY GRIEVANCE COORDINATOR<br>Dan Davis | FACILITY:<br>SCI-Greene | DATE:<br>08/11/04 |
| FROM: (INMATE NAME & NUMBER)<br>Jerrtck Rankine EU5850 | SIGNATURE OF INMATE:<br>Jerrick Rankine | |

WORK ASSIGNMENT: $1000/day relief requested and permanent separation

HOUSING ASSIGNMENT: FB-12

INSTRUCTIONS:  From C/O Blaker and Stickles, Sgt Grego, Sgt Tanner
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system. Anderson, Bowlin
2  State your grievance in Block A in a brief and understandable manner.  Henderson, C/O
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.  Henry, Johnson et Al.

A.  Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 08/10/04 C/O Bilonick and Blaker denied me my lunch tray, even through I was standing at my cell door with the cell lights on in FC-12 My cell had a nasty dirty and disgusting blanket in front of the door which was placed there on August 1, 2004 by Sgt Grego C/O Bomberger Stickles Blaker, Anderson Henderson Bowlin, Sgt Tanner, Johnson and Bilonick until 08/11/04 when it was pushed away by C/O Johnson and Engelshardt at lunch. C/O Blaker and Bilonick did not moved this block-out blanket but I was the person and only person that said "Trays-up" everyday at meal time on FC This should be enough to convince you that my life is in grave danger from the above individuals and that I will never withdraw my law suit against SCI-Greene.

B.  List actions taken and staff you have contacted, before submitting this grievance.

I informed the bubble and Sgt Howell, then I sent a request to the Superintendent, Captain Grainey and the PRC, and in retaliation C/O Blaker, Bomberger and Stickles moved me from FC-12 to FB-12 and called me "A rapist" and a child molester, on 08/10/04. Again I would like a permanent separation from C/O's Blaker, Stickle, Cox, Henry, Anderson, Johnson, Henderson, Grego, Tanner et

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

*(left margin, vertical:)* Personal Conveyance with the Superintendent and PRC Requested

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE SUPERINTENDENT'S ASSISTANT
SCI-GREENE

**DATE:**       August 19, 2004

| FOR OFFICIAL USE ONLY |
|---|
| 93133 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
               F Unit, B Pod

**FROM:**      Dan Davis
               Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____ Group grievances are prohibited.

5. _X_ **The grievance was not signed and/or dated.**

6. ____ Grievances must be legible and presented in a courteous manner.

7. ____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____ Grievances based upon different events shall be presented separately.

9. ____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____ You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                              Date

11. ____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments: You must use your name of commitment. If this grievance is still of concern to you, please correct the deficiencies noted above and resubmit the grievance form using the grievance number provided on the grievance form. Please resubmit the corrected grievance form within five (5) working days. DO NOT USE THE GRIEVANCE NUMBER PROVIDED FOR ANY OTHER USE.**

DD:ael

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

93/33

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR    FACILITY: SCI-ALBION    DATE: 08/18/04

FROM: (INMATE NAME & NUMBER) JERRICK RANKINE EU5850    SIGNATURE OF INMATE: Jerrick Rankine

WORK ASSIGNMENT: Permanent Separation From Dr. Sacks    HOUSING ASSIGNMENT: F/B-12

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

On August 17, 2004 Dr. Sacks came to my cell door with a sick call slip that was sent to the medical administrator/Dr. Conn' after I asked Dr. Sacks on July 8, 2004 to stay away from me; after Dr. Sacks called me a homosexual, a lier and accused me of projecting my homosexual feelings on staff. Dr. Sacks also insultingly told me that I was to read a book called reaction formation but yet Dr. Sacks did not know who Dr. Piaget were. Dr. Sacks is also a defendant in case C A06-109 Erie and I don't want him to have any information about me or will I ever under any circumstances be honest with Dr. Sacks, and I would like Dr. Sacks removed from my case and environment

**B. List actions taken and staff you have contacted, before submitting this grievance.**

I asked Dr. Sacks on March 16 and 17, 2004, and on July 8, 2004 to stay away from me, and to leave my file and all information about me alone. I also sent a request to the psychology department administrator on March 16, 17, July 8, 2004, asking for a permanent separation from Dr. Sacks; yet Dr. Sacks was at my cell door on July 8 and August 17, 2004 insulting me again.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

Revised
December 2000

*(left margin handwritten text)* No. 12 Approximately 12 Derrick Rankine. Please check/response. I have not received any responses/grievances. Previous

DC-804
Part 3

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
| :---: |
| 93135 |
| GRIEVANCE NUMBER |

**DATE:**     August 19, 2004

**SUBJECT:**   Grievance Rejection Form

**TO:**      Mr. Rankin, EU-5850
          F Unit, B Pod

**FROM:**    Dan Davis
          Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

      a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
      b.   DC-ADM 802-Administrative Custody Procedures.
      c.   Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _X_    **Grievances based upon different events shall be presented separately.**

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                        Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments: You must use your name of commitment.**

DD:ael

cc:    FILE
      DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

9 3/35

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Dan Davis | SCI-Greene | 08/18/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE) |
|---|---|
| Derrick Rankine EU5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1000,00 relief requested and permanent separation from C/O Blaker and Stickles. | F/B-12 |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On June 21, 2004 Captain Hall Lt Leggett Sgt Tanner C/O Coy and C/O Thompson removed all my leg alproperts from my cell in retaliation for filing a civil action against SCI-Greenes staff. I file grievance Number 90518 about this issue, and a number of other grievances but no one have address this issue as yet and my property have not been removed to me as yet. Since June 21, 2004 I have filed and refiled numerous grievances about the above property which were stolen by staff. In response I was assaulted by C/O Blaker on Sunday August 15, 2004 and C/O Blaker and Stickles went in my cell on August 15, 2004 and removed 20 carbon papers, 200 tying sheets 5 pens. and 15 manila enevelopes again all of the above were done in retaliation to me filing lawsuits against the D.O.C

**B.** List actions taken and staff you have contacted, before submitting this grievance.

On Sunday August 15 2004 I informed Lt Meighen of this about and also informed Dr Stks and Cannon July 8 2004, Lt Workman, Lt Santago, Sgt Tanner, Sgt Gregg, Sgt Bowman, Captain Brainey the PRC and Superintendent Folino to no avail. I would like my property returned to me and have C/O Blaker and Stickles removed from around me.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                              Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      August 24, 2004

| FOR OFFICIAL USE ONLY |
| --- |
| 93685 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
              F Unit, B Pod

**FROM:**      Dan Davis
              Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

      a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
      b.   DC-ADM 802-Administrative Custody Procedures.
      c.   Other policies not applicable to DC-ADM 804.

2. ____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____   Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. ____   Grievances must be legible and presented in a courteous manner.

7. ____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____   Grievances based upon different events shall be presented separately.

9. ____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction.  You may not file any grievances until _____.
                                                                                                Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments: You must use your name of commitment.**

DD:ael

cc:    FILE
       DC-15

CC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
93685
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Dan Davis | SCI Greene | 08/23/04 |

FROM: (INMATE NAME & NUMBER)    SIGNATURE of INMATE:
Derrick Rankine EU5850    Derrick Rankine

WORK ASSIGNMENT:    HOUSING ASSIGNMENT:
Permanent Separation From C/O Stickles    F/B-12

INSTRUCTIONS: Anderson Bowlin and Gregs.
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
   members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 08/22/04, C/O Bowlin, Anderson and Stickles
came to my cell door and wrote "Boom, Boon,
Nigger bitch, Faggot, homo on their blue gloves
and showed this to me, while C/O Stickles keep
calling me a "bitch", "A piece of shit" and threatening
to kill me over and over again.
Sgt Gregs observed all of the above and said
Nothing, but instead Sgt Gregs laughted and then
rolled the "block out blanket" before my cell
door. C/O Stickles then said "this will keep happen
ing until you let us "Fuck you up the Ass Nigger"
and withdraw your lawsuit. At no time did I do any
thing or said any thing to provoked the above abuses.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I pressed the emergency the all evening and asked
to speak to Lt Meighen, who never came to see me
On 08/23/04, Lt Meighen was on the pod and I asked
to speak to him twice and he ran off the pod, without
speaking to me. I filed numerous grievances (36)
on C/O Stickles, a Lawsuit and for a restraining order and
criminal charges against C/O Stickles etc

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____    _____
Signature of Facility Grievance Coordinator    Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

(left margin handwritten) Personal Grievance with Superintendent Folino and PRC. Personal Conference with Superintendent Folino requested.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**      August 26, 2004

| FOR OFFICIAL USE ONLY |
| --- |
| 93779 |
| GRIEVANCE NUMBER |

**SUBJECT:**   Grievance Rejection Form

**TO:**        Mr. Rankin, EU-5850
               F Unit, B Pod

**FROM:**      *Dan Davis/ap*
               Dan Davis
               Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

     a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
     b.    DC-ADM 802-Administrative Custody Procedures.
     c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                              Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments: You must use your name of commitment.**

DD:ael

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

93779

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Dan Davis | SCI GREENE | 08/25/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:
Permanent separation from CIO Engelshardt
and Schnap.

HOUSING ASSIGNMENT:
FIB-12

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 08/25/04, CIO Engelshardt denied me access to the yard and gave me a tray with HS49 ors and a cup of coffee with spit in it. CIO Schnap was working with CIO Engelshardt.

Now I have being denied access to the yard from April 27 2004 to Now; even thorough I signed up every morning and have obeyed all RHU rules, because I am not willing to become a homosexual or withdraw my lawsuits.

Also, from 01/29/04, RHU staff continues to tamper and spit in my meals and my mails to Now. Personal conference with Superintendent Folino and PRC requested.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed Sgt. Minardo on 08/25/04. I informed PRC, Captain Grainey; Lt. Leggett, Lt. Meighen, Sgt. Tanne Captain Hall; and filed numerous grievances and requests to staff. I also mailed some of these mails to Judge Baxter and asked for a DNA analysis; and Congressman Chaka Fattah; and Senator Fumo.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**       August 16, 2004

| FOR OFFICIAL USE ONLY |
|:---:|
| 92765 |
| **GRIEVANCE NUMBER** |

**SUBJECT:**   Grievance Rejection Form

**TO:**         Mr. Rankin, EU-5850
               F Unit, B Pod

**FROM:**       Dan Davis
               Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. _____   Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a.   DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
   b.   DC-ADM 802-Administrative Custody Procedures.
   c.   Other policies not applicable to DC-ADM 804.

2. _____   Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____   The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____   Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. _____   Grievances must be legible and presented in a courteous manner.

7. _____   The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. _____   Grievances based upon different events shall be presented separately.

9. _____   The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____   You are currently under grievance restriction.  You may not file any grievances until _____.
                                                                                                         Date

11. _____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments: You must use your name of commitment.**

DD:ael

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

92765

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Dan Davis | SCI GREENE | 08/14/04 |

FROM: (INMATE NAME & NUMBER)
Derrick Rankine EU5850

SIGNATURE of INMATE:
Derrick Rankine

WORK ASSIGNMENT:

HOUSING ASSIGNMENT: FB-12

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

RHU staff continues to removed sugars and other food items from my trays before giving them to me. For example this morning I was given a tray with no sugars and a cup of coffee with spit in it by CIO Engelshardt; and the yesterday, the day before, I would like this stop. Also, yesterday, I was given a tray without a spoon butter, or salt by CIO Bowlin at dinner. The above abuses have been going on since January 29 2004; and I am told by staff that this will continue until I withdraw my law suits, or die daily, or become a homosexual.
    I will not withdraw any of my law suits or become a homosexual (A Faggot).

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I sent request to Captain Grainey; spoke to CIO Johnson Engelhardt Coy, Herny, Bilonick, Sgt Tanner, Sgt Grego, Lt Leggett and Lt Meighen. yet the above continues; and I returned the coffee and juice undrank or use the coffee and juice to clean my cell. I also asked staff to exchange my trays before taking them or even touching them and they refused to do so. CIO Engelshardt also told me that these trays came from the Kitchen in the
Your grievance has been received and will be processed in accordance with DC-ADM 804. above manner of 08/12 and 08/13/0

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**COM** '**NWEALTH OF PENNSYLVANIA**
**ᴱPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
|---|
| 92766 |
| GRIEVANCE NUMBER |

**DATE:**    August 16, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, ᴱᵗ⁵⁹⁵⁰
F Unit, B Pod

**FROM:**    Dan Davis
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. _X_    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                                                                                    Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments: You must use your name of commitment.**

DD:ael

cc:    FILE
        DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

92766

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Dan Davis | SCI-Greene | 08/12/04 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE |
|---|---|
| Derrick Rankine EU5850 | Derrick Rankine |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| $1000/day relief requested. | E IB-12 |

**INSTRUCTIONS:**
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2   State your grievance in Block A in a brief and understandable manner.
3   List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On July 31, 2004, I sent a request to Captain Grainey the Superintendent and PRC asking for the necessary writing papers, pens, carbon papers, manila enevelopes, the used of a stapler access to and used of the Law Library copy machine, a stapler and my property which were removed from my cell on June 21, 2004 by Sgt Tanner Lt Leggett, Captain Hall, C/O Coy and Thompson, and Captain Grainey responded "Indigent Status denied." Superintendent Folino responded "See Captain Grainey" the PRC failed to responded. Again I am in need of 1500 typing sheets, 150 carbon papers, 15 manila enevelopes, 15 pens, access to and use of the Law Library, a stapler, the copy machine and to all my legal property which were removed from my cell on June 21, 2004, in retaliation for suing SCI-Greene's staff ect ect I need a soap, toothpaste ect, toc

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I sent a request to the Business Manager and I am indigent. Captain Grainey is completely wrong, and knows that I am indigent. I came to SCI-Greene indigent and have been indigent since 2001, so I need the above supplies per the Superior Court Order and Bounds V Smith 430 U.S. 817 at 828, 823-24, 825 Turner V Safley 482 U.S. 78 (1987) Lewis V Casey 518 U.S 343 (1996).

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                              Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

| FOR OFFICIAL USE ONLY |
| :---: |
| 92767 |
| GRIEVANCE NUMBER |

**DATE:**    August 16, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**    Mr. Rankin, EU-5850
F Unit, B Pod

**FROM:**    Dan Davis
Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

     a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
     b.    DC-ADM 802-Administrative Custody Procedures.
     c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__    **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit.  Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____    You are currently under grievance restriction.  You may not file any grievances until _____.
                                                                                                                      Date

11. ____    Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____    The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments: You must use your name of commitment.**

DD:ael

cc:    FILE
DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

92767

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Dan Davis | SCI-Greene | 08/13/04 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE | |
| Jerrick Rankine EU5850 | Domick Rankine | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| $1000/day relief requested. | FB-12 | |

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

From April 27 2004 I have been and continues to be denied access to the yard by C/O Coy, Henry, John Son, Bilonick, Thompson and Engleshardt Lt Tanner, Lt Leggett, Captain Hall Captain Grainey, Even through I signed up for the yard everyday, in retaliation for filing a grievance when I was assaulted by C/O Henry on April 27 2004, filing a Civil Law Suit against SCI-Greene, refused to become a homosexual, refusing to withdraw my law suits against SCI-Albion and Somerset and my criminal appeals. I would like to obtain some fresh air and exercise. Personal Conference with PRC and Superintendent requested.

**B.** List actions taken, and staff you have contacted, before submitting this grievance.

I informed Sgt Tanner, Lt Leggett, Lt Workman, Mr Ivan Dr Sacks, Dr Conn, Lt Guyton, Sgt Howell Sgt Armstrong I filed Numerous grievance and request to PRC, Captain Hall and Grainey I also informed Secretary Beard, PRC and Deputy Shaffer. On 08/12/04 I was told by C/O Englehardt that "I made a mistake when I took the yard list".

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**SCI-GREENE**

**DATE:**        August 16, 2004

**SUBJECT:**    Grievance Rejection Form

**TO:**          Mr. Rankin, EU-5850
                 F Unit, B Pod

**FROM:**        Dan Davis
                 Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| :---: |
| 92768 |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. ____    Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures.
    b.    DC-ADM 802-Administrative Custody Procedures.
    c.    Other policies not applicable to DC-ADM 804.

2. ____    Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. ____    The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. ____    Group grievances are prohibited.

5. __X__   **The grievance was not signed and/or dated.**

6. ____    Grievances must be legible and presented in a courteous manner.

7. ____    The grievance exceeded the two (2) page limit. Description needs to be brief.

8. ____    Grievances based upon different events shall be presented separately.

9. ____    The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. ____   You are currently under grievance restriction. You may not file any grievances until _____.
                                                                                              Date

11. ____   Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. ____   The issue(s) presented on the attached grievance has been reviewed and addressed previously.

**Additional Comments: You must use your name of commitment.**

DD:ael

cc:    FILE
       DC-15

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

92768

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Dan Davis | SCI-Greene | 8/3/04 |

FROM: (INMATE NAME & NUMBER)          SIGNATURE of INMATE
DERRICK RANKINE EU 5850     Derrick Rankine

WORK ASSIGNMENT:                    HOUSING ASSIGNMENT:
$1000/day relief requested, permanent separation FB-12

INSTRUCTIONS:  from C/O Stickles, Blaker, Anderson, Henry, Bomberger et Gregg ect
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On July 31, 2004, Sgt Gregg, C/O Blaker, Anderson, Bomberger ed al blocked up the toilets and filled my cell FC-12, with urine, Feces and stinking water, and refused to cleaned my cell or removed me from the cell after I started having boils, bumps and accesses in my mouth and on my skin I sent three sick call to the medical department asking for an antibacterial soap and a toothpaste; since RHU staff refused and continues to refused to give me a shower, a toothpaste or a soap even Now. Personal Conference with Superintendent and PRC requested.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

I informed PA Heckman and she promise to sent me the above soap and toothpaste; yet I have not received any soap or toothpaste. I sent a request to PRC Superintendent Folino and Captain Grainey and three requests to medical I signed up for a shower everyday and this was denied each day I asked for soap and toothpaste

Your grievance has been received and will be processed in accordance with DC-ADM 804. Everyday.

_____          _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

# APPENDIX 3

S/A-GRN.001
Rev. 02/20/01

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI GREENE**
**OFFICE OF THE SUPERINTENDENT'S ASSISTANT**
**724-852-2902**

**May 21, 2004**

**SUBJECT:**  Your 05/18/04 correspondence

**TO:**  Mr. Rankin
F Unit, D Pod

**FROM:**  Sharon L. D'Eletto
Superintendent's Assistant

Superintendent Folino directed me to review and respond to your correspondence.

Please consult DC-ADM 804 for correct procedures for submitting grievances regarding the submission of issues of this nature.

Attach.:  Incoming correspondence

CC:  CSA Inmate File
DC 15 EU 5850

(inmate\2004\grievance\csa correspondence\EU 5850 Rankin and rspns to 05/18/04 correspondence.05-21-04)

To Superintendent Folino   SCI-Greensburg FID9
From Derrick Rankine   EU 5850   May 18, 2004.

On May 17, 2004, C/O Blaker, Bowlin, and Piper denied me my dinner tray in retaliation for filing a civil law suit against SCI-Green's staff; refusing to become a homosexual; refusing to withdraw my law suits against SCI-Somersets and SCI-Albions staff and refusing to withdraw my criminal appeal.

I pressed the emergency button and informed the bubble of this and asked to speak to the RHU Lt to no avail. During meds line I informed Sgt. Agustiny and Sgt. Agustin told me to file this complaint. On May 18, 2004, I attempt to speak to C/O Bowlin and Blaker and they said "I did not burned you for your tray" and kept going. On May 17, 2004, I attempted to speak to C/O Piper and he told me "go suck a dick and rest your head."

On May 18, 2004, C/O Blaker and Hendersen again denied me my dinner tray. Again I pressed the emergency button and I was told that "You will not be fed on this shift until you do the right, but I will informed Sgt. Santoyo of the fact that you were not fed two days straight by C/O Blaker. I asked to speak to the RHU Lt to no avail. Since March 6, 2004, I have been asking for protective custody from C/O Blaker, Hendersen, Stickles, Her C/O Coy, and you have refused to take any actions, until now. Allowing the above retaliatory actions by your staff.

Respectfully
Derrick Rankine

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**Secretary's Office of Inmate Grievance's and Appeals**
(717) 975-4954
February 24, 2004

**SUBJECT:**    Grievance Correspondence -Property & Mail

**TO:**    Derrick Rankin, EU-5850
SCI Greene

**FROM:**    Secretary's Office of Inmate Grievances & Appeals

This is to acknowledge receipt of your correspondence dated February 2, 2004, wherein you discuss the above reference issue(s).

You are strongly encouraged to seek resolution to your concerns through the institutional channels and work with the staff to resolve your complaints. If you are unable to resolve your issue(s) informally, be advised that the DC-ADM 804, Inmate Grievance System provides a mechanism for all inmates to initiate complaints. This directive was revised and made effective May 1, 2002.

You must initiate your complaint(s) at the institution level and comply with the provisions of this policy in order that your concerns are addressed through the appropriate channels.

/kk

cc:    Superintendent Folino
Grievance Office
DC-15
Central File

*"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."*

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

February 24, 2004

Derrick Rankin, EU-5850
SCI Greene

                    Re:    DC-ADM 804 - Final Review
                           Grievance No. 74129

Dear Mr. Rankin:

       Your appeal of the above-referenced grievance has been received by this office for review. However, our inquiry into this matter reveals that you have not yet appealed to the Superintendent of your institution as required by DC-ADM 804, VI C, 1. a. Until this appeal is completed, final review cannot be granted. Upon receiving the response from your appeal to the Superintendent, you may once again submit a timely written appeal for final review.

       This response does not grant you a right to an appeal if it would otherwise be untimely to pursue that appeal. However, in evaluating the timeliness of any appeal you submit, the time consumed by erroneously directing your appeal to this office may be disregarded at the discretion of the recipient of your next appeal.

                           Sincerely,

                           Sharon M. Burks

                           Sharon M. Burks
                           Chief Grievance Officer

SMB/kk

cc:    Superintendent Folino        Grievance Office
       DC-15                        Central File

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

**THE SECRETARY'S OFFICE OF**
**INMATE GRIEVANCES AND APPEALS**

February 24, 2004

Derrick Rankin, EU-5850
SCI Greene

Re:    DC-ADM 804 - Final Review
Grievance No. 74135

Dear Mr. Rankin:

Your appeal of the above-referenced grievance has been received by this office for review. However, our inquiry into this matter reveals that you have not yet appealed to the Superintendent of your institution as required by DC-ADM 804, VI C, 1. a. Until this appeal is completed, final review cannot be granted. Upon receiving the response from your appeal to the Superintendent, you may once again submit a timely written appeal for final review.

This response does not grant you a right to an appeal if it would otherwise be untimely to pursue that appeal. However, in evaluating the timeliness of any appeal you submit, the time consumed by erroneously directing your appeal to this office may be disregarded at the discretion of the recipient of your next appeal.

Sincerely,

Sharon M. Burks
Chief Grievance Officer

SMB/kk

cc:    Superintendent Folino          Grievance Office
DC-15                          Central File

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**Secretary's Office of Inmate Grievance's and Appeals**
(717) 975-4954
May 13, 2004

**SUBJECT:**  Grievance Correspondence-Grievance No. 81096

**TO:**  Derrick Rankin, EU-5850
SCI Greene

**FROM:**  Secretary's Office of Inmate Grievances & Appeals

This is to acknowledge receipt of your letter to this office.  Upon review of your letter, it is the decision of this office to file your letter without action.  You have failed to comply with the provision(s) of the revised DC-ADM 804 effective May 1, 2002.

In accordance with the provisions of the DC-ADM 804, VI D, 1h, a proper appeal to final review must include photocopies of the Initial Grievance, Initial Review, the Appeal to the Facility Manager, and the Facility Manager's decision.  The text of your appeal(s) to this office shall be legible, presented in a courteous manner, and the statement of facts shall not exceed two pages.

Review of the record reveals that your appeal(s) is incomplete.  You have failed to provide this office with the required documentation that relates to your appeal(s).  You are not permitted to appeal to this office until you have complied with all procedures established in DC-ADM 804.  **You have ten working days from the date of this memo to provide this office with documents needed to conduct final review.  Any further correspondence from you regarding your appeal(s), which does not contain the required documents, will result in a dismissal of your appeal(s).**

/kk

cc:    Superintendent Folino          Grievance Office
       DC-15                          Central File

*"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."*

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**Secretary's Office of Inmate Grievance's and Appeals**
(717) 975-4954
June 15, 2004

**SUBJECT:**   Grievance Correspondence-Grievance No. 83122, 83124, 83772 & 83774

**TO:**   Derrick Rankin, ~~BU-5850~~
          SCI Greene

**FROM:**   Secretary's Office of Inmate Grievances & Appeals

This is to acknowledge receipt of your institution documents regarding the above reference grievance(s).

In accordance with the provisions of the DC-ADM 804, VI D, 2., effective May 1, 2002, this office has reviewed the above reference grievance(s) and all documents related to your appeal(s) at the institutional level. Upon review of your document(s), it is the decision of this office to file your grievance(s) without action.

DC-ADM 804, VI, D., 1., b., effective May 1, 2002, requires you to submit an appeal to this office explaining your reasons for appealing the institution's responses regarding the issues raised in your grievance(s). SCI Greene has thoroughly investigated your claims and has provided reasonable and appropriate responses. Without an appeal to this office, we have no way of knowing what your issue(s) continue to be and we are therefore unable to conduct final review based on those merits.

**You have ten working days from the date of this memo to provide this office with documents needed to conduct final review. Any further correspondence from you regarding your appeal(s), which does not contain the required documents, will result in a dismissal of your appeal(s).**

/kk

cc:   Superintendent Folino          Grievance Office
      DC-15                          Central File

*"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."*



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P. O. BOX 598
CAMP HILL, PENNSYLVANIA 17001-0598

OFFICE OF THE
SECRETARY OF CORRECTIONS

August 13, 2004

Derrick Rankin EU5850
SCI-Greene

Dear Mr. Rankin:

This correspondence is to inform you that on July 9, 2004 and August 9, 2004, this office received carbon copies of numerous grievances that you filed at SCI-Greene.

Since no cover letter was attached to either mailing, they will be filed without action.

Sincerely,

Sharon M. Burks, Chief
Secretary's Office of Grievances
and Appeals

smb

cc:    Superintendent Folino
       Grievance Office
       Central File

# APPENDIX 4

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

May 13, 2004

Derrick Rankin, EU-5850
SCI Greene

Re:   DC-ADM 804 – Final Review
      Grievance No.  75458

Dear Mr. Rankin:

Your request for appeal to final review of the above noted grievance(s) is hereby acknowledged.

In accordance with the provisions of DC-ADM 804, as amended effective May 1, 2002, I have reviewed the entire record of this grievance.  Under the date of March 19, 2004, Superintendent Folino dismissed your appeal from initial review as untimely.   Accordingly, your appeal to final review cannot be accepted.

For the above stated reason, your appeal to final review is dismissed.

Sincerely,

Sharon M. Burks
Chief Grievance Officer

SMB/kk

cc:   Superintendent Folino          Grievance Office
      DC-15                          Central File

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA  17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

April 15, 2004

Derrick Rankin, EU-5850
SCI Greene

Re:    DC-ADM 804 - Final Review
Grievance No. 76612

Dear Mr. Rankin:

Your request for appeal to final review of the above noted grievance is hereby acknowledged.

In accordance with the provisions of DC-ADM 804, VI, D, 1h, effective May 1, 2002, I have reviewed Grievance No. 76612 and all documents related to your appeal at the institutional level and this office.

After a careful evaluation of the entire record, it is the decision of this office that your appeal to final review be dismissed.  You are required to use your name of commitment on all correspondence with the Department of Corrections.

For the above stated reasons, your appeal to final review is dismissed.

Sincerely,

Sharon M. Burks
Chief Grievance Coordinator

SMB/kk

cc:    Superintendent Folino          Grievance Office
       DC-15                          Central File

*"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."*

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA  17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

April 28, 2004

Derrick Rankin, EU-5850
SCI Greene

Re:     DC-ADM 804 - Final Review
Grievance No. 77892

Dear Mr. Rankin:

Your request for appeal to final review of the above noted grievance is hereby acknowledged.

In accordance with the provisions of DC-ADM 804, VI, D, 1h, effective May 1, 2002, I have reviewed Grievance No. 77892 and all documents related to your appeal at the institutional level and this office.

After a careful evaluation of the entire record, it is the decision of this office that your appeal to final review be dismissed.  Your grievance consists of three separate issues/events. According to DC ADM 804, grievances and appeals based on different events must be addressed separately unless it is necessary to combine the issues to support the claim.  Further, any issues not included in your original grievance will not be addressed at final review.

For the above stated reasons, your appeal to final review is dismissed.

Sincerely,

Sharon M. Burks
Chief Grievance Coordinator

SMB/kk

cc:     Superintendent Folino          Grievance Office
         DC-15                                 Central File

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

May 13, 2004

Derrick Rankin, EU-5850
SCI Greene

> Re: DC-ADM 804 - Final Review
> Grievance No. 79523, 79524, 77895,
> 78202, 78227, 78228, 80093, 80095,
> 80781, 80901 & 80902

Dear Mr. Rankin:

Your request for appeal to final review of the above noted grievance is hereby acknowledged.

In accordance with the provisions of DC-ADM 804, VI D, 1h, as amended effective May 1, 2002, I have reviewed the entire record of this grievance; including your initial grievance, the Grievance Officer's response, your appeal from initial review and the Superintendent's response.

After a careful evaluation of this grievance, it is the decision of this office that your appeal be dismissed as untimely. DC-ADM 804 provides you with a period of five (5) days in which to appeal the response from the Superintendent. While we will often exercise latitude in issues of timeliness, it is noted your appeal is well beyond the stipulated five-day period and includes no reason for this delay.

For the above stated reason, your appeal to final review is dismissed.

Sincerely,

Sharon M. Burks
Chief Grievance Officer

SMB/kk

cc:    Superintendent Folino          Grievance Office
       DC-15                          Central File

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

June 15, 2004

Derrick Rankin, EU-5850
SCI Greene

Re:    DC-ADM 804 - Final Review
Grievance No.  80422

Dear Mr. Rankin:

Your request for appeal to final review of the above noted grievance is hereby acknowledged.

In accordance with the provisions of DC-ADM 804, VI D, 1h, as amended effective May 1, 2002, I have reviewed the entire record of this grievance; including your initial grievance, the Grievance Officer's response, your appeal from initial review and the Superintendent's response.

After a careful evaluation of this grievance, it is the decision of this office that your appeal be dismissed as untimely.  DC-ADM 804 provides you with a period of five (5) days in which to appeal the response from the Superintendent.  While we will often exercise latitude in issues of timeliness, it is noted your appeal is well beyond the stipulated five-day period and includes no reason for this delay.

For the above stated reason, your appeal to final review is dismissed.

Sincerely,

Sharon M. Burks
Chief Grievance Officer

SMB/kk

cc:    Superintendent Folino          Grievance Office
DC-15                          Central File

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."