IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK RANKINE** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-100E |
| ) | |
| v. ) | |
| ) | |
| **LOUIS FOLINO, et al.,** ) | |
| ) | |
| Defendants. ) | |

### SUPPLEMENT TO STATEMENT OF MATERIAL FACTS
### NOT IN DISPUTE (DOCKET #115)

AND NOW, comes the defendants, Superintendent Folino, Jeffery Beard, Deputy Jackson, Deputy Barone, Sharon Delelto, Jean Scott, Dr. Sacks, Captain Hall, Lt. A. E. Gumbarevio, Lt. Meighen, Sgt. Conner, Sgt. Tanner, Sgt. Santogo, C.O. Stickles, C.O. Stephen, C.O. Rausenwinder, C.O. Manberry, C.O. Henry, C.O. Jordan, Mr. Ivan, C.O. Engelhardt, Thompson, C.O. Coy, Mr. Geehring, C.O. Blake, C.O. Anderson, Mrs. Barr, and Mr. Thomas James by their attorneys, Thomas W. Corbett Jr., Attorney General, Kemal Alexander Mericli, Senior Deputy Attorney General, Susan J. Forney, chief Deputy Attorney General, Chief, Litigation Section, who submit the following signed and notarized affidavits as a designated supplement to the document identified above.

                                                Respectfully submitted,

                                                **THOMAS W. CORBETT JR.,**
                                                **Attorney General**

                    By:    /s/ Kemal Alexander Mericli
                             Senior Deputy Attorney General
                             PA I.D. #27703

                             Susan J. Forney
                             Chief Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Date:   January 18, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, I electronically filed the foregoing **Supplement to Statement of Material Facts not in Dispute (Docket #115)** with the Clerk of Court using the CM/ECF system.  and I hereby certify that I have mailed the foregoing document by United States Postal Service to the following non CM/ECF participants.

**DERRICK A. RANKINE**
**EU-5850**
**SCI-FAYETTE**
**P.O. BOX 9999**
**LABELLE, PA  15450**

                                             /s/ Kemal Alexander Mericli
                                             Kemal Alexander Mericli
                                             Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6TH Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219