United States District Court
Western District Pennsylvania

Derrick Rankine
 vs                          C.A. # 04-100 Erie
Superintendent Folino et al

Pretrial State of Plaintiff

(1) Plaintiff was transferred to SCI-Green on January 20, 2004, from SCI-Somerset, after Plaintiff spent 85 days in Administrative Custody misconduct free at SCI-Somerset.

(2) Plaintiff was remanded into the RHU by the defendants in retaliation for filing a Law Suit and pursueing these Law Suits against SCI-Albion and SCI-Somerset.

(3) Plaintiff was denied all clothing with the exception of a jump suit and freezed day and day by the defendants in retaliation for pursueing the above Law Suits.

(4) The defendant then gave Plaintiff contaminated meals, denied Plaintiff water and meals for extended period of time; assaulted the Plaintiff without provocation or justification, terrorized the Plaintiff day and night ect in retaliation for pursueing the above Law Suits

(5) The defendants then denied Plaintiff access to the Law Library and to the yard for extended period of time, in retaliation for pursueing the above civil action.

(6) The defendants then denied Plaintiff proper medical care, medical care, and ignored Plaintiffs request for medical care and prevented medical staff from giving medical treatment to Plaintiff, in retaliation for pursueing the above Civil Actions; in violations of the Laws of the United States and Commonwealth of Pennsylvania.

(6) Please Note: The defendants have confiscated all of Plaintiffs legal material and all evidence for this case, the case against SCI-Somerset and SCI-Albion and Plaintiffs criminal case from June 21, 2004 and Febuary 11, 2005 and have refused to returned then to Plaintiff in violations of the Laws of the United States and Commonwealth of Pennsylvania. Plaintiff is therefore unable to be more specific in this statement at this time.

(7) Plaintiff is also unable to provide witnesses names at this time or any exhibits at this

time to the Court

Plaintiff would like Mr. Chris Meyers, SCI-Fayette, P.O. Box 9999, Labelle PA. 15450 to be subpeona as a witness. Mr Meyers will testify about Plaintiffs medical condition upon arrival at SCI-Fayette on May 4, 2005.

Respectfully Submitted
Domick Rankine
EU5850
SCI-Fayette
P.O. Box 9999
Labelle PA 15450

01/15/07.

United States District Court
Western District Pennsylvania

Derrick Rankine        C.A.#04-100Erie
     vs.
Superintendent Folino et.al.

Proof of Service and Verification

Plaintiff swears under oath and the penalty of perjury pursuant to 28 U.S.C.A. §1746 that all statement made in the within pre-trial motion and memorandum of law for a default judgment are true and that a copy of the within motions are made mailed to Mr. Kemal Mencli, Office of Attorney General, 564 Forbes Ave, Pittsburgh PA 15219. to January 15th, 2007.

Respectfully Submitted
Derrick Rankine
EU5850
SCI-Fayette
P.O. Box 9999
Labelle PA 15450

01/15/07.