From Derrick Rankine #EL5850

JD2018
SCI-FAYETTE
PO Box 9999
Labelle PA 15450

RECEIVED
JAN 18 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

To Mr Kemal Mericli
of
To Clerk of Courts
United States District Court
Western District Pennsylvania
P.O. Box 1820
Erie    PA 16507