IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK A. RANKINE,<br>      Plaintiff, | )<br>)<br>) |
| Vs. | )    CA 04-100 ERIE<br>) |
| SUPERINTENDENT FOLINO, et al.,<br>      Defendants. | )<br>) |

**O R D E R**

AND NOW this 18th day of January, 2007,

IT IS HEREBY ORDERED that this matter be set for jury selection and trial on **February 20, 2007 at 8:30 a.m.**, before the Honorable Sean J. McLaughlin, in Courtroom C, United States District Courthouse and Postoffice, in Erie, Pennsylvania

IT IS FURTHER ORDERED that the Clerk of Court issue Writ of Habeas Corpus Ad Testificandum to the **Superintendent for SCI Fayette, PO Box 9999, LaBelle, PA 15450** for the production of the following Plaintiff: **Chris Meyers** (Inmate Number not provided) who is currently housed at SCI Fayette, to be present for the jury selection and trial on the above date and time; the plaintiff shall then be returned to their designated institution upon completion of proceedings.

IT IS FURTHER ORDERED that all costs to be borne in conformity with the determination in Story v. Robinson, 689 F. 2d 1176 (3d Cir. 1982) and Garland v. Sullivan, 737 F.2d. 1283(2d Cir. 1984), affirmed, sub nom., Bureau of Corrections v. U.S. Marshal Service, 54 L.W. 4001(1985)

                                              S/Sean J. McLaughlin
                                              Sean J. McLaughlin
                                              United States District Judge

cc: all counsel/parties of record
    U.S. Marshal Service
    Superintendent, S.C.I. Fayette