United States District Court
Western District Pennsylvania

Derrick Rankine     CA#04-100 Erie
  vs.
Superintendent Folino etAl

Affidavit of Derrick Rankine #2

Plaintiff, Derrick Rankine, swears under oath and the penalty of perjury pursuant to 28 U.S.C.A §1746, that all the followings are true:

(a) That between January 20, 2004 and December 20, 2004 Plaintiff filed 192 grievances at SCI-Green.

(b) That Plaintiff appealed all 192 grievances to Superintendent Folino and that Plaintiff appealed all 192 grievances to the Chief Grievance Officer, Ms. Sharon Bucks, and that all 192 grievances was rejected on the grounds that Plaintiff's name is not Derrick Rankine but Derrick Rankin.

(c) That Plaintiff's name is Derrick Anthony Rankine and that Plaintiff never used an alias.

(e) The Court is to recalled that on December 20, 2004 during Plaintiff's restraining order hearing that Mr. Dan Davis confirmed the above statements to the Court.

3) The Court is to recalled also that all 192 grie-

PAGE 2 Affidavit Derrick Rankine #2

vances were rejected by the grievance officers Ms. Sharon D'Eletto, Mr. Dan Davis, Superintendent Folino and Ms. Sharon Bucks, on the grounds that Plaintiff's name is not Derrick Anthony Rankine but Derrick Rankin.

4) The Court is also to recalled that the Chief Grievance Officer, Ms. Sharon Bucks also rejected all 192 grievances on the grounds that Plaintiff's name is not Derrick Rankine but Derrick Rankin.

5) Now the Court knows that Superintendent Folino and Ms. Sharon Bucks could not have rejected all 192 of Plaintiff's grievances unless the Plaintiff had appealed all 192 grievances to them. See Nyhuis V Reno 204 F:3d 65, 77-78 (where the Court explained that the policy of § 1997e(a) is that "Compliance with the administrative remedy scheme will be satisfactory if it is substantial" Id 204 F:3d at 77-78.

6) Further Plaintiff object to the "so called" Affidavit of Ms. Diane Thomas, on the grounds that it is false and it was prepared after the defendants confiscated all of the Plaintiff's

PAGE 3  AFFIDAVIT OF DEMICK RANKINE #2:

legal property on Febuary 11, 2005 and June 21, 2004, In violations of the Laws of the United States and Commonwealth of Pennsylvania.

(b) The Court is to note that Ms. Thomas did not stated how many grievances Plaintiff Filed or In what way Plaintiff did not allegedly completed Plaintiff's administrative remedy because Ms. Thomas is working with an "Incompleted" "Altered" and "Edited" record, In violations of the Laws of the United States and Commonwealth of Pennsylvania.

7) As much as the defendants attempted to mislead the court by knowingly Filed A False Affidavit In this Court, the Court should grant A default Judgment or summary Judgment of $15,000,000 collectively against All defendants For the Plaintiff.

Respectfully Submitted
Demick Rankine
EU 5850
SCI-Fayette
P.O. Box 9999
Labelle PA 15450

01/15/06.

United States District Court
Western District Pennsylvania.

Derrick Rankine          C.A.#04-100 Erie
        vs.
Superintendent Folino et al.

Proof of Service and Verification.

Plaintiff Derrick Rankine swears under oath and the penalty of perjury pursuant to 28 U.S.C.A.§1746, that all statements made in the within Affidavit are true and that a copy of the within Affidavit is been mailed to Mr Kemal Mericli, Office of Attorney General, 564 Forbes Avenue, Pittsburgh PA 15219 today 01/15/07.

Respectfully Submitted
Derrick Rankine
EU 5850
SCI-Fayette
P.O. Box 9999
Labelle PA 15450

01/15/07.