**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DERRICK RANKINE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 04-100E |
| | ) |
| **LOUIS FOLINO, et al.** | ) |
| | ) Electronically Filed |
| **Defendants.** | ) |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2007, upon consideration of the within motion to strike affidavit no. 3 and affidavit of Derrick Rankine and to grant defendants' pending motion for summary judgment or relief under F.R.C.P. 50, it is hereby **ORDERED** that these affidavits are stricken and defendants motion for summary judgment is **GRANTED**.

By the Court:

_____
J.