IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK RANKINE, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-100 Erie |
| | ) |
| SUPERINTENDENT FOLINO, et al, | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this 26th Day of January, 2007, it is hereby

ORDERED that the above captioned case is scheduled for a Status Conference before the Honorable Susan Paradise Baxter, on Wednesday, January 31, 2007, at 11:00 a.m. Parties are to be prepared to discuss Plaintiff's witness list for trial. Kemal Mericli, Esq., of the Office of Attorney General is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

      s/Susan Paradise Baxter
      SUSAN PARADISE BAXTER
      CHIEF UNITED STATES MAGISTRATE JUDGE

c: all parties of record (lw)