# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Derrick A. Rankine )
)
)
Plaintiff )
vs. ) No.   CA 04-100 Erie
Superintendent Folino, et al )
)
)
Defendants )

HEARING ON   January 31, 2007

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Derrick A. Rankine, pro se                              Kemal Alexander Mericli, Esq.

Appear for Plaintiff                                           Appear for Defendant

Hearing Begun   10:55 am                          Hearing Adjourned to

Hearing concluded C.A.V.   11:10 am      Stenographer   Tamara Doxey
                                                                         CD:            Index:

WITNESSES
For Plaintiff                                                    For Defendant

Request for subpoena/order to produce as character witnesses at trial c/o Hall and c/o Nowell will be deferred to Judge McLaughlin