United States District Court
Western District Pennsylvania

Derrick Rankine          C.A. #04-100 Erie
    vs.
Superintendent Folino et.al

FILED
'07 FEB -5 A10:
U.S. CLERK DIST. COUR

Affidavit #3 of Derrick Rankine

Plaintiff, Derrick Rankine swears under oath and the penalty of perjury pursuant to 28 U.S.C.A 21746 that the following are true and correct.

(1) That between January 20 2004 to December 20 2004, Plaintiff filed 192 grievances at SCI-Green and that approximately all the above grievances were rejected under the "guised" that Plaintiff's commitment name is allegedly Derrick Rankin, and not Derrick Rankine.

b) That Plaintiff appealed all 192 grievances to Superintendent Folino and all of these grievances were again rejected under the "guised" in 1(A).

c) That Plaintiff appealed all 192 grievances to Secretary Jeffery Beard and Ms Sharon Bucks the Chief Grievance Officer of SCI-Camphill, and that these grievances were again rejected under the guised in 1(A). So, Plaintiff did completed all administrative remedies per ADM DC 804.

(2) That on May 27, 2004, Secretary Jeffery

Beard visited Plaintiff at SCI-Green to discussed and did discussed with Plaintiff "the huge volume of grievances that Plaintiff appealed to SCI-Camphill between January 20, 2004 to May 27 2004.

(3) That Plaintiff's DOC name is Derrick Anthony Rankine and that Plaintiff never used an Alias. See defense exhibit S.C. #1.

(4) That on December 29, 2004, Mr. Dan Davis admitted the above to this Court during Plaintiff's restraining order hearing.

(b) That on Febuary 11, 2005, the defendants attempted to murdered Plaintiff and broke both of Plaintiffs wrist and ankles, and confiscated all of Plaintiffs property with the evidence of all the above, in retaliation for pursueing this Civil Action, Civil Action #03-105Erie, Civil Action 03-313 Erie, and Superior Court #555EDA2004 and that the defendants have refused to returned to Plaintiff the above property and evidence, in violations of the laws of the United States and Commonwealth of Pennsylvania.

(5) That on January 19, 2007, the defendants returned 111 grievance and grievance appeals to

Page 3  Affidavit #3  Derrick Rankine

to Superintendent Folino, but the defendants still refused to returned the grievance appeals to SCI-Camphill and the rest of Plaintiff legal property; In violations of the Laws of the United States and Commonwealth of Pennsylvania.

6) Therefore, Plaintiff, object to the "so called" Affidavits of Ms. Cindy Watson and Ms. Diane Thomas on the grounds that these affidavits are false and that they do not state on what grounds or in what way Plaintiff did not allegedly completed Plaintiff's administrative remedy, in violations of the Laws of the United States and Commonwealth of Pennsylvania. See Nyhuis V Reno 204 F3d 65, 77-78 (exhaustion is completed if prisoner completed substantial portion of administrative requirements).

Respectfully Submitted
Derrick Rankine
EU5250
SCI-Fayette
P.O. Box 9999
Labelle PA 15450

01/20/07

DEFENCE EXHIBIT D.C. #1



FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS
JUDICIAL CHAMBERS



RAYFORD A. MEANS
JUDGE

January 14, 2005

342 CITY HALL
PHILADELPHIA, PA 19107
(215) 686-7322
FAX: (215) 686-7499



FILED IN SUPERIOR COURT
JAN 2 4 2005
EASTERN DISTRICT

Derrick Rankine
EU 5850
SCI – Greene
175 Progress Drive
Waynesburg, PA 15370

555 EDA 04

RE: **Commonwealth of Pennsylvania v. Derrick Rankine**
DC # 99-25-075621
MC# 00-03-5488
CP# 00-04-0650

Dear Mr. Rankine:

In accordance with the enclosed order from the Superior Court of Pennsylvania please be advised that a PCRA hearing was denied in the above referenced case. The issues raised in your PCRA petition were without merit.

Please find the enclosed the following:

(1) Notice Pursuant to Pennsylvania Rule of Criminal Procedure
(2) Order from the Superior Court of Pennsylvania dated January 10, 2005
(3) Correspondence dated October 29, 2004, a letter from this Office to Mr. Derrick Rankine which lists the materials previous sent to you.
(4) Memorandum of Law from Donald Chisholm, II, Esquire
(5) Commonwealth's Answer
(6) Opinion – First Judicial District of Pennsylvania Criminal Trial Division

Accordingly there are no PCRA notes of testimony as the request for a PCRA hearing was denied. The above list includes all documents relevant to your request for a PCRA hearing and the subsequent denial of that request.

Respectfully,

J. Rayford A. Means

CC: David A. Szewczak,
Prothonotary, Superior Court of Pennsylvania