

Derrick Rankine #EU5850
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

To Clerk of Court
United States District PA
Western District PA
P.O. Box 1820
Erie PA 16507

INMATE MAIL
DEPT. OF CORRECTIONS

RECEIVED
FEB 9 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INMATE MAIL - DEPARTMENT OF CORRECTIONS