United States District Court
Western District
Erie Pennsylvania 16507

Derrick Rankine

vs.

C.A. #04-100 Erie

Superintendent Folino

## Notice of Appeal

Plaintiff, hereby appeals, the order of the District Court granting Summary Judgment for the defendants on 02/15/07, even though Plaintiff Filed Four Affidavits, swearing that Plaintiff completed all administrative remedies on all grievances Filed at SCI-Green between January 29, 2004 and December 20, 2004, in violations of the Laws of the United States and Commonwealth of Pennsylvania

Respectfully Submitted
Derrick Rankine
EU 5850
SCI-Fayette
P.O. Box 9999
Labelle PA 15450

03/08/07

United States District Court
Western District
Erie Pennsylvania 16507.

Derrick Rankine                    C.A. #04-100 Erie
     vs.
Superintendent Folino.

Proof of Service and Verification.

Plaintiff, Derrick Rankine, swears under oath and the penalty of perjury pursuant to 28 USC §1746 that a copy of the enclosed Notice of Appeal is being mail to Mr. Kemal Mencili, Office of Attorney General, 564 Forbes Ave Pittsburgh PA 15219. today 03/08/07.

Respectfully Submitted
Derrick Rankine
SCT-FAYETTE
EU5850
P.O. Box 9999
Labelle PA 15450

03/08/07.