Derrick Rankine # EU5250
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

INMATE MAIL
DEPT. OF CORRECTIONS

**RECEIVED**

MAR 21 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

To Clerk of
Western District
United States District Court
P.O. Box 1820
Erie, PA 16507

1650790620 B007

INMATE MAIL – DEPARTMENT OF CORRECTIONS

UNITED STATES POSTAGE
$00.39°
MAILED FROM ZIP CODE 15450
MAR 19 2007