**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**P. O. BOX 1820**
**ERIE, PENNSYLVANIA 16507**
WWW.PAWD.USCOURTS.GOV

**ROBERT V. BARTH, JR.**
**CLERK OF COURT**
**814-464-9600**

**IN REPLYING, GIVE NUMBER**
**OF CASE AND NAMES OF PARTIES**

DATE: March 23, 2007

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106

IN RE: <u>Derrick Rankine v. Superintendent Folino</u>
WESTERN DIST. OF PA NO. <u>CA 04-100 E</u>
U.S.C.A. NO.

Dear Ms. Waldron:

Enclosed please find:

_ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

<u>X</u> Actual Record with one certified copy and one uncertified copy of the docket entries.

_ One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record.

_ Actual _ Supplemental Record with one certified copy and one uncertified copy of the docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: *Debra L. Mayo*
Debra L. Mayo
Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY: _____ DATE _____