# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

**ROBERT V. BARTH, JR.**
**CLERK OF COURT**
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: March 23, 2007

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106

**RECEIVED**

MAR 29 2007

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

IN RE: Derrick Rankine v. Superintendent Folino
WESTERN DIST. OF PA NO. CA 04-100 E
U.S.C.A. NO.

Dear Ms. Waldron:

Enclosed please find:

| | |
|---|---|
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record. |
| X | Actual Record with one certified copy and one uncertified copy of the docket entries. |
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record. |
| _ | Actual _ Supplemental Record with one certified copy and one uncertified copy of the docket entries. |

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _/s/ Debra L. Mayo_
Debra L. Mayo
Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY: C. Ceisden   DATE 3/27/07