**DLD-22**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 07-1843

———————

DERRICK RANKINE,
                              Appellant,
v.

SUPERINTENDENT FOLINO; JEFFREY BEARD; DEPUTY
JACKSON; DEPUTY BARONE; GRIEVANCE SHARON
DELELTO, Coordinator; BUSINESS MGR. JEAN SCOTT;
DR. SACKS; COURT OF COMMON PLEAS, PHILA PA;
DAVID A. SZEWCZAK, Superior Court Prothonotary;
CAPTAIN HALL; LT. A. E. GUMBAREVIO; LT. MEIGHEN,
and all RHU that worked in RHU between 2/22/04 to 3/04; SGTS
CONNER; SGT TANNER; SGT SANTOGO, and all RHU SGT
that worked in the RHU between 2/22/04 to 3/04; C.O. STICKLES;
C.O. STEPHEN; C.O. RAUSENWINDER; C.O. MANBERRY;
C.O. ANGELO; C.O. HENRY; C.O. JORDAN; DELFORD
STUMP; MR. IVAN, Counselor SCI-Greene; C.O.
ENGELHARDT; THOMPSON; C.O. COY; MR. GEEHRING,
Mailroom Supervisor; THE MEDICAL ADMINISTRATOR, and
all Medical Staff at SCI-Greene who worked on F.B. and F.A.
between 2/22/03 to 3/04; C.O. BLAKE, RHU; C.O. ANDERSON,
RHU; MRS. BARR, Hearing Examiner SCI-Greene; MR.
THOMAS JAMES, SCI Camphill Hearing Officer; MR. OHARA

————————————————

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 04-cv-00100)
District Judge: Honorable Sean J. McLaughlin

————————————————

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
October 18, 2007

Before: BARRY, CHAGARES AND VAN ANTWERPEN, <u>CIRCUIT JUDGES</u>

## JUDGMENT

      This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) on October 18, 2007.  On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the appeal is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron  
Clerk

DATED:  November 1, 2007

**Certified as a true copy and issued in lieu  
of a formal mandate on November 23, 2007**

**Teste: /s/ Marcia M. Waldron**

**Clerk, U.S. Court of Appeals for the Third Circuit.**